

: Title-~4: D.-C.-C.-S.:-§~1/§~2/§~3. : U.S.-PEACE-FLAG. : FOUR-CORNER-RULE/RULE-ONE-RULE-EQUAL.
:C.-S.-S.-C.-P.-S.-G.-P./FLAG of this                          : FEE of the FREIGHT/POSTAGE.
CONTRACT-VESSEL.

:For this PRIVATE-CONTRACT IS with the NOTICE of the PRINCIPLE with as NOTICE of the AGENT AND with the
                 NOTICE of the AGENT IS with the NOTICE of the PRINCIPLE by this CLAIMANT.
: POSTAL-[RE]GISTRATION(sic)-NUMBER-[I]DENTIFICATION(sic)-NUMBERS-
         ~275-688-075-U.S. AND ~275-618-194-U.S.

          : DOCKET-NUMBER: ~_____.


   : FEDERAL-[DIS]TRICT(sic)-COURT & U.S.-COURTHOUSE.
  [AR]TICLE(sic)-III-COURTS of the CAMDEN-NEW-JERSEY.


In [Re]gard of the : Dorkas-Iris: Delgado-Shafer, NON-CITIZEN/SUI-JURIS-
                         PETITIONER.


  : PETITION of the WRIT of the MANDAMUS/WRIT of the
                    QUO-WARRANTO.
: [E]MERGENCY(sic)-HEARING/STAY of the LOWER-COURT of this MATTER IS with the
               [RE]QUEST(sic) of the PENDING-[RE]VIEW(sic).
               Of the MOUNT-LAUREL-MUNICIPAL-COURT.
   : JUDGE:  Cory-E. :Ahart./: [PRO]SECUTOR: Matthew: Weng-ESQUIRE.
                     ~[Re]spectfully(sic) with the [Sub]mit:
                     : Dorkas-Iris: Delgado-Shafer.
                     ~108: HERITAGE-AVENUE.
                     : MAPLE-SHADE,-[NEW-JERSEY]  [~08052].
                     : CLAIMANT-NON-CITIZEN/SUI-JURIS/PETITIONER/
                     SPECIAL/ROGATORY-[A]PPEARANCE(sic).
                     : PHONE: ~609-724-8997.

RECEIVED
MAR 10 2026
AT 8:30
CLERK, U.S. DISTRICT COURT - DNJ

---

[3] FOR  THIS COPYRIGHT/COPYCLAIM  ~1~JULY~1775 THROUGH  THIS NOW-DATE IS WITH  THIS CLAIM  &
PERFORMANCE OF  THE QUANTUM-GRAMMAR-METHODS WITH  THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-
SYSTEM OF  THIS CLAIMANT, POSTMASTER-BANK-BANKER,  COMPTROLLER  OF  THE  GLOBAL-POSTAL-
CURRENCIES,  CLAIMANT-FEDERAL-POSTAL-COURT-CHIEF-JUDGE-CREATOR/OWNER-BENJAMIN:  FRANKLIN'S-
POSTAL-POST-ROAD-COURT-~PHILADELPHIA-~PENNSYLVANIA-FOREIGN-POSTAL-TREATIES-JOIN-CLAIMS-DATE-
~21~DECEMBER~2012, DI-RECTOR, VATICAN-CITY-KEY-MASTER, PLENIPOTENTIARY-JUDGE, MUSTER-MASTER-
~NAVY~PENTAGON, CLAIMANT-WORLD-COURT-CHIEF-SYNTAX-JUDGE, CHIEF-JUDGE/POSTAL-MAGISTRATE-U.S.-
SUPREME-COURT-GRANDFATHER-DATE~4~OCTOBER~2004, CLAIMANT-POSTAL-SPECTOR, NATIVITY/SOLITARY-
CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD, COMMANDER & CHIEF & SOVEREIGN: Russell-Jay: Gould's-
GLOBAL-POSTAL-TACTICAL-COMMAND-COPYRIGHTS WITH        THE NATIVITY-FOREIGN-POSTAL-TREATIES OF
THESE CORPORATION-CLAIM-COMPLETION-NUMBERS: R.R.~385~460~312; U.S./RR294568221US.
[4] :ID.

iii

i D-I D

: DOCKET-NUMBER: ~_____.

: FEDERAL-[DIS]TRICT(sic)-COURT & U.S.-COURTHOUSE.
[AR]TICLE(sic)-III-COURTS of the CAMDEN-NEW-JERSEY.

In [Re]gard of the : Dorkas-Iris: Delgado-Shafer, NON-CITIZEN/SUI-JURIS-
PETITIONER.

: IDENTITY of the PARTIES.

: **PETITIONER/NON-CITIZEN/SUI-JURIS/SPECIAL-[AP]PEARANCE(sic)/ROGATORY**.
: Dorkas-Iris: Delgado-Shafer.

: **[RE]SPONDENTS:**
: JUDGE: Cory-E. Ahart of the MOUNT-LAUREL-MUNICIPAL-COURT-CORP.
: [PRO]SECUTOR(sic): Matthew: Weng-ESQUIRE of the MOUNT-LAUREL-
MUNICIPAL-COURT-CORP.

iv

: <u>TABLE of the CONTENTS</u>.

: IDENTITY of the PARTIES...................................................................v.
: SPECIAL-NEEDS/[AC]COMMODATIONS(sic).....................................vi.
: INDEX of the [AU]THORITIES.................................................................vii.
: STATEMENT of the CASE.........................................................................viii.
: STATEMENT of the JURISDICTION with this COURT.........................ix.
: [IS]SUE(sic) of the [PRE]SENT(sic)..........................................xiii.
: STATEMENT of the FACTS........................................................................xiv.
: [AR]GUMENT(sic)....................................................................................1.

:   [IS]SUE(sic).   For the WHETHER of the LOWER-COURT-
JUDGE/[PRO]SECUTOR(sic)-ON-BEHALF-of-the-MOUNT-LAUREL-MUNICIPAL-COURT-
CORP. <u>ARE</u> with the LEGAL-[AU]THORITI(sic)-PURSUANT of the
<u>[OR]GANIC(sic)-CONSTITUTIONS of the Unity-States for the America AND</u>
<u>New-Jersey-state</u>/<u>BILLS of the RIGHTS</u>/FEDERAL AND State-
LAWS/STATUTES/CODES/RULES of the [E]VIDENCE(sic)/[E]THICS(sic) with
the [DIS]REGARDING(sic)-CONSTITUTIONAL-DUE-[PRO]CESS(sic) AND
[PRO]CEDURE(sic)-MATTERS of the:

~1: [ES]TABLISHING(sic)-JURISIDICTION with the FORMAL-[RE]CORD(sic)
   AND FORMAL-COURT-[OR]DER(sic) of the [PRE]VENTING-AN-[AP]PEAL-
   [PRO]CESS/

~2: [PRO]CEEDING(sic) with a TRIAL without a PLEA-ON-THE-
   [RE]CORD(sic)-WHILE-JUDGE-ACTS-AS-COUNSEL on the BEHALF of this
   PETITIONER/

~3: [PRO]CEEDING(sic) with a TRIAL without any [DIS]COVERY(sic) with
   the [IG]NORING(sic) of the PETITIONER'S-MOTION-FILING-[RE]QUEST(sic)
   AND [SUB]PEONA(sic) AND LETTERS of the [DIS]COVERY(sic) with this
   COURT/

~4: [PRO]CEEDING(sic) with a TRIAL with the [IN]STANCE(sic) of the
   NOT-[AD]DRESSING(sic) of the TITLE-IV-FLAG-[IS]SUES(sic) with a
   COMMAND of the [IG]NORING(sic) of the PEITIIONER'S-TITLE-IV-FLAG
   within the COURTROOM.

~5: [RE]FUSAL(sic) with the [AD]DRESSING(sic) of the CONSTITUTIONAL-
   [IS]SUES(sic) AND ONLY-NJ-TITLE-39-QUESTIONS <u>ARE</u> with the PERMIT
   within this COURTROOM OR FACE of the CONTEMPT-CHARGES.

: CONCLUSION.................................................................................................
: PRAYER of the [RE]LIEF(sic)....................................................................
: CERTIFICATE of the SERVICE................................................................



## : SPECIAL-NEEDS/[AC]COMMODATIONS.

: SPECIAL-NEEDS/[AC]COMMODATIONS IS with the [RE]QUEST(sic)-AND-
[RE]QUIREMENT(sic) of the [RE]SPECTFULLY(sic).
~For this PETITIONER'S-KNOWLEDGE of this MATTER IS with the
FOLLOWING-FACTS of this WRIT-PETITION with this CLAIM by this
CLAIMANT/[AU]THOR(sic).
: For the COMMUNICATION-STYLE AND [PRE]SENTATION(sic) of this
[AP]PLICATION(sic)-[EX]CEPTION(sic) IS with a [RE]QUEST(sic) by this
CLAIMANT.
~For this PETITIONER/CLAIMANT of this MATTER IS with the
[RE]QUIREMENT(sic) of the [AC]COMMODATIONS(sic) with the
LANGUAGE/COMMUNICATIONS of the USING-CORRECT-SENTENCE-STRUCTURE-
COMMUNICATION-PARSE-SYNTAX-GRAMMAR-PERFORMANCE,-C.-S.-S.-C.-P.-S.-
G.-P., with the BASE-UPON of my [RE]LIGIOUS(sic)-BELIEFS/NATIONAL-
[OR]IGIN(sic) AND RACE-BELIEFS with this CLAIM by this CLAIMANT.
~For this PETITIONER of this MATTER IS with the BIBLE-BASE-
[RE]LIGIOUS(sic)-BELIEFS of the VALUATION/VALUE/BANKING with our
WORDS/COMMUNICATION of the MONITORING-OURSELVES with our CONDUCT
of the BEFORE-[OT]HERS(sic).
~For this -C.-S.-S.-C.-P.-S.-G.-P. of this COMMUNICATION-STYLE IS
with a QUANTUM-MATHEMATICAL-[IN]TERFACE(sic) with the
[PRO]DUCING(sic)-ONE-WORD-ONE-MEANING of the NOW-SPACE-
JURISDICTION-NEUTRALITY with the VOIDANCE of the PERJURY.
~For this COMMUNICATION of this MATTER IS with the LAWS/WORD-TERMS
as the MEANING within the LIST of the LAWS/WORDS by this CLAIMANT-
PETITIONER.
~For this LIST of the LAWS/WORDS ARE with the CORPORATE of its
[EN]TIRETY(sic) within this PETITION.

vi

## <u>: [IN]DEX(sic) of the AUTHORIES within the [AT]TACH(sic)-QUANTUM-GRAMMAR-LIST-PAGES-~1-~78.</u>

: **ORGANIC-CONSTITUTION of the Uniti-States and New-Jersey-state/BILLS of the RIGHTS.**

: **TITLE-IV-FLAG: Sections-~1/~2/~3.**

: **For the [AD]MIRALTI(sic)-MARITIME-LAW-FLAG of this COURT IS with the NO-CONSTITUTION AND NO NATION.**

: **LEGAL-DEFINITION of the NATURALIZATION AND U.S.-CITIZENSHIP.**

: **Rules of the DISCOVERY.**

:D-I-D

1




: Title-~4: D.-C.-C.-S.:-§~1/§~2/§~3. : U.S.-PEACE-FLAG. : FOUR-CORNER-RULE/RULE-ONE-RULE-EQUAL.  :C.-S.-S.-C.-P.-S.-G.-P./FLAG of this                     : FEE of the FREIGHT/POSTAGE.   CONTRACT-VESSEL.

: POSTAL-[RE]GISTRATION(sic)-NUMBER-[I]DENTIFICATION(sic)-NUMBER-

~_____: US.

## FOR THE PART-~viii: LIST OF THE [AU]THORITIES(sic)/CONTRACT AND WORD-TERMS.

~I For the HISTORI(sic) AND LAWS of the BIBLE ARE with the MAN-KIND'S-FOUNDATION AND with the [U]niti(sic)-States-of-the-America AND New-Jersey-State-Territories-CONSTITUTIONS'-FOUNDATION AND of the CORPORATING within this CONSTITUTION-CONTRACT.

~1 For the KJV: BIBLE: GENESIS~1:-~26.

~26 For our GOD of the BIBLE-SAYS-[A]BOUT(sic)-CREATION IS with the FOLLOWING:  LET-US: GOD of the FATHER/KING-JESUS of the HIS-SON/: HOLY-SPIRIT ARE with the MAKING-MAN of the OUR-[I]MAGE(sic) with the [AF]TER(sic)-GOD'S-LIKENESS AND of the LETTING-MAN with the HAVING-DOMINION: [O]VER(sic) of the FISH with the SEA/FOWL of the AIR/CATTLE/[O]VER(sic)-ALL with the EARTH/[O]VER(sic)-[E]VERI(sic)-CREEPING-THING of the CREEPETH-[U]PON(sic) with the EARTH.

---

[1]    FOR   THIS COPYRIGHT/COPYCLAIM   ~1~JULY~1775 THROUGH   THIS NOW-DATE IS WITH    THIS CLAIM   & PERFORMANCE OF     THE QUANTUM-GRAMMAR-METHODS WITH       THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF  THIS CLAIMANT, POSTMASTER-BANK-BANKER,  COMPTROLLER OF THE GLOBAL-POSTAL-CURRENCIES, CLAIMANT-FEDERAL-POSTAL-COURT-CHIEF-JUDGE-CREATOR/OWNER-BENJAMIN:   FRANKLIN'S-POSTAL-POST-ROAD-COURT-~PHILADELPHIA~PENNSYLVANIA-FOREIGN-POSTAL-TREATIES-JOIN-CLAIMS-DATE-~21~DECEMBER-~2012, DI-RECTOR, VATICAN-CITY-KEY-MASTER, PLENIPOTENTIARY-JUDGE, MUSTER-MASTER-~NAVY-~PENTAGON, CLAIMANT-WORLD-COURT-CHIEF-SYNTAX-JUDGE,     CHIEF-JUDGE/POSTAL-MAGISTRATE-U.S.-SUPREME-COURT-GRANDFATHER-DATE-~4~OCTOBER-~2004, CLAIMANT-POSTAL-SPECTOR, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD, COMMANDER & CHIEF & SOVEREIGN: Russell-Jay: Gould's-GLOBAL-POSTAL-TACTICAL-COMMAND-COPYRIGHTS WITH     THE NATIVITY-FOREIGN-POSTAL-TREATIES OF     THESE CORPORATION-CLAIM-COMPLETION-NUMBERS: R.R.~385~460~312; U.S./RR294568221US.

[2] :ID.
FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.



~2 For the KJV: BIBLE: GENESIS~1:-~27.
~27 For our GOD of the BIBLE IS with the CREATING-MAN of the HIS-OWN-[I]MAGE(sic) AND CREATING-BOTH-MALE AND FE-MALE with the HE-CREATING-THEM.
~3 For the KJV: BIBLE: GENESIS~1:-~28.
~28 For our GOD of the CREATOR IS with the BLESSING-THEM AND SAYING with the [UN]TO(sic)-THEM: BE-FRUITFUL/MULTIPLI(sic)/[RE]PLENISH(sic) of the EARTH AND [SUB]DUE(sic) of the IT AND with the HAVING-[DO]MINION(sic) with the [O]VER(sic) of the FISH within the SEA/FOWL of the AIR/[O]VER(sic) of the [E]VERI(sic)-LIVING-THING with the MOVETH-ON-THE-EARTH.
~4 For the KJV: BIBLE: COLOSIANS:-~1:-~16-~17.
~16 For the GOD/KING-JESUS of the ALL-THINGS ARE with the CREATING of the IN-HEAVEN AND IN-EARTH with the VISIBLE AND [IN]VISIBLE(sic) of the WHETHER-THEY-BE-THRONES OR DOMINIONS OR PRINCIPALITIES OR POWERS with the ALL-THINGS of the HIS-CREATION AND with the FOR-HIM.
~17 For the GOD/KING-JESUS of the ALL-THINGS ARE with the ALL-THINGS-CONSIST.
~5 For the KJV: BIBLE: EPHESIANS:-~4:-~23-~25.
~23 For the BE of the NEW IS with the SPIRIT of your MIND with this CLAIM.
~24 For the YE of the PUTTING-ON-THE-NEW-MAN IS with the GOD-CREATION'S of the RIGHTEOUSNESS AND TRUE-HOLINESS with this CLAIM.
~25 For the WHEREFORE of the PUTTING-[A]WAY(sic) IS with the LYING AND SPEAK-[E]VERY(sic)-MAN of the TRUTH with his NEIGHBOUR as the MEMBERS with the ONE-[A]NOTHER(sic).
~6 For the KJV: BIBLE: DEUTERONOMY:-~18:-~9-~12.
~9 For the MAN/WOMAN of the GOD ARE with the MANDATORI(sic)-[RE]QUIREMENT(sic) of the NOT-LEARNING/DOING-[A]BOMINATIONS(sic) as those NATIONS.
~10-~11 For the WE of the GOD ARE with the [PRO]HIBITION(sic) of the MAKING-OUR-SON/DAUGHTER with the PASSING of the FIRE/[U]SE(sic)-[DI]VINATION(sic)/[OB]SERVERS(sic) with the TIMES/[EN]CHANTER(sic)/WITCH/CHARMER/CONSULTER of the FAMILIAR-SPIRITS/WIZARD OR NECROMANCER.
~12 For the ALL of the DOING-THESE-THINGS ARE with the [A]BOMINATIONS(sic) of the BEFORE with our LORD-THY-GOD AND GOD with the DRIVING-THEM-OUT of the BEFORE with the THEE.

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

## ~II For the [Un]iti(sic)-States of the America-CONSTITUTION/CHARTER with the CORRECT-GRAMMAR.

### For the [PRE]AMBLE(sic) of the CONSTITUTION/CHARTER:

For this **CONSTITUTION/CHARTER** of the **[Un]iti(sic)-States of the America IS** with the **[OR]DAIN(sic)** AND **[ES]TABLISH(sic)** of the **[PUR]POSE(sic)** with a [PER]FECT(sic)-[UN]ION(sic)/[JU]STICE(sic)/DOMESTIC-TRANQUILITI(sic)/A-COMMON-[DE]FENCE(sic)/GENERAL-WELFARE/SECURE of the **LIBERTI(sic)-BLESSINGS** with the [OU]RSELVES(sic) AND [OU]R(sic)-POSTERITI(sic) by the **WE-of the-PEOPLE.**

## For the [AR]TICLE(sic)-~I:

: **SECTION-~1.**

~1 For the **CONGRESS** of the **[Un]iti(sic)-States-of-the-America IS** with the HAVING-ALL-LEGISLATIVE-POWERS of the CONSISTING with the A SENATE AND HOUSE of the [RE]PRESENTATIVES(sic) within its CABINET.

: **SECTION-~2.**

~1 For the **HOUSE of the [RE]PRESENTATIVES**(sic) **ARE** with the [CON]SISTING(sic) of the [E]LECT(sic)-[OF]FICIALS within each STATE by the STATE'S-PEOPLE.

~2 For the NUMBER of the STATE-[RE]PRESENTATIVES(sic) **ARE** with the BASE-[U]PON(sic)-[E]VERI(sic)-~30,000-CITIZENS of the STATE'S-POPULATION within the LIMITATIONS.

~3 For the HOUSE of the [RE]PRESENTATIVES(sic) **ARE** with the **CONGRESSIONAL-DUTIES** of the [RE]PRESENTING(sic) with the STATE'S-CITIZENS/SELECTING of a **HOUSE-SPEAKER/HAVING-SOLE-POWER** with the [IM]PEACHMENT(sic).

: **SECTION-~3.**

~1 For the **LEGISLATORS** of the **STATES ARE** with the CHOOSING of the SENATORS with the TWO-SENATORS of the EACH-STATE with a TERM of the SIX-YEARS with the HAVING-ONE-VOTE.

~2 For the **VICE-[PRE]SIDENT(sic)** of the **[Un]iti(sic)-States-of-the-America IS** with the **PRESIDENT-OF-THE-SENATE** AND **HAVING-ONE-VOTE** of the **BREAKING** with the **[E]QUAL(sic)-DECISIONS.**

: **SECTION-~4.**

~1 For the SENATE of the CONGRESS **ARE** with the **SOLE-POWER** of the **TRYING** with the **ALL-[IM]PEACHMENTS(sic)** of the [UN]DER(sic) with the [OA]TH(sic)/[AF]FIRMATION(sic).

~2 For the **JUDGEMENT** of the **[IM]PEACHMENT(sic) IS** with the LIMIT of the [RE]MOVAL(sic) with the [OF]FICE(sic)/[DIS]QUALIFICATIONS(sic) of the [OF]FICE(sic).

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.



**: SECTION-~5.**
  **~1** For the <u>LEGISLATORS</u> of the <u>STATES</u> <u>ARE</u> with the CHOOSING of the TIME/PLACE/MANNER with the HOLDING of the [E]LECTIONS(SIC) with the SENATORS AND [RE]PRESENTATIVES(sic).

**: SECTION-~6.**
  **~1** For the <u>HOUSE</u> of the CONGRESS <u>IS</u> with the TASK of the JUDGING with the [E]LECTIONS(sic)/[RE]TURNS(sic)/QUALIFICATIONS AND JOURNALS of its [PRO]CEEDINGS(sic) with its MEMBERS.

**: SECTION-~7.**
  **~1** For the <u>SENATORS AND [RE]PRESENTATIVES(sic)</u> of the CONGRESS <u>ARE</u> with the <u>COMPENSATION</u> of their SERVICES through the [U]niti(sic)-States-TREASURI(sic).
  **~2** For the <u>ACTS</u> of the <u>TREASON/FELONI(sic)</u> AND <u>BREACH-OF-THE-PEACE</u> <u>ARE</u> with the <u>CAUSE</u> of a <u>SENATOR'S OR [RE]PRESENTATIVE'S(sic)-[AR]REST(sic)</u> with the DURING-[AT]TENDANCE(sic).

**: SECTION-~8.**
  **~1** For the <u>ALL-BILLS</u> of the RAISING-[RE]VENUE(sic) <u>ARE</u> with the [OR]IGINATING(sic) of the HOUSE with the [RE]PRESENTATIVES(sic).
  **~2** For the <u>ALL-BILLS</u> of the HOUSE-PASSING <u>ARE</u> with the SENATE-PASSING of the BILL-AS-WELL with the <u>PRESIDENT-OF-THE-[U]niti(sic)-States</u> SIGNING of the BILL within the LAW.
  **~3** For the <u>[PRE]SIDENT(sic)</u> of the <u>[U]niti(sic)-States</u> <u>IS</u> with the RIGHT of the <u>[RE]JECTING(sic)/VETO-ING</u> with [a]ny(sic) BILL AND NOT-SIGN-[IN]TO(sic)-LAW.
  **~4** For the <u>HOUSE</u> AND <u>SENATE'S</u> of the <u>TWO-THIRD-VOTES</u> <u>ARE</u> with the [A]BILITI(sic) of the [O]VERRIDING(sic) with the [PRE]SIDENT'S(sic)-VETO.

**: SECTION-~9.**
  **~1** For the <u>CONGRESS</u> of the <u>[U]niti(sic)-States</u> <u>ARE</u> with the <u>DUTIES</u> of the:
   **:** COLLECT-TAXES/DUTIES/[IM]POSTS(sic)/[EX]CISES(sic) of the PAYING with the DEBT/[PRO]VIDING(sic) of the [DE]FENCE(sic) AND GENERAL-WELFARE with the <u>[U]niti(sic)-States.</u>
   **:** [RE]GULATE(sic) of the COMMERCE.
   **:** COIN of the MONEY AND [RE]GULATE(sic) with the VALUE.
   **:** [ES]TABLISH(sic) of the POST-OFFICES/ROADS.
   **:** [PRO]MOTE(sic) of the [PRO]GRESS(sic) with the SCIENCES.
   **:** [CON]STITUTE(sic) of the <u>[IN]FERIOR(sic)-TRIBUNALS</u> with the <u>SUPREME-COURT.</u>
   **:** [DE]FINE(sic) AND PUNISH of the PIRACIES/FELONIES with the HIGH-SEAS AND [OF]FENCES(sic) of the [A]GAINST(sic) with the NATIONS.
   **:** [DE]CLARE(sic) of the WAR.
   **:** RAISE AND SUPPORT of the ARMIES.
   **:** [PRO]VIDE(sic) AND MAINTAIN of the NAVY.

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.



: MAKE-RULES of the GOVERNMENT/LAND AND NAVAL-FORCES.
: MAKE of the ALL-NECESSARI(sic)-LAWS with the VESTING-POWERS by the CONSTITUTION.
: SECTION-~10.
~1 For the CONGRESS on the MIGRATION/[IM]PORTATION(sic)-OF-THE-PERSONS-PRIOR-~1808 ARE with the [AD]MISSION(sic) by the CONGRESS.
~2 For the MONEY of the TREASURI(sic) ARE with the DRAWING of the BASE-ON with the LAWFUL-[AP]PROPRIATION(sic).
~3 For the STATEMENTS/[AC]COUNT(sic) of the [RE]CEIPTS(sic)/[EX]PENDITURES(sic) ARE with the ALL-PUBLIC-MONEY of the BEING-PUBLIC with the PEOPLE.
~4 For the WRIT of the HABEAS-CORPUS ARE with the NOT-SUSPEND of the [EX]CEPTION(sic): CASES with the [RE]BELLION(sic)/[IN]VASION(sic) of the [AF]FECTING(sic) with the PUBLIC-SAFETY.
~5 For the NO-TITLE of the [NO]BILITI(sic) IS with the GRANT by the [U]niti(sic)-States.
~6 For the PERSON of the HOLDING-[A]NY(sic)-[OF]FICE(sic)-OF-THE-PROFIT OR TRUST ARE with the [PRO]HIBITION(sic) of the [AC]CEPTING(sic)-[A]NY(sic)-[PRE]SENT(sic)-[E]MOLUMENT(sic)/[OF]FICE(sic)/TITLE of the [A]NY(sic)-KIND-WHATSOEVER with a KING/PRINCE OR FOREIGN-STATE.
~7 For the CONGRESS of the [PRO]HIBITION(sic) IS with the PASSING-THE-BILL-OF-THE-[AT]TAINDER(sic) OR [EX]POST(sic)-FACTO-LAW.
~8 For the CONGRESS of the [PRO]HIBITION(sic) IS with the [PRO]VIDING(sic)-[PRE]FERENCIAL(sic)-TREATMENT of the [RE]GULATION(sic) with the COMMERCE OR [RE]VENUE(sic) of the PORTS with the ONE-STATE-[O]VER(sic)-[AN]OTHER(sic).
~9 For the CONGRESS of the [PRO]HIBITION(sic) IS with the [IM]PLEMENTING(sic) of a TAX OR DUTY with the STATE-[EX]PORTS(sic).
: SECTION-~11.
~1 For the STATES of this [U]niti(sic)-States ARE with the [PRO]HIBITION(sic):
: [EN]TERING(sic) of a TREATI(sic)/[AL]LIANCE(sic) OR CONFEDERATION with the GRANTING of the LETTERS-WITH-THE-MARQUE AND [RE]PRISAL(sic).
: COINING-MONEY.
: [E]MIT(sic) of the BILLS-OF-CREDIT.
: MAKE-[A]NY(sic)-THING-BUT of the GOLD AND SILVER-COIN as a TENDER of the PAYMENT with the DEBTS.
: PASS-[A]NY(sic) of the BILL with the [AT]TAINDER(sic)/[EX]POST(sic)-FACTO-LAW.
: LAW-[IM]PAIRING(sic) of the [OB]LIGATION(sic) with the CONTRACTS.
: GRANT-[A]NY(sic)-TITLE of the NOBILITI(sic).

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

~2 For the STATES of the [U]niti(sic)-States ARE with the SUBJECT of the CONGRESSIONAL-[IN]SPECTIONS(sic)/[RE]VISIONS/CONTROLS with the [IM]PORTS(sic)/[EX]PORTS(sic)-[IM]POSTS(sic)/DUTIES of the STATES with the [IM]POSING(sic)-[O]THERS(sic).

~3 For the STATES of the [U]niti(sic)-States ARE with the [PRO]HIBITION(sic) of the LAYING-[A]NY(sic)-DUTI(sic) with the TONNAGE/KEEP-TROOPS OR WAR-SHIPS of the TIME with the PEACE.

~4 For the STATES of the [U]niti(sic)-States ARE with the [PRO]HIBITION(sic) of the [EN]TERING(sic) with the [A]GREEMENT(sic)/COMPACT of the [AN]OTHER(sic)-STATE OR FOREIGN-POWER OR [EN]GAGE(sic) with the WAR of the [UN]LESS(sic) with the BEING-IN-THE-[IM]MENANT(sic)-DANGER.

## For the [AR]TICLE(sic)-~II:
: SECTION-~1.

~1 For the POWER of the [EX]ECUTIVE(sic) IS with the VEST of a [PRE]SIDENT(sic) AND VICE-[PRE]SIDENT (sic) with the [Un]iti(sic)-States-of-the America of the HOLDING-[OF]FICE(sic) with a FOUR-YEAR-TERM by an [E]LECTION(sic)-PROCESS.

~2 For the [PRE]SIDENT(sic) of this NATION IS with the [RE]QUIREMENTS(sic) of the BEING-A-NATURAL-BORN/THIRTY-FIVE-YEARS-OLD OR OLDER/FOURTEEN-YEARS of a [RE]SIDENT(sic) with the [Un]iti(sic)-States.

~3 For the [RE]MOVAL(sic) of the [PRE]SIDENT(sic) ARE with the VICE-[PRE]SIDENT(sic) of the TAKING-THE-ROLE with the TIL-A-NEW-[PRE]SIDENT'S-[E]LECTION(sic).

~4 For the CONGRESS'-SELECTION of the TEMPORARI(sic)-[OF]FICERS(sic) IS with the [RE]MOVAL(sic) of the [PRE]SIDENT(sic) AND VICE-[PRE]SIDENT(sic) of the [RE]MOVAL(sic) with the TIL-A-NEW-[E]LECTIONS(sic).

~5 For the [PRE]SIDENT(sic) of this NATION IS with the [EN]TITLE(sic) of the COMPENSATION with the SERVICES.

~6 For the [PRE]SIDENT(sic) of this NATION IS with the [RE]QUIREMENT(sic) of the TAKING-AN-[OA]TH(sic):  For the I of the SOLEMNLI(sic)-SWEAR OR [AF]FIRM(sic) ARE with the FAITHFULLI(sic)-[EX]ECUTE(sic) of the [OF]FICE(sic) with the [U]niti(sic)-States of the BEST with his/her [A]BILITI(sic)/[PRE]SERVE(sic)/[PRO]TECT(sic) AND [DE]FEND(sic) of the CONSTITUTION with the [U]niti(sic)-States.

: SECTION-~2.

~1 For the [PRE]SIDENT(sic) of the [U]niti(sic)-States IS with the COMMANDER-IN-THE-CHIEF of the ARMY AND NAVY with the [U]niti(sic)-States.

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

~2 For the [PRE]SIDENT(sic) of the [U]niti(sic)-States **IS** with the
**POWER** of the <u>MAKING-TREATIES</u> with the CONSENT/[AD]VICE(sic).

~3 For the [PRE]SIDENT(sic) of the [U]niti(sic)-States **IS** with the
[AU]THORITI(sic) of the [AP]POINTING(sic):
SUPREME-COURT-JUDGES/[AM]BASSADORS(sic)/PUBLIC-
MINISTERS/[O]THER(sic)-HEAD-[OF]FICERS(sic) within the DIFFERENT-
DEPARTMENTS.

~4 For the [PRE]SIDENT(sic) of the [U]niti(sic)-States **IS** with the
**POWER** of the FILLING-ALL-VACACIES during the SENATE-[RE]CESS(sic) of
the LASTING-TIL with the NEXT-SESSION by the GRANTING-COMMISSION.

: <u>SECTION-~3.</u>

~1 For the [PRE]SIDENT(sic) of the [U]niti(sic)-States **IS** with the
GIVING of the [IN]FORMATION(sic) with the CONGRESS of the <u>SEVERAL-
TIMES</u> with the <u>STATE-OF-THE-[U]NION(sic).</u>

: <u>SECTION-~4.</u>

~1 For the [PRE]SIDENT(sic) of the [U]niti(sic)-States **IS** with the
CHARGE of the TREASON-[a]gainst (sic) the [U]niti(sic)-States of the
BASE-ON:  LEVYING-WAR-[A]GAINST(sic) with the [U]niti(sic)-
States/[AD]HERING(sic) with the [E]NEMIES(sic)/GIVING-AID-AND-
COMFORT with the [E]NEMIES(sic).

~2 For the CONVICTION of the TREASON **IS** with the [RE]QUIREMENT(sic) of
the TESTIMONI(sic) with the TWO OR MORE-WITNESSES of the SAME-ACT OR
with an [O]PEN(sic)-COURT-CONFESSION.

~3 For the <u>CONGRESSIONAL-POWER</u> of this <u>NATION</u> **IS** with the
[DE]CLARING(sic) of the PUNISHMENT with the TREASON.

## For the [AR]TICLE(sic)-~III:

: <u>SECTION-~1.</u>

~1 For the <u>JUDICIAL-POWER</u> of the [U]niti(sic)-States **IS** with the
VESTING in a ONE-SUPREME-COURT AND CONGRESS of the MAY with the
[OR]DAIN(sic)/[E]STABLISH(sic) of the [IN]FERIOR(sic)-COURTS with
the [UN]DER(sic) of the SUPREME-COURT with this NATION.

~2 For the <u>JUDGES</u> of the BOTH: SUPREME-COURT AND [IN]FERIOR(sic)-
COURTS <u>ARE</u> with the <u>HOLDING-THEIR-[OF]FICES(sic)-DURING-GOOD-
BEHAVIOR.</u>

~3 For the <u>JUDGES</u> of the BOTH: SUPREME-COURT AND [IN]FERIOR(sic)-
COURTS <u>ARE</u> with the [RE]CEIVING(sic)-COMPENSATION of their SERVICES
with the <u>DURING-CONTINUANCE-IN-THEIR-[OF]FICE(sic).</u>

: <u>SECTION-~2.</u>

~1 For the ALL-CASES of the [AF]FECTING(sic):
[AM]BASSADORS(sic)/[O]THER(sic)-PUBLIC-MINISTERS/CONSULS/<u>STATES-AS-
A-PARTI(sic)</u> <u>ARE</u> with the SUPREME-COURT'S-JURISDICTION.

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF
THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF
THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND
QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-
FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.



~2 For the ALL-[O]THER(sic)-CASES of the NOT-[A]BOVE(sic) <u>ARE</u> with the SUPREME-COURT'S-[AP]PELLATE(sic)-JURISDICTION of the BOTH: with the <u>LAW</u> AND <u>FACT</u> of the [EX]CEPTIONS(sic)-AND-[UN]DER(sic)-[RE]GULATIONS(sic) by the CONGRESSIONAL-MAKING.

~3 For the TRIAL of the ALL-CRIMES <u>IS</u> with the [EX]CEPTION(sic) of the [IM]PEACHMENT(sic)-CASES AND with a MANDATORI(sic)-JURY/of the HEARING within the <u>STATE-WHERE-CRIME-TAKES-PLACE</u> OR of the <u>HEARING-WHERE-CONGRESS-[DE]CIDES(sic)</u> with the <u>CRIME-OUTSIDE-[Un]iti(sic)-State-TERRITORI(sic)</u>.

: <u>SECTION-~3.</u>

~1 For the TREASON of the [Un]iti(sic)-State <u>IS</u> with the LEVYING-WAR OR [AD]HERING(sic) of the [E]NEMI(sic) AND GIVING with the [E]NEMI(sic)-[AI]D(sic) AND COMFORT.

~2 For the TREASON-CONVICTION of a PERSON <u>IS</u> with a CONVICTION on the TESTIMONI(sic) with the TWO-WITNESSES of the SAME-[O]VERT(sic)-[AC]T(sic) OR CONFESSION within an [O]PEN(sic)-COURT.

~3 For the CONGRESSIONAL-POWER of this NATION <u>IS</u> with the [DE]CLARING(sic) of the PUNISHMENT without the [AT]TAINDER(sic) of the TREASON with the <u>CORRUPTION</u> of the <u>BLOOD</u> OR <u>FORFEITURE</u> with the <u>[EX]CEPTION(sic)</u> of the <u>DURING</u> with the <u>[AT]TAINT'S-PERSON'S-LIFE</u>.

## For the <u>[AR]TICLE(sic)-~IV</u>:

: <u>SECTION-~1.</u>

~1 For the FULL-FAITH-CREDIT of the GIVING <u>IS</u> with the EACH-State of the PUBLIC-[AC]TS(sic)/[RE]CORDS(sic)/JUDICIAL-[PRO]CEEDINGS(sic) with the <u>[EV]ERI(sic)-[O]THER(sic)-STATE</u>.

~2 For this <u>CREDIT</u> of the CONGRESS <u>IS</u> with the [PRO]VIDING(sic)-GENERAL-LAWS of this [PRO]CESS(sic) with the [AC]TS(sic)/[RE]CORDS(sic)/[PRO]CEEDINGS(sic).

: <u>SECTION-~2.</u>

~1 For the <u>CITIZENS/MAN/WOMAN/WE of the PEOPLE</u> of each State <u>ARE</u> with the [EN]TITLEMENT(sic) of the <u>ALL-[PRI]VILEGES(sic)/[IM]MUNITIES(sic)</u> within the State.

~a For the <u>RIGHT</u> of the <u>TRAVEL</u> <u>IS</u> within the <u>THOMPSON-V-SMITH-RULING-[-~154-SE-~579/~11-AMERICAN-JURISPRUDENCE/CONSTITUTIONAL-LAW-SECTION-~329: PAGE-~1135.]</u>

~1 For the <u>RIGHT</u> of the <u>CITIZEN</u> <u>IS</u> with the <u>RIGHT</u> of the <u>TRAVEL</u> with the <u>[U]PON(sic)</u> on the <u>PUBLIC-HIGHWAYS</u> AND with the <u>TRANSPORTING-HIS/HER-[PRO]PERTI(sic)</u> of the THEREON.

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

:D-I.D.

~2 For the RIGHT of the LIFE/LIBERTI/[PRO]PERTI(sic) AND [PUR]SUIT(sic)-OF-THE-HAPPINESS/SAFETI(sic) ARE with the [IN]CLUDING(sic) of the [U]SE(sic) with the [OR]DINARI(sic) AND [U]SUAL(sic)-[CON]VEYANCES(sic) of the DAY AND MODES with the TRAVEL of the [IN]CLUDING(sic): RIGHT of the DRIVING-A-HORSE-DRAWN-CARRIAGE OR WAGON OR [O]PERATING(sic)-AN-[AU]TOMIBILE(sic) with the [U]SUAL(sic) AND [OR]DINARI(sic)-[PUR]POSE(sic) of the LIFE AND BUSINESS with the QUOTING-OF-THE-COURT'S-RULING.

~3 For the RIGHT of the CITIZEN IS with the DRIVING of a PUBLIC-STREET with the FREEDOM of the POLICE-[IN]TERFERENCE(sic) with a FUNDAMENTAL-CONSTITUTIONAL-RIGHT. ~For the CITING: *THOMPSON-V-SMITH* AND *TECHE-LINE-V-DANFORTH*-[12-S.2D-~784].

~2 For the State of the State's-COOPERATION IS with a FLEEING-PERSON of a CRIMINAL-CHARGE with the [RE]TURN(sic) of this PERSON with the BACK of the CRIMINAL-ACT-JURISDICTION-State.

~3 For a PERSON of the SERVICE/LABOR-IN-ONE-State IS with the NO-[DIS]CHARGE(sic) of the SERVICE/LABOR with the FLEEING of the [A]NOTHER(sic)-State AND TURN-[O]VER(sic) with the State.

: SECTION-~3.

~1 For the CONGRESS of the [UN]ION(sic) IS with the [AD]MITTING(sic) of the NEW-States with the NOT-WITHIN-[A]NOTHER(sic)-State-JURISDICTION.

~2 For the STATE of the [UN]ION(sic) IS with the NOT-COMBINING-TWO-States OR PARTS of the State as a SINGLE-State without the State-LEGISLATORS/CONGRESS'-CONSENT.

~3 For the POWER of the CONGRESS IS with the MAKING AND [DIS]POSING(sic) of the ALL-[RE]QUIRE(sic)-RULES AND [RE]GULATION(sic) with the [RE]SPECTING(sic)-TERRITORI(sic) OR [PRO]PERTI(sic) of the BELONGING within the [Un]iti(sic)-State-TERRITORI(sic).

~4 For the NOTHING of this CONSTITUTION IS with the [IN]TERPRET(sic) of the [PRE]JUDICE(sic) with the [A]NY(sic)-CLAIM of the [Un]iti(sic)-States OR [A]NY(sic)-PARTICULAR with the State.

: SECTION-~4.

~1 For the [Un]iti(sic)-States of the America IS with the GUARANTEEING of the [E]VERI(sic)-State within this [UN]ION(sic) of a [RE]PUBLICAN(sic)-FORM with this GOVERNMENT.

~2 For the [Un]iti(sic)-States of the America IS with the [PRO]VIDING(sic) of the [PRO]TECTION(sic) with the States of the [IN]VASION(sic).

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

~3 For the States of this [UN]ION(sic) ARE with the [PRO]TECTION(sic) of the [A]GAINST(sic)-DOMESTIC-VIOLENCE with the [AP]PLICATION(sic) of the LEGISLATURE OR [EX]ECUTIVE(sic) with an [UN]CONVENING(sic)-LEGISLATURE.

## For the [AR]TICLE(sic)-~V.

~1 For the [A]MENDMENTS(sic) of the CONSTITUTION ARE with the [PER]MISSABLE(sic) with the FOLLOWING-[RE]QUIREMENTS(sic) by the CONGRESS:

: HAVING-TWO-THIRDS of the BOTH-HOUSES-DEEMING with the NECESSARI(sic).

: HAVING-LEGISLATURES of the TWO-THIRDS of the States with the CALLING of a CONVENTION with the [A]MENDMENTS(sic) OR of the [RA]TIFICATION(sic) with the LEGISLATURES of the THREE-FOURTHS of the States OR A-CONVENTION with the THREE-FOURTHS.

~2 For the [A]MENDMENT(sic) of the CONSTITUTION IS with the NOT-[PER]MISSABLE(sic) of the PRIOR with the ~1808 of the [AF]FECTING(sic) with the ARTICLE-I-SECTION~9-FIRST-AND-FOURTH-CLAUSES AND with the LACK-OF-THE-[DE]PRAVATION(sic) of the SENATE'S-[E]QUAL(sic)-SUFFRAGE without the CONSENT.

## For the [AR]TICLE(sic)-~VI.

~1 For the ALL-DEBT-CONTRACTS/[EN]GAGEMENTS(sic) of the [U]niti(sic)-States ARE with the VALID with this CONSTITUTION if the [UN]DER(sic) with the CONFEDERATION.

~2 For the LAWS AND TREATIES of the [Un]iti(sic)-States ARE with the [AU]THORITI(sic) AND MAKING of the [PUR]SUANCE(sic) with this CONSTITUTION AND of the THEREFORE with the SUPREME-LAW-OF-THE-LAND.

~3 For the JUDGES of the [E]VERY(sic)-STATE ARE with the MANDATORI(sic)-[RE]QUIREMENT(sic) of the BEING-BOUND of the LAWS AND TREATIES of the [Un]iti(sic)-States.

~4 For the [A]NY(sic)-THING of the [A]NY(sic)-State-CONSTITUTION OR LAWS ARE with the NOT-WITHSTANDING of the CONTRARI(sic)-[A]GAINST(sic) of the LAWS AND TREATIES of the [Un]iti(sic)-States.

~a For the SUPREMACI(sic)-CLAUSE AND CONSTITUTIONAL of the CONVENTION/[AR]TICLE(sic)-~VI-CLAUSE-~2.-~2.-~2 ARE with the SUPREME-LAW of the LAND AND with the States/Citizens and [IN]HABITORS(sic) AND JUDGES within the States with the MANDATORI(sic)-[RE]QUIREMENT(sic) of the BEING-BOUND within their [DE]CISIONS(sic) of the [A]NI(sic) within the State's-CONSITUTION OR LAWS of the CONTRARI(sic) with the NOT-WITHSTANDING.

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

~5 For the <u>SENATORS</u>/[RE]<u>PRESENTATIVES(sic)</u>/<u>MEMBERS</u> of the [Un]<u>iti(sic)-States</u> AND <u>State-LEGISLATORS/ALL-[EX]ECUTIVE(sic)/JUDICIAL-[OF]FICERS(sic)</u> <u>ARE</u> with the <u>BEING-BOUND</u> of the [OA]TH(sic)/[AF]FIRMATION(sic) with the SUPPORTING of this <u>CONSTITUTION</u> AND with the <u>NO-MANDATORI(sic)-[RE]LIGIOUS(sic)-TEST</u> of the [RE]QUIREMENT(sic) with the QUALIFYING of the <u>[A]NI(sic)-[OF]FICE(sic)</u> OR <u>PUBLIC-TRUST</u> [un]der(sic) the <u>[Un]iti(sic)-States</u>.

## For the <u>[AR]TICLE(sic)-~VII.</u>
~1 For the <u>RATIFICATION</u> of the <u>CONVENTION-OF-THE-NINE-STATES</u> <u>ARE</u> with the <u>MANDATORI(sic)-SUFFICIENCI(sic)</u> of the <u>[ES]TABLISHMENT(sic)</u> with this <u>CONSTITUTION</u> of the <u>BETWEEN</u> with the <u>States</u> AND <u>RATIFYING-THE-SAME</u>.

<u>~III For the [A]MENDMENTS(sic) of the CONSTITUTION ARE with the RIGHTS of the PERSONS/PEOPLE.</u>
<u>: [A]MENDMENT(sic)~I of the FREEDOMS ARE with the [RE]LIGION(sic)/SPEECH/PRESS.</u>
~1 For the <u>CONGRESS</u> of the NATION-America <u>IS</u> with the LACKING-[AU]THORITY(sic) of the MAKING-LAWS with the: [ES]TABLISHMENT(sic) of the [RE]LIGION(sic) OR [PRO]HIBITING(sic) of the FREE-[EX]ERCISE(sic)-THEREOF OR [A]BRIDGING(sic) of the FREEDOM with the SPEECH/PRESS OR THE-RIGHT of the PEOPLE-PEACEABLY with the [AS]SEMBLI(sic) AND PETITION of the GOVERNMENT with a [RE]DRESSING(sic)-GRIEVANCES.

<u>: [A]MENDMENT(sic)~II of the RIGHT ARE with the BEARING-ARMS.</u>
~1 For the <u>RIGHT</u> of the PEOPLE <u>IS</u> with the KEEPING/BEARING-ARMS AND without [a]ny(sic) [IN]FRINGEMENT(sic) of a NECESSITI(sic) with the SECURING of the MAINTAINING-A-FREE-STATE with a WELL-[RE]GULATE(sic)-MILITIA.

<u>: [A]MENDMENT(sic)~III of the HOUSING ARE with the [PRO]HIBITION(sic) of the SOLDIERS/GOVERNMENT-TAKING-[PRO]PERTI(sic)-BELONGING with the PEOPLE.</u>
~1 For a <u>SOLDIER</u> of this GOVERNMENT/NATION <u>IS</u> with the [PRO]HIBITION(sic) of the <u>TAKING-QUARTER</u> within [a]ny(sic) <u>HOUSE</u> of the <u>DURING-PEACE-TIME</u> without the <u>CONSENT</u> of the <u>OWNER</u> without the [EX]CEPTION(sic).
~2 For a <u>SOLDIER</u> of this <u>GOVERNMENT/NATION</u> <u>IS</u> with the [PRO]HIBITION(sic) of the <u>TAKING-QUARTER</u> within [a]ny(sic) <u>HOUSE</u> of the <u>DURING-WAR-TIME</u> without the <u>CONSENT</u> of the <u>OWNER</u> with the <u>[ON]LI(sic)-A-LEGAL/LAWFUL-[PRE]SCRIPTION(sic).</u>

FOR THIS COPYRIGHT/COPYCLAIM ~I~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

: [A]MENDMENT(sic)-~IV of the [PRO]TECTION(sic) ARE with the [A]GAINST-SEARCHES AND SEISURES.
- ~1 For the PEOPLE of this GOVERNMENT/NATION ARE with the RIGHT of the BEING-SECURE with their PERSONS/HOUSES/PAPERS/[EF]FECTS(sic).
- ~2 For the PEOPLE of this GOVERNMENT/NATION ARE with the [PRO]TECTION(sic) of the [A]GAINST(sic) with the [UN]REASONABLE(sic)-SEARCHES/SEIZURES.
- ~3 For the WARRANTS of this GOVERNMENT/NATION ARE with the MANDATORI-[RE]QUIREMENT(sic) of the HAVING-[PRO]BABLE(sic)-CAUSE with the SUPPORTING-[OA]TH(sic) OR [AF]FIRMATION(sic) AND PARTICULAR-[DE]SCRIPTION(sic) of the PLACE-BEING with the SEARCH AND with the PERSONS OR THINGS-BEING-SEIZE.

: [A]MENDMENT(sic)-~V of the [PRO]TECTION(sic) ARE with the PERSONS/PEOPLE-HAVING-LIFE/LIBERTI/[PRO]PERTI(sic).
- ~1 For the [PRE]SENTMENT(sic) OR [IN]DICTMENT(sic) of a GRAND-JURY ARE with the GOVERNMENT'S-MANDATORI-[RE]QUIREMENT(sic) of the HOLDING-A-PERSON/PEOPLE with the [AN]SWERING(sic) of a CAPITAL OR [IN]FAMOUS(sic)-CRIME without the [EX]CEPTION(sic).
- ~2 For the [ON]LI(sic)-[EX]CEPTION(sic) of the [RE]QUIREMENT(sic)-[A]BOVE(sic) IS with the CASE-[PER]TAINING(sic) with the LAND OR NAVAL-FORCES OR MILITIA-DURING-SERVICE-IN-WAR-TIME.
- ~3 For the GOVERNMENT/NATION of the PERSON/PEOPLE ARE with the [PRO]HIBITION(sic) of the SUBJECTING-HIM/HER/THEM of the SAME-[OF]FENSE(sic) with the PUTTING-TWICE of the JEOPARDY with his/her/their LIFE/LIMB.
- ~4 For the GOVERNMENT/NATION of the PERSON/PEOPLE ARE with the [PRO]HIBITION(sic) of the COMPELLING-HIM/HER within [a]ny(sic) CRIMINAL-CASE of the BEING-A-WITNESS-[A]GAINST(sic) with the HIM/HER-SELF.
- ~5 For the GOVERNMENT/NATION of the PERSON/PEOPLE ARE with the [PRO]HIBITION(sic) of the [DE]PRIVING(sic) with the HIS/HER/THEIR-LIFE/LIBERTY OR PROPERTI(sic) of the LACKING with the LAW'S-DUE-PROCESS.
    - ~a For the RIGHT of the TRAVEL-AND-NO-LICENSE-NECESSARI(sic) ARE within the THOMPSON-V-SMITH-RULING-[~154-SE-~579/~11-AMERICAN-JURISPRUDENCE/CONSTITUTIONAL-LAW-SECTION-~329: PAGE-~1135/SHUTTLESWORTH-V-BIRMINGHAM-[~394-US-~147-(1969).]
    - ~1 For the RIGHT of the CITIZEN IS with the RIGHT of the TRAVEL with the [U]PON(sic) on the PUBLIC-HIGHWAYS AND with the TRANSPORTING-HIS/HER-[PRO]PERTI(sic) of the THEREON.

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

~2 For the <u>RIGHT</u> of the <u>LIFE/LIBERTI/[PRO]PERTI(sic)</u> AND
[PUR]SUIT(sic)-OF-THE-HAPPINESS/SAFETI(sic) <u>ARE</u> with the
[IN]CLUDING(sic) of the <u>[U]SE(sic)</u> with the <u>[OR]DINARI(sic)</u>
AND <u>[U]SUAL(sic)-[CON]VEYANCES(sic)</u> of the <u>DAY</u> AND <u>MODES</u> with
the <u>TRAVEL</u> of the [IN]CLUDING(sic): RIGHT of the <u>DRIVING-A-
HORSE-DRAWN-CARRIAGE</u> OR <u>WAGON</u> OR <u>[O]PERATING(sic)-AN-
[AU]TOMIBILE(sic)</u> with the [U]SUAL(sic) AND [OR]DINARI(sic)-
[PUR]POSE(sic) of the LIFE AND BUSINESS with the <u>QUOTING-OF-
THE-COURT'S-RULING</u>.

~3 For the <u>RIGHT</u> of the <u>CITIZEN</u> <u>IS</u> with the <u>DRIVING</u> of a <u>PUBLIC-
STREET</u> with the <u>FREEDOM</u> of the <u>POLICE-[IN]TERFERENCE(sic)</u> with
a <u>FUNDAMENTAL-CONSTITUTIONAL-RIGHT</u>. ~For the <u>CITING</u>: *THOMPSON-
V-SMITH* AND *TECHE-LINE-V-DANFORTH*-[~12-S.2D-~784].

~4 For the <u>SUPREME-COURT</u> of the <u>[U]niti(sic)-States</u> <u>IS</u> with the
<u>RULING</u>:  For the <u>CITIZENS'-[U]SE(sic)</u> of the <u>STREETS</u> AND
.<u>HIGHWAYS</u> <u>ARE</u> with the <u>[AN]CIENT(sic)-TIMES</u> of the <u>BEING-A-PART</u>
with the <u>PRIVILEGES/[IM]MUNITIES(sic)/RIGHTS</u> AND <u>LIBERTIES</u> of
the <u>NO-GUISE</u> with the [RE]GULATIONS(sic) of the
[PER]MITS(sic)/LICENSING with the [A]BRIGING(sic) OR DENIAL.
~For the <u>CITING</u>: *SHUTTLESWORTH-V-BIRMINGHAM*-
[~394-U-S-~147/-~149-~153-(1969).]

~5 For the <u>[PER]MISSABLE(sic)-[A]CT(sic)</u> of a <u>State's-
CONVERSION-with-a-RIGHT-[in]to(sic)-a-[PRI]VILEGE(sic)</u> AND
[IS]SUING(sic)-A-LICENSE AND CHARGING-A-FEE <u>ARE</u>
with the <u>U-S-SUPREME-COURT-STATING</u>: [OU]R(sic)-
[DE]CISIONS(sic) of the MAKING-IT-CLEAR <u>ARE</u> with the
[A]NI(sic)-PERSON-FACING of an [UN]CONSTITUTIONAL(sic)-
LICENSING-LAW with the [IG]NORING(sic)-IT AND [EN]GAGING(sic)-
WITH-THE-RIGHT-OF-THE-[IM]PUNITI(sic).
~For the <u>CITING</u>: *SHUTTLESWORTH-V-BIRMINGHAM*-
[~394-U-S-~147/-~151-(1969).]

~6 For a <u>State's-[AU]THORITI(sic)</u> of the <u>[IM]POSING(sic)-OF-A-
CHARGE/LICENSE</u> <u>ARE</u> with the <u>[PRO]HIBITION(sic)</u> of the
[EN]JOYMENT(sic) with a <u>RIGHT</u> of the <u>GRANTING</u> with the
<u>FEDERAL-CONSTITUTION</u>. ~For the <u>CITING</u>: *MURDOCK-V-PENNSYLVANIA*-
[~319-U-S-~105-{1943}.]

~7 For a <u>State's-[AU]THORITI(sic)</u> of the <u>[IM]POSITION(sic)-OF-A-
FLAT-LICENSE-TAX</u> <u>IS</u> with the <u>[TRANS]FORMING(sic)</u> of the
[AC]TIVITIES(sic) with the <u>COLPORTEUR</u> as a <u>COMMERCIAL-
[EN]TERPRISE(sic)</u> with the <u>[IN]VOLVING(sic)-[RE]STAINTS(sic)</u>
of the <u>CONSTITUTIONAL-LIBERTIES'-[A]DVANCEMENT(sic)</u> with the
<u>PRESS</u> AND [RE]LIGION(sic) of the <u>SUPPRESSING</u> with the <u>RIGHT'S-
[EX]ERCISE(sic)</u>. ~For the <u>CITING</u>: *MURDOCK-V-PENNSYLVANIA*-
[~319-U-S-~105-{1943}.]

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF
THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF
THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND
QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-
FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

~8 For the CITIZEN'S-RIGHT of the TRAVEL AND TRANSPORT-[PRO[PERTI(sic): WHETHER-BY-[O]PERATING(sic)-HIS/HER-[AU]TOMOBILE(sic)-ON-PUBLIC-STREETS-OR-HIGHWAYS ARE with the NOT-A-MERE-[PRI]VILEGE(sic) of the BUT within the COMMON-RIGHTS of the BEING-[UN]DER(sic) with the RIGHTS of the LIFE/LIBERTI(sic)-AND-[PUR]SUIT(sic)-OF-THE-HAPPINESS AND A-VERI(sic)-VALUABLE-RIGHT within the FEDERAL-CONSTITUTION. ~For the CITING: *THOMPSON-V-SMITH-CHIEF of the POLICE*-[~154-S-E-~579-{1930)-(VAGINIA-SUPREME-COURT).]

~9 For the CHANGING of the TERMS: TRAVEL-WITH-THE-DRIVE AND [AU]TOMOBILE(sic)-WITH-THE-MOTOR-VEHICLE ARE with a VOIDABLE/[IN]VALID-State's-COLOR-OF-THE-LAW-STATUTE/[OR]DINANCE(sic) of the CAUSING/SUSTAINING with the [IR]REPARABLE(sic)-[IN]JURIES(sic) of his/her PURSUIT-OF-THE-HAPPINESS AND [AC]QUIRING(sic)-[U]SE(sic) with his/her PROPERTI(sic). ~For the CITING: *THOMPSON-V-SMITH*-[~154-S-E-~579-{1930).]

   ~a For the [IR]REPARABLE(sic)-[IN]JURI(sic) of the MEANING IS with the [IN]JURI(sic) of a NATURE with the FAIR AND REASONABLE-REDRESS of the NOT-BEING-HAD with a COURT-OF-THE-LAW. [: *ID*.]

   ~b For the COURT'S-[RE]FUSAL(sic) of the [IN]JUNCTION(sic)-[RE]LIEF(sic) IS with the DENIAL-OF-THE-JUSTICE. [: *ID*.]

~10 For the CITIZEN'S-RIGHT of the TRAVEL-FREELI(sic) IS within the PUBLIC-HIGHWAYS of the TRANSPORTING-HIS/HER-[PRO]PERTI(sic) with the EITHER-BY-HORSEDRAWN-CARRIAGE/WAGON/[AU]TOMOBILE(sic) of the NOT-BEING with a MERE-[PRI]VELEGE(sic) of the BUT-BEING-A-COMMON-RIGHT within the RIGHT-OF-THE-LIFE/LIBERTI(sic)/[PUR]SUIT(sic)-OF-THE-HAPPINESS. ~For the CITING: *II-AM.JUR.-~1ST-CONSTITUTIONAL-LAW-SECTION-~329: PAGE-~1135.*

~6 For the GOVERNMENT/NATION of the PERSON/PEOPLE ARE with the [PRO]HIBITION(sic) of the TAKING-PRIVATE-[PRO]PERTI(sic) with the PUBLIC-USE AND without the JUST-COMPENSATION.

: [A]MENDMENT(sic)-~VI of the RIGHTS ARE with the [AC]CUSE(sic)-PERSONS/PEOPLE of the CRIMINAL-CASES with the HAVING-[PRO]TECTIONS(sic)-[A]GAINST(sic)-THE-GOVERNMENT.

   ~1 For the ALL-CRIMINAL-[PRO]SECUTIONS(sic) of the PERSON/PEOPLE ARE with the [EN]JOYMENT(sic) of the FOLLOWING-RIGHTS:

   ~1 : SPEEDY AND PUBLIC-TRIAL.

   ~2 : [IM]PARTIAL(sic)-JURI(sic) of the STATE-AND-DISTRICT ARE with the PLACE of the CRIMINAL-ACT where the DISTRICT-[AS]CERTAINS(sic)-THE-LAWS.

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

:D-T.G.D.

~3 : [IN]FORMS(sic)-THE-PERSON/PEOPLE of the NATURE-AND-CAUSE ARE
with the [AC]CUSATION(sic) of the [PUR]POSE(sic) with the CORRECT-
[PRE]PARATION(sic) of the CORRECT-LEGAL-[DE]FENSES(sic) with
[a]ni(sic) CRIMINAL-CASE-AT-HAND.
~a: NATURE=For the WHETHER of the CIVIL OR CRIMINAL.
~1 For the CASES of the NAMING-A-State-AS-A-PARTI(sic) ARE with
the CIVIL-IN-NATURE AND FEDERAL-COURT-JURISDICTION with the
State of the BEING-A-PARTI(sic) with the [AC]TION(sic).
~2 For the CASES of the NAMING-A-State-AS-A-PARTI(sic) ARE with
the CRIMINAL-IN-NATURE AND State-COURT-JURIDICTION with the
State of the BEING-A-PARTI(sic) with the [AC]TION(sic).
~b. For the CRIMINAL-CASES of this CONSTITUTION ARE with the
GRANTING of the ONLI(sic)-TWO-TYPES within the CRIMINAL-
JURISDICTIONS: COMMON-LAW OR [AD]MIRALTI(sic)-MARITIME AND NO-
HYBRIDS.
~1. For the COMMON-LAW of the CRIMINAL-JURISDICTION IS with the
[RE]QUIREMENT(sic) of a PARTI(sic) with an [IN]JURI(sic).
~a For a CRIME with the [EX]ISTING(sic) IS with the
MANDATORI(sic)-[RE]QUIREMENT(sic) of a PARTI(sic) with an
[IN]JURI(sic) of the [U]SING(sic) with the TERM: CORPUS-
[DE]LICTI(sic). ~For the CITING: SHERER-V-CULLEN-[~481-F-
~945.]
~b For the [E]VERI(sic)-TRIAL of a [PRO]SECUTION(sic) IS with
the [PRO]SECUTOR(sic) of the PROVING with the A-CORPUS-
[DE]LECTI(sic) OR BODI(sic) of a CRIME: THE-FACT of an
[IN]JURI(sic)/LOSS OR HARM AND [EX]ISTANCE(sic) of a
CRIMINAL-ACT with the CAUSE. ~For the CITING: PEOPLE-V-
SAPP-[~73-P-~3d-~433-at-~467-(Cal.-~2003).]
For the OR.
~2 For the [AD]MIRALTI(sic)-MARITIME/[IN]TERNATIONAL(sic)-CONTRACT
of the CONDITION IS with a KNOWING/CONSENTUAL-CONTRACT of a
WRITING [un]der(sic) the [AD]MIRALTI(sic)-MARITIME of the
CRIMINAL-[AS]PECT(sic) within the COLORABLE-[AD]MIRALTI(sic)-
JURISDICTION of the [PUR]SUANT(sic) with the [AR]TICLE(sic)-~1:
SECTION-~8.
~3 : PERMITS-THE-PERSON/PEOPLE of the CONFRONTING ARE with the
WITNESSES-[A]GAINST(sic)-HIM/HER/THEM.
~4 : PERMITS-THE-PERSON/PEOPLE of the HAVING-HIS/HER/THEIR-
COMPULSORY-PROCESS ARE with the [OB]TAINING(sic)-FAVORABLE-
WITNESSES.
~5 : PERMITS-THE-PERSON/PEOPLE of the HAVING-COUNSEL-
[AS]SISTANCE(sic) ARE with the HIS/HER/THEIR-[DE]FENSE(sic).

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF
THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF
THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND
QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-
FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.
: Page-#~_____.

: [A]MENDMENT(sic)-~VII of the RIGHTS ARE within the CIVIL-CASES of the [PRO]TECTION(sic) with the PERSONS/PEOPLE.

~1 For the SUITS-AT-COMMON-LAW of the HAVING-A-VALUE-IN-[CON]TROVERSI(sic)-MORE-THAN-$~20.00-DOLLARS ARE with the RIGHT of a TRIAL with the [PRE]SERVATION(sic).

~2 For the TRIALS of the FACTS-WITH-OUT-A-JURY ARE with the [RE]EXAMININATION(sic) of the ANY-COURT within the [UN]ITI(sic)-STATES of the USING-THE-RULES with the COMMON-LAW.

: [A]MENDMENT(sic)-~VIII of the [EX]CESSIVE(sic)-BAIL/FINES/PUNISHMENTS ARE with the FOREBIDDEN by the GOVERNMENT.

~1 For the COURTS of the PERSON/PEOPLE ARE with the LACK of the [RE]QUIREMENT(sic) with the [IM]POSING(sic):

~1 : [EX]CESSIVE(sic)-BAIL.

~2 : [EX]CESSIVE(sic)-FINES.

~3 : [IN]FLICTING(sic)-CRUEL-AND-[UN]USUAL(sic)-PUNISHMENTS.

: [A]MENDMENT(sic)-~IX of the [O]THER(sic)-RIGHTS ARE with the KEEPING by the PEOPLE.

~1 For the [E]NUMERATION(sic) of this CONSTITUTION/CHARTER ARE with the CERTAIN-RIGHTS of the LACKING-A-CONSTRUCTION with the DENYING OR DISPARAGING-OTHERS-[RE]TAIN(sic) by the PEOPLE.

: [A]MENDMENT(sic)-~X of the NON-[DE]LEGATE(sic)-POWERS ARE with the KEEPING by the STATES OR PERSONS/PEOPLE.

~1 For the NON-[DE]LIGATE(sic)-POWERS of this [Un]iti(sic)-States of the America-CONSTITUTION/CHARTER ARE with the [RE]SERVE(sic) of the STATES OR THE PEOPLE with a CONSTITUTION-CONVENTION.

:[A]MENDMENT(sic)-~XI of the JUDICIAL-POWER-LIMITATIONS.

~1 For the JUDICIAL-POWER of the [Un]iti(sic)-States of the America IS with the LACKING-[CON]STRUCTION(sic) of the [EX]TENDING(sic) with the ANY-SUIT-IN-LAW OR [E]QUITI(sic) of the COMMENCING/[PRO]SECUTING(sic)-with the [A]GAINST(sic)-ONE of the [Un]iti(sic)-States AND CITIZEN of the [A]NOTHER(sic)-STATE OR with the CITIZENS/SUBJECTS of the [A]NI(sic)-FOREIGN-STATE.

: [A]MENDMENT(sic)-~XII of the ELECTION-PROCESS.

~1 For the [E]LECTORS(sic) of the STATES/NATION ARE with the [RE]QUIREMENT[sic] of the MEETING within their STATE AND VOTING of the FOLLOWING: PRESIDENT AND VICE-PRESIDENT/CONGRESS: HOUSE/SENATE with a RATIFI AND IN-PLACE-CONSTITUTION/CHARTER AND [OA]THS(sic) of the [OF]FICES(sic)-[ES]TABLISH(sic) AND ALL with the and by the WE-THE-PEOPLE.

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

: [A]MENDMENT(sic)-~XIII of the GOVERNMENT IS with the [PRO]HIBITION(sic) of the SLAVERY AND [IN]VOLUNTARY(sic)-SERVITUDE.

~1 For the SLAVERI(sic) AND [IN]VOLUNTARY(sic)-SERVITUDE of the [Un]iti(sic)-States of the America ARE with the [PRO]HIBITION(sic).


: [A]MENDMENT(sic)-~XIV of the [Un]iti(sic)-States of the America-NATURALIZATION-[RE]QUIREMENTS(sic) AND [PRO]HIBITION(sic) of the VIOLATING-RIGHTS ARE with the [PRO]TECTION(sic)-OF-THOSE-RIGHTS/[IM]MUNITITES(sic).

: SECTION~1.

~1 For the CITIZENS of the [Un]iti(sic)-States-of-the-America ARE with the BORN-HERE OR NATURALIZE AND SUBJECT of the JURISDICTION within the STATE-HE/SHE-DOMICILES.

~2 For the ALL-STATES of the [Un]iti(sic)-States-of-the-America ARE with the [PRO]HIBITION(sic) of the MAKING/[EN]FORCING(sic)-[A]NY(sic)-LAW-[A]GAINST(sic)-PERSONS/CITIZENS/PEOPLE which the [A]BRIDGES(sic)-HIS/HER-RIGHTS OR [IM]MUNITIES(sic).

~3 For the ALL-STATES of the [Un]iti(sic)-States-of-the-America ARE with the [PRO]HIBITION(sic) of the [DE]PRIVING(sic)-[A]NY(sic)-PERSON with the LIFE/LIBERTI(sic) OR [PRO]PERTI(sic) of the LACKING-DUE-[PRO]CESS(sic) within the LAWS.

~4 For the ALL-STATES of the [Un]iti(sic)-States-of-the-America ARE with the [PRO]HIBITION(sic) of the [DE]NYING(sic)-[A]NY(sic)-PERSON within its JURISDICTION with the [E]QUAL(sic)-[PRO]TECTION(sic) of their RIGHTS within the LAWS.

: SECTION-~2.

~1 For the [RE]PRESENTATIVES(sic) of the [E]LECT(sic) ARE with the [AP]PORTION(sic) of the STATES with the BASE-[U]PON(sic)-NUMBERS of the PERSONS within the STATES.

~2 For the ALL-PERSONS/CITIZENS-AGE-~21 OR OLDER ARE with the VOTING-RIGHTS of the NATION'S/STATE'S-[E]LECTION(sic)-[PRO]CESS(sic) with the CHOOSING-A-PRESIDENT/VICE-PRESIDENT of the [EX]ECUTIVE(sic)-BRANCH AND CHOOSING of the CONGRESSMEN/WOMEN within the LEGISLATIVE-BRANCH.

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

**: SECTION-~3.**

**~1** For the PERSONS of the [Un]iti(sic)-States-of-the-America-NATION-WHO ARE with the RUNNING/HOLDING-[A]NY(sic)-[OF]FICE(sic): CIVIL OR MILITARI(sic) of this NATION OR [A]NY(sic)-STATE with the WHETHER-A-MEMBER of the [E]XECUTIVE(sic)/LEGISLATURE/JUDICIAL-BRANCHES with the TAKING-AN-[OA]TH(sic) of the SUPPORTING-THE-CONSTITUTION with this NATION AND LACKING-[AU]THORITI(sic) of the [EN]GAGING(sic) with the [IN]SURRECTION(sic) OR [RE]BELLION(sic)-[A]GAINST(sic) of this NATION OR GIVE-[AI]D(sic) OR [COM]FORT(sic) with the NATION'S-[E]NEMIES(sic).

**~2** For the CONGRESS of this NATION IS with the [AU]THORITI(sic) of the TWO-THIRD-VOTE with the [RE]MOVING(sic)-SUCH-PERSONS.

**: SECTION-~4.**

**~1** For the PERMISSABLE-PUBLIC-DEBT-WITHOUT-QUESTION of the [Un]iti(sic)-States-of-the-America IS with the [AU]THORITI(sic) of the LAW with the PURPOSE of the SERVICES with the SUPPRESSING-[IN]SURRECTION(sic) OR [RE]BELLION(sic).

**~2** For the HOWEVER-NEITHER-THE-[Un]iti(sic)-States-of-the-America AND [A]NY(sic)-STATE ARE with the [AU]THORITI(sic) of the [AS]SUMING(sic) OR PAYING-[A]NY(sic)-DEBT OR [OB]LIGATION(sic) with the [A]ID(sic) of an [IN]SURRECTION(sic) OR [RE]BELLION(sic)-[A]GAINST(sic) of this [Un]iti(sic)-States-of-the-America OR [A]NY(sic)-CLAIM with the LOSS OR [E]MANCIPATION(sic) WITH the [A]NY(sic)-SLAVE.

**~3** For this TYPE of the DEBT/[OB]LIGATION(sic)/CLAIM ARE with the [CON]SIDER(sic) as the [IL]LEGAL(sic) AND VOID.

**: SECTION-~5.**

**~1** For the CONGRESS of this NATION IS with the POWER of the [EN]FORCING(sic) with the LEGISLATION of the [PRO]VISIONS(sic) with this [A]MENDMENT(sic)-XIV.

**: [A]MENDMENT(sic)-~XV of the CITIZEN'S-RIGHT ARE with the VOTING.**

**: SECTION-~1.**

**~1** For the CITIZEN'S-VOTING-RIGHTS of the [DE]LEGATES(sic) ARE with the NOT-DENIABLE(sic) OR [A]BRIDGE(sic) on the BASIS with the RACE/COLOR/PREVIOUS-CONDITION of the SERVITUDE by the [Un]iti(sic)-States-of-the-America OR [A]NY(sic)-STATE.

**: SECTION-~2.**

**~1** For the CONGRESS of this NATION IS with the POWER of the [EN]FORCING(sic) with the LEGISLATION of the [PRO]VISIONS(sic) with this [A]MENDMENT(sic)-XV.

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

:D-

## FOR THE CONGRESSIONAL-ACTS:

: IV For the <u>A.-D.-A.</u>= For the <u>AMERICANS-[DIS]ABILITIES(sic)-ACT</u> of the [AC]COMMODATIONS(sic) <u>IS</u> with the <u>GOVERNMENT/[A]GENTS(sic)/VASSALEES-</u>of the <u>[AC]COMMODATING(sic)</u> with the <u>[IN]CLUDING(sic)-LANGUAGE-BARRIERS/TRANSLATORS</u>.


: V <u>For the [A]PARTHEID(sic)</u>=For a <u>SYSTEM</u> of the <u>[IN]STITUTIONALIZE(sic)-[DIS]CRIMINATING(sic)-SEGREGATION</u> <u>ARE</u> with the LAWS/POLICIES/RULES/[RE]GULATIONS(sic) of the <u>SEPARATING</u> with the <u>GROUP</u> of the <u>LIVING-MEN/WOMAN/CHILDREN</u> with the <u>FORCING-THEM</u> within an <u>[IM]POVERISH(sic)/[OP]PRESIVE(sic)-SYSTEM</u> of the <u>[AF]FECTING(sic)-ALL-[AS]PECT(sic)</u> of their <u>LIVES</u> with the <u>[IN]CLUDING:</u> <u>HOUSING/[E]DUCATION(sic)/PUBLIC-FACILITIES/MEDICAL-[RE]SOURCES/NUTRITIONAL-FOODS</u>.


: VI <u>For the CLAYTON-ANTI-TRUST-ACT of the 1914 IS with the</u> <u>CODIFI(sic) of the TITLE-~15: D.-C.-C.-S.-~12-~27/TITLE-~29: D.-C.-C.-S.-~52-~52</u>:

~1 For the <u>LAWS</u> of the <u>OUTLAWING-PRACTICES</u> <u>ARE</u> with the <u>HARMING</u> of the <u>CONSUMERS</u> with the <u>PRACTICES</u> by the <u>MONOPOLIES/CARTELS/TRUSTS</u>.
   : ~1 HARMFUL-MERGERS AND [AC]QUISITIONS(sic).
   : ~2 EXCLUSIVE-DEALING-[A]GREEMENTS(sic).
   : ~3 PRICE-[DIS]CRIMINATIONS(sic).
   : ~4 SERVING of the BOARD with the [DI]RECTORS(sic) of the TWO-COMPETING-COMPANIES with the SIMULTANEOUSLI(sic).
~2 For the <u>CLAYTON-ACT</u> of the <u>SPECIFIC-[PRO]HIBITIONS(sic)</u> <u>ARE</u> with the [PRO]HIBITING(sic) of the CONDUCT with the THREE-LEVEL-[EN]FORCEMENT(sic)-SCHEME/[EX]EMPTIONS(sic)/[RE]MEDIAL(sic)-MEASURES.
~3 For the <u>PERFECT-SAMPLE</u> of the <u>CLAYTON-ACT-VIOLATION</u> <u>IS</u> with the FANNY-MAE/FREDDIE-MAC-MORTGAGE-CONTRACTS of the BANK'S-COLLABORATE-[EN]GINEERING(sic)-DOCUMENT with the [U]SING(sic)-FRAUDULENT/MIS-COMMUNICATION-CONTRACTS of the FICTION-GRAMMAR with the VIOLATING-TITLE-~18: <u>D.-C.-C.-S.</u>: ~1001 & ~1002/TITLE-~42: <u>D.-C.-C.-S</u>.: ~1985/~1986 of the SELLING-LAND without the LODIAL-TITLES AND with the STEALING of the CONSUMERS'-[PRO]PERTIES(sic)/SWEAT-[E]QUITI(sic) AND of the SUBMITTING-FRAUDULENT-MORTGAGE-SECURITI(sic)-NOTES within the SECURITI(sic)-[EX]CHANGE(sic)-MARKET.

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

: **SECTION-~16 of the [EN]FORCEMENT(sic)/DAMAGES:**

~1 For the **CLAYTON-ACT** of the PROCEDURALLI(sic) **IS** with the [EM]**POWERING(sic)** of the [PRI]**VATE(sic)-PARTIES** with the [IN]**JURIES(sic)** of the CAUSE with the **VIOLATIONS** of the **ACT** with the **SUING** of the **TREBLE-DAMAGES** with the [UN]DER(sic)-**SECTION-~4** AND with the [IN]**JUNCTION(sic)**-[RE]LIEF(sic)/[DI]VESTITURE(sic) of the [UN]DER(sic) with the **SECTION-~16**.

~2 For the **SUPREME-COURT** of the **RULING IS** with the **CLAYTON-ACT** of the CIVIL-SUITS-ONLI(sic) with a [PRO]VISION(sic) of the PERMITTING-A-SUIT within the FEDERAL-COURTS of the **THREE-TIMES** with the [AC]**TUAL(sic)-DAMAGES** of the [A]NI(sic)-THING with the FORBIDDEN of the [AN]TI-TRUST(sic)-LAWS with the [IN]**CLUDING(sic)-COURT-COSTS** AND [AT]**TORNEYS(sic)-FEES**.

: **VII** For the **DO-N0-HARM-ACT** = For this [PUR]POSE(sic) of this ACT **IS** with the [RE]STORING(sic) of the **RELIGIOUS-FREEDOM-RESTORATION-ACT/R.-F.-R.-A.** with the [RE]**LIGIOUS(sic)-[EX]ERCISE(sic)** of the [EN]SURING(sic) with the R.-F.-R.-A. of the FAILING with the [E]RODING(sic) of the **CIVIL-RIGHTS/[AC]CESS(sic)** with the **HEALTH-CARE/GOVERNMENT-SERVICES/WORKER-[PRO]TECTIONS(sic)** of the [UN]DER(sic)-A-GUISE with the [RE]**LIGIOUS(sic)-FREEDOM**. *[For the VIOLATING of this ACT **IS** with the [AC]TIVATING(sic) of the **HOBBS-ACT** with a CLAIM.]*

: **VIII** For the **FRAUD-CLAIMS-ACT/WHISTLE-BLOWER-ACT**/TITLE-~31: **D.-C.-C.-S.**-~3729 of the FOLLOWING:

~1 For the **PERSON-WHO** of the **KNOWINGLI(sic) IS** with the [PRE]SENTING(sic) OR CAUSES with the [PRE]SENTING(sic) of the FALSE OR FRAUDULENT-CLAIM of a **PAYMENT** OR [AP]PROVAL(sic) with the [A]**GAINST(sic)-[A]NOTHER(sic)-PERSON**.
For the **OR:**

~2 For the **PERSON-WHO** of the **KNOWINGLI(sic) IS** with the **MAKING/[U]SES(sic)** OR **CAUSES** with the MAKING OR [U]SING(sic) of the FALSE-[RE]CORD(sic) OR STATEMENT of the BEING-MATERIAL with a FALSE OR FRAUDULENT-CLAIM.
For the **OR:**

~3 For the **PERSON-WHO** of the **KNOWINGLI(sic) IS** with the CONSPIRING of the COMMITING-A-VIOLATION of the SECTION: A/B/C/D/E/F OR G.
For the **OR:**

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

~4 For the **PERSON-WHO** of the KNOWINGLI(sic) IS with the HAVING-
[POS]SESSION(sic)/CUSTODY OR CONTROL of the [PRI]VATE(sic)-
[PRO]PERTI(sic) OR MONEY of the [BE]LONGING with the PERSON.
For the OR:

~5 For the **PERSON-WHO** of the KNOWINGLI(sic) IS with the
[AU]THORIZING(sic) of the MAKING OR [DE]LIVERING(sic)-A-DOCUMENT with
the CERTIFYING-[RE]CEIPT(sic) of a [PRO]PERTI(sic) OR MONEY with the
BELONGING of [a]nother(sic) PERSON with the [IN]TENDING(sic) of the
[DE]FRAUDING(sic)/MAKING OR [DE]LIVERING(sic) with the [RE]CEIPT(sic)
of the WHILE-NOT-COMPLETELI(sic)-KNOWING with the [RE]CEIPT'S(sic)-
TRUTHFULNESS.
For the OR:

~6 For the **PERSON-WHO** of the KNOWINGLI(sic) IS with the BUYING OR
[RE]CEIVING(sic) of a PLEDGE with an [OB]LIGATION(sic) OR
DEBT/[PRI]VATE(sic)-[PRO]PERTI(sic) of the [IL]LEGALLI(sic)-SELLING OR
PLEDGING with this [PRI]VATE(sic)-[PRO]PERTI(sic) by an
[OF]FICER(sic)/GOVERNMENT-[EM]PLOYEE(sic)/[A]RM(sic)-FORCES.
For the OR.

~7 For the **PERSON-WHO** of the KNOWINGLI(sic) IS with the:
MAKING/[U]SES(sic) OR CAUSES with the MAKING OR [U]SE(sic) of a FALSE-
[RE]CORD(sic)/STATEMENT with the MATERIAL of an [O]BLIGATION(sic) with
the PAYING OR TRANSMITTING of the MONEY OR [PRO]PERTI(sic) OR with the
CONCEALING OR KNOWINGLI(sic) AND [IM]PROPERLI(sic)-[A]VOIDS OR
[DE]CREASES(sic) of the [O]BLIGATION(sic) with the PAYING OR
TRANSMITTING of the MONEY OR [PRO]PERTI(sic) [a]gainst(sic) the
GOVERNMENT AND/OR [AC]TUAL(sic)-[O]WNER(sic).

~8 For the DAMAGES: CIVIL-PENALTI(sic): $ ~10,000.00-GOLD-STANDARD/PLUS
ARE with the THREE-TIMES of the [A]MOUNT(sic) with the DAMAGES of the
[IN]CLUDING(sic)-LEGAL-FEES with the CAUSAL-[EF]FECT(sic).

: IX For the **HOBBS-ACT** = For the HOBBS-ACT of the CODIFYING IS
with the TITLE-~18: D.-C.-C.-S.:-~1951.
For the CRIMES of the **PUBLIC-CURRUPTION** ARE with the
RACKETEERING/COMMITTING-ROBBERY/[EX]TORTION(sic)/COMMERCIAL-
[DIS]PUTES(sic)/CURRUPTION of the [A]FFECTING(sic) with the
[IN]TER-STATE-COMMERCE/FOREIGN-COMMERCE. [*For the SEE/USE
of the DO-NO-HARM-ACT AND TITLE-~18: D.-C.-C.-S.:-~1951.*]

: X **FOR THE JURISDICTIONS/VENUES**.

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF
THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF
THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND
QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-
FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

For the <u>JURISDICTION/VENUE</u> of the TITLE-~4-<u>FLAG-CONSTITUTION/CORRECT-GRAMMAR-QUANTUM-MECHANICS/NOW-SPACE-CONTINUUM</u> <u>ARE</u> with the <u>[ON]LI(sic)-JURISDICTION/VENUE</u> of this <u>CONTRACT-VESSEL</u> within all COURTS/VESSELS/LEYLINES.

~A TITLE-~4: <u>D.-C.-C.-S.-~1/-~2/-~3-LAW of this FLAG: CLAIMING-FLAG-JURISDICTION/NOW-TIME-VENUE</u> with the <u>PATENT/COPY-RIGHT</u>.

~1 For the <u>JURISDICTION</u> of the <u>FLAG</u>: TITLE~4: <u>D.-C.-C.-S.-~1/-~2/-~3</u> <u>IS</u> with the CLAIM of the BOARD-MEMBERS with this <u>[U]niti(sic)-States-CORPORATION-VESSEL</u> of the [A]CRONYM(sic) with the <u>U.-S.-C.-V.</u> of this CONSTITUTION-RULES/LAWS/CODES with the CORRECT-SENTENCE-STRUCTURES of the <u>QUANTUM-COMMUNICATION-FACTS</u> with the <u>NOW-TIME-JURISDICTION</u> by the <u>CLAIM of the LIFE-CERTIFICATE/CLAIMANTS'-KNOWLEDGE.</u>

~2 For this TITLE-~4-FLAG on this <u>U.-S.-C.-V.</u> <u>IS</u> with this COPYRIGHT-CLAIM.

~3 For the [AU]THORITI(sic) of this <u>U.-S.-C.-V.</u> <u>ARE</u> with the CLAIM of the <u>SEA-TREATIES/SEA-PASS/DIALOGUE-TREATI(sic)/HEAR-TREATI(sic)-DROGUE-LAW-TREATI(sic)/TRUSTS/POSTAL-TREATI(sic)</u> by this CLAIMANT.

~4 For this <u>CONTRACT/CONSTITUTION/TREATI(sic)/TRUST/BRIEFS/[OA]THS(sic)/DOCUMENTS</u> of the <u>CLAIMANT'S-KNOWLEDGE</u> <u>ARE</u> with the [O]PEN(sic)-MARKET-CLAIMS of the CLOSURE/[DIS]COVERI(sic)/[DE]LIVERI(sic) with the QUANTUM-COMMUNICATION-METHODS by the <u>VESSEL'S-PEOPLE/PAPERS/CONTRACTS/CORPORATIONS/TREATIES/PLEADINGS/BRIEFS</u>.

~5 For the <u>FIDUCIARIES</u> of the <u>MARKET</u> <u>ARE</u> with these <u>CLAIMS</u> of the <u>CORRECTING</u> with the <u>WRITING-COMMUNICATIONS</u> of the <u>FICTIONAL-ADVERB-VERB</u> AND <u>FICTIONAL-ADVERB-ADJECTIVE-[PRO]NOUN(sic)-VESSELS</u> with this CONTRACT-VESSEL.

~6 For the <u>FLAGS</u> of the <u>YELLOW-FRINGES</u> <u>ARE</u> with the <u>FOLLOWING-CLAIMS</u>.

~A For the <u>YELLOW-FRINGE-FLAG</u> of the DIFFERENT-SIZES <u>ARE</u> with the *[AR]MY-MILITARY-COMMANDER'S*-[AU]THORITI(sic) of the *MARITIME-LAW* AND with the [US]E(sic) as the [AD]VERTIZEMENT(sic) with the FRAUDULENT-FICTION-GRAMMAR AND <u>AS-FOREIGN-VESSELS</u>.

~B For the [AD]VERTIZEMENT(sic) of the MARSHAL-LAW <u>IS</u> with a <u>SPEAR</u> of the TOP with a STANDARD AND/OR YELLOW-BRAID on the FLAG-POLE with these [AD]MIRALTI(sic)-COURTS.

~C For the <u>SYMBOLS</u> of the <u>FLAG-POLE-TOP</u> <u>ARE</u> with the [AD]VERTISEMENT(sic): <u>[EA]GLE(sic)-WINGS-UP=POSTAL/[EA]GLE(sic)-WINGS-DOWN=VATICAN-BANKING/SPEAR=MARITAL-LAW</u> AND <u>BALL=[RE]CRUITMENT(sic)</u>.

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

**~B** For the **JURISDICTION/VENUE-[DE]FINITIONS(sic)** AND **LEGAL-[PRO]CESS(sic)** of the **COURTS/VESSELS** ARE with the **QUANTUM-GRAMMAR-MECHANICS-WRITING-[EX]PLANATION(sic)-[ON]LI(sic)**.

**~1** For the JURISDICTION: SUBJECT-MATTER AND PERSONAL.

**~A** For the **SUBJECT-MATTER-JURISDICTION** of a **LEGAL-CASE** IS with the **COURT'S-POWER** of the [AD]JUDICATION(sic) with a **PARTICULAR-MATTER** AND **[PRO]VIDE(sic)-[RE]MEDI(sic)** by the *LII-WEX-LAW.COM*.

**~B** For a COURT'S of a **VALID/[EN]FORCEABLE(sic)-JUDGMENT-CLAIM** IS with the COURT of the **HAVING-JURISDICTION** with the BEGINNING by the *LII-WEX-LAW.COM*.

**~C** For the COURT'S of the **LACKING-JURISDICTION** IS with a CHALLENGE of the VALIDITI(sic) with the **JUDGEMENT-[RE]TROACTIVELI(sic)** by the *LII-WEX-LAW.COM*.

**~D** For the JURISDICTION of a **LEGAL-CASE** IS with the **TWO-CATEGORIES**: **PERSONAL-JURISDICTION** AND **SUBJECT-MATTER-JURISDICTION** by the *LII-WEX-LAW.COM*.

**~E** For the **PERSONAL-JURISDICTION** of a **LEGAL-CASE** IS with the GOVERNING of the **WHERE** with the PARTIES of the **BEING-HEARD** with the PER-*LII-WEX-LAW.COM*.

**~F** For the **SUBJECT-MATTER-JURISDICTION** of a **LEGAL-CASE** IS with the GOVERNING of the WHAT with the COURT of the [AU]THORITI(sic) with the **SPECIFICALLI(sic)-HEARING** by the *LII-WEX-LAW.COM*.

**~G** For the **LITIGATING-PARTIES** of a **LEGAL-CASE** IS with the [PER]MISSION(sic) of the **WAIVING-PERSONAL-JURISDICTION** AND with the **NO-[PER]MISSION(sic)** of the **WAIVING-SUBJECT-MATTER-JURISDICTION** by the *LII-WEX-LAW.COM*.

**~H** For the **FAVORABLE-[DE]FENSE(sic)** of a **LEGAL-CASE** IS with the **FEDERAL-COURTS** of the **CIVIL-[PRO]CEDURES(sic)** with the **FILING-A-MOTION** of the [DIS]MISSING(sic) with a CASE of the **BASIS** with the **LACK-OF-THE-SUBJECT-MATTER-JURISDICTION** by the *LII-WEX-LAW.COM*.

**~I** For this **LACK-OF-THE-SUBJECT-MATTER-JURISDICTION** of this [IS]SUE(sic) IS with the **[PER]MISSABLE(sic)** of the **RAISING-AT-[AN]I(sic)-POINT** with the **LITIGATION-[PRO]CESS(sic)** of the [E]VEN(sic) with the **PARTIES-[PRE]VIOUSLI(sic)-[AR]GUE(sic)** of the **[EX]ISTING(sic)-SUBJECT-MATTER-JURISDICTION** with the [EX]ISTING(sic) by the *LII-WEX-LAW.COM*.

**~J** For the COURT of a **LEGAL-CASE** IS with the [AU]THORITI(sic) of the [DIS]MISSING(sic) with the CASE of the **SUA-SPONTE-ON-IT'S-OWN** with the **LACK-OF-THE-SUBJECT-MATTER-JURISDICTION** of the [RE]FERANCE(sic) with

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.



the FEDERAL-RULE-of-the-CIVIL-[PRO]CEDURES(sic)-~12-~b-~1 by the *LII-WEX-LAW.COM.*

~K For the FEDERAL-COURTS of a LEGAL-CASE ARE with the [PRE]SENCE(sic) OR [AB]SENCE(sic) of the CONSTITUTIONAL-STANDING with the BEING-A-[RE]QUIREMENT(sic) by the *LII-WEX-LAW.COM.*

~L For the STANDING-DOCTRINE of the CONSTITUTION ARE with the [AR]TICLE(sic)-III-COURTS-[RE]QUIREMENT(sic) of the FEDERAL-COURTS with the [AD]JUDICATING(sic) of the [ON]LI(sic) with the CASES OR CONTROVERSIES of the COMPRISING with an [AC]TUAL(sic)-[IN]JURI(sic)-OF-THE-[RE]DRESS(sic) by the *LII-WEX-LAW.COM.*

~2 For the FEDERAL-COURTS of the SUBJECT-MATTER-JURISDICTION-[RE]QUIREMENTS:

~A For the TWO-[PRI]MARI(sic)-SOURCES of the FEDERAL-COURTS-SUBJECT-MATTER-JURISDICTION ARE with the [DI]VERSITI(sic) AND FEDERAL-QUESTIONS-JURISDICTION by the *LII-WEX-LAW.COM.*

~B For the DIVERSITI(sic)-JURISDICTION of the [RE]QUIREMENTS(sic) IS with the CLAIMS of the [EX]CEEDING(sic)-$~75,000.00 AND PARTIES with the DIFFERENT-STATES of the [RE]FERENCE(sic) with the TITLE-~28: D.C.C.S: ~1332 by the *LII-WEX-LAW.COM.*

~C For the FEDERAL-QUESTION-JURISDICTION of the [PER]MITTING(sic)-[IN]DIVIDUALS(sic) ARE with the [RE]GARDLESS(sic) of the CLAIM-VALUE with the [A]RISES(sic) of the [UN]DER(sic)-FEDERAL-LAW/US-CONSTITUTION with the [RE]FERENCE(sic)-OF-THE-TITLE -~28: D.C.C.S: ~1331 by the *LII-WEX-LAW.COM.*

~D For the FEDERAL-QUESTION of the [RE]QUIREMENTS(sic) ARE with the COMPLAINANT'S-PLEADINGS of the CLAIMS with the FEDERAL-[IN]TERESTS(sic) AND FEDERAL-STATUTES of the GRANTING with a CAUSE-OF-THE-[AC]TION(sic) of the PARTIES with the SUFFERING-A-[PAR]TICULAR(sic)-[IN]JURI(sic) by the *LII-WEX-LAW.COM.*

~3 For the ADMIRALTI(sic)-JURISDICTION AND MARITIME-LAW.

~A For the US-CONSTITUTION of the [AR]TICLE(sic)-III-§-~2 IS with the [PER]MITTING(sic) of the [AD]MIRALTI(sic)-LAW with the [AN]I(sic)-WATERS-NAVIGABLE-SUBJECT of the [IN]TERSTATE(sic) OR FOREIGN-COMMERCE/BARGES-SHIPS-SHIPPING-COMMERCIAL-VESSELS-SALVAGE-DOCKS.

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.



~B For the [AD]MIRALTI(sic)-LAW of the [COM]PRISING(sic) IS
with the RULES of the [DE]FINING(sic) with the SCOPE of
the COURT'S-JURIDICTION.

~C For the MARITIME-LAW of the [COM]PRISING(sic) IS with the
[SUB]STANTIVE(sic)-RULES of the CREATION with the
FEDERAL-COURTS of the [RE]FERRING(sic) with the GENERAL-
MARITIME-LAW.

~D For the MARITIME-LAW of the CREATION IS with the NOT-
[A]RISING(sic) of the [U]niti(sic)-States-CONSTITUTION OR
LEGISLATION AND [RE]LIES(sic) with the [OT]HER(sic)-
COUNTRIES OR DOMESTIC OR LOOKS-AT-STATE-LAW of the
[RE]SOLVING(sic)-MARITIME-[DIS]PUTES(sic).

~E For the AMERICAN-[AD]MIRALTI(sic) AND MARITIME-LAW ARE
with the  OR]IGINALLI(sic)-[DE]VELOPE(sic) of the
BRITISH-[AD]MIRALTI(sic)-COURTS with the [PRE]SENT(sic)
of the AMERICAN-COLONIES AND with the [O]PERATE(sic)-
SEPARATE of the COURTS of the LAW AND [E]QUITI(sic).

~F For the [AD]MIRALTI(sic)-COURTS of the JURISDICTION ARE
with the LIMIT AND DO-NOT-[EX]TEND(sic) of the NON-
MARITIME-MATTERS with the [A]GAINST(sic)-SUITORS.

~G For the SAVING-OF-THE-SUITOR-CLAUSE IS with the
[PRO]VIDING(sic) of a [CON]CURRENT(sic)-STATE-
JURISDICTION with the [AL]LOWING(sic) of the NON-
[AD]MIRALTI(sic)-[RE]MEDIES(sic) with the
[RE]FERENCE(sic) of the TITLE: ~28: D.C.C.S: ~1333:
[DIS]TRICT(sic)-COURTS/JURISDICTION/[AD]MIRALTI(sic)-
MARITIME AND PRIZE-CASES.

~H For the MEANING of the SAVING-OF-THE-SUITORS-CLAUSE IS
with the: [AN]I(sic) of the [OT]HER(sic)-[RE]MEDI(sic)-
WHICH-THE-HE IS with the [EN]TITLE(sic) of the RIGHT with
the COMMON-LAW-[RE]MEDI(sic) of the WHERE-THE-COMMON-LAW-
BEING with the COMPETENT of the GIVING with the
[RE]MEDI(sic).


:XI FOR THE RULES OF THE COURT/VESSELS-[PRO]CEEDURES(sic).
: D.-C.-C.-~8: [A]UTHORITI(sic)/JURISDICTION of the
CLAIM/CLOSURE/[DIS]COVERI(sic)/GAIN. [: GENERAL-RULES of the
PLEADINGS]
~a For the CLAIM of the [RE]LIEF(sic)/CLOSURE IS with the PLEADINGS-
CONTAINING:
~1 For a SHORT/PLAIN-STATEMENT of the GROUND IS with the COURT'S-
JURISDICTION/VENUE.

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF
THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF
THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND
QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-
FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

:D-TILD.

~2 For a SHORT/PLAIN-STATEMENT of the CLAIM IS with the SHOWING of
   the PLEADER with the [EN]TITLE(sic) of the
   CLOSURE/[RE]LIEF(sic).

~3 For a COMMAND of the CLOSURE/[RE]LIEF(sic) IS with the
   [RE]QUIREMENT(sic).

~b For the [DE]FENSES(sic)/[AD]MISSIONS(sic)/[DE]NIALS.

~1 For the GENERAL-[RE]SPONSE(sic) of the PARTI(sic) ARE with the
   FOLLOWING.

   ~A For a STATEMENT of the [DE]FENCES(sic) IS with the
      [A]GAINST(sic) of the PLEADINGS.

   ~B For the [AD]MIT(sic) OR [DE]NI(sic) of the PLEADINGS IS with
      the [A]GAINST(sic) of the PLEADINGS.

~2 [DE]NI(sic)-IN-PART of the [AC]CEPTING(sic) IS with the
   PARTIALLI(sic)-TRUE.

~3 For a STATEMENT of the LACK-OF-THE-KNOWLEDGE/[IN]FORMATION(sic)
   IS with a [RE]SPONSE(sic).

~4 For the FAILING of the [DE]NIAL(sic) IS with the
   [AD]MISSION(sic).


~c-~1 For the [AF]FIRMATIVE(sic) of the [DE]FENSES(sic) ARE with the
   : [AC]CORD(sic) AND SATISFACTION.
   : [AR]BITRATION(sic) AND [A]WARD(sic).
   : [AS]SUMPTION(sic) of the RISK.
   : [CON]TRIBUTORI(sic)-NEGLIGENCE.
   : [DU]RESS(sic).
   : [ES]STOPPEL(sic).
   : FAILURE of the CONSIDERATION.
   : FRAUD.
   : [IL]LEGALITI(sic).
   : [IN]JURI(sic) by the FELLOW-SERVANT.
   : LACHES.
   : LICENSE.
   : PAYMENT.
   : [RE]LEASE(sic).
   : RES JUDICATA.
   : STATUTE of the FRAUDS.
   : STATUTE of the LIMITATIONS AND
   : WAIVER.

-~c-~2 For the [A]LTERNATIVE(sic)-[DE]FENSES(sic) AND [IN]CONSISTENT-
   CLAIMS OR [DE]FENSES(sic) ARE with the [PER]MISSABLE(sic).


: D.-C.-C.-~9: For the PLEADING of the SPECIAL-MATTERS IS with the
   FOLLOWING:

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF
THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF
THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND
QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-
FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

:D-T-B.

27

~9-~a: <u>CAPACITI(sic) OR [AU]THORI(sic)</u> of the <u>SUING/LEGAL-</u>
<u>[EX]ISTANCE(sic)</u>.
  ~a-~1 For the <u>GENERAL</u> of this <u>RULE IS</u> with the <u>NO-[RE]QUIREMENT(sic)</u>
    of the <u>PROVING-A-PARTI'S(sic)-RIGHT of the SUING</u> OR BE of the
    SUIT with the [UN]LESS(sic) of the LACK with the JURISDICTION.

  ~a~2 For the <u>RAISING</u> of the <u>[IS]SUES(sic)/SPECIFIC-DENIALS IS</u> with a
    PARTI(sic) of the <u>MUST-DO-SO</u> with the <u>SPECIFIC-[DE]NIAL(sic)</u> with
    the <u>STATING-SPECIFIC(sic)-FACTS</u> of the PECULIARLI(sic) within the
    PARTI'S(sic)-KNOWLEDGE.
  ~b  For the <u>FRAUD</u> OR <u>MISTAKE</u> of the <u>CONDITION-OF-THE-MIND IS</u> with
    the <u>CLAIM</u> of the <u>FRAUD/MISTAKE</u> with the CLAIMANT of the STATING-
    <u>PARTICULAR-CIRCUMSTANCES</u> of the <u>FRAUD/MISTAKE</u> AND with the
    MALICE/[IN]TENT(sic)/KNOWLEDGE/[O]THER(sic) of the PERSON'S-MIND
    with the STATING-GENERALI(sic)/<u>FRAUD-BY-CONFESSION-WITHIN-A-</u>
    <u>COURT</u>.
  ~c-~1 For the <u>PLEADING</u> of the <u>CONDITIONS-[PRE]CEDENT(sic) IS</u> with
    the <u>STATING-GENERALI(sic)</u> of the <u>ALL-CONDITIONS-[PRE]CEDENT(sic)</u>
    with the [AL]READI(sic)-[OC]CURRING(sic) AND PERFORMANCE-DONE.
  ~c-~2 For <u>WHEN-DENYING</u> of the <u>CONDITIONS-[PRE]CEDENT(sic) IS</u> with
    the [RE]QUIREMENT(sic) of the PARTI(sic) with the
    <u>[EX]PLAINING(sic)</u> of the <u>PARTICULARITI(sic)</u>.
  ~g  For the <u>SPECIAL-DAMAGES</u> of a <u>CLAIM ARE</u> with the
    <u>SPECIFICALLI(sic)-STATING</u>.
  ~h  For the <u>[AD]MIRALTI(sic)-MARITIME-CLAIM</u> of the <u>[RE]LIEF(sic)</u>-IN-
    PART <u>IS</u> with the PLEADING/SPECIFYING of the CLAIM-IN-PART with
    the [AD]MIRALTI(sic)-MARITIME-CLAIM AND of the <u>NOT-CONVERTING-</u>
    <u>CASE</u> with the <u>[AD]MIRALTI(sic)-MARITIME-JURISDICTION</u>.

: <u>D.-C.-C.</u>-~12: For the <u>[DE]FENSES(sic)</u> AND <u>[OB]JECTIONS(sic)</u> of the
    <u>[RE]CEIVING(sic)-A-COMPLAINT/SUMMONS ARE</u> with the PLEADINGS as the
    [DE]FENDANT(sic)-MUST-FILE with the ANSWER of the
    [DE]FENSES(sic)/COUNTERCLAIM AND/OR MOTIONS of the [OB]JECTIONS(sic)
    within the 21-DAYS.

: <u>D.-C.-C.</u>-~12:-~b-~1: [DE]FENSE(sic) of the LACK <u>IS</u> with the SUBJECT-
    MATTER-JURISIDICTION.

: <u>D.-C.-C.</u>-~12:-~b-~4: [IN]SUFFICIENT(sic) of the [PRO]CESS(sic).

: <u>D.-C.-C.</u>-~12:-~b-~5: DEFENSE of the [PRO]CESS(sic)-SERVICE <u>IS</u> with the
    [IN]SUFFICIENT-SERVICE of the PROCESS.

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF
THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF
THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND
QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-
FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

**: D.-C.-C.-~12-b-~7:** FAILURE of the JOINING-A-PARTI(sic) with the RULE-~19.


**: D.-C.-C.-~21-~a** For the MANDAMUS OR [PRO]HIBITION(sic) of a COURT.

**~1** For a PARTI(sic) of the [PE]TITIONING(sic)-A-MANDAMUS-WRIT OR [PRO]HIBITION(sic) IS with the [DI]RECTING(sic) of a COURT. For the [IN]STRUCTIONS(sic) of the FILING IS with the CIRCUIT-CLERK AND SERVING-A-COPI(sic) of the TRIAL-COURT-JUDGE.

**~c** For the [O]THER(sic)-[EX]TRAORDINARI(sic)-WRITS of the NOT-PER-~21-~a IS with the FILING-A-PETITION of the CIRCUIT-COURT-CLERK AND SERVE-A-COPY with the [RE]SPONDENTS(sic).


**~2** For the WRIT-OF-THE-QUO-WARRANTO of the COMMON-LAW-[RE]MEDI(sic) IS with the MEANING: BY-WHAT-WARRANT/[AU]THORITI(sic) of the CHALLENGING with a PERSON'S-RIGHT of the HOLDING-PUBLIC OR [OF]FICE(sic).


**: D.-C.-C.-~26: DUTI(sic) of the [DIS]CLOSURE(sic)/[PRO]VIDING-[DIS]COVERI(sic).**

**~a-~1-A:** GENERAL-RULE of the [DIS]COVERI(sic) IS with the A-PARTI(sic)-MUST of the [PRO]VIDE(sic) with the [DIS]COVERI(sic) of the [O]THER(sic)-PARTI(sic) without the WAITING by a FORMAL-[RE]QUEST(sic).

**~i:** NAME/ADDRESS/TELEPHONE/NUMBER of the EACH-[IN]DIVIDUAL(sic) with the LIKELI(sic) of the HAVING-[IN]FORMATION{sic) AND with the SUPPORTING-CLAIMS OR [DE]FENSES(sic).

**~ii:** COPY OR [DES]CRIPTION(sic) of the CATEGORI(sic)/LOCATION with the ALL-DOCUMENTS of the [E]LECTRONIC(sic)-STORAGE/TANGABLE-THINGS with the PARTI'S-POSSESSION/CUSTODY OR CONTROL with the SUPPORTING-CLAIMS OR [DE]FENCES(sic).

**~iii:** COPIES of the DOCUMENTS with the COMPUTATION of the EACH-CATEGORI(sic) of the DAMAGES-CLAIMING.

**~B:** TIMING-GENERAL-RULE of the [IN]ITIAL(sic)-[DIS]CLOSURE(sic) IS with a MUST-[PRO]VIDE(sic) of the ~14-DAYS with the [AF]TER(sic)-PARTIES-CONFERENCE OR A-DATE-PARTIES-STIPULATE.

**~E:** BASIS of the [DIS]CLOSURE(sic)/NON-[AC]CEPTABLE(sic)-[E]CUSES(sic).

**~1** For the MANDATORI(sic) of a PARTI(sic) IS with the MAKING-ITS-[IN]ITIAL(sic)-[DIS]CLOSURES(sic) of the [IN]FORMATION(sic)-REASONABLI(sic)-[A]VAILABLE(sic) AND with there BEING-NO-[EX]CUSE(sic) of a CLAIM with the [IN]VESTIGATION(sic) of the NOT-COMPLETE OR [EX]ISTING(sic)-CHALLENGES OR SOMEONE-ELSE-FAILS with its [DIS]CLOSURE(sic).

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

: D.-C.-C.-~28:-~1361: [AC]TION(sic) of the [COM]PELLING(sic) IS with a [U]niti(sic)-States-[OF]FICER(sic) of his/her [PER]FORMANCE(sic) with the DUTI(sic).

~1 For the [DIS]TRICT(sic)-COURTS of the [U]niti(sic)-States ARE with the [O]RIGINAL(sic)-JURISDICTION of the [A]NI(sic)-[AC]TION(sic) with the [NA]TURE(sic) of the MANDAMUS with the COMPELLING-AN-[OF]FICER(sic)/[EM]PLOYEE(sic) of the [U]niti(sic)-States OR [A]NI(sic)-[A]GENCI(sic) with the [PER]FORMING(sic)-A-DUTI(sic) of the [OW]ING(sic) with the CLAIMANT.

: D.-C.-C.-~44.1: FOREIGN-VESSELS=PERSONS/DOCUMENTS/VESSELS/ LAWS/FACTS. [[DE]TERMINING(sic) of the FOREIGN-LAW.]

~For a PARTI(sic) of the RAISING-FOREIGN-COUNTRI(sic)-LAW IS with the [RE]QUIREMENT(sic) of the GIVING-[NO]TICE(sic) within a PLEADING OR WRITING.

~For the COURTS of the FOREIGN-LAW-[IS]SUE(sic) IS with the [DE]TERMINING(sic) AND TAKING-[RE]LEVANT(sic)- MATERIAL/TESTIMONY/FEDERAL-RULES of the [E]VIDENCE(sic) with this QUESTION-OF-THE-LAW.

: D.-C.-C.-~60-B: GROUNDS of the [RE]LIEF(sic) IS with the [DIS]COVERI(sic) of a GRAMMAR-FRAUD/MIS-[RE]PRESENTATION(sic) with the [RE]LIEF(sic)/VOID/VACACI(sic) of the FINAL- JUDGMENT/[OR]DER(sic) OR [PRO]CEEDING(sic) without the STATUTE-OF- THE-LIMITATION as the FRAUD-VICIATES-ALL-CONTRACTS.

~XII STATUTORI(sic)-CODES of the CORRECT-GRAMMAR.
~A For the TITLE-~5.

: TITLE-~5: 706: SCOPE of the REVIEW IS with the COURT- [PRO]CEEDURES(sic) of the DO'S-AND-DON'T.

For the [RE]VIEWING((sic)-COURT of a COURT-[DE]CISION(sic) IS with the [DE]CIDING(sic) of the ALL-[RE]LEVANT(sic)-QUESTIONS of the LAWS/[IN]TERPRETING(sic) of the CONSTITUTIONAL AND STATUTORI(sic)- [PRO]VISIONS(sic) AND [DE]TERMINING(sic) of the MEANING-OR- [AP]PLICATION(sic) OR [AP]PLICABILITI(sic) of the TERMS of an [A]GENCI(sic)-[AC]TION(sic).

~For the [RE]VIEWING(sic)-COURT of a LOWER-COURT-[DE]CISION(sic) IS with the [RE]QUIREMENT(sic) of the FOLLOWING:

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY- FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR29456822IUS.

30

~1: COMPELL-[A]GENCI(sic)-[AC]TION(sic) with the [UN]LAWFULLI(sic)-
    WITHHOLDING OR [UN]REASONABLI(sic) of the [DE]LAYING(sic) AND
~2: HOLD-[UN]LAWFUL(sic) AND SET-[A]SIDE(sic)-[A]GENCI(sic)-
    [AC]TION(sic)/FINDINGS/AND CONCLUSIIONS with the BEING:
    ~A: [AR]BITRARI(sic)/CAPRICIOUSE/AN-[A]BUSE(sic) of the
        [DE]SCRETION(sic) OR NOT with the [AC]CORDANCE(sic) of the LAW
        OR-
    ~B: CONTRARI(sic) of the CONSTITUTIONAL-RIGHT/POWER/[PRI]VILEGE OR
        [IM]MUNITI(sic) OR-
    ~C: IN-[EX]CESS(sic) of the STATUTORI(sic)-
        JURISDICTION/[AU]THORITI(sic) OR LIMITATIONS(sic) OR SHORT of the
        STATUTORI(sic)-RIGHT OR-
    ~D: WITHOUT of the [OB]SERVANCE(sic) of the [PRO]CEDURE(sic) with
        the [RE]QUIREMENT(sic) of the LAW OR-
    ~E: WITHOUT of the SUPPORT of the [SUB]STANCIAL(sic)-[E]VIDENCE(sic)
        within a CASE-[RE]CORD(sic) OR
    ~F: [UN]WARRANTING(sic) of the FACTS with the [EX]TENT(sic) of the
        [RE]QUIRING(sic) with the [DE]NOVO(sic) by the [RE]VIEWING(sic)-
        COURT.
~For the [DE]TERMINATION(sic) of the [A]BOVE(sic)-[PRO]VISIONS(sic)
ARE with the COURT-[RE]VIEWING(sic) of the WHOLE-[RE]CORD(sic) OR
PARTS with the PARTI(sic)-CITING AND with the DUE-[AC]COUNT(sic) of
the TAKING with the RULE of the [PRE]JUDICIAL(sic)-[ER]ROR(sic).

~B For the TITLE-~8.
    : TITLE-~8: 1101: NATIONALS/NATURALIZATION of the United-States IS
    with the [U]PON(sic)-A-PERSON.
    ~21 For the TERM-NATIONAL of this TITLE IS with the MEANING of a
        PERSON with the OWING-[AL]LEGIANCE(sic) of a state within the
        United-States.
    ~22 For the TERM-NATIONAL-of-the-United-States IS with the MEANING
        of the A: CITIZEN of the United-States OR B: A-PERSON-WHO-IS with
        a NON-CITIZEN of the United-States with the OWING-
        [AL]LEGIANCE(sic) of the United-States.
    ~23 For the TERM-NATIONALIZATION of this TITLE IS with the MEANING
        of the CONFERRING with the NATIONALITI(sic) of a state with the
        PERSON of the [AF]TER(sic)-BIRTH with the [A]NI(sic)-MEANS.

    : TITLE-~8: 1401: NATIONAL AND CITIZENS of the United-States-AT-BIRTH
    IS with the TWO-DIFFERENT-MEANINGS of the [RE]LATING(sic) with the
    NATURALIZATION.

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF
THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF
THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND
QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-
FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

: TITLE-~8: 1408: NATIONAL-BUT-NOT-CITIZENS of the <u>United-States-AT-BIRTH</u> <u>IS</u> with the [PER]MISSABLE(sic) of this TITLE.

For the SEE-TITLE: 42: ~9102: ~18.  <u>United-States-Citizen-MEANING</u>.
~A [A]NI(sic)-[IN]DIVIDUAL(sic)-WHO of this TITLE <u>IS</u> with a
  CITIZEN  of the <u>United-States</u> with the LAW/BIRTH OR
  NATURALIZATION, OR-
~B [A]NI(sic)-FEDERAL/STATE OR LOCAL-GOVERNMENT in the <u>United-States</u>
  OR ANI(sic)=[EN]TITI(sic) of the GOVERNMENT, OR-
~C [A]NI(sic)-CORPORATION/PARTNERSHIP/[AS]SOCIATION(sic) OR
  [OT]HER(sic)-[EN]TITI(sic)/LAWS of the <u>United-States</u> OR <u>STATE</u> <u>IS</u>
  with the POSITION/MEMBERSHIP of its CHARTER.

~C <u>For the TITLE-~15.</u>
: TITLE-~15: <u>D.-C.-C.-S.-</u>~1635: <u>RIGHT</u> of the <u>[RE]CISSION(sic)</u> within
  the <u>THREÈ-DAYS</u>.
~a For within the <u>CASE</u> of the <u>CONSUMER-TRANSACTION-PURCHASE-CONTRACT</u> <u>IS</u>
  with the SECURITI(sic)-[IN]TEREST(sic) of the [A]RISING(sic) with
  the [O]ERATION(sic) of the LAW with the [RE]TAINING(sic) with a
  [PRO]PERTI(sic) of the [U]SING(sic) with the PRINCIPAL-DWELLING-
  PLACE of the HAVING-A-RIGHT of the [RE]CISSION(sic) within the
  THIRD-BUSINESS-DAY-FOLLOWING-[DE]LIVER(sic).
~b For the <u>CONSUMER-[EX]CERCISE(sic)</u> of the <u>RIGHT-OF-THE-
  [RE]CISSION(sic)</u> <u>IS</u> with the <u>NULLIFYING/VOIDING</u> of the <u>CONTRACT-
  TERMS</u> AND <u>[RE]FUND(sic)</u> with the <u>CONSUMER'S-FUNDS</u>.
~c/i For the <u>SELLER</u> of the TRANSACTION <u>IS</u> with the [O]BLIGATION(sic) of
  the <u>FULL-[DIS]CLOSURES(sic)</u> with the <u>WRITING</u> of the CONCERNING with
  the <u>[PRO]DUCT(sic)/[PRO]PERTI(sic)/FINANCIAL-CHARGES</u> AND <u>RIGHT-OF-
  THE-THREE-DAY-[RE]CISSION(sic)</u> by the CONSUMER.
  ~1 For the <u>SELLER'S-[O]BLIGATIONS(sic)</u> of the <u>ON-GOING-
    [D]ISCLOSURE(sic)-WRITING-NOTICES</u> <u>ARE</u> with the [A]NI(sic)-
    [DE]FECTS(sic)/FINANCE-CHARGES of the
    [PRO]DUCT(sic)/[PRO]PERTI(sic) within the <u>THREE-YEARS</u> of the
    GIVING-CONSUMERS with the <u>RIGHT-OF-THE-[RE]CISSION(sic)</u>.
~g For the <u>DAMAGES</u> of the <u>SELLER'S-LIABILITI(sic)</u> <u>ARE</u> with the <u>FEDERAL-
  COURTS-JURISDICTION</u> AND <u>CONSUMER'S-RIGHT</u> of the <u>[RE]CISSION(sic)</u> AND
  <u>[RE]COUPMENT(sic)-[A]MOUNTS(sic)/SET-OFFS</u> within the TITLE-~15: D.-
  C.-C.-S.-~1640:-~2-A.

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF
THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF
THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND
QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-
FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

~2-A For the [RE]COUPMENT(sic)-[A]MOUNT(sic) OR SET-OFF of a CONSUMER-
    CLAIM IS with the [E]QUAL(sic)-[A]MOUNT(sic) of the CONSUMER'S-
    [EN]TITLEMENT(sic) with the PER-SUBSECTION-a of the DAMAGES of a
    VALID-CLAIM within an [O]RIGINAL(sic)-CONSUMER-[A]CTION(sic) with
    the PLUS-CONSUMER'S-COST of the [AC]TION(sic) with the
    [IN]CLUDING(sic)-LEGAL-FEES.

: TITLE-~15: D.-C.-C.-S.-~1692-~e: FALSE OR MIS-LEADING-
    [RE]PRESENTATIONS(sic) of the DEBT-COLLECTION-PRACTICES.
  ~1 For DEBT-COLLECTORS of the [A]NI-KIND: GOVERNMENT-
    [A]GENT(sic)/[AT]TORNEY(sic)/COMPANI(sic)/BUSINESS/PERSON ARE with
    the [PRO]HIBITION(sic) of the [U]SING(sic) with the
    FALSE/[DE]CEPTIVE(sic) OR MIS-LEADING-[RE]PRESENTATIONS(sic) of the
    CONNECTION with the COLLECTION of a DEBT.
  ~2 For the FOLLOWING of the CONDUCT IS with a VIOLATION of this
    SECTION:
   ~A For the MAKING-FALSE of the [RE]PRESENTATIONS(sic) of the
    CHARACTER/[A]MOUNT(sic)/LEGAL-STATUS/RENDERING-
    SERVICES/COMPENSATION ARE with the [PRO]HIBITION(sic).
   ~B For the MAKING-FALSE of the [RE]PRESENTATIONS(sic) of the NON-
    PAYMENTS-[IM]PLICATIONS(sic) ARE with the
    [AR]REST/[IM]PRISONMENT(sic)/SEIZURE/GARNISHMENT/
    [AT]TACHMENT(sic)/[PRO]PERTI(sic)-SALE/WAGE-GARNISHMENT.
   ~C For the MAKING-FALSE of the [RE]PRESENTATIONS(sic) ARE with the
    CONSUMER-COMMITING of a CRIME OR [O]THER(sic)-[DIS]GRACEFUL(sic)-
    CONDUCT with the NON-PAYMENT by the CONSUMER.
   ~D For the MAKING-FALSE/THREATENING-COMMENTS of the CONSUMER ARE with
    the [PRO]HIBITION(sic).
   ~E For the MAKING-FALSE of the [RE]PRESENTATIONS(sic) ARE with the
    FAILURE of the [DIS]CLOSURE(sic) with the [IN]ITIAL(sic)-WRITING-
    COMMUNICATION of the DEBT with the CONSUMER.
   ~F For the MAKING-FALSE of the [RE]PRESENTATIONS(sic) ARE with the
    CLAIM of the DEBT with the [AP]PROVAL(sic) of a
    COURT/[OF]FICIAL(sic) OR GOVERNMENT-[A]GENCI(sic) of the
    [U]niti(sic)-States.
   ~G For the MAKING-FALSE of the [RE]PRESENTATIONS(sic) ARE with the
    DOCUMENTS of a LEGAL-PROCESS with the CONSUMER.

: TITLE-~15: D.-C.-C.-S.-~78ff: WILLFULL-VIOLATIONS AND FALSE/MIS-
    LEADING-STATEMENTS.

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF
THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF
THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND
QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-
FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

~1 For the [A]NI(sic)-PERSON of the [O]THER(sic)-THAN-NATURAL IS with the WHO-VIOLATES of the WILLFULLI(sic) AND KNOWINGLI(sic) with the MAKING OR CAUSE with the MAKING of the [A]NI(sic)-STATEMENT within an [AP]PLICATION(sic)/[RE]PORT(sic) OR DOCUMENT of the STATEMENT-BEING-FALSE OR MIS-LEADING with a MATERIAL-FACT.

~2 For the FINE of this VIOLATION IS with the FINE:
$ ~25,000,000.00-GOLD-STANDARD or 20-YEARS-[IM]PRISONMENT(sic) of a PERSON with the [OT]HER(sic)-THAN of the NATURAL-PERSON.

## ~D For the TITLE-~18.

: TITLE-~18: D.-C.-C.-S.-~3: CRIMINAL-CONSPIRACI(sic)=TORT/ [AC]CESSORI(sic)-[AF]TER(sic) of the FACT.

~1 For the WHOEVER of the KNOWINGLI(sic) IS with the VIOLATING of this STATUTE with the [RE]CEIVING(sic)/[RE]LIEVING(sic)/ COMFORTING OR [AS]SISTING(sic) of a COMMITTING-[OF]FENDER(sic) with the [A]GAINST(sic) of the [U]niti(sic)-States with the [PUR]POSE(sic) of the HINDERING OR [PRE]VENTING(sic) with an [AP]PREHENSION(sic)/TRIAL/PUNISHMENT.

: PENALTI(sic).

~1 For the [AC]CESSORI(sic)-[AF]TER(sic)-THE-FACT of the ACTS ARE with the PUNISHMENT of the [IM]PRISONMENT(sic) with the NOT-MORE-THAN-HALF of the PRINCIPLE-[OF]FENDER'S(sic)-TERM AND with a FINE of the NOT-MORE-THAN-HALF with the [OF]FENDER'S(sic)-FINE OR BOTH.

~2 For the [OF]FENDER(sic)-[RE]CEIVING(sic) of the LIFE-[IM]PRISONMENT(sic) IS with the [AI]DING(sic)-PERSON of the [RE]CEIVING(sic) with the NOT-MORE-THAN-15-YEARS.

: TITLE-~18: D.-C.-C.-S.-~4: WRONG-PRISON. [: *MISPRISON of a FELONI(sic).*]

~1 For the WHOEVER of the VIOLATES-OF-THIS-STATUTE IS with the HAVING-KNOWLEDGE of the [AC]TUAL(sic)-COMMISSION with the FELONI(sic) of the COGNIZABLE with the [U]niti(sic)-State-COURT of the BUT-CONCEALS/FAILS of the [RE]PORTING(sic) with a JUDGE/[O]THER(sic)-PERSON of the CIVIL OR MILITARI(sic)-[AU[THORITI(sic).

~2 For the PENALTI(sic) of this VIOLATION IS with a FINE OR [IM]PRISONMENT(sic) of the NOT-MORE-THAN-THREE-YEARS OR with the BOTH.

: TITLE-~18: D.-C.-C.-S.-~31: MEANINGS.

~a : MOTOR-VEHICLE of the MEANING IS with the [E]VERI(sic)-[DES]CRIPTION(sic) of a CARRIAGE OR [OT]HER(sic)-[CON]TRIVANCE(sic)-[PRO]PELLING(sic) OR DRAWN with a MECHANICAL-POWER-AND-[US]E(sic) of a COMMERCIAL-[PUR]POSE(sic) with the HIGHWAYS of the [PUR]POSE(sic) with the TRANSPORTING-PASSENGERS/PASSENGERS-AND-[PRO]PERTI(sic) OR CARGO.

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

~b : [U]SE(sic)-OF-THE-COMMERCIAL-[PUR]POSE(sic) of the MEANING IS
with the CARRIAGE of the PERSONS OR [PRO]PERTI(sic) with the
[EX]CHANGE(sic) of the [A]NI(sic)-
FARE/FEE/RATE/CHARGE/[OT]HER(sic)-[CON]SIDERATION(sic) with the
[CON]NECTION(sic) of a BUSINESS with the [IN]TENTIONAL(sic)-
[PRO]FITTING(sic).

: TITLE-~18: D.-C.-C.-S.-~241: CRIMINAL-CONSPIRACI(sic)-[A]GAINST(sic)-
RIGHTS=TORT.
  ~1 For the TWO OR MORE-PERSONS of the CONSPIRING ARE with the
    [IN]JURING(sic)/[OP]PRESSING(sic)/THREATENING OR [IN]TIMIDATING(sic)
    of the [A]NI(sic)-PERSON within the State/Territori(sic)/POSSESSION
    OR [DIS]TRICT(sic) of the FREE-[E]XERCISE(sic) OR [EN]JOYMENT(sic)
    of the [A]NI(sic)-RIGHT OR [PRI]VILEGE(sic) of the SECURE with the
    [U]niti(sic)-States-CONSTITUTION OR LAWS OR [EX]ERCISES(sic) with
    the SAME.
    For the OR:
  ~2 For the TWO OR MORE-PERSONS of the [DIS]GUISING(sic)-ON-THE-HIGHWAY
    OR ON-THE-[PRE]MISES(sic) of the [AN]OTHER(sic) ARE with  VICTIM'S-
    FREE-[EX]ERCISE(sic) OR [EN]JOYMENT(sic) with the [A]NI(sic)-RIGHT
    OR [PRI]VILEGE(sic) with the SECURE of the [U]niti(sic)-States-
    CONSTITUTION OR LAWS OR [EX]ERCISES(sic) with the SAME.
: PENALTI(sic)/DAMAGES:
  ~1 For the [OF]FENDERS(sic) of these ACTS ARE with the PAYING-A-FINE
    OR [IM]PRISON(sic) of the NOT-MORE with the TENS-YEARS OR BOTH.
  ~2 For the PENALTI(sic)/FINES of the [IN]CREASES(sic) ARE with the
    CAUSING-DEATH/KIDNAPPING/SEXUAL-[A]BUSE(sic) OR [AT]TEMPTS(sic) of
    the KILLING with the ACTS.

: TITLE-~18: D.-C.-C.-S.-~242: [DE]PRAVATION(sic) of the RIGHTS with the
  [UN]DER(sic) of the COLOR with the LAW.
  ~1 For the WHOEVER of the [UN]DER(sic)-[A]NI(sic)-COLOR-OF-THE-
    LAW/STATUTE/[OR]DINANCE(sic)/[RE]GULATION(sic) OR CUSTOM ARE with
    the WILLFULI(sic)-SUBJECTING of the [A]NI(sic)-PERSON within the
    State/Territori(sic)/POSSESSION OR [DIS]TRICT(sic) of the
    [DE]PRIVATION(sic) with the [A]NI(sic)-
    RIGHT/[PRI]VILEGE(sic)/[IM]MUNITIES(sic) of the SECURITI(sic) OR
    [PRO]TECTION(sic) with the [U]niti(sic)-States-CONSTITUTION OR LAWS
    OR with the SUBJECT-[A]NI(sic)-PERSON of the [DIF]FERENT(sic)-
    PUNISHMENTS/PAINS OR PENALTIES with the BASIS of the PERSON-BEING-
    AN-[A]LIEN(sic)/NATIONAL-[OR]IGIN(sic) OR REASON of his/her COLOR OR
    RACE with the COMPARABLE-CITIZENS.

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF
THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF
THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND
QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-
FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

35

: <u>PENALTI(sic)/DAMAGES</u>:

~1 For the <u>[OF]FENDER(sic)</u> of this STATUTE <u>IS</u> with the <u>FINE.</u> <u>[IM]PRISONMENT(sic)</u> of the NOT-MORE with the <u>ONE-YEAR</u> OR <u>BOTH.</u>

~2 For the <u>[OF]FENDER(sic)</u> of this STATUTE <u>IS</u> with the <u>CAUSING</u> <u>BODILI(sic)-[IN]JURI(sic)</u> OR with the <u>[OF]FENDER(sic)-[U]SES(sic)</u> OR <u>[AT]TEMPTS(sic)</u> of the [U]SING(sic)-<u>THREATS</u> with a <u>DANGEROUS-</u> <u>WEAPON/[EX]PLOSIVES(sic)/FIRE</u> of the [RE]CEIVES(sic)- [IM]PRISONMENT(sic) with the NOT-MORE-THAN-TEN-YEARS OR A FINE OR BOTH.

~3 For the <u>PENALTI(sic)/FINES</u> of the <u>[IN]CREASES(sic)</u> <u>ARE</u> with the <u>CAUSING</u>-DEATH/KIDNAPPING/SEXUAL-[A]BUSE(sic) OR [AT]TEMPTS(sic) of the KILLING with the ACTS.


: TITLE-~18: <u>D.-C.-C.-S.-~641</u>: <u>THEFTS</u> of the MARKET-VALUE. [*PUBLIC-MONEY/[PRO]PERTI(sic) OR [RE]CORDS(sic).*]

~1 For the <u>WHOEVER</u> of the <u>[A]NI(sic)-[DE]PARTMENT(sic)/[A]GENCI(sic)-</u> <u>OF-THE-[Un]iti(sic)-States</u> <u>IS</u> with the <u>[EM]BEZZEL(sic)/STEALS/CONVEYS/PURLOINS</u> OR <u>KNOWINGLI(sic)-CONVERTS</u> of the <u>PERSONAL-[U]SE(sic)</u> OR <u>[A]NOTHER'S(sic)-[U]SE(sic)</u> OR without the <u>[AU]THORITI(sic)</u> of the <u>SELLING/CONVEYING</u> OR <u>[DIS]POSING(sic)</u> with the <u>[A]NI(sic)-[RE]CORD(sic)/VOUCHER/MONEY</u> OR <u>THING</u> of the <u>MARKET-VALUE</u>.

~2 For the <u>WHOEVER</u> of this SECTION <u>IS</u> with the <u>[RE]CEIVING(sic)/CONCEALING</u> OR <u>[RE]TAINING(sic)</u> of the SAME with the [IN]TENT(sic) of the CONVERTING with the [U]SE(sic) OR GAIN of the KNOWLEDGE with the <u>[EM]BEZZEL(sic)/THEFT/CONVERT/[PUR]LOIN(sic)</u> of the THING with the <u>MARKET-VALUE</u>.

~3 For the <u>PENALTI</u> of the [IM]PRISONMENT(sic) AND/OR FINE.


: TITLE-~18: <u>D.-C.-C.-S.-~642</u>: <u>TOOLS AND MATERIALS of the</u> <u>COUNTERFEITING.</u>

~1 For the <u>WHOEVER</u> of the <u>[A]NI(sic)-[DE]PARTMENT(sic)/[A]GENCI(sic)-OF-</u> <u>THE-[Un]iti(sic)-States</u> <u>IS</u> with the <u>TAKING/[EM]BEZZELMENT(sic)</u> of a <u>GOVERNMENT/[A]GENCI(sic)-BUILDING/ROOM</u> with the <u>[AN]I(sic)-</u> <u>TOOLS/[IN]STRUMENTS(sic)/[DE]VICE(sic)</u> of the USE with the <u>STAMPING/PRINTING</u> OR:

~2 For the <u>WHOEVER</u> of the <u>[A]NI(sic)-[DE]PARTMENT(sic)/[A]GENCI(sic)-OF-</u> <u>THE-[Un]iti(sic)-States</u> <u>IS</u> with the <u>TAKING/[EM]BEZZELMENT(sic)</u> of the <u>[AN]I(sic)-PAPER/PARCHMENT/[OT]HER(sic)-MATERIAL</u> with the [PUR]POSE(sic) of the <u>MAKING-</u> <u>PAPERS/[IN]STRUMENTS(sic)/[OB]LIGATIONS(sic)/[DE]VICES(sic)</u> OR with the DOCUMENTS OR:


FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE **IS** WITH THIS CLAIM & PERFORMANCE OF THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

~3 For the <u>WHOEVER</u> of the <u>[A]NI(sic)-[DE]PARTMENT(sic)/[A]GENCI(sic)-OF-THE-[Un]iti(sic)-States</u> <u>IS</u> with the <u>TAKING/[EM]BEZZELMENT(sic)/CARRIES-[A]WAY(sic)</u> of the <u>[IN]TENDING(sic)-OR-NOT</u> with the CIRCULATING of the [BE]HALF(sic) with the <u>[Un]iti(sic)-States</u>.

~4 For the PENALTI(sic) of this SECTION <u>IS</u> with the [IM]PRISONMENT(sic).


: TITLE-~18: <u>D.-C.-C.-S.-~643</u>: <u>[AC]COUNTING(sic) of the PUBLIC-MONEY/[EM]BEZZELMENT(sic)</u> [: COLLECTING of a SALARI(sic)-AND-NOT-[PER]FORMING(sic).]

   ~1 For the <u>BEING-AN-[OF]FICER(sic)/[EM]PLOYEE(sic)/[A]GENT(sic)</u> of the <u>US-GOVERNMENT</u> <u>IS</u> with the <u>HAVING-[RE]CEIVING(sic)</u> of the <u>PUBLIC-MONEY: SALARY/PAY/[EM]ULUMENT(sic)</u> AND FAILING with the RENDERING of his/her [AC]COUNTS(sic) with the SAME.

   ~2 For this <u>[OF]FICER(sic)/[EM]PLOYEE(sic)/[A]GENT(sic)</u> of the <u>US-GOVERNMENT</u> <u>IS</u> with the GUILTI(sic) of the [EM]BEZZLING(sic) with a FINE of the [E]QUAL(sic) with the <u>[EM]BEZZELMENT(sic)-[A]MOUNT(sic)</u> AND [IM]PRISONMENT(sic).


: TITLE-~18: <u>D.-C.-C.-S.-~644</u>: <u>BANKER</u> of the <u>[RE]CEIVING(sic)-[UN]AUTHORIZE(sic)-[DE]POSIT(sic)</u>.

   ~1 For the <u>WHOEVER</u>: <u>BANKER OR [OT]HER(sic)-[Un]iti(sic)-States-[A]GENT(sic)</u> of the KNOWINGLI(sic) <u>IS</u> with the [RE]CEIVING(sic) of the <u>[DIS]BURSING(sic)-[OF]FICER(sic)</u> with the <u>[AN]I(sic)-PUBLIC-MONEY</u> on the [DE]POSIT(sic) with the <u>USES/TRANSFERS/CONVERTS/[AP]PROPRIATES(sic)/[AP]PLIES(sic)</u> of the <u>[AN]I(sic)-PORTION</u> with the <u>PUBLIC-MONEY</u> of the [PUR]POSE(sic) with the <u>NOT-[PRE]SCRIBE(sic)</u>.

   ~2 For the <u>WHOEVER</u> of this SECTION <u>IS</u> with the GUILTI(sic) of the [EM]BEZZELMENT(sic) with a FINE of the [AM]OUNT(sic)-[EM]BEZZELMENT(sic) AND/OR with the [IM]PRISONMENT(sic).


: TITLE-~18: <u>D.-C.-C.-S.-~645</u>: <u>COURT-[OF]FICERS(sic)</u> of the GENERALLI(sic).

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

37

~1 For the WHOEVER: US-MARSHAL/CLERK/[RE]CEIVER(sic)/[RE]FEREE(sic)/TRUSTEE/OR [OT]HER(sic)-[OF]FICER(sic) of a [Un]iti(sic)-States-COURT OR [AN]I(sic)-[DE]PUTI(sic)/[AS]SISTANT(sic)/[EM]PLOYEE(sic)-OF-THE-[AN]I(sic)-SUCH-[OF]FICER(sic) IS with the [RE]TAINING(sic)/[CON]VERTING(sic) of the HIS/HER-OWN-USE OR USE-WITH-THE-[AN]OTHER(sic) OR [DE]MANDS(sic) of the [EN]TITLE(sic)-PARTI(sic) AND [UN]LAWFULLI(sic) with the [RE]TAINS(sic)-[AN]I(sic)-MONEY/[AS]SETS(sic) of the VIRTUE with the HIS/HER-[OF]FICIAL(sic)-[RE]LATION(sic)/POSITION/[EM]PLOYMENT(sic).

~2 For the WHOEVER of this SECTION IS with the GUILTI(sic) of the [EM]BEZZELMENT(sic) with a FINE of the DOUBLE-VALUE with the MONEY/[AS]SET(sic) of the [EM]BEZZELMENT(sic) with the TEN-YEARS of the [IM]PRISONMENT(sic).

~3 For the [A]MOUNT(sic) of the LESS-THAN-$~1000.00 IS with the ONE-YEAR-[IM]PRISONMENT(sic).

~4 For a NOT-[PER]MISSABLE(sic) of the [DE]FENSE(sic) IS within this SECTION of the HAVING-[AN]I(sic)-[IN]TEREST(sic) with the SUCH-MONEYS/FUNDS/[AS]SETS(sic).

: TITLE-~18: D.-C.-C.-S.-~646: COURT-[OF]FICERS(sic) of the PUBLIC-FUND/MONEY-VALUE-THIEVERI(sic).
[: *COURT-[OF]FICERS(sic) of the [DE]POSITING(sic)-[RE]GISTRI(sic)-MONEYS with the [U]SE(sic) OR CONVERTS of his/her [OW]N(sic)-[U]SE(sic) OR [U]SE(sic) of the [AN]OTHER(sic).*]

~1 For the WHOEVER: CLERK/[O]THER(sic)-[OF]FICER(sic) of the [U]niti(sic)-States IS with the FAILING of the [DE]POSITING(sic) of the FUNDS with the CREDIT of that COURT with the [CON]VERTING(sic) of the [U]SE(sic) with the [AN]OTHER(sic).

~2 For the WHOEVER of this SECTION IS with the GUILTI(sic) of the [EM]BEZZLEMENT(sic) with a FINE of the [EM]BEZZLE(sic)-[A]MOUNT(sic) OR [IM]PRISONMENT(sic) of the TEN-YEARS.

~3 For the [A]MOUNT(sic) of the LESS-THAN-$~1000.00 IS with the FINE OR ONE-YEAR-[IM]PRISONMENT(sic).

~4 For the [A]MOUNT(sic) of the [EM]BEZZLEMENT(sic) IS with the [PER]MISSABLE(sic)-[A]GREEMENT(sic) of the PARTIES with the [DE]LIVERI(sic) of the SECURE-[RE]TURN with the [A]SSETS/FUNDS.

FOR THIS COPYRIGHT/COPYCLAIM -~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

: TITLE-~18: <u>D.-C.-C.-S.</u>-~1001: <u>FRAUD-AND-FALSE-STATEMENTS.</u>

~1 For the WHOEVER of the <u>UNITED-STATES/[AG]ENCI(sic)</u> <u>IS</u> with the KNOWINGLI(sic) AND WILLFULLI(sic) of the FALSIFYING/CONCEALING/COVERS-UP with the MATERIAL-FACT OR MAKES-[A]NI(sic)-FALSE-FICTICIOUS OR FRAUDULENT-STATEMENTS OR [RE]PRESENTATIONS(sic) OR [US]ES(sic)-FALSE-WRITING OR DOCUMENT of the KNOWING with the FALSE/FICTITIOUS/FRAUDULENT-STATEMENTS.

~2 For the PENALTI of this ACT <u>IS</u> with the FINE: $ ~10,000.00-GOLD-STANDARD.

: TITLE-~18: <u>D.-C.-C.-S.</u>-~1002: <u>[POS]ESSION(sic) of the FALSE-DOCUMENTS.</u>

~1 For the <u>WHOEVER</u> of the <u>[U]NITED(sic)-STATES/[A]GENCY(sic)</u> <u>IS</u> with the <u>[POS]SESSION(sic)/[US]ES(sic)</u> of the <u>FALSE-DOCUMENTS</u> with the <u>FALSE-FICTICIOUS</u> OR <u>FRAUDULENT-STATEMENTS</u> OR <u>[RE]PRESENTATIONS(sic).</u>

~2 For the <u>PENALTI</u> of this <u>ACT</u> <u>IS</u> with the FINE: $ ~10,000.00-GOLD-STANDARD.

: TITLE-~18: <u>D.-C.-C.-S.</u>-~1512: <u>TAMPERING</u> of a <u>WITNESS/VICTIM</u> OR <u>[IN]FORMANT(sic)/[IN]FORMATION(sic)</u> <u>ARE</u> with the <u>BLOCKING-OF-THE-LAW/CONTRACT</u> AND/OR <u>[OF]FICIAL(sic)-[PRO]CEEDING(sic).</u>

<u>~a-~1-B</u> For the <u>[PRE]VENTING(sic)</u> of the <u>IS</u> with the <u>[PRO]DUCTION(sic)</u> of a <u>[RE]CORD(sic)/DOCUMENT</u> OR <u>[O]THER(sic)</u> within an <u>[OF]FICIAL(sic)-[PRO]CEEDING(sic).</u>

<u>~a-~1-C</u> For the <u>[PRE]VENTING(sic)</u> of the <u>COMMUNICATION</u> of the <u>[A]NI(sic)-PERSON</u> with a <u>LAW-[EN]FORCEMENT(sic)/JUDGE</u> of the <u>[U]niti(sic)-States</u> of the <u>{IN]FORMATION(sic)-[RE]LATING(sic)</u> with a <u>POSSIBLE-FEDERAL-[OF]FENSE(sic)</u> with a <u>PENDING-[PRO]CEEDING(sic).</u>

<u>~a-~2 & 2-A</u> For the <u>WHOEVER</u> of the <u>[U]SES(sic)-PHYSICAL-FORCE-[A]GAINST(sic)-[A]NI(sic)-PERSON</u> OR <u>[AT]TEMPTS(sic) of the PHYSICAL-FORCE</u> <u>IS</u> with the <u>[IN]FLUENCING(sic)/[DE]LAYING(sic)</u> OR <u>[PRE]VENTING(sic)</u> of the <u>TESTIMONI(sic)</u> with that <u>PERSON</u> within an <u>[OF]FICIAL(sic)-[PRO]CEEDING(sic).</u>

<u>~2-B-i</u> For the <u>[IN]DUCING(sic)</u> of the <u>[A]NI(sic)-PERSON</u> <u>IS</u> with the <u>WITHHOLDING-TESTIMONI(sic)</u> OR <u>WITHHOLDING</u> of the <u>[RE]CORD(sic)/DOCUMENT</u> OR <u>[O]THER(sic)-[OB]JECT(sic)</u> with an <u>[OF]FICIAL(sic)-[PRO]CEEDING.</u>

<u>~2-B-ii</u> For the <u>[IN]DUCING(sic)</u> of the <u>[A]NI(sic)-PERSON</u> <u>IS</u> with the <u>[AL]TERING(sic)/[DE]STROYING(sic)/MUTILATING</u> OR <u>CONCEALING</u> of an <u>[OB]JECT(sic)</u> with the <u>[IN]TENT(sic)</u> of the <u>[IM]PAIRING(sic)</u> with the <u>[IN]TEGRITI(sic)</u> OR <u>[A]VAILABILITI(sic)</u> of the <u>[OB]JECT(sic)</u> AND <u>IT'S-[U]SE(sic)</u> within an <u>[OF]FICIAL(sic)-[PRO]CEEDING(sic).</u>

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

:D-I-D.

~3 For the PUNISHMENT of an [OF]FENSE(sic) of the [A]BOVE(sic)-SECTIONS:

~3-B For the CASE of the [AT]TEMPTING(sic) OR [U]SING(sic)-PHYSICAL-FORCE-[A]GAINST(sic)-[A]NI(sic)-PERSON IS with the [IM]PRISONMENT(sic) of the ~30-YEARS AND

~3-C For the CASE of the THREAT of the [U]SING(sic)-PHYSICAL-FORCE-[A]GAINST(sic)-[A]NI(sic)-PERSON IS with the [IM]PRISONMENT(sic) of the ~20-YEARS.

~b For the WHOEVER of the KNOWINGLI(sic)-[AT]TEMPTS(sic) OR [U]SES(sic)-[IN]TIMIDATIONS(sic)/THREATS OR CORRUPTLY-PERSUADES-[A]NOTHER(sic)-PERSON IS with the FOLLOWING-VIOLATIONS.

~b-~1 For the ACTS of the ~b IS with the [IN]FLUENCING(sic)/[DE]LAYING(sic) OR [PRE]VENTING(sic) of the TESTIMONI(sic) of the [A]NI(sic)-PERSON with an [OF]FICIAL(sic)-[PRO]CEEDING(sic).

~b-~2/~2-A For the ACTS of the ~b IS with the CAUSE OR [IN]DUCEMENT(sic) of the [A]NI(sic)-PERSON with the WITHHOLDING-TESTIMONI(sic) OR WITHHOLDING of a [RE]CORD(sic) OR [O]THER(sic)-[OB]JECT(sic) with an [OF]FICIAL(sic)-[PRO]CEEDING(sic).

~b~2-B For the ACTS of the ~b IS with the [AL]TERING(sic)/[DE]STROYING(sic)/MUTILATING OR CONCEALING of an [OB]JECT(sic) with the [IN]TENT(sic) of the [IM]PAIRING(sic) of the [IN]TEGRITI(sic) OR [A]VAILABILITI(sic) of the [OB]JECT'S(sic)-[U]SE(sic) within an [OF]FICIAL(sic)-[PRO]CEEDING(sic).

~c & ~c-~1 For the WHOEVER of the CORRUPTLI(sic) IS with the [AL]TERING(sic)/[DE]STROYING(sic)/MUTILATING OR CONCEALING of an [OB]JECT(sic) with the [IN]TENT(sic) of the [IM]PAIRING(sic) of the [IN]TEGRITI(sic) OR [A]VAILABILITI(sic) of the [OB]JECT'S(sic)-[U]SE(sic) within an [OF]FICIAL(sic)-[PRO]CEEDING(sic).
For the OR:

~c-~2 For the ACTS of the ~c-[A]BOVE(sic) ARE with the [O]THERWISE(sic) with the [OB]STRUCTING(sic)/[IN]FLUENCING(sic) OR [IM]PEDING(sic) OR [AT]TEMPTING(sic) of the ACTS with the [A]GAINST(sic)-[A]NI(sic)-[OF]FICIAL(sic)-[PRO]CEEDINGS(sic).

~c-~2 For the ACTS of the ~c-~1-&-2 ARE with a FINE with the [UN]DER(sic)-THIS-TITLE OR [IM]PRISONMENT(sic) of the ~20-YEARS OR with the BOTH.


: TITLE-~18: D.-C.-C.-S.-~1621: SYNTAX-CONTRACT of the PERJURY.

~1 For the WHOEVER of the TAKING-AN-[OA]TH(sic) IS with the BEFORE-A-COMPETENT-TRIBUNAL/[OF]FICER(sic)/PERSON of [a]ni(sic) CASE with the [U]niti(sic)-States of the [AU]THORIZES(sic) with an [AD]MINISTER(sic)-[OA]TH(sic) of a [DE]CLARATION(sic) with the WRITING-AS-TRUE with the KNOWLEDGE of the BEING with the FALSE.

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

:D-I-D.

~2 For the <u>PENALTI(sic)</u> of the <u>PERJURI(sic)</u> <u>IS</u> with a <u>FINE</u> OR
   <u>[IM]PRISONMENT(sic)</u> of the NOT-MORE with the <u>FIVE(sic)-YEARS</u>.


: TITLE-~18: <u>D.-C.-C.-S.</u>-~1951: <u>[IN]TERFERANCE(sic) of the COMMERCE IS</u>
   <u>with the THREATS/VIOLENCE.</u> [: *For the SEE of the <u>DO-NO-HARM-ACT</u> AND*
   *<u>HOBBS-ACT</u>.]*
   ~a For the WHOMEVER of the <u>[A]NI(sic)-WAY/[DE]GREE(sic)</u> <u>IS</u> with the
      <u>[OB]STRUCTS(sic)/[DE]LAYS(sic)/[AF]FECTS(sic)</u> of the COMMERCE with
      the <u>[A]NI(sic)-[AR]TICLE(sic)/COMMODITI(sic)</u> in the COMMERCE with
      the USING of the <u>ROBBERI(sic)/[EX]TORTION(sic)/CONSPIRING</u> OR COMMITS
      OR THREATENS with the <u>PHYSICAL-VIOLENCE</u> of the <u>[A]NI(sic)-PERSON</u> OR
      [PRO]PERTI(sic) with the FURTHERANCE of a PLAN OR [PUR]POSE(sic)
      with the <u>VIOLATING-OF-THIS-SECTION</u>.
   ~For the PENALTI(sic) of this VIOLATION <u>IS</u> with a FINE AND/OR ~20-
      YEARS of the PRISONMENT.
   ~b For the MEANING of the TERMS IS within this SECTION of the
      FOLLOWING:
      ~1: <u>ROBBERI(sic)</u> of this SECTION <u>IS</u> with the MEANING:
         ~A For the <u>[UN]LAWFUL(sic)-TAKING</u> OR [OB]TAINING(sic) with the
            <u>PERSONAL-[PRO]PERTI(sic)</u> of the [AN]OTHER(sic) with the
            [A]GAINST(sic) of the <u>HIS/HER-WILL</u> AND-
         ~B With the USE of the <u>THREAT/FORCE</u> OR VIOLENCE OR <u>FEAR-OF-THE-</u>
            <u>[IN]JURI(sic)</u> with the [IM]MEDIATE(sic) OR FUTURE AND-
         ~C Of the <u>PERSON/[PRO]PERTI(sic)</u> OR <u>[PRO]PERTI(sic)-WITHIN-</u>
            <u>HIS/HER-CUSTODI(sic)/[POS]SESSION(sic)</u> OR
            <u>PERSON/[PRO]PERTI(sic)-OF-A-[RE]LATIVE(sic)</u> OR <u>MEMBER-OF-THE-</u>
            <u>FAMILI(sic)</u> OR
         ~D Of the <u>[A]NI(sic)-ONE</u> within his/her <u>COMPANI(sic)-AT-THE-TIME</u>
            with the <u>TAKING-OR-[OB]TAINING(sic)</u>.
      ~2: <u>[EX]TORTION(sic)</u> of this SECTION <u>IS</u> with the MEANING of the
         [OB]TAINING(sic) with the [PRO]PERTI(sic) of the [AN]OTHER(sic)
         with his/her:
         ~A: CONSENT with the USE of the [IN]DUCEMENT(sic) with the
            WRONGFUL-USE of the [AC]TUAL(sic) OR <u>THREATENING-FORCE</u> OR
            VIOLENCE OR FEAR OR [UN]DER(sic) with the <u>COLOR-OF-AN-</u>
            <u>[OF]FICIAL(sic)-RIGHT</u>.
      ~3: <u>COMMERCE</u> of this SECTION <u>IS</u> with the MEANING of the <u>WITHIN-THE-</u>
         <u>[DIS]TRICT(sic)</u> of the COLUMBIA/<u>[AN]I(sic)-TERRITORI(sic)</u> of the
         <u>[U]niti(sic)-States</u> with the <u>ALL-COMMERCE</u> of the <u>BETWEEN-</u>
         <u>[AN]I(sic)-POINT</u> of a State/<u>TERRITORI(sic)/[POS]SESSION(sic)</u> OR
         [DIS]TRICT(sic) of the COLUMBIA AMD <u>[AN]I(sic)-POINT-OUTSIDE</u>
         with the THEREOF.

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF
THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF
THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND
QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-
FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: TITLE-~18: <u>D.-C.-C.-S.</u>-~1961: [*RICO*]-<u>DAMAGES-CLAIMS/RACKETEERING</u>.

~1 For the RACKETEERING-[AC]TIVITI(sic) of this STATUE <u>IS</u> with the ACT OR THREAT of the [IN]VOLVING(sic): MURDER/KIDNAPPING/GAMBLING/ARSON/ROBBERI(sic)/[EX]TORTION(sic)/DEALING-IN-[OB]SCENE(sic)-MATTERS OR CONTROL-SUBSTANCE OR CHEMICALS.

~2 For the CHARGES of this CRIMES <u>ARE</u> with the State-LAW AND PUNISHABLE of the [IM]PRISONMENT(sic) with the [O]VER(sic)-A-YEAR.

~3 For this CHARGE of the RACKETEERING IS with the APPLICABLE of the FOLLOWING:  BRIBERI(sic)/THEFT with the [IN]TER-STATE(sic)-SHIPMENT/FRAUD of the [A]NI(sic)-KIND/TRAFFICKING/[OB]STRUCTING(sic)/FALSIFYING-DOCUMENTS/[IL]LEGAL(sic)-WIRE-TRANSFERS.

~4 For a PATTERN of the TWO/MORE-ACTS <u>ARE</u> with the [RE]QUIREMENT(sic).


## ~E For the TITLE-~28.

: TITLE-~28: <u>D.-C.-C.-S.</u>-~452: <u>[A]LWAYS(sic)-[O]PEN(sic)-COURTS-VESSEL</u> of the <u>FILING-FACTS-DOCUMENTS.</u>

~1 For the <u>ALL-COURTS</u> of the [U]niti(sic)-States <u>ARE</u> with the DUTI(sic) of the <u>DEEMING-[AL]WAYS(sic)-[O]PEN(sic)</u> with the <u>[PUR]POSE(sic)</u> of the <u>FILING-DOCUMENTS/[IS]SUING(sic)</u> AND <u>[RE]TURNING(sic)-[PRO]CESS(sic)</u> with the <u>MOTIONS</u> AND <u>[OR]DERS(sic)</u>.

~2 For the <u>[E]XISTANCE(sic)</u> OR <u>[EX]PIRATION(sic)</u> of a <u>SESSION</u> <u>ARE</u> with the <u>HAVING-NO-[AF]FECT(sic)</u> of the <u>COURT'S-POWER</u> with the doing-<u>[A]NI(sic)-ACT</u> OR <u>TAKING-[A]NI(sic)-PROCEEDING</u>.


: TITLE-~28: <u>D.-C.-C.-S.</u>-~453: <u>[OA]THS(sic)</u> of the <u>JUSTICES/JUDGES</u>.

~1 For the <u>[U]niti(sic)-States-JUSTICE/JUDGE</u> of the <u>MANDATORI(sic)</u> <u>IS</u> with the <u>TAKING</u> of the <u>FOLLOWING-[OA]TH(sic)/[AF]FIRMATION(sic)</u> with the <u>BEFORE-[PER]FORMING(sic)</u> of the <u>DUTIES</u> with the <u>HIS/HER-[OF]FICE(sic)</u>.

For the I-*NAME_____* of the <u>SWEARING</u> OR <u>[AF]FIRMING(sic)</u> <u>IS</u> with the [AD]MINISTERING(sic)-JUSTICE of the WITHOUT-[RE]PECT(sic) of the PERSONS AND with the <u>DOING-[E]QUAL(sic)-RIGHT</u> of the <u>POOR</u> AND <u>RICH</u> AND with the <u>FAITHFULLI(sic)</u> AND <u>[IM]PARTIALLI(sic)</u> of the <u>[DIS]CHARGING(sic)</u> AND <u>[PER]FORMING(sic)</u> with the <u>ALL-[IN]COMBENT(sic)-DUTIES</u> of the [U]PON(sic)-ME as the <u>[*[PO]SITION(sic)*]</u> of the [U]niti(sic)-States-CONSTITUTION AND LAWS with the <u>SO-HELP-ME-GOD</u>.


FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

: TITLE-~28: <u>D.-C.-C.-S.</u>-~455-a/b-1/-~5-~ii & -~iv/-~d-1: <u>VOID-QUALIFICATIONS</u> of a <u>JUSTICE/JUDGE/MAGISTRATE-JUDGE.</u>

~a For the <u>[DIS]QUALIFICATIONS(sic)/VOID</u> of the <u>[A]NI(sic)-[U]niti(sic)-States-JUSTICE/JUDGE/MAGISTRATE</u> <u>ARE</u> with the <u>QUESTIONABLE-[IM]PARTIALITI(sic)</u> of the HIM/HER/THEY with the <u>[A]NI(sic)-[PRO]CEEDINGS(sic)</u> by the HIM/HER.

~b For the <u>JUSTICE/JUDGE/MAGISTRATE</u> of the [PRO]CEEDING(sic) <u>ARE</u> with the <u>MANDATORI(sic)-[DIS]QUALIFICATION(sic)</u> of the <u>HIM/HER-SELF</u> with the <u>CIRCUMSTANCES</u>:

~1 For the <u>JUSTICE/JUDGE/MAGISTRATE</u> of the HAVING <u>IS</u> with the <u>PERSONAL-BIAS</u> OR <u>[PRE]JUDICE(sic)</u> of a PARTI(sic) OR PERSONAL-KNOWLEDGE with the [E]VIDENTIARI(sic)-FACTS of the [PRO]CEEDING(sic) within the CASE.

~5-~ii For the <u>JUSTICE/JUDGE/MAGISTRATE</u> of the CASE <u>IS</u> with the [AC]TING(sic) as a LAWYER within the [PRO]CEEDINGS(sic).

~5-~iv For the <u>JUSTICE/JUDGE/MAGISTRATE'S-KNOWLEDGE</u> of the [PRO]CEEDING(sic) <u>IS</u> with the <u>LIKELI(sic)</u> of the BEING with the <u>MATERIAL-WITNESS</u>.

~d For the <u>WORD-[PRO]CEEDING(sic)</u> of this SECTION <u>IS</u> with the MEANING of the [IN]CLUDING(sic) with the [PRE]TRIAL(sic)/TRIAL/[AP]PELLATE(sic)-[RE]VIEW(sic) AND <u>[O]THER(sic)-STAGES-OF-THE-LITIGATION</u>.

: TITLE-~28: <u>D.-C.-C.-S.</u>-~636: For the <u>JURISDICTION/POWERS/TEMPORARI(sic)-[AS]SIGNMENT(sic) of the MAGISTRATE-JUDGES</u> <u>ARE</u> with this CODE: [*OPEN-THE-COURTS*]

~a For the JUDGES of the [DIS]TRICT(sic)-COURTS <u>ARE</u> with the [AP]POINTMENT(sic) of the <u>[U]niti(sic)-States-MAGISTRATE-JUDGES</u> with the <u>SPECIFIC-COURT-TASKS</u> of the [UN]DER(sic) with a COURT-JUDGE-SUPERVISOR.

~b For the <u>MAGISTRATE-JUDGES</u> of the COURTS <u>ARE</u> with the TASKS of the [PRE]TRIAL(sic)-HEARINGS/[E]VIDENTUARI(sic)-HEARINGS/MAKINGS-[PRO]POSE(sic) of the <u>FINDINGS-OF-FACTS</u>-AND-[RE]COMMENDATIONS with a [DIS]POSITION(sic).

~b-~3 For the <u>MAGISTRATE-JUDGE</u> of a COURT <u>IS</u> with the [AS]SIGN(sic)-DUTIES of the NOT-[IN]CONSISTANT(sic) with the <u>[U]NITI(sic)-States</u> of the <u>CONSTITUTION</u> AND LAWS.

~b-~4 For the <u>COURT</u> of the <u>[DIS]TRICT(sic)</u> <u>IS</u> with the <u>[ES]TABLISHING(sic)-RULES</u> of the WHAT/HOW with the MAGISTRATE-JUDGE of the [DIS]CHARGING(sic) with their <u>DUTIES</u>.

FOR THIS COPYRIGHT/COPYCLAIM -~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

**: TITLE: ~28: D.C.C.S: ~1333: [DIS]TRICT(sic)-COURTS/JURISDICTION/[AD]MIRALTI(sic)-MARITIME AND PRIZE-CASES.**

~1 For the [DIS]TRICT(sic)-COURTS of the [OR]IGINAL(sic)-JURISDICTION.

~A For the [AN]I(sic)-CIVIL-CASE of the [AD]MIRALTI(sic) or MARITIME IS with the SAVING-OF-THE-SUITORS-CLAUSE of the ALL-CASES with the [OT]HER(sic)-[RE]MEDIES(sic) of the WHICH-THEY-HAVE-[OT]HERWISE(sic)-[EN]TITLEMENT(sic).

~B For the PRIZE of the BROUGHT-IN-THE-[U]niti(sic)-States AND ALL-[PRO]CEEDINGS(sic) ARE with the [CON]DEMNATIO(sic) of the TAKEN-PRIZE-[PRO]PERTI(sic).

**: TITLE-~28: D.-C.-C.-S.-~1361:** For the [AC]TION(sic) of the COMPELLING IS with an [OF]FICER(sic) of the [U]niti(sic)-States with the [PER]FORMING(sic) of his/her DUTI(sic) with the FOLLOWING:

~a For the [DIS]TRICT(sic)-COURTS of the [U]niti(sic)-States ARE with the [O]RIGINAL(sic)-JURISDICTION of the [A]NI(sic)-[AC]TION(sic) with the NATURE of a MANDAMUS with the COMPELLING of an [OF]FICER(sic)/[EM]PLOYEE(sic) with the [U]niti(sic)-States OR [A]NI(sic)-[A]GENCI(sic) of the [PER]FORMING(sic) with a DUTI(sic) of the [OW]ING(sic) with the CLAIMANT.

**: TITLE-~28: D.-C.-C.-S.-~2072: [PRO]CEDURE(sic)-AND-[E]VIDENCE(sic)-RULES by the SUPREME-COURT. [*VOID of the MODIFYING-FICTION-COMMUNICATION*].**

~a For the SUPREME-COURT of the [U]niti(sic)-States IS with the POWER of the [PRE]SCRIBING(sic) with the GENERAL-RULES of the PRACTICE/[PRO]CEDURE(sic) AND [E]VIDENTIARI(sic)-RULES with the CASES of the [DIS]TRICT(sic) AND APPELLATE-COURTS with the COURTS-MAGISTRATE-JUDGES.

~b For these GENERAL-RULES of the SUPREME-COURT ARE with the [PR]OHIBITION(sic) of the [A]BRIDING(sic)/[EN]LARGING(sic)/MODIFYING with the [A]NI(sic)-[SUB]-STANTIVE(sic)-RIGHT AND with the ALL-[CON]FLICTING(sic)-LAWS of the HAVING-NO-FURTHER-FORCE OR [EF]FECT(sic) with the [A[FTER(sic)-TAKING-[EF]FECT(sic).

**: TITLE-~28: D.-C.-C.-S.-~3002: MEANING of the WORDS.**

~2: COURT: [A]NI(sic)-COURT of the MADE-BY-United-States-CONGRESS IS within this MEANING of the [EX]CLUDING with the TAX-COURT.

~10: PERSON: [IN]CLUDING(sic) of a NATURAL-PERSON/CORPORATION/PARTNERSHIP/[UN]INCORPORATED-[AS]SOCIATION(sic)/TRUST/ESTATE/PUBLIC OR [PRI]VATE(sic)-[EN]TITI(sic) IS with the [IN]CLUDING(sic) of a State OR LOCAL-GOVERNMENT OR INDIAN-TRIBE.

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

~15: United-States: A-FEDERAL-
    CORPORATION/[A]GENCY(sic)/[DE]PARTMENT(sic)/COMMISSION/BOARD/[EN]T
    ITI(sic) of the <u>United-States</u> OR [IN]STRUMENT of the <u>United-
    States</u>.


## ~F For the TITLE-~36.

: TITLE-~36: <u>D.-C.-C.-S.</u>-~176: [RE]SPECT(sic) of the <u>[U]niti(sic)-
  States-of-the-America-FLAG</u> <u>ARE</u> with the NO-[DIS]RESPECT(sic)-SHOWING
  of this FLAG with the [AL]WAYS(sic)-[A]LOFT(sic) AND FREE.
    [: *FLAG-CARE.*]
    : <u>SECTION-~176-g</u> of this TITLE-~36 <u>IS</u> with the <u>[IN]STRUCTIONS</u>:  THE
      FLAG of the <u>[U]niti(sic)-States</u> <u>IS</u> with the <u>NEVER-PLACING-
      [A]NI(sic)-THING-[U]PON(sic)-IT</u> OR <u>ON-[A]NY(sic)-PARTS</u> of the FLAG
      with the <u>MARKINGS/[IN]SIGNAS(sic)/LETTER/WORD/
      FIGURE/[DE]SIGN(sic)/PICTURE</u> OR <u>DRAWING</u> of the [A]NI(sic)-NATURE.
    : <u>SECTION-~176-i</u> of the READING <u>IS</u> with the <u>FLAG</u> of the <u>[U]niti(sic)-
      States-of-the-America</u> with the <u>NEVER-[U]SING(sic)</u> of the
      <u>[A]DVERTISING(sic)-[PUR]POSES(sic)</u> with the <u>[A]NI(sic)-MANNER</u>.


## ~G For the TITLE-~39.

: TITLE-~39: <u>D.-C.-C.-S.</u>-~101: <u>POSTAL-POLICI(sic)</u>. [:-~*1999-END*]
  -~a For the <u>POSTAL-SERVICE</u> of the <u>[U]niti(sic)-States</u> <u>IS</u> with the
    [O]PERATING(sic) as a BASIC AND FUNDAMENTAL-SERVICE with the
    [PRO]VIDING(sic) of the PEOPLE with the GOVERNMENT of the
    <u>[U]niti(sic)-States</u> with the <u>CONSTITUTIONAL-[AU]THORITI(sic)</u> with
    the <u>PEOPLE'S-SUPPORT</u> AND CREATION by the <u>CONGRESSIONAL-ACT</u>.
    ~b For the <u>POSTAL-SERVICE</u> of the <u>[U]niti(sic)-States</u> <u>IS</u> with the
    MANTAINING of an [IN]TEGRAL(sic)-NETWORK with the DELIVERI(sic) of
    the MARKET-[DOM]INANT(sic) AND COMPETITIVE-[PRO]DUCTS(sic) AND with
    the <u>[O]THER(sic)-SERVICES</u>.


## ~H For the TITLE-~42.

: TITLE-~42: <u>D.-C.-C.-S.</u>-~1983: <u>PERSONAL-DAMAGES</u> of the
  <u>[DE]PRAVATION(sic)</u> with the <u>RIGHTS/[IM]MUNITIES(sic)/
  [PRI]VILEGES(sic)</u>.
    ~1 For the <u>CLAIMANT</u> of a <u>LAW-[AC]TION(sic)/[E]QUITI(sic)/[O]THER(sic)-
      [PRO]CEEDING(sic)-OF-THE-[RE]DRESS(sic)</u> <u>IS</u> with the <u>LEGAL/LAWFUL-
      CLAIM</u> of the <u>[IN]JURIES(sic)</u> with the <u>CAUSE/LIABILITIES</u> of the
      [DE]PRAVATION(sic) with the [A]NI(sic)-RIGHTS/[IM]MUNITIES(sic)/
      [PRI]VILEGES(sic) of the SECURE within the <u>CONSTITUTION</u> AND <u>LAWS</u> of
      the [U]SE(sic) with the <u>COLOR</u> of the <u>[A]NI(sic)-
      STATUTE/[OR]DINANCE(sic)/[RE]GULATION(sic)/RULE/CODE/
      CHARTER-BI-LAWS/POLICI(sic)/CUSTOM</u> OR <u>[U]SAGE(sic)</u> with a <u>CLAIM</u>.

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF
THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF
THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND
QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-
FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.




: TITLE-~42: <u>D.-C.-C.-S.</u>-~1985-~2/~3: <u>CONSPIRACY-CIVIL-CONSPIRACI(sic)</u>
by the <u>VASSALEE</u>. [:-~2 *[OB]STRUCTION(sic)/BLOCKING-[E]VIDENCE(sic)* &
*WITNESS/: -~3 [DE]PRIVE(sic) of the SAFEGUARD.]*
~2 For the <u>ANI(sic)</u> of the <u>TWO-OR-MORE-PERSONS</u> <u>ARE</u> with the <u>LIABLE</u> of
the CONSPIRING AND [AC]TUAL(sic)-[OF]FENSES(sic) with the <u>ACTS</u> of
the [PUR]POSE(sic) with the
<u>[IM]PEDING(sic)/HINDERING/[OB]STRUCTING(sic)/[DE]FEATING(sic)</u>
of the <u>[A]NI(sic)-MANNER</u> with the <u>DUE-COURSE of the JUSTICE</u> within
[a]ni(sic) State OR TERRITORI(sic) of the <u>[IN]TENT(sic)</u> with the
<u>DENYING</u> of the <u>[A]NI(sic)-PERSON</u> with the <u>[E]QUAL(sic)-</u>
<u>[PRO]TECTION(sic)</u> of the <u>LAWS</u> OR with the <u>[IN]JURING(sic)/</u>
<u>THREATENTING/[IN]TIMIDATING(sic)/[U]SE(sic)-FORCE</u>
of the <u>PERSON</u> OR <u>HIS/HER-[PRO]PERTI(sic)</u> OR <u>[AT]TEMPT(sic)-THEREOF</u>.
~3 For the <u>CLAIMANT/PARTI(sic)/PERSON</u> of the
[IN]JURI(sic)/[DE]PRAVATION(sic) <u>IS</u> with the RIGHT of a LAW-SUIT
with the [RE]COVERI(sic) of the <u>DAMAGES</u> with the <u>[A]GAINST(sic)-</u>
<u>[A]NI(sic)</u> of the <u>ONE OR MORE</u> with the <u>CONSPIRATORS</u>.


: TITLE-~42: <u>D.-C.-C.-S.</u>-~1986: <u>STOPPING & CORRECTING</u> of a <u>WRONG</u> <u>IS</u>
with the KNOWLEDGE/RECKLESS/NEGLECT.
For the <u>[E]VERI(sic)-PERSON-KNOWINGLI(sic)/RECKLESSLI(sic)/</u>
<u>NEGLIGENTLI(sic)-FAILING</u> of the <u>STOPPING/CORRECTING-A-WRONG</u> <u>ARE</u> with
the <u>LIABLE of the CLAIMANT'S-[IN]JURI(sic)</u> with the
$ 5,000.00-<u>GOLD-STANDARD-DAMAGES</u>.


<u>~I For the TITLE-~46.</u>
: TITLE-~46: <u>D.-C.-C.-S.</u>-~781: For the <u>LIBEL</u> of the <u>[AD]MIRALTI(sic)</u> <u>IS</u>
with the <u>[A]GAINST(sic)</u> OR <u>[IM]PLEADER(sic)</u> of the [U]niti(sic)-States
with the AMERICA. *[: SALVAGE-CLAIM.]*
~1 For the <u>LIBEL-IN-PERSONAM/SUITS</u> of the [AD]MIRALTI(sic) <u>IS</u> with the
BRINGING-[A]GAINST(sic) of the <u>[U]niti(sic)-States</u> with the <u>America</u>.
~2 For the <u>PUBLIC-VESSEL</u> of the <u>[U]niti(sic)-States</u> <u>IS</u> with the <u>CAUSE</u>
of the <u>DAMAGES</u> AND <u>COMPENSATION</u> with the <u>TOWAGE AND SALVAGE-SERVICES</u>
of the <u>[IN]CLUDING(sic)-CONTRACT-SALVAGE</u> with the RENDERING of the
SERVICES with a <u>PUBLIC-VESSEL-OF-THE-[U]niti(sic)-States</u>.


: XIII <u>For the TREATIES: LAWS of the [E]QUITI(sic)</u>
<u>ARE within the SNELL'S-[E]QUITI(sic)-TREATIES</u>.
~1 For the <u>MAXIMS</u> of the <u>~20-LAWS-OF-THE-[E]QUITY(sic)</u>
<u>ARE</u> with the FOLLOWING.

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF
THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF
THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND
QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-
FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

~For the <u>MAXIMS</u> of the [E]QUITY(sic) <u>ARE</u> with the <u>GENERAL-PRINCIPLES-FOUND</u> within the <u>SNELL'S-[E]QUITY(sic)</u> of an [EN]GLISH(sic)-TREATISE with the <u>[PER]MITTING(sic)-COURTS</u> of the USE with the [DE]VIATION(sic) of a <u>JUST[DE]CISION(sic)</u> within the <u>SPECIFIC-CASES</u>.

~For the LIST of the MAXIMS <u>ARE</u> with the FOLLOWING.

~1: [E]QUITY(sic) of this MAXIM <u>IS</u> with the <u>SEEING-THAT-AS-DONE</u> of that <u>WHAT-OUGHT</u> with the DONE.

~2: [E]QUITY(sic) of this MAXIM <u>IS</u> with the <u>NOT-SUFFERING-A-WRONG</u> without there <u>BEING-OF-A-[RE]MEDI(sic)</u>.

~3: [E]QUITY(sic) of this MAXIM <u>IS</u> with the [DE]LIGHT(sic) with the [E]QUALITY(sic).

~4: <u>ONE-WHO-SEEKS</u> of the [E]QUITY(sic) <u>IS</u> with the <u>MUST-BE-DOING-OF-THE-[E]QUITY(sic)</u>.

~5: [E]QUITY(sic) of this MAXIM <u>IS</u> with the [AI]DING(sic) of the VIGILANT with the THOSE with the <u>SLUMBERING-OF-THEIR-RIGHTS</u>.

~6: [E]QUITY(sic) of this MAXIM <u>IS</u> with the [IM]PUTTING(sic) of an [IN]TENT(sic) with the <u>FULFILLING-OF-AN-[O]BLIGATION(sic)</u>.

~7: [E]QUITY(sic) of this MAXIM <u>IS</u> with the ACTING in the PERSONAM OR PERSONS.

~8: [E]QUITY(sic) of this MAXIM <u>IS</u> with the <u>[AB]HORING(sic)-OF-THE-[FORE]FEITURE(sic)</u>.

~9: [E]QUITY(sic) of this MAXIM <u>IS</u> with the <u>NOT-[RE]QUIRING(sic)-OF-AN-[ID]LE(sic)-GESTURE</u>.

~10: <u>HE-WHO-COMES</u> within the [E]QUITY(sic) <u>IS</u> with the <u>MUST-COME-OF-THE-CLEAN-HANDS</u>.

~11: [E]QUITY(sic) of this MAXIM <u>IS</u> with the [DE]LIGHTS(sic) with the <u>DOING-JUSTICE</u> AND <u>NOT-BY-THE-HALVES</u>.

~12: [E]QUITY(sic) of this MAXIM <u>IS</u> with the <u>TAKING-JURISDICTION</u> of the VOIDANCE with the <u>MULTIPLE-SUITS</u>.

~13: [E]QUITY(sic) of this MAXIM <u>IS</u> with the <u>FOLLOWING-OF-THE-LAW</u>.

~14: [E]QUITY(sic) of this MAXIM <u>IS</u> with the <u>NOT-[AI]DING(sic)-OF-A-VOLUNTEER</u>.

~15: <u>WHERE-[E]QUITIES(sic)</u> of this MAXIM <u>ARE</u> with the [E]QUAL(sic) AND with the <u>LAW-PREVAILS</u>.

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

~16: [BE]TWEEN(sic)-[E]QUAL(sic)-[E]QUITIES(sic) of this MAXIM ARE with the FIRST in the [OR]DER(sic) with the TIME-OF-THE-[PRE]VAILING(sic).

~17: [E]QUITY(sic) of this MAXIM IS with the NOT-COMPLETING-OF-AN-[IM]PERFECT(sic)-GIFT.

~18: [E]QUITY(sic) of this MAXIM IS with the NOT-[AL]LOWING(sic) of a STATUTE with the BEING of the USE-AS-A-CLOAK with the FRAUD.

~19: [E]QUITY(sic) of this MAXIM IS with the NOT-[AL]LOWING(sic) of a TRUST with the FAILING with the WANT-OF-A-TRUSTEE.

~20: [E]QUITY(sic) of this MAXIM IS with the [RE]GARDS(sic) of the BENEFICIARI(sic) with the TRUE-OWNER.

~2 For the TEN-MAXIMS of the COMMERCIAL/[AD]MINISTRATIVE(sic)-LAW ARE with this FOLLOWING.

~For these TEN-[ES]SENTIAL(sic)-MAXIMS of the FOLLOWING ARE with the COMMERCIAL-LAW AND [AD]MINISTRATIVE(sic)-[PRO]CESS(sic).

~1 For the WORKMAN of the COMMERCE IS with the WORTHY of his/her HIRE with this CLAIM.-~For the BASE-[U]PON(sic) of the: Exodus-~20:15/Leviticus-~19:-~13/Matthew-~10:-~10/Luke-~10:7/~II-Timothy-~2:6. ~For this LEGAL-MAXIM of the COMMERCE IS with the: IT of the IS with the [A]GAINST(sic)-[E]QUITY(sic) of the FREE-MEN with the NOT-HAVING of the FREE-[DIS]POSAL(sic) with their OWN-[PR]PERTI(sic).

~2 For the [E]QUALITY(sic) of the COMMERCE IS with the [BE]FORE(sic) of the LAW with the [PRE]CISELI(sic)-KNOWN-AS: ALL of the MEN/WOMEN ARE with the [E]QUAL(sic) [un]der(sic) the LAW. ~For the BASE-[UP]ON(sic) of this MAXIM IS with the GOD'S-MORAL/NATURAL-LAW of the FINDING within the Exodus-~1:23-25/Leviticus-~24:-~17-21/Deuteronomy-~1;-~17,-~19:21/Matthew-~22:36-40/Luke-~10:17/ Colossians-~3:25.

~3 For the TRUTH of the COMMERCE IS with the SOVEREIGN. ~For this MAXIM of the BASE-[UP]ON(sic) IS within the Exodus-~20:16/Psalms-~117:2/John-~8:32/~II-Corinthians-~13:8.

FOR THIS COPYRIGHT/COPYCLAIM -~1-~JULY-~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

~For the TRUTH of the COMMERCE <u>IS</u> with the MEANING of
the <u>YOUR-WORD-IS-BOND</u> AND with the THEREFORE: TRUTH-
<u>IS</u>-with the SOVEREIGN.

~4  For the TRUTH of the COMMERCE <u>IS</u> with the
[EX]PRESSING(sic) of the FORM with an WRITING-
[AF]FIDAVIT(sic) with the <u>BASE-[UP]ON(sic)</u>:
<u>Leviticus</u>-~5:4-5/<u>Leviticus</u>-~6:3-5/<u>Leviticus</u>-~19:11-
13/<u>Numbers</u>-~ 30:2/<u>Matthew</u>-~5:33/<u>James</u>-~5:12.

~For a WRITING of an [AF]FIDAVIT(sic) <u>IS</u> with the
<u>ONE'S-SOLEMN-[EX]PRESSION(sic)</u> of the <u>ONE'S-TRUTH</u>.
~For an [AF]FIDAVIT(sic) of the COMMERCE <u>IS</u> with the
STATING: <u>THIS-IS-with-the-TRUE</u>/<u>CORRECT</u>/<u>COMPLETE</u> AND
<u>NOT-MEANT-OF-THE-MIS-LEAD(sic)</u>.

~For a WRITING of an [AF]FIDAVIT(sic) <u>IS</u> with the <u>MUST-
[IN]CLUDE(sic)</u>/<u>[AC]COMPANI(sic)</u> of a FOUNDATION with
any <u>COMMERCIAL-TRANSACTION</u> of the <u>PLACING-OF-THE-
PARTY'S-NECK-ON-THE-LINE</u> with the
[AC]COUNTABILITI(sic) of the CAUSE with the <u>DUE-
[RE]LIANCE(sic)</u>.

~5  For an [UN]REBUTAL(sic) of an [AF]FIDAVIT(sic) <u>IS</u> with
the STANDING as the TRUTH within the COMMERCE of the
BASE-[UP]ON(sic) with the FOLLOWING:
<u>Peter</u>-~1:25/<u>Hebrews</u>-~6:13-15.

~For the CLAIMS of the [AF]FIDAVIT(sic)-WITH-NO-
[RE]BUTTAL(sic) <u>ARE</u> with the [E]MERGING(sic) as the
TRUTH with the MATTER.

~For the OR:

~6  For an [UN]REBUTAL(sic) of an [AF]FIDAVIT(sic) <u>IS</u> with
the FORMING of a JUDGMENT within the COMMERCE of the
BASE-[UP]ON(sic): <u>Hebrews</u>-~6:16-17.

~For the NOTHING of this [AF]FIDAVIT(sic) <u>IS</u> with the
LEFT of the [RE]SOLUTION(sic).

~For the [AN]I(sic)-[PRO]CEEDING(sic) of the
COURT/TRIBUNAL/[AR]BITRATION(sic) <u>IS</u> with the
[CON]SISTING(sic) of a CONTEST/DUEL with the
COMMERCIAL-[AF]FIDAVITS(sic) AND wherein the
<u>[RE]MAINING(sic)-UN-REBUTAL(sic)-CLAIMS</u> of the STANDS
with the <u>TRUTH/MATTERS of the JUDGEMENT</u>.

~7  For in COMMERCE of any <u>MATTER-NEEDING-OF-THE-
[RE]SOLUTION(sic)</u> <u>IS</u> with the MUST-HAVE of an
[EX]PRESSION(sic) with the <u>BASE-[UP]ON(sic)</u>: <u>Hebrews</u>-
~4:16;-:<u>Philippians</u>/~4:6;-:<u>Ephesians</u>-~6:19-21.

~For the FAILING of the <u>[AS]SERTING(sic)-OF-THE-
HIS/HER-RIGHTS</u> <u>IS</u> with the LACK of those RIGHTS.

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF
THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF
THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND
QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-
FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

~For the HE/SHE of the LEAVING-THE-BATTLEFIELD-FIRST IS with the FIRST-WHO-LOSES of the [DE]FAULT(sic) with the BASE-[UP]ON(sic): Book of the JOB;-:Matthew-~10.:22 with the MEANING: AN-[AF]FIDAVIT(sic) of the HAVING-NO-[RE]BUTAL(sic)-POINT-BY-POINT IS with the STANDING as the TRUTH-WITHIN-THE-COMMERCE of the CAUSE with the LACK-OF-A-[RE]BUTAL(sic) AND with the LEAVING-OF-THE-BATTLEFIELD.

~8  For the MEASURE of the SACRIFICE IS with the CREDIBILITI(sic) of the LACK with the WILLINGNESS of the SACRIFICE/LIABILITI(sic)/[RE]SPONSIBILITI(sic)/[AU]THORITI(sic) OR MEASURE with the [CON]VICTION(sic).

~For a PERSON of an [AU]THORITI(sic)-CLAIM IS with the [RE]QUIREMENT(sic) of the PUTTING-HIMSELF on the LINE AND TAKE of the POSITION with the MATTER-AT-HAND.

~For the PERSON of the [AU]THORITI(sic)-CLAIM IS with the NO-DAMAGE/WITHOUT of the PLACING-HIMSELF-AT-RISK OR with the [UN]WILLINGNESS(sic) of the SWEARING with an [OA]TH(sic) on his/her COMMERCIAL-LIABILITI(sic) ARE with the LACKING-CREDIBILITI(sic) of the BASE-[UP]ON(sic): Acts-~7/LIFE/DEATH of the APOSTLE-STEPHEN.

~9  For the SATISFACTION of a LIEN/CLAIM-WITHIN-THE-COMMERCE IS with the SATISFI(sic) with the ONE of the THREE-WAYS with the BASE-[UP]ON(sic):  Genesis-~2-3/Matthew-~4/Revelation.

~For the SOMEONE-[RE]BUTTING(sic) of your [AF]FIDAVIT(sic) IS with the [A]NOTHER(sic)-[AF]FIDAVIT(sic) of the HIS/HER-OWN with the POINT-BY-POINT of the [UN]TIL(sic) with the MATTER-[RE]SOLVES(sic).

~For the MATTER of the NO-[RE]SOLUTION(sic) IS with the [RE]SOLVING(sic) of the USE with the FOLLOWING-[RE]MEDIES(sic).

~For a [RE]MEDI(sic) of the [CON]VENING(sic)-A-SHERIFF'S-COMMON-LAW-JURY-WITH-THE-BASE-OF-THE-SEVENTH-[A]MENDMENT(sic) IS with the [CON]CERNING(sic) of a [DIS]PUTE(sic) with the [IN]VOLVING(sic) of a CLAIM with the MORE-THAN-$~20.00.

~For the LEGAL-MAXIM of this CONVENING IS with the IF-THE-PLAINTIFF-FAILS of the PROVING-HIS-CASE with the DEFENDANT of the ENDING with the BEING-[AB]SOLVE(sic).

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

~For the [AN]OTHER(sic)-[RE]MEDI(sic) of the
[DIS]PUTE(sic) IS with the SATISFYING of the LIEN with
the PAYING-IT.
~10  For the TENTH-MAXIM of the LAW-WITH-THE-LIEN/CLAIM IS
with the SATISFACTION-[ON]LI(sic) of the THROUGH-A-
[RE]BUTTABLE(sic)-[AF]FIDAVIT(sic)-WRITING with the
POINT-BY-POINT-[RE]SOLUTION(sic) AND with the USING-A-
JURI(sic) OR PAYMENT.


: XIV For the CONTRACT-LAW.
~For the IN-GENERAL/LEGAL-RIGHTS of the CONTRACTING ARE
with the [U]SE(sic) of the LAW-of-the-CONTRACTS with
the BASIC-ELEMENTS(sic).
~For the ELEMENTS of an [EN]FORCEABLE(sic)-LEGAL-CONTRACT
ARE with the FOLLOWING:
~1: OFFER/COUNTER-[OF]FER.
~2: [AC]CEPTANCE(sic).
~3: [CON]SIDERATION(sic): IS with the SOMETHING of an
[EX]CHANGE(sic)-BETWEEN-CONTRACTING-PARTIES.
~For a GIFT of a [CON]TRACT IS with the LACKING of
the CONSIDERATION AND LACKS-AS-BEING-A-
LEGAL/BINDING-CONTRACT of the CAUSE with the
LACKING-OF-AN-[EX]CHANGE(sic) with the
CONSIDERATION.
~For the [UN]ILATERAL(sic)-CONTRACTS of the
LAND/[PRO]PERTIES(sic) ARE with the
[IN]VALID(sic)/VOID.
~4: DATE/TIME.
~5: SPECIFIC-[PER]FORMANCE(sic).
~6: [RE]QUIRES(sic) of the BETWEEN-TWO or MORE- PARTIES.
~7: MEETING-OF-THE-MINDS of the FULL-[DIS]CLOSURE(sic)
with the ALL-CONTRACTING-PARTIES.
~8: IN-WRITING-OR-[O]RAL(sic) of the [RE]LIANCE(sic)-
AND/OR with the SPECIFIC-PERFORMANCE.
~9: IN-WRITING with the MATTERS of the
LAND/[PRO]PERTI(sic) ARE with the
[RE]QUIREMENT(sic) of the TWO-OR-MORE-PARTIES
without the [EX]CEPTION(sic).
~For the LAND/[PRO]PERTIES(sic) of this WORLD ARE
with the CONSIDER of the BEING-[U]NIQUE(sic) AND
with the NOT-A-LIKE.

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF
THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF
THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND
QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-
FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.
: Page-#~_____.

~10: **MUST-LACK** of the **DURESS/COERCION/[DE]CEPTION(sic)/FORCE/MIS-[RE]PRESENTATIONS(sic)/FRAUD ARE** with [an]i(sic) CONTRACT of the CAUSE with the LACK of the **MEETING-OF-THE-MINDS** AND with the **[CON]SIDER(sic)-AS-THE-VOID**.

~11: CAPACITI(sic) of the **[PRO]PER(sic)-LEGAL-AGE IS** with the [O]VER(sic)-~18.

~12: **BEING-[CON]SCIONABLE(sic)** of an [EX]CHANGE(sic).

~13: **A-THREE-DAY-RIGHT** of the **[RE]SCISSION(sic) IS** with a CONTRACT AND **THREE-YEAR-RIGHT** of the [RE]SCISSION(sic) with the **MORTGAGE-CONTRACTS**.

~14: **[RE]GULATION(sic)-Z** OR **TRUTH** of the **LENDING-ACT IS** with the **[PRO]TECTING(sic)-[CON]SUMERS(sic)** of the RIGHT with the [RE]SCISSION(sic) of the **[PRE]DATORI(sic)-LENDING-PRACTICES(sic)** OR **[MIS]LEADING(sic)-PRACTICES** with the **LENDING-[IN]DUSTRI(sic)** of the [AP]PLYING(sic) with the **HOME-MORTGAGES/HOME-[E]QUITI(sic)-LINES/CREDIT-CARDS/STUDENT-LOANS** AND **SIMILAR-LOANS**.

~15: **WHISTLEBLOWER-[PRO]TECTION(sic)-ACT/FRAUD-CLAIMS-ACT** of the [PRO]TECTION(sic) **ARE** with the [AP]PLICABLE(sic) of the **PUBLIC/[PRI]VATE(sic)-[CON]TRACTORS(sic)** [a]gainst(sic) the **LENDING-[IN]DUSTRIES(sic)** with the **[PRO]TECTING(sic)-[CON]SUMERS(sic)**.

~16 For the **[U]niti(sic)-States-SUPREME-COURT** of their RULING **IS** with the *MARBURY-V-MADISON*-[~5-U.S.-~137/-~1803] of the FRAUD with the **VITIATES-[E]VERI(sic)-THING** AND **NO-STATUTE-OF-THE-LIMITATION**.


**: XV FOR THE LAW of the FRAUD.**

**~For the GENERAL-CIVIL/CRIMINAL-ACT of the FRAUD.**

~1 For the **FRAUD** of the **LEGAL-MEANING IS** with the WHETHER-**CIVIL** OR **CRIMINAL** with the **[IN]TENTIONAL(sic)-ACT** of the **[DE]CEIT(sic)** with the **[DE]SIGN(sic)** of the **[RE]WARD(sic)** of the **[PER]PETRATOR(sic)** OR **[DE]NYING(sic)** of the **RIGHTS** of a **VICTIM** AND with the **NO-STATUTE** of the **LIMITATIONS** as the **FRAUD-VICIATES-[E]VERI(sic)-THING/CONTRACT**.

~2 For the **PENALTI**: [RE]PAYING(sic) of the **ALL-MONETARI(sic)-DAMAGES/[RE]STITUTION(sic)/SPECIFIC-[PER]FORMANCE(sic)**.

~3 For the **LAW/LEGAL-[DE]FINITION(sic)** of the **ACT-OF-THE-FRAUD ARE** with the [DES]CRIPTION(sic) by the *USLEGAL.COM*.

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

~A For the FRAUD of the GENERAL-[DE]FINITION(sic) IS with
    an [IN]TENTIONAL(sic)-MIS-[RE]PRESENTATION(sic) of a
    MATERIAL-[E]XISTING(sic)-FACT with the MADE-BY-ONE-
    PERSON of the [A]NOTHER(sic)-PERSON with the KNOWLEDGE-
    OF-ITS-FALSITI(sic) AND [PUR]POSE(sic) of the
    [IN]DUCING(sic) of that PERSON with the
    ACTING/[PER]FORMING(sic) AND THAT-PERSON of the
    [RE]LIES(sic) with the MIS-[RE]PRESENTATION(sic) of the
    [RE]SULTING(sic) with the [IN]JURY(sic) OR
    [DA]MAGE(sic).
~B For the NATURE of the FRAUD IS-[AL]SO(sic) with the
    [O]MISSION(sic) OR [PUR]POSEFUL(sic)-FAILURE of the
    STATING-MATERIAL-FACTS with the MAKING of the NON-
    [DIS]CLOSURE(sic) with the CAUSING of the [O]THER(sic)-
    STATEMENTS with the MIS-LEADING(sic).
~C For the CONSTITUTION of the FRAUD/MIS-
    [RE]PRESENTATION(sic) OR [O]MISSION(sic) ARE with the
    [RE]LATION(sic) of an [EX]ISTING(sic)-FACT AND NOT-A-
    [PR]OMISE(sic) with the DOING-SOMETHING within the
    FUTURE of the [UN]LESS(sic) of the PERSON-
    [CON]VEYING(sic) OR [OM]MITTING(sic) with the
    FACT/[PER]FORMANCE(sic) of the LACKS with the
    [IN]TENT(sic).
~D For the [PRO]MISES(sic) of the [PER]FORMING(sic) ARE
    with a MERE-[EX]PRESSION(sic) of an [O]PINION(sic) AND
    HAS-[EX]CLUSIVE(sic) OR SUPERIOR-KNOWLEDGE of the
    [EX]ISTING(sic)-FACTS with the BEING
    [IN]CONSISTENT(sic) of the SUCH-[OP]INION(sic).
~E For the FALSE-STATEMENT OR [O]MISSION(sic) of the FACT
    IS with the MUST-BE-MATERIAL of the MEANING-
~F For the GENERAL-RULE of the FRAUD IS with that FRAUD of
    the VICIATES-[EV]ERI(sic)-THING/CONTRACT which that
    CANNOT-STAND.
: XVI FOR THE LAWS of the POWER ARE with the [Un]iti(sic)-
    States-CONSTITUTION-of-the-America-Territori(sic) with
    the [DE]LEGATION(sic) AND CIVIL-[PRO]CEEDURE(sic).
    ~1 For the FEDERAL-RULES-IN-GENERAL of the [AP]PELLATE(sic)-
        PROCEDURES ARE with the COURTS-AND-FILINGS.
    ~A For the CIRCUIT-COURTS of the HAVING-[O]RIGINAL(sic)-
        JURISDICTION ARE with the NOT-VEST with the COUNTY-COURTS
        AND JURISDICTION of the APPEALS with it [PRO]VIDING(sic)
        of the GENERAL-LAW.

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF
THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF
THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND
QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-
FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

~B For the **WRIT-OF-THE-MANDAMUS/[PRO]HIBITION(sic)**.
~For an **[EX]**TRAORDINARI(sic)-WRIT of the **COURT-[IS]SUING(sic)-COMMANDS IS** with the **[A]GAINST(sic)-AN-[OF]FICIAL(sic)** of the **[COM]PELLING(sic)-[PER]FORMANCE(sic)** with an ACT of the LAW with the [RE]COGNIZING(sic) with an **[OF]FICIAL'S-[AB]SOLUTE(sic)-DUTI(sic)**.
~2 For the **FEDERAL-RULES** of the **CIVIL-[PRO]CEDURES(sic)-IN-GENERAL ARE** with the **COURTS-AND-FILING-[PRO]CESES(sic)**.

: XVII FOR THE **JUDICIAL-CANNONS**:  **CODE of the CONDUCT of the [Un]iti(sic)-States-JUDGES ARE** with the **CANONS**.
~A For the **ALL-JUDGES** of their **GENERAL-DUTI(sic) ARE** with the **MAKING-LEGAL-[DE]CISIONS(sic)** of the BASIS with the **[RE]VIEWING(sic)-DOCUMENTS/HEARING-[AR]GUMENTS(sic)/WEIGHING** of the **FACTS** AND **[IS]SUES(sic)** with an **[IM]PARTIAL(sic)-RULING**.
~B For the **[IM]PARTIAL(sic)-RULING of a CASE IS** with the [AS]SURING(sic) of the **ALL-PARTIES-[IN]VOLVE(sic)** with the TREATMENT of the FAIRNESS AND **MAINTAINING-PUBLIC-TRUST** within the **JUSTICE/JUDICIAL-SYSTEM**.
~C For the **ALL-JUDGES** of their **GENERAL-DUTI(sic) ARE** with the **BEING of the [IN]DEPENDENT(sic)/JUST/FAIR** with the [EA]CH(sic) AND **[E]VERI(sic)-CASE** of the [AS]SIGN(sic)-with a JUDGE.
~D For the **ALL-JUDGES** of their **GENERAL-DUTI(sic) ARE** with the [DE]CIDING(sic) of the **[EA]CH(sic)-CASE** with it's **OWN-MERITS** of the USING with the **[ON]LI(sic)-LEGAL-[AU]THORITI(sic)** of the **~1775-[Un]iti-States-of-the America-CONSTITUTION/CONGRESSIONAL-STATUTES/CODES/[PRO]CEEDURES(sic)** with the WRITING of the **QUANTUM-GRAMMAR-MECHANICS** with the **ONE-WORD/ONE-MEANING** of the **NOW-TIME-CONTINUUM** with the **FULL-[DIS]CLOSURE(sic)/TRANSPARANCI(sic)** of the WE with the PEOPLE.
~E For the **ALL-JUDGES** of their **GENERAL-DUTI(sic) ARE** with the [PRO]HIBITION(sic) of the RULING with a CASE on the BASIS with the **WHAT-HE/SHE-BELIEVES** of the **MAKING-THE-LAW-BETTER** OR **HOW-IT-[AF]FECTS(sic)** with the **HIM/HER-PERSONALLI(sic)/POLITICALI(sic)**.

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE **IS WITH THIS CLAIM & PERFORMANCE OF** THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

~F For the **ALL-JUDGES** of their **GENERAL-DUTI(sic)** **ARE** with the
[PRO]HIBITION(sic) of the [AD]HERING(sic) with the
**[PRI]VATE(sic)/SECRET-[OA]THS(sic)** AND **[AP]PLYING(sic)-**
**SUCH-[OA]THS(sic)** with their LEGAL-CASES of the SAMPLE
with the [OA]TH(sic): **NO-LAWS-OR-FACTS-ARE-WITH-THE-**
**USE/TRIAL-OF-THE-CASES-WITHIN-THE-COURTS**.


: XVIII  **For the [AT]TORNEYS'(sic)-CHARTER**:
For the **MODEL** AND **STATE-RULES** of the **PROFESSIONAL-CONDUCT** **ARE**
with the [AT]TORNEYS(sic) as the FOLLOWING:
~A For the **GENERAL-DUTI(sic)** of the **BAR-[AT]TORNEYS(sic)** **ARE** with
the **CANDOR** as the [OF]FICERS(sic) with the COURTS.
~B For the **GENERAL-DUTI(sic)** of the **BAR-[AT]TORNEYS(sic)** **ARE** with
the [PRO]HIBITION(sic) of the [AC]TING(sic) as a **CLIENT'S-**
**WITNESS** of the FACTS AND with the FAILING of the **FILING-A-**
**CLIENT'S-SWORN-[AF]FIDAVIT(sic)** with the COURTS.
~C For the [AT]TORNEYS(sic) of the **BAR-[AS]SOCIATION(sic)** **ARE**
with the [PRO]HIBITION(sic) of the [AD]MITTING(sic) with the
**CLIENT'S-[E]VIDENCE(sic)** as a WITNESS with the COURTS. For the
CITING of the *TRINSEY-VS.-PAGLIARO*-[~229-F-SUPP-~647-(~1964)].
~D For the [AT]TORNEYS(sic) of the **BAR-[AS]SOCIATION(sic)** **ARE**
with the [CON]SIDER(sic) of the FOREIGN-[A]GENTS(sic) with the
FOREIGN-AGENTS-REGISTRATION-ACT-(FARA). For the CITING of the
*TRINSEY-VS.-PAGLIARO*-[~229-F-SUPP-~647-(~1964)].
~E For the [AT]TORNEYS(sic) of the **BAR-[AS]SOCIATION(sic)** **ARE**
with the [PRO]HIBITION(sic) of the **[SUB]ORDINATING(sic)-A-**
**CLIENT'S-[PER]JURI(sic)** with the COURTS. For the CITING of the
*TRINSEY-VS.-PAGLIARO*-[~229-F-SUPP-~647-(~1964)].


: XIX **FOR THE CIVIL-RIGHTS.**
~1 FOR THE CIVIL-RIGHTS of the IN-GENERAL **ARE** within a Federal-
LAW with the [PRO]HIBITION(sic) of the [DIS]CRIMINATION(sic)
with the BASIS of the **RACE**/**COLOR**/**NATIONAL-[O]RIGIN(sic)**/**SEX-**
**[RE]LIGION(sic)** within the [EM]PLOYMENT(sic)/[ED]UCATION(sic)
AND [AC]CESS(sic) of the **PUBLIC-FACILITIES** AND **PUBLIC-**
**[AC]COMMODATIONS(sic)** with the SAMPLES of the **PUBLIC-**
**BUILDINGS**/**SCHOOLS**/**COURTS**/**PARKS**/**MUSEUMS**/**TRANSPORTATION-**
**LOCATIONS** by the *WEX-LAW-[DE]FINITIONS(sic)-TEAM*.

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF
THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF
THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND
QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-
FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

: XX For the <u>ACT</u> of the <u>FALSE-[IM]PRISONMENT(sic)</u>.
   ~For the <u>ACT</u> of the <u>FALSE-[IM]PRISONMENT(sic)</u> <u>IS</u> with the
      <u>[OF]FENDER(sic)</u> of the <u>[A]GAINST(sic)-[A]NOTHER(sic)-
      PERSON/CLAIMANT</u>.
   ~For the <u>FALSE-[IM]PRISONMENT(sic)</u> of the ACT:
   ~1 For the FALSE-[IM]PRISONMENT(sic) of a PERSON <u>IS</u> with the
      [OC]CURRING(sic) of the [IN]TENTIONALLI(sic) with the
      [RE]STRAINING(sic) of the [AN]OTHER(sic) with a WAY of the
      [CON]FINING(sic) with the PERSON of a BOUND-[A]REA(sic) without
      the <u>CONSENT</u> OR <u>LEGAL-[AU]THORITI(sic)</u>.
   ~2 For the [RE]COGNIZING(sic) of the <u>CRIME</u> AND <u>[IN]TENTIONAL(sic)-TORT
      ARE</u> with this VIOLATION.
   ~3 For the <u>PRIMA-FACIE-CASE</u> of this FALSE-[IM]PRISONMENT(sic) <u>IS</u> with
      the:
        : [OF]FENDER(sic)-WILFUL-ACT.
        : [OF]FENDER(sic)-[IN]TENDS(sic) of the [CON]FINEMENT(sic)
           without the <u>CONSENT</u> AND <u>LAWFUL-[AU]THORITI(sic)</u>.
        : [OF]FENDER'S(sic)-ACT of the CAUSE with the CLAIMANT'S-
           [CON]FINEMENT(sic).
        : CLAIMANT of this [CON]FINEMENT(sic) <u>IS</u> with the KNOWLEDGE of
           the [CON]FINEMENT(sic).
   ~4 For the <u>CIVIL-PENALTI(sic)</u> of this ACT <u>IS</u> with the <u>FINE</u> of the
      $ 500,000.00 with the <u>PER-[IN]CIDENT(sic)</u> AND <u>GOLD-STANDARD</u> of the
      PAYABLE with the CLAIMANT by the [OF]FENDER(sic).


: XXI   <u>FOR THE LAW of the [SUB[BROGATION(sic)</u>.
   ~1 For the <u>LAW of the SUBROGATION.</u>
      ~For the LAW of the [SUB]ROGATION(sic) <u>IS</u> with the
        [PRO]CESS(sic) of the <u>WHERE-ONE-PARTI(sic)</u> with the
        [AS]SUMES(sic) of the <u>LEGAL-RIGHTS</u> of the [A]NOTHER(sic)
        with the TYPICAL of the <u>ONE-CREDITOR/[IN]SURANCE(sic)-
        COMPANY</u> over the [A]NOTHER(sic).
      ~For the <u>[SUB]ROGATION(sic)</u> of an [OC]CURENCE(sic) <u>IS</u> with
        the A-PARTI(sic) of the TAKES-[O]VER(sic) with the
        [AN]OTHER'S-RIGHT with the LAW-SUIT by the <u>*WEX-LAW-
        [DE]FINITION(sic)-TEAM*</u>.


: XXII <u>FOR THE LAW of the SALVAGE-CLAIM.</u>
   ~1 For the LAW of the SALVAGE-CLAIM <u>IS</u> with the <u>*WEX-LAW-
      [DE]FINITIONS(sic)-TEAM*</u>.


FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF
THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF
THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND
QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-
FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.
                              : Page-#~_____.

~For the <u>SALVAGE-CLAIM</u> of the MEANING <u>IS</u> with the [RE]WARD(sic)
  with the GIVING of the PERSON with the <u>VOLUNTARILI(sic)-</u>
  <u>[AS]SIST(sic)</u> of a <u>SHIP OR CARGO</u> with the <u>[IM]PENDING(sic) OR</u>
  <u>[AC]TUAL(sic)-PERIL OR LOSS</u> with the CLAIM.
~For the MAKING of a <u>VALID-CLAIM</u> <u>IS</u> with the CLAIM of the
  SALVAGE with the <u>CLAIMANT-[PRO]VING(sic)</u>:
~A For the [E]VENT(sic) of the <u>[IN]VOLVES(sic)-WITH-A-SHIP-OR-</u>
  <u>CARGO-OR-THINGS</u> <u>IS</u> with the [COM]MITMENT(sic) AND LOST of the
  <u>SEA OR [OT]HER(sic)-PUBLIC-NAVIGABLE-WATERWAYS</u>/
~B For the <u>SHIP OR CARGO</u> of the CLAIM <u>IS</u> with the BEING-FOUND-OR
  [RE]SCUE(sic) AND
~C For the <u>CLAIMANT'S-[PER]FORMANCE(sic)</u> of the SERVICE <u>IS</u> with
  the <u>MUST-BE</u> of the BENEFIT with the [PRO]PERTI(sic)-
  [IN]VOLVE(sic) of the [RE]SCUE(sic) with this [DE]FINITION
  by the <u>*WEX-LAW-DEFINITIONS-TEAM.*</u>

: XXIII <u>FOR THE LAW of the CARETAKER'S-FEES.</u>
  ~1 For the <u>LAW</u> of the <u>SWEAT-[E]QUITY(sic)</u> <u>IS</u> with the <u>CARE-</u>
    <u>TAKERS-FEES</u> of the [DE]FINITION(sic) with the *INDEED-*
    *CARREER-GUIDE.*
  ~2 For a <u>CARE-TAKER'S-ROLE</u> of a [PRO]PERTI(sic) <u>IS</u> with the
    <u>CHIEFLI(sic)-[RE]VOLVES(sic)-[A]ROUND(sic)</u> with the
    <u>MANAGING AND MAINTAINING</u> of the
    <u>[RE]SIDENTIAL(sic)/COMMERCIAL/PUBLIC-[PRO]PERTIES(sic)</u>
    with the -~24/7 AND PAYING-[EX]PENSES(sic).
  ~3 For the <u>SPECIFIC-DUTIES</u> of the <u>MANAGING/MAINTAINANCE</u> <u>IS</u>
    with the VARYING of the <u>BASIC-NEEDS</u> with the
    [PRO]PERTI(sic)-TYPE AND <u>GENERALLI(sic)-[IN]CLUDES(sic)</u>:
  ~A: <u>CLEANING:</u> CLEANING-AND-HOUSEKEEPING/
  ~B: <u>MINOR-[RE]PAIRS(sic):</u> MAKING-FIXES-[A]ROUND(sic)-THE-
    [PRO]PERTI(sic)/
  ~C: <u>DEALING</u> of the <u>MAINTENANCE</u> with the
    <u>[E]MERGENCIES(sic)</u>:  FIXES of the <u>LEAKS/POWER-OUTAGES</u>
    AND SECURITI(sic)-BREACHES AND [RE]PLACING(sic)-
    <u>BROKEN/OLD-FIXTURES</u> AND MAINTAINANCE of the GROUNDS AND
    with the LIKE.
  ~4 For the <u>CIVIL-CLAIM</u> of the <u>CARETAKER'S-FEES-[COM]PENSATORI(sic)-</u>
    <u>DAMAGES.</u>

---

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

~A For the **CARETAKERS-FEES** of the **SWEAT-[E]QUITI(sic)** **ARE** with the CLAIM of the ~**24/7-LABOR/SWEAT-[E]QUITI(sic)** of the **MAINTENANCE** with the BASE of the **HOURLI(sic)-WAGES** AND **[EX]PENSES(sic)** with the **[IN]CURRING(sic)** of the **CARE-TAKING** with the **HOUSE/LAND/[PRO]PERTI(sic)** while the **[POS]SESSION(sic)-ALL-THE-YEARS** with the **PAYABLE** of the **MONETARI(sic)-VALUE** with the **GOLD-STANDARD** by the **WHOMEVER-TAKES-POSSESSION-OF-THE-LAND/[PRO]PERTI(sic)**.

## : XXIV FOR THE [AL]LODIAL(sic)-TITLE of the LAND.

~**For the [AL]LODIAL(sic)-TITLE** of the LAW AND LEGAL-[DE]FINITION(sic) **ARE** with the CITING: *USLEGAL.COM.*

~1 For the **[AL]LODIAL(sic)-TITLE** of a LAND/**[PRO]PERTI(sic)-OWNERSHIP-SYSTEM IS** where the LAND/[PRO]PERTI(sic)-OWNERSHIP of the **BEING-FREE-AND-CLEAR** without a **SUPERIOR-LANDLORD**.

~2 For the **[AL]LODIAL(sic)-LAND/[PRO]PERTI(sic)** of the OWNERSHIP **ARE** with the **[AB]SOLUTE(sic)-LAND/[PRO]PERTI(sic)-OWNERSHIP-**AND **NOT** with the **SUBJECT** of any **SERVICE OR [AC]KNOWLEDGEMENT(sic)** with a **SUPERIOR**.

~3 For the **[AL]LODIAL(sic)-NATURE** of the **LAND/[PRO]PERTI(sic)-OWNERSHIP IS** with the **[A]BILITI(sic)** of the **BEING-LOST** with the FORM of a **GIFT OR MORTGAGE**.

~4 For the **[AL]LODIAL(sic)-TITLE** of the **LAND/[PRO]PERTI(sic)-OWNERSHIP IS** with the **[A]BILITI(sic)** of the BEING with a TRANSFER of a **SINGLE-MAN/WOMAN** with the LAND/[PRO]PERTI(sic).

## : XXV For the BANKRUPTCY-[AU]TOMATIC(sic)-STAY-[AP]PLICATION(sic):

~For the **[AU]TOMATIC(sic)-STAY-AT-THE-COMMENCEMENT** of a **BANKRUTPCY-CASE IS** with the:

~A For the [O]PERATION(sic) of the STAY **IS** with the [IM]MEDIATE(sic) of the **BANKRUPTCY-FILING** with the **[A]GAINST(sic)-ALL-[EN]TITIES(sic)** of the **SEEKING-COLLECTION** with a DEBT of the [IN]CLUDING(sic): **[EN]FORCEMENT(sic)-[A]GAINST(sic)-[PRO]PERTY(sic)** of the [ES]TATE(sic)/**JUDGMENT-[OB]TAIN(sic)** with the PRIOR of the COMMENCEMENT with the **BANKRUTPCY-CASE**.

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

~B For the [O]PERATION(sic) of the STAY **IS** with the [AP]PLYING(sic) of the FOLLOWING:

~1 with the **[AN]I(sic)-ACT** of the **[OB]TAINING(sic)-POSSESSION** with a [PRO]PERTI(sic) of the [ES]TATE(sic) **OR** with the **[PRO]PERTI(sic)-OUT** of the [ES]TATE(sic) **OR** with the **[E]XERCISING(sic)-CONTROL** [o]ver(sic) the [PRO]PERTI(sic) with the [ES]TATE(sic) **OR** with the **[AN]I(sic)-ACT** of the CREATING with the [PER]FECT(sic) **OR** with the [EN]FORCEMENT(sic) of the **[AN]I(sic)-LIEN** with the **[A]GAINST(sic)-[AN]I(sic)-[PRO]PERTI(sic)** of the [ES]TATE(sic)/

~2 with the **[AN]I(sic)-ACT** of the **COLLECTING/[AS]SESS(sic)** OR [RE]COVER(sic) with a **CLAIM-[A]GAINST(sic)** of the **DEBTOR** with the [A]RISING(sic) of the COMMENCEMENT with the **BANKRUPTCY-CASE** of the **[UN]DER(sic)** with the **BANKRUPTCY-CODE**/

~3 with the **SET-OFF** of [a]ni(sic) **DEBT-OWING** with the DEBTOR of the [A]RISING(sic) with the PRIOR of the  COMMENCEMENT with the **BANKRUPTCY-CASE** of the **[UN]DER(sic)** with the **BANKRUPTCY-CODE** of the [A]GAINST(sic) with the **[AN]I(sic)-CLAIM** of the [A]GAINST(sic) with the DEBTOR.

: XXVI <u>FOR THE LAW of the [E]MINENT(sic)-DOMAIN</u>.

~1 For the LAW of the **[E]MINENT(sic)-DOMAIN IS** with the POWER of the GOVERNMENT with the **TAKING-[PRI]VATE(sic)-[PRO]PERTI(sic)** with the **PUBLIC-USE** AND **[PRO]VIDING(sic)-JUST-[COM]PENSATION(sic)** of the[DE]FINITION(sic) with the *WEX-LAW.COM*.

: XXVII <u>**FOR THE LAW of the [IN]JUNCTION(sic)-[RE]LIEF(sic)**</u>.

~1  For the **LAW-OF-THE-[IN]JUNCTION(sic)-[RE]LIEF(sic)** of the COURTS **IS** with a **LEGAL-[RE]MEDI(sic)** of the **COMMAND** with a **CIVIL-LAWSUIT** of the **SEEKING-A-COURT-[OR]DER(sic)** with the **STOPPING-A-SPECIFIC-ACT** and/or **BEHAVIOR** of the CAUSING with the **[IR]REPARABLE(sic)-HARM**.

: XXVIII <u>**For the [AD]DITIONAL(sic)-TYPES of the DAMAGES**</u>.

~1 For the **COMMAND** of the **DAMAGES ARE** with the **GENERAL-DAMAGES/CONSEQUENTIAL-DAMAGES/[RE]LIANCE(sic)-DAMAGES/SPECIFIC-[PER]FORMANCE(sic)/LEGAL-FEES** of the **[PER]MISSABLE(sic)** with this **CONTRACT/VESSEL-CLAIM** of the BEHALF with this CLAIMANT.

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

**: XXIX For the NEW-JERSEY-STATE-TERRITORI(sic)-CONSTITUTION of the PART.**

**~1 For the TERRITORIES of the NEW-JERSEY-STATE ARE with the 1947-CONSTITUTION/CHARTER.** [: *ENDS of the ~1999 with the ~3RD-U.S.-BANKRUPTCY(sic) AND CONGRESS of the FAILING of the CONVENING with the CONVENTION.*]

**~2** For the PREAMBLE of the ~1947-CONSTITUTION **IS** with the FOLLOWING: For this CONSTITUTION of the [A]GREEMENT(sic) **IS** with the [DE]LEGATES(sic) of the PEOPLE within the New-Jersey-CONVENTION of the SEPTEMBER-~10 with the YEAR of our LORD.

**~3** For the WE-OF-THE-PEOPLE of the New-Jersey ARE with the GRATEFUL of the [AL]MIGHTI(sic)-GOD with the CIVIL AND [RE]LIGIOUS(sic)-LIBERTI(sic) of the GOD with the HAVING of the [PER]MITTING(sic) with our [EN]JOYMENT(sic).

**~4** For the WE-OF-THE-PEOPLE of this State ARE with the LOOKING with the GOD of his BLESSINGS with the [U]PON(sic)-OUR-[EN]DEAVORS of the SECURING AND TRANSMITTING with the SAME of the [UN]IMPARING(sic) with the SUCCEEDING-GENERATIONS of the DO-[OR]DAIN(sic) AND [ES]TABLISH(sic) with this CONSTITUTION.

**~a** For the ~1787-CONSTITUTIONAL-CONVENTION of the New-Jersey-State IS with the [U]NAMINOUS(sic)-[AP]PROVAL(sic) of the SUPREMACI(sic)-CLAUSE with the FOLLOWING: For the SUPREMACI(sic)-CLAUSE AND CONSTITUTIONAL of the CONVENTION/[AR]TICLE(sic)-~VI-CLAUSE-~2.-~2.-~2 ARE with the SUPREME-LAW of the LAND AND with the States/Citizens and [IN]HABITORS(sic) AND JUDGES within the States with the MANDATORI(sic)-[RE]QUIREMENT(sic) of the BEING-BOUND within their [DE]CISIONS(sic) of the [A]NI(sic) within the State's-CONSTITUTION OR LAWS of the [CON]TRARI(sic) with the NOT-WITHSTANDING.

**: [AR]TICLE(sic)-~I: RIGHTS AND [PRI]VILEGES(sic).**

**~1** For the ALL-PERSONS of this State ARE with the FREE AND [IN]DEPENDENT(sic) by NATURE.

**~2** For the ALL-PERSONS of this State ARE with the HAVING-CERTAIN-NATURAL AND [UN]ALIENABLE(sic)-RIGHTS of the [EN]JOYING(sic) AND [DE]FENDING(sic)-LIFE/LIBERTI(sic)/OF-THE-[AC]QUIRING(sic)/[PO]SESSING(sic) AND [PRO]TECTING(sic)-[PRO]PERTI(sic) AND with the [PUR]SURING(sic) AND [OB]TAINING(sic)-SAFETI(sic) AND HAPPINESS.

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

~3 For the <u>NO-PERSON/GOVERNMENT/[A]GENCI(sic)/</u> <u>[EM]PLOYEES(sic)/CORPORATION</u> of this State <u>ARE</u> with the <u>[DE]PRIVING(sic)</u> of the <u>RIGHT</u> of the <u>WORSHIPPING</u> with the <u>[A]LMIGHTI(sic)-GOD</u> of a <u>MANNER-[A]GREEABLE(sic)</u> with a <u>MAN/WOMAN'S-OWN-[CON]SCIENCE(sic)</u>.

~4 For the <u>[PRE]FERENCE(sic)-[ES]TABLISHMENT(sic)</u> of the <u>ONE-[RE]LIGION(sic)-[O]VER(sic)-[A]NOTHER(sic)</u> <u>ARE</u> with the <u>[PRO]HIBITION(sic)</u> by this GOVERNMENT/[A]GENCI(sic)/ [EM]PLOYEES(sic)/CORPORATION/PERSON.

~5 For the <u>DENIAL</u> of the <u>[EN]JOYMENT(sic)-OF-THE-CIVIL AND MILITARI(sic)-RIGHTS</u> <u>ARE</u> with the <u>[PRO]HIBITION(sic)</u>.

   ~a For the [DIS]CRIMINATION(sic) of the <u>[A]GAINST(sic)-[A]NI(sic)-</u> MAN/WOMAN <u>IS</u> with the <u>[PRO]HIBITION(sic)</u> of the <u>BASIS</u> with the [RE]LIGIOUS(sic)-PRINCIPLES(sic)/RACE/COLOR/[AN]CESTRI(sic) OR NATIONAL-[O]RIGIN(sic).

   ~b For the <u>[DIS]CRIMINATION(sic)</u> of the <u>[A]GAINST(sic)-[A]NI(sic)-</u> MAN/WOMAN <u>IS</u> with the <u>[PRO]HIBITION(sic)</u> of the <u>FREE-[EX]ERCISE(sic)</u> of the <u>[A]NI(sic)-CIVIL</u> OR <u>MILITARI(sic)-RIGHT</u> AND <u>NOT-BE-SEGREGATE</u> within the <u>MILITIA</u>.

~6 For the <u>[E]VERI(sic)-PERSON</u> of this <u>State</u> <u>ARE</u> with the <u>SPEAKING-FREELI(sic)/WRITING-FREELI(sic)</u> AND <u>PUBLISHING-FREELI(sic)</u> of the <u>HIS/HER-SENTIMENTS</u> with the <u>ALL-[SUB]JECTS(sic)</u>.

   ~a For the <u>PEOPLE</u> of this State <u>ARE</u> with the <u>RIGHT</u> of the <u>SECURING</u> with their <u>PERSONS/HOUSES/PAPERS</u> AND <u>[EF]FECTS(sic)</u> of the <u>[UN]REASONABLE(sic)-SEARCHES/SEIZURES</u> with the <u>NO-WARRANT</u> of the <u>WITHOUT-SUPPORTING-[OA]TH(sic)/[AF]FIRMATION(sic)</u> with the <u>PARTICULARS</u> of the <u>PLACE</u> OR <u>THING</u> with the <u>BEING-SEIZE</u>.

~7  For the <u>RIGHT</u> of a <u>TRIAL-WITH-THE-JURI(sic)</u> <u>IS</u> with the <u>MANDATORI(sic)-[IN]VIOLATE(sic)</u> of the <u>CIVIL-CASES</u> with the <u>[UN]DER(sic)-$50.00</u>.

   ~a For the <u>JURI(sic)</u> of a <u>TRIAL</u> <u>IS</u> with the <u>MANDATORI(sic)-RIGHT</u> of the <u>[DE]TERMINING(sic)</u> of the <u>LAW</u> AND <u>FACTS</u> within a CASE.

   ~b For in CRIMINAL-CLAIMS of the LIBEL <u>ARE</u> with the [AC]QUITTAL with the [U]SE(sic)/PUBLICATION of the TRUTHFUL-[E]VIDENCE(sic) AND with the <u>SHOWING-A-JURI(sic)-PANEL</u>.

~8-~A For <u>ALL-CRIMINAL-[PRO]SECUTIONS(sic)</u> of an <u>[AC]CUSE(sic)</u> <u>ARE</u> with the:

   ~1 For a <u>SPEEDI(sic)-AND-PUBLIC-TRIAL.</u>

   ~2 For an <u>[IM]PARTIAL(SIC)-TRIAL</u> of a JURI(sic) <u>IS</u> with the PEIRS.

   ~3 For the <u>BEING</u> of the <u>[IN]FORM(sic)/KNOWING</u> <u>IS</u> with the <u>NATURE</u> AND <u>CAUSE</u> of the <u>[AC]CUSATIONS(sic)</u> with the [PRE]PARATION(sic) of a LEGAL-[DE]FENSE(sic) with the CORRECT-LAWS.

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

~4 For the <u>DURING-[PRO]CEEDINGS(sic)/TRIAL</u> of the [PER]MITTING(sic) <u>IS</u> with the [<u>CON]FRONTING(sic)</u> of the <u>WITNESSES</u> with the [A]GAINST(sic)-HIM/HER/THEM.

~5 For the <u>PERMITTING</u> of the <u>PERSON/PEOPLE</u> <u>IS</u> with the <u>HAVING</u> of the <u>HIS/HER/THEIR-[COM]PULSORI(sic)-[PRO]CESS(sic)</u> with the [OB]TAINING(sic)-FAVORABLE-WITNESSES.

~B For the <u>NATURE</u> of the [<u>AC]CUSATION(sic)</u> <u>IS</u> with the <u>CIVIL</u> OR <u>CRIMINAL-LAW</u> of the [<u>EA]CH(sic)-HAVING</u> with the [<u>DIF]FERENT(sic)-</u> [<u>PRO]CEDURAL(sic)-RULES/[DE]FENSES(sic)</u>.

~1: <u>NATURE</u>=For the <u>WHETHER</u> of the <u>CIVIL</u> OR <u>CRIMINAL-</u> [<u>PRO]CEEDINGS(sic)</u>.

  ~a For the <u>CASES</u> of the <u>NAMING-A-State-AS-A-PARTI(sic)</u> <u>ARE</u> with the <u>CIVIL-IN-NATURE</u> AND <u>FEDERAL-COURT-JURISDICTION</u> with the State of the <u>BEING-A-PARTI(sic)</u> with the [AC]TION(sic).

  ~b For the <u>CASES</u> of the <u>NAMING-A-State-AS-A-PARTI(sic)</u> <u>ARE</u> with the <u>CRIMINAL-IN-NATURE</u> AND <u>State-COURT-JURIDICTION</u> with the State of the BEING-A-PARTI(sic) with the [AC]TION(sic).

~2 For the <u>CRIMINAL-CASES</u> of this <u>CONSTITUTION</u> <u>ARE</u> with the <u>GRANTING</u> of the <u>ONLI(sic)-TWO-TYPES</u> within the <u>CRIMINAL-JURISDICTIONS</u>: <u>COMMON-LAW</u> OR [<u>AD]MIRALTI(sic)-MARITIME</u> AND <u>NO-HYBRIDS</u>.

  ~a For the <u>COMMON-LAW</u> of the <u>CRIMINAL-JURISDICTION</u> <u>IS</u> with the [<u>RE]QUIREMENT(sic)</u> of a <u>PARTI(sic)</u> with an [<u>IN]JURI(sic)</u>. For the OR.

  ~b For the [<u>AD]MIRALTI(sic)-MARITIME/[IN]TERNATIONAL(sic)-</u> <u>CONTRACT</u> of the <u>CONDITION</u> <u>IS</u> with a <u>KNOWING/CONSENTUAL-</u> <u>CONTRACT</u> of a <u>WRITING</u> [un]der(sic) the [<u>AD]MIRALTI(sic)-</u> <u>MARITIME</u> of the <u>CRIMINAL-[AS]PECT(sic)</u> within the <u>COLORABLE-</u> [<u>AD]MIRALTI(sic)-JURISDICTION</u> of the [PUR]SUANT(sic) with the [<u>AR]TICLE(sic)-~1: SECTION-~8</u>.

~3 For the [AC]CUSE(sic) in a CRIMINAL-CASE <u>IS</u> with the [PER]MITTING(sic)-THE-PERSON/PEOPLE of the HAVING-COUNSEL-[AS]SISTANCE(sic) with the HIS/HER/THEIR-[DE]FENSE(sic).

~4 For ALL-[IN]DICTMENTS(sic) of a CRIMINAL-[OF]FENSE(sic) <u>ARE</u> with the <u>MANDATORI(sic)-[RE]QUIREMENT(sic)</u> by a <u>GRAND-JURI(sic)-</u> [<u>IN]DICTMENT(sic)</u>.

~19-~a For the <u>ALL-PERSONS/MAN/WOMAN</u> of the <u>PRIVATE-[EM]PLOYMENT(sic)</u> <u>ARE</u> with the <u>MANDATORI(sic)-RIGHT</u> of the [<u>OR]GANIZING(sic)</u> AND <u>BARGAINING</u> with the <u>COLLECTIVELI(sic)</u>.

~b For the <u>ALL-PERSONS/MAN/WOMAN</u> of the <u>PUBLIC-[EM]PLOYMENT(sic)</u> <u>ARE</u> with the <u>MANDATORI(sic)-RIGHT</u> of the [<u>OR]GANIZING(sic)</u> with the <u>State's-[IN]FORM(Sic)-KNOWLEDGE</u> of the <u>POLITICAL-[SUB]DIVISIONS(sic)</u> OR [A]GENCIES(sic).

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

~c For the <u>BOTH</u>: <u>PRIVATE/PUBLIC-MAN/WOMAN/PERSONS</u> of their
   [OR]<u>GANIZING(sic)</u> AND/OR <u>COLLECTIVE-BARGAINING</u> <u>ARE</u> with the
   <u>MANDATORI(sic)-RIGHT</u> of the [PRE]<u>SENTING(sic)</u> of his/her
   <u>GRIEVANCES/[PRO]POSALS(sic)</u> with a [RE]<u>PRESENTATIVE(sic)-OF-THEIR-</u>
   <u>CHOOSING</u>.
~20-~a For the <u>PRIVATE-[PRO]PERTI(sic)</u> of this State <u>ARE</u> with the
      <u>MANDATORI(sic)</u> of the <u>NOT-TAKING</u> with the <u>PUBLIC-[U]SE(sic)</u>
      without the <u>JUST-[COM]PENSATION(sic)</u>.
   ~b For the [IN]<u>DIVIDUALS(sic)</u> OR [PRI]<u>VATE(sic)-CORPORATION</u> of this
      State <u>ARE</u> with the <u>MANDATORILI(sic)</u> of the <u>LACKING-[A]NI(sic)-</u>
      [AU]<u>THORITI(sic)</u> with the <u>TAKING-[PRI]VATE(sic)-[PRO]PERTI(sic)</u>
      of the [O]<u>WNER(sic)</u> with the <u>PUBLIC-[U]SE(sic)</u> AND without the
      <u>JUST-COMPENSATION</u>.


: [AR]<u>TICLE(sic)-~IV</u>: <u>LEGISLATIVE-CONGRESS of the New-Jersey-</u>
  <u>State</u>.`
: <u>SECTION-~VII</u>.
   ~3 For the <u>LEGISLATIVE</u> of this State <u>IS</u> with the MANDATORI(sic) of the
      <u>NOT-PASSING</u> of the [A]<u>NI(sic)-[AT]TAINER(sic)/[EX]POST-FACTO-LAW</u>
      OR <u>LAW</u> with the [IM]<u>PARING(sic) of the [O]BLIGATION(sic)</u> with the
      <u>CONTRACTS</u> OR with the [DE]<u>PRIVING(sic)</u> of a <u>PARTI(sic)</u> with the
      [A]NI(sic<u>)-[RE]MEDI(sic)</u> of the [EN]<u>FORCING(sic)</u> with a <u>CONTRACT</u>.
   ~7 For the <u>LEGISLATIVE</u> of this <u>State</u> <u>IS</u> with the <u>LACKING-</u>
      [AU]THORITI(sic) of the <u>MAKING-A-GENERAL-LAW</u> with the
      [EM]<u>BRACING(sic)</u> of the [A]<u>NI(sic)-[PRO]VISION(sic)</u> with a
      <u>PRIVATE/SPECIAL OR LOCAL-CHARACTER</u>.


: I <u>For the NEW-JERSEY-STATE-STATUTES</u>.
  <u>For the TITLE-~41</u>.
 : TITLE-~41: <u>D.-C.-C.-S.-~41:~1-~1</u>: [OA]<u>THS(sic) AND [AF]FIDAVITS(sic)</u>.
  ~1 For the [E]<u>VERI(sic)-[PER]SON(sic)</u> of the New-Jersey-
     GOVERNMENT/[A]GENT(sic) <u>ARE</u> with the MANDATORI(sic)-LEGAL-
     [RE]QUIREMENT(sic) of the GIVING-[AS]SURANCES(sic) with the
     FIDELITI(sic) by the FOLLOWING-[OA]TH(sic).
        For the I-<u>NAME</u>         of this State <u>IS</u> with the SOLEMI(sic)-
        SWEARING OR [AF]FIRMING(sic) of the SUPPORTING with the
        [U]niti(sic)-States-CONSTITUTION AND New-Jersey-State-CONSTITUTION
        AND of the BEARING-TRUE-FAITH AND [AL]LEGIENCE(sic) with the SAME
        AND GOVERNMENTS of the [U]niti(sic)-States AND within this State
        of the [UN]DER(sic) with the PEOPLE'S-[AU]THORITI(sic).  ~For the
        SO-HELP-ME by the GOD.

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF
THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF
THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND
QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-
FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: TITLE-~41: D.-C.-C.-S.-~41:-~2A-~1: JUDICIAL-[OF]FICERS(sic) of the [OA]THS(sic) AND [AF]FIDAVITS(sic).

~1 For the CHIEF-JUSTICE AND [EA]CH(sic)-[AS]SOCIATE(sic)-JUSTICE of the SUPREME-COURT/EACH-JUDGE of the SUPERIOR-COURT/EACH-JUDGE of the TAX-COURT ARE with the BEFORE of the [EN]TERING(sic) with the DUTIES of his/her [OF]FICE(sic) with the MANDATORI(sic)-[RE]QUIREMENT(sic) of the TAKING AND [SUB]SCRIBING(sic) with the [OA]TH(sic) of the [AL]LEGIENCE(sic) within the SECTION-~41:-~1-~1.

~2 For the JUDICIAL-[OF]FICERS(sic) of the COURTS ARE with the SAME-[RE]QUIREMENT(sic) of the TAKING with the [OA]TH(sic)-OF-THE-[OF]FICE(sic).

: TITLE-~41: D.-C.-C.-S.-~41:-~1-~2: PERSONS of the [RE]QUIREMENT(sic) with the [OA]TH(sic) AND [AL]LEGENCE(sic).

~1 For the [OA]TH(sic) of the -~41:-~1-~1 ARE with the MANDATORI(sic)-[RE]QUIREMENT(sic) of the PRIOR with the TAKING of the [OF]FICE(sic) with the FOLLOWING-PERSONS:

~A: GOVERNOR of New-Jersey-State.

~B: [E]VERI(sic)-PERSON of the [AP]POINT(sic) OR [E]LECT(sic) with the [A]NI(sic)-[OF]FICE(sic): LEGISLATIVE/[EX]ECUTIVE(sic) OR JUDICIAL of the [AU]THORITI(sic) with this State OR [A]NI(sic)-[OF]FICE(sic) with the MILITIA AND [E]VERI(sic)-COUNSELOR/SOLICITOR AND [AT]TORNI(sic) of the LAW with the PRIOR of the [EN]TERING(sic) with the [EX]ECUTION(sic) of his/her TRUST/[OF]FICE(sic)/DUTI(sic) AND with the [SUB]SCRIBING(sic) of the [OA]TH(sic)/[AL]LEGIANCE(sic) with the SECTION-~41:-~1-~1.

: II For the TITLE-~2A.

: TITLE-~2A: D.-C.-C.-S.-~23A-~10: NEW-JERSEY-TITLE of the [AD]MINISTRATION(sic) with the CIVIL AND CRIMINAL-CASES.

~a For the [EA]CH(sic)-PARTI(sic) of a CASE IS with the MANDATORI(sic)-[EN]TITLEMENT(sic) of the [DIS]COVERI(sic) by the WAY:

~1 For the ORAL-[DE]POSITION(sic) of the [IN]CLUDING(sic)-VIDEO-TAPE-[DE]POSITION(sic).

~2 For the [IN]SPECTION(sic) AND COPIES(sic) of the ALL-[RE]LEVANT(sic)-DOCUMENTS IS within the CARE/CUSTODI(sic) OR CONTROL of a PARTI(sic) OR with a WITNESS.

~3 For the [IN]TERROGATORIES(sic).

~b For the ALL-[DIS]COVERI(sic) of a CASE ARE with the COMPLETION of the -~60-DAYS with the [DE]MAND(sic)-[RE]CEIPT(sic).

FOR THIS COPYRIGHT/COPYCLAIM -~1-~JULY-~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

64

~c For the DOCUMENT-[PRO]DUCTION(sic)-QUEST at a [DE]POSITION(sic) IS with the [PER]MISSABLE(sic) of the IN-LIEU with the SUPEONA.

: III For the TITLE-~2C.
: TITLE-~2C: D.-C.-C.-S.-~2C:-~13-~3: FALSE-[IM]PRISONMENT(sic).
For a PERSON of this ACT IS with the VIOLATIONS of the [DIS]ORDERLI(sic)-PERSONS-[OF]FENSE(sic) with the KNOWINGLI(sic) of the [RE]STRAINING(sic) with the [A]NOTHER(sic)-PERSON/CLAIMANT of the [IN]TERFERING(sic) with the CLAIMANT'S-LIBERTI(sic).

: TITLE-~2C: D.-C.-C.-S.-~28:-~6: TAMPERING OR FABRICATING of the PHYSICAL-[E]VIDENCE(sic).
~1 For a PERSON of this ACT IS with the VIOLATION of the COMMITTING with the FOURTH-[DE]GREE(sic) of the BELIEVING with that A-PENDING-[OF]FICIAL(sic)-[PRO]CEEDING(sic) OR [IN]VESTIGATION(sic) of the CAUSING with the FOLLOWING:

~A For the PERSON-[AL]TERS(sic)/[DE]STROYS/[CON]CEALS(sic) OR [RE]MOVES(sic) of the [AR]TICLE(sic)/[OB]JECT(sic)/ [RE]CORD(sic)/DOCUMENT OR [O]THER(sic) of the PHYSICAL-[SUB]STANCE(sic) IS with the [PUR]POSE(sic) of the [IM]PAIRING(sic)-ITS-VERITI(sic) OR [A]VAILABILITI(sic) within the [PRO]CEEDING(sic) OR [IN]VESTIGATION.
For the OR.
~B For the PERSON-MAKES/[DE]VISES(sic)/[PRE]PARES(sic)/[PRE]SENTS(sic)/ [OF]FERS(sic) OR [U]SES(sic) of the [A]NI(sic)-[AR]TICLE(sic)/[OB]JECT(sic)/[RE]CORD(sic)/DOCUMENT OR [OT]HER(sic)-THING IS with the KNOWING-THIS-PHYSICAL-[SUB]STANCE(sic) of the BEING-FALSE AND with the [PUR]POSE(sic) of the MIS-LEADING(sic)-A-PUBLIC-SERVANT/CLAIMANT within an [IN]VESTIGATION(sic)/[PRO]CESS(sic).

: TITLE-~2C: D.-C.-C.-S.-~28:-~8: [IM]PERSONATING(sic) of a PUBLIC-SERVANT OR LAW-[EN]FORCEMENT(sic)-[OF]FICER(sic).
~a For a PERSON of this ACT IS with the VIOLATION of the COMMITTING-A-[DIS]ORDERLI(sic)-PERSONS-[OF]FENCE(sic) with the FALSELI(sic)-[PRE]TENDING(sic) of the HOLDING-A-[PO]SITION(sic) with the GOVERNMENT-PUBLIC-SERVICE of the [PUR]POSE(sic) with the [IN]DUCING(sic)-[A]NOTHER(sic) of the [SUB]MITTING(sic) with the SUCH-[PRE]TENCE(sic) of the [OF]FICIAL(sic)-[AU]THORITI(sic) OR [O]THER-WISE(sic) with the ACT of the CAUSING-[RE]LIANCE(sic)-ON with this [PRE]TENSE(sic).

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

~b For a **PERSON** of this **ACT** **IS** with the **VIOLATION** of the **COMMITTING** with a **FOURTH-[DE]GREE(sic)-[OF]FENSE(sic)** of the **FALSELI(sic)-[PRE]TENDING(sic)** with the **HOLDING-A-[PO]SITION(sic)** of an **[OF]FICER(sic)** OR MEMBER OR **[EM]PLOYEE(sic)** OR **[A]GENT(sic)** of the [A]NI(sic)-[OR]GANIZATION(sic) OR [AS]SOCIATION(sic) with the **GOVERNMENT-LAW-[EN]FORCEMENT(sic)** of the **[PUR]POSE(sic)** with the **[IN]DUCING(sic)** of the **[A]NOTHER(sic)** with the [SUB]MITTING(sic) of the **[PRE]TENCE(sic)** with the **[OF]FICIAL(sic)-[AU]THORITI(sic)** OR **[O]THER-WISE(sic)** of the **ACT** with the **CAUSING-[RE]LIANCE(sic)-ON** of this **[PRE]TENSE(sic)**.

: IV **FOR THE NEW-JERSEY-RULES of the [E]VICTION(sic)-[PRO]CESS(sic)**.

For the NEW-JERSEY-RULES of the [E]VICTION(sic)-PROCESS and with the REDEMPTION-PROCESS with the [AF]TER(sic)-SHERIFF-SALE.

: V **FOR THE WORD-TERMS/CONDITIONS.**
For the **WORD-TERMS/CONDITIONS** of the **ONE-WORD/ONE-MEANING** **ARE** with the **NOW-TIME-SPACE-CONTINUUM** AND **QUANTUM-GRAMMAR-MECHANICS-WRITING** of this **DOCUMENT-CONTRACT-VESSEL** with this CLAIM.

~1 **For the PART-I of the CONTRACT-TERMS.**
: **C.-C.** = For these CIVIL-CLAIMS.
: **C.-S.-C.-S.** = For the CONTRACT-STATES-CLAIMS-SECTION.
: **C.-S.-S.-C.-P.-S.-G.-P.** = For the CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-PARSE-SYNTAX-GRAMMAR-[PER]FORMANCE(sic).
: POSITION-LODIO-FACT-PHRASE = For the [PRE]POSITIONAL(sic)-PHRASE.
: **C.-S.-C.-V.** = For the CONTRACT-STATES-CORPORATION-VESSEL.
: CITIZENS = For the LIVING-PERSONS: MAN/WOMAN of the COLLECTION: WE-THE-PEOPLE **ARE** with the PERSONS of their DOMICILE within a STATE OR NATION.
: **D.-C.-C.** = For the **DOCUMENT-CONTRACT-CLAIM** of this VESSEL **IS** with the KNOWN as the *FEDERAL-RULES-OF-CIVIL-[PRO]CEDURE(sic)*.
: **D.-C.-C.-S.** = For the **DOCUMENT-CONTRACT-CLAIM-SECTION** of this VESSEL **IS** with the KNOWN as the *U.S.C./UNITED-STATES-CODES*.
: **CLAIM** = For the MEANING of this WORD **IS** with the:
  ~1: **RIGHT of the PAYMENT** with the WHETHER OR NOT of the RIGHT with a [RE]DUCING(sic)-JUDGMENT/LIQUIDATION/NO-LIQUIDATION/FIX/CONTINGENT/MATURE/NOT-MATURE with the [DIS]PUTE(sic)/NO-[DIS]PUTE(sic)/LEGAL/[E]QUITABLE(sic)/SECURE/NOT-SECURE.
  ~2: **[RE]QUEST(sic)** OR **[DE]MAND(sic)** of a CONTRACT OR **[O]THER(sic)-WISE** with the **SEEKING-MONEY** OR [PRO]PERTI(sic).

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

~3: <u>RIGHT</u> of an [E]QUITABLE(sic)-[RE]MEDI(sic) <u>IS</u> with a BREACH of the [PER]FORMANCE(sic) with a BREACH of the <u>GIVING-RISE</u> with the PAYMENT of the WHETHER OR NOT with the <u>SUCH-RIGHT</u> of an [E]QUITABLE(sic)-[RE]MEDI(sic) with the <u>[RE]DUCING(sic)-OF-THE-JUDGMENT</u>/FIX/CONTINGENT/MATURE/NOT-MATURE/[DIS]PUTE(sic)/NO-{DIS}PUTE(sic) OR SECURE/NOT-SECURE.

: <u>COMMERCE</u> = For the MEANING of the COMMERCE <u>IS</u> with the <u>TRADE</u> OR <u>COMMERCE</u> of the [A]MONG(sic) with the <u>SEVERAL-STATES</u> of the <u>FOREIGN-NATIONS</u> OR <u>BETWEEN-[DIS]TRICT(sic)</u> with the COLOMBIA OR <u>[A]NI(sic)-TERRITORI(sic)</u> of the <u>[U]niti(sic)-States-of-the-America</u> AND <u>[A]NI(sic)-STATE/TERRITORI(sic)/FOREIGN-NATION</u> OR BETWEEN of the <u>[A]NI(sic)-[IN]SULAR(sic)-POSSESSIONS</u> OR <u>[O]THER(sic)-PLACES</u> with the <u>[UN]DER(sic)</u> of the JURISDICTION with the <u>[U]niti(sic)-States</u> OR DISTRICT of the COLUMBIA OR <u>[A]NI(sic)-FOREIGN-NATION</u>.

: <u>KNOWING/KNOWINGLI(sic)/KNOWLEDGE</u> = For the MEANING of this WORD <u>IS</u> with the PERSON of the <u>HAVING-[IN]FORMATION(sic)</u> with the <u>[AC]TUAL(sic)/[DE]LIBERATE(sic)-[IG]NORANCE(sic)</u> of the TRUTH OR FALSITI(sic) with the <u>[IN]FORMATION(sic)/ACTS</u> of the <u>RECKLESS-[DIS]REGARD(sic)</u> with the TRUTH OR FALSITI(sic) of the [IN]FORMATION(sic) AND <u>NO-[RE]QUIREMENT(sic)</u> of the PROOF with the <u>SPECIFIC-[IN]TENT(sic)</u> of the [DE]FRAUD(sic).

: <u>MATERIAL</u> = For the MEANING of this WORD <u>IS</u> with the <u>HAVING-A-NATURAL-TENDENCYI(sic)</u> of the [IN]FLUENCE(sic) with the <u>BEING-[IN]FLUENCING(sic)</u> of the PAYMENT OR [RE]CEIPT(sic) with the MONEY OR [PRO]PERTI(sic).

: <u>[O]BLIGATION(sic)</u> = For the MEANING of this WORD <u>IS</u> with the DUTI(sic) of the [A]RISING(sic) with an [EX]PRESS(sic) OR <u>[IM]PLY(sic)-CONTRACT</u> of a <u>BUYER-SELLER/GRANTOR-GRANTEE/LICENSOR-LICENSEE/PARTNERSHIP/SERVICING-[A]GENT(sic)-CONSUMER</u> with a [RE]LATIONSHIP(sic).

: <u>PARTI(sic)</u> =
~1: For a <u>PERSON</u> OR <u>GROUP-OF-THE-PERSONS</u> of this MEANING <u>ARE</u> within an <u>[OR]GANIZATION(sic)/CORPORATION/[EN]TITI(sic)</u> of a <u>CONTRACT/CONSTITUTION/CHARTER/CLAIM</u> within a WRITING of their <u>KNOWLEDGE/VOLITION</u> AND with their <u>[AU]TOGRAPH(sic)</u>.
~2: For a <u>VASALEE</u> OR <u>[EM]PLOYEE(sic)</u> OR <u>[A]GENCI(sic)/[IN]DIVIDUAL(sic)/LIVING-MAN OR WOMAN</u> <u>IS</u> within a CONTRACT/CLAIM.

: <u>PERSON</u> = For a <u>LIVING-[IN]DIVIDUAL(sic)-MAN/WOMAN</u> of the MEANING <u>IS</u> with a SOUL of the <u>GOD'S-CREATION</u> with the [I]MAGE(sic) of the GOD: <u>GOD of the ABRAHAM/ISAAC/JACOB</u> with the <u>MAKING-US</u> of the SOVEREIGN with the <u>[IN]ALIENBLE(sic)</u> AND <u>[UN]ALIENABLE(sic)-NATURAL-RIGHTS</u> of the <u>HAVING-DOMINION/[AU]THORITY(sic)/[AU]TOGRAPH(sic)</u> with this WORLD by the <u>GOD'S-WORD/THE-BIBLE</u>: GENESIS: 1:26.

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

: <u>SYMBOL</u> = of the MEANING <u>IS</u> with the EQUALS OR SAME-VALUE.

: <u>SYMBOL</u> - of the MEANING <u>IS</u> with the HYPHEN of the USE with the JOINING of the WORDS with the <u>CREATING-COMPOUND-FACTS</u>.

: <u>SYMBOL</u> : of the MEANING <u>IS</u> with the COLON as the <u>POSITIONAL-LODIAL-FACT-PHRASE</u>.

: <u>SYMBOL</u> $ of the MEANING <u>IS</u> with the <u>ONE-VERTICLE-BAR</u> of the PESOS with the <u>MEXICO/SPAIN/[AR]GENTINA-MONEY</u>.

: <u>SYMBOL</u> $ of the MEANING <u>IS</u> with the <u>TWO-VERTICLE-BARS</u> of the <u>AMERICAN-DOLLAR</u> with the BACKING of the <u>[PRE]CIOUS(sic)-METALS</u> with the <u>GOLD/SILVER</u>.

: <u>TROY-MEASURE</u> = For the MEANING of this TERM <u>IS</u> <u>TROY-[OU]NCE(sic)-[U]NIT(sic)</u> with the MEASUREMENT of the WEIGHT with the <u>[PRE]CIOUS(sic)-METALS</u>: <u>GOLD/SILVER/PLATINUM</u> AND [OT]HER(sic)-<u>[PRE]CIOUS(sic)-METALS</u>.

: <u>VASSALEE</u> = For the MEANING <u>IS</u> with the <u>PUBLIC-SERVANTS</u>: <u>BANKERS/JUDGES/CLERKS/[OF]FICERS(sic)/[A]GENTS(sic)/[AC]COUNTANTS(sic)/POLITICIANS</u> AND <u>THE-LIKE</u> of the <u>HAVING-AN-[OA]TH(sic)</u> with the [OF]FICE(sic) of their <u>FIDUCIARY-DUTIES-BASE</u> with the [Un]iti(sic)-States-CONSTITUTION/CHARTER of the PERSONS/MAN/WOMAN within the <u>TERRITORIES-THEY-SERVE</u>.


## ~2 For the PART-II of the CONTRACT-TERMS.

:   [AR]BITRARI(sic) = For the [DE]TERMINATION(sic) of the FOLLOWING <u>ARE</u> with the MEANING:  BY-CHANCE/WHIM/[IM]PULSE(sic) with the LACKING-NECESSITI(sic)/REASON/PRINCIPLE OR LAW.

: <u>[A]dmiralty(sic)/Maritime-Flag</u> = For a <u>NON-[RE]GISTER(sic)/NON-[AP]PROVE(sic)/NON-TITLE-IV-FLAG</u> of the <u>FOUR-COLOR-FLAG-MATERIAL</u> <u>IS</u> with the <u>YELLOW/GOLD-FRINGES-[A]ROUND(sic)-THE-FLAG</u> of its VIOLATION with the <u>TITLE-~36-§-~176-G</u>: [DE]SECRATION(sic) of the FLAG with its MEANING/[RE]PRESENTATION(sic) <u>IS</u> with the <u>MUTILATION/CAPTURE</u> of the <u>AMERICAN-FLAG</u> with the <u>[RE]PRESENTING(sic)-NO-NATION/NO-CONSTITUTION</u>.

: <u>Adverb</u> = For a MODIFIER of a WORD <u>IS</u> with the MODIFICATION of a VERB/ADJECTIVE/ADVERB/NOUN with the CREATING of an [O]PINION(sic) AND MODIFYING-A-FACT with the <u>PLACING-AN-ADVERB-BEFORE-A-NOUN</u> of the CAUSE with the CHANGING-THE-NOUN of the BEING-A-VERB.

: <u>Adjective</u> = For a [DE]SCRIPTIVE(sic)-WORD of the CLAIM <u>IS</u> with the [AD]DING(sic) of a COLORFUL-[O]PINION(sic) with the FACT/[PRO]NOUN(sic).

: <u>[Au]tograph(sic)</u> = For the [AU]THENTIC(sic)-SCRIPT-OR PRINT of the HIS/HER-NAME <u>IS</u> with the BY-AN-[AU]THOR(sic) AND with the GIVING-[AU]THORIZATION(sic) of that SCRIPT/PRINT.


FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: [Au]tomobile(sic) = For the MEANING of the WORD IS with the [CON]NOTING(sic) of a PLEASURE-VEHICLE with the [DE]SIGN(sic) of the TRANSPORTING with the PERSONS-ON-THE-HIGHWAYS/ROADS [: AMERICAN-MUTUAL-LIABILITY-INS.-VS.-CHAPUT-~60-A.2D-~118-~120/-~95-NH-~200.]

: Babble =  For the TALK/COMMUNICATION in the FORM IS with the MURMURS-AND-SOUNDS of the VOID-IN-ANY-MEANING with the NO-VALUE.

: Bank = For a JUDGEMENT-CLAIM in a CASE IS with a SEAT-AND-CLAIM-JUDGMENT of an [AU]THENTICATION(sic) AND [AU]THORIZATION(sic) with a CONTRACT.

: Banker = For a BANKER of a SWAP IS within the COMMERCE of these POST-STAMPS-VALUES with a JUDGEMENT of an [AU]THORIZATION(sic) with a CONTRACT.

: Bona-Fide-Purchaser = For the [DOC]TRINE(sic) of the BONA-FIDE-PURCHASER IS with the [AC]TING(sic) as a SHIELD with the THOSE-WHO-[AC]QUIRE(sic)-[PRO]PERTI(sic) of the FAIR-AND-HONEST-DEALINGS with the PAYING-VALUABLE-[CON]SIDERATION(sic) of the [PRO]PERTI(sic)/[AS]SET(sic).

: BOXING = For the WRITING/IMAGES as the CONTENTS IS within a BOX-SHAPE of the CONSIDER with the VOID/NOT-THERE/[AB]SENT(sic) AND with the BEING-LACK-of-the-CONSIDERATION with its MEANING/VALUE by the [IN]TERNATIONAL(sic)-STYLES-MANUAL.

   -~COURTROOM-BOXING-SETUP = For the COURTROOMS of the HEARINGS ARE with the BOXING-SETUP of the JUDGE-SITTING-IN-A-BOX/COURTCLERK-SITTING-IN-A-BOX/JURY-SITTING-IN-A-BOX/WITNESSES-SITTING-IN-A-BOX/LITIGANTS-SITTING-IN-A-BOX AND PUBLIC-SITTING-IN-THEIR-BOX-SECTION with the FICTION/[PRE]TENDING(sic) of the SPEAKING/HEARING with the COMMUNICATIONS of the FACTS/LAWS within the COURTROOMS.

: BRACKETS = For the WRITING/IMAGES as the CONTENTS IS within the BRACKETS of the CONSIDER with the VOID/NOT-THERE/[AB]SENT(sic) AND with the BEING-LACK-of-the-CONSIDERATION with its MEANING/VALUE by the [IN]TERNATIONAL(sic)-STYLES-MANUAL.

: Certiorari = For the WRIT of a CASE-METHODS/STRUCTURE-PRACTICING IS with the LOWER-[AU]THORITI(sic)-FICTION-COURTS of the QUEST-OF-A-CORRECTION/VIEW with the HIGHEST-COURT.

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

: <u>Corporate-Charter</u> = For the [AR]TICLES(sic)-OF-THE-[IN]CORPORATION(sic)/CERTIFICATE of the CORPORATION(sic) <u>IS</u> with the BEING of the THE-LEGAL-DOCUMENT with the <u>[ES]TABLISHING(sic)-A-CORPORATION-AS-A-LEGAL-[EN]TITY(sic)</u> of the [IN]CLUDING(sic): CORPORATE-[IN]FORMATION(sic): NAME/PURPOSE/DURATION/[RE]GISTERING(sic)-[A]GENT(sic)/BOARD of the [DI]RECTORS(sic)/STATE-[AU]THORITY(sic) with the <u>BEING-THE-SECRETARY</u> of the STATE of the WHO-<u>[RE]PORTS(sic)-[UN]DER(sic)</u> with the [U]NIVERSAL(sic)-POSTAL-[U]NION(sic) of the BEING with the CENTRAL-CONTROL of the [OR]GANIZING(sic)-AND-[PRO]VIDING(sic)-[RE]GISTRY(sic)-NUMBERS with all CORPORATE-STRUCTURES of the GOVERNMENT with the [DE]FINITION(sic) by the *Legal.com*. -~For the [AR]TICLES(sic) of the CORPORATION <u>IS</u> with the [AP]PLYING(sic)-ONLY of its CORPORATE-MEMBERS.

: <u>Chicanery</u> = For the TRICKERY OR SOPHISTRY of an [AC]TION(sic) <u>IS</u> with the <u>MEAN-OR-[UN]FAIR(sic)-[AR]TIFACE(sic)</u> of the [IN]TENT(sic) with the <u>[PER]PLEX(sic)-CAUSE</u> AND <u>[OB]SCURE(sic)-TRUTH</u> of the SHARP-PRACTICE with the <u>[AR]TFUL(sic)-SUBTERFUGE-OR-SOPHISTRY</u>.

: <u>Clerk of the Di-strict-Court</u> = For the DI=[OR]IGINAL(sic)-AND-STRICT=[AU]THORITY(sic) of a COURT-LOCATION <u>IS</u> with a CLERK'S-KNOWLEDGE of the METHODS with a COURT-FILING-SYSTEM of an [AU]THORIZATION(sic) with a CIVIL-SERVICE-OATH of the [OF]FICE(sic).

: <u>Claimant</u> = For a VESSEL-BODY-THINKING <u>IS</u> with a CONTRACT-CLAIM or DAMAGE-CLAIM in a PORT-COURT.

: <u>Cloud</u> = For the [PRO]CESS(sic) of the COVER-UP.

: <u>Communication-Methods</u> = For the SENTENCE-STRUCTURES of the ONE-THOUGHT-SENTENCE <u>IS</u> with the <u>WORD-[O]PERATIONS(sic)</u> of the <u>TERMS-AND-[DE]FINITIONS(sic)</u> with the WORDS'-MEANINGS.

: <u>Condition of the Mind</u> = For the THINKING/THOUGHT-PROCESS of a MAN/WOMAN/PERSON/CORPORATION/[EN]TITI(sic) <u>IS</u> with the CAUSE of the FACTS.

: <u>Contract</u> = For the CORPORATION of the <u>TWO-OR-MORE-LIVING-MAN/WOMAN/PERSONS/CORPORATE-[EN]TITIES(sic)/VESSELS</u> <u>ARE</u> with the <u>JOINING/TREATY/JOINT-TENANTS/[U]niti(sic)-States</u> of the <u>GENERALLY-IN-WRITING</u> AND with the [AU]TOGRAPHS(sic) of the <u>PARTIES/TERMS/CONDITIONS</u> with the <u>MEETING of the MINDS/CONSIDERATION</u>.

: <u>Correct-Grammar</u> = For the USE of the <u>MATHEMATICAL-[IN]TERFACE(sic)</u> on the <u>GRAMMAR</u> <u>IS</u> with the [A]BILITI(sic) of the READING-THE-SENTENCE-STRUCTURE with the FRONTWARD-AND-BACKWARD as a MATHIMATICAL-[E]QUATION(sic)-[IN]TERFACE(sic)-CERTAINTI with the SAMPLE:-~1+-~2 =-~3/-~3-~2 =-~1/-[CON]VERSELI(sic): ONE+TOO-DOES-NOT-[E]QUAL(sic)-THREE AND THREE-MINUS-TO-DOES-NOT-[E]QUAL(sic)-WON.

FOR THIS COPYRIGHT/COPYCLAIM -~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

: **Court-Clerk** = -~1 For the [AS]SISTANT(sic) in a PUBLIC-OR-PRIVATE-BUSINESS/[OF]FICER(sic) of a COURT/MUNICIPALITI(sic) <u>IS</u> with the DUTY of the KEEPING-ITS-RECORDS-AND-[PER]FORM(sic)-ITS-ROUTINE-BUSINESS. -~2 For a [RE]TAIL(sic)-SALESMAN/BANKER <u>IS</u> with the COLLECTING-FEES AND-DOCUMENTING-FILINGS.

: <u>Court-Room-~#1.</u> = For the [EN]CLOSE(sic)-[A]REA(sic) within the CONTENTS of the  CONSTITUTION/RULES/[RE]GULATIONS(sic) <u>IS</u> within <u>the</u> <u>CLAIMANT'S-FOUR-CORNER</u>-of his/her-PAPERS/FILING/VESSEL with the FEE-FOR-FREIGHT-STAMPS/PAID-BILLS of the LADINGS-with the CLAIMANT'<u>S-</u> <u>[AU]TOGRAPH(sic)-AS-THE-POSTMASTER</u> with his/her-DOCUMENT/VESSEL.

: <u>Court-House-~#2.</u> = For the FOREIGN-[EN]TITY(sic)-VESSEL of a STATION-ON-DRY-DOCKS <u>IS</u> with the [UN]DER(sic) DEPARTMENT of the TRANSPORTATION,-D.O.T.,-with the [RE]GISTER(sic) with the [UN]IVERSAL(sic)-POSTAL-[UN]ION(sic) of the BEING-A-CONVENIENT-PLACE with the PURPOSE of the HAVING-COURT-CASE-HEARINGS.

: <u>CAPRICIOUS</u> = For the ACT of the CHARACTER <u>IS</u> with the [A]RISING(sic) OR [SUB]JECT(sic) of the CAPRICE/[IM]PULSIVE(sic) OR [UN]PREDICTABLE with the WHIMSICAL OR CHANGEABLE.

: <u>Cursive-Writing/Signature</u> = For the [AR]TFUL(sic)-STYLE of the <u>WAY-A-</u> <u>MAN/WOMAN-SIGNS-HIS/HER-NAME</u> <u>IS</u> with the <u>CONNECTING-LETTERS</u> with the MEANING of the <u>CURSE/WITCHCRAFT-[OV]ER(sic)-THAT-NAME</u> AND with the MAND/WOMAN of the CONSIDER-AS with the LANGUAGE of the DEAD.

: <u>Damage-Claim</u> = For the TANGIBLE of the CLAIM <u>IS</u> with the [DI]RECT(sic)/[IN]DIRECT(sic)-HARM-[U]PON(sic)-A-PARTY of the CAUSE-BY-[A]NOTHER(sic)-PARTY with the MONETRARY/PHYSICAL-HARM/PROPERTY-LOSS-AND-THE-LIKE.

: <u>Darkness</u> = For the FRAUD of the FICTION <u>IS</u> with the VOID of the HONESTY.

: <u>De-Minimis</u> = For the LACKING-SIGNIFICANCE-OR-[IM]PORTANCE(sic) <u>IS</u> with the BEING-SO-MINOR-AS with the MERITING-DIS-REGARD(sic).

: <u>Depravation of the Mind</u> = For the MORAL-PERVERSION of the <u>[IM]PAIRMENT(sic)-of-the-MIND</u> <u>IS</u> with the <u>VIRTURE-AND-MORAL-PRINCIPLES</u> of the MIND.

: <u>Dis-trict</u> = For the DEMON-god of the [UN]DER(sic)-WORLD <u>IS</u> with the DEAD.

: <u>Document</u> = For the COURT-FILINGS of a DOCKET-NUMBER <u>IS</u> with the BEING-TRANSPORT within the SEA of the SPACE within the <u>COURT-HOUSE-VESSEL</u>.

: <u>Driver</u> = For the ONE of the [EM]PLOYMENT(sic) with the [CON]DUCTING(sic) of the COACH/CARRIAGE/WAGON OR VEHICLE. [<u>*BOUVIER'S-*</u> <u>*LAW-DICTIONARY*</u>-~1914-*EDITION*-~PAGE-~940].

: <u>Double-Jeopardi(sic)</u> = For the [PRO]SECUTION(sic) [a]gainst(sic) a MAN/<u>WOMAN</u> <u>IS</u> with the <u>SECOND-TIME</u> of the <u>SAME-[OF]FENSE(sic)</u> with the [PRO]HIBITION(sic) of the <u>FIFTH-[A]MENDMENT(sic)</u> with the <u>[Un]iti(sic)-States-CONSTITUTION.</u>

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

~For the DOUBLE-JEOPARDI of the [AP]PLYING(sic) IS with the ACT of the TRYING-A-CASE with the [A]GAINST(sic)-A-MAN/WOMAN of the TWICE with the SAME-[OF]FENSE(sic) of the [ES]PECIALLI(sic) with a FIRST-TRIAL-[AC]QUITTAL(sic).

: Drogue = For the SEA-ANCHOR.

: Duress = For the THREAT of a PARTY IS with a FORCE of a COMPLIANCE with a  THREAT of a BEATING/PHYSICAL-HARM,-VIOLENCE/PAIN OR LOSS of a FREEDOM by a PRISON/with a FINANCIAL-HARM/with a COERCING in a TITLE-~28-CHAPTER-~85-U.S.C.S.-~1359 with a WILL of a CHARTER-VESSELL with these CLAIMS of an ACT-CONTRARY with a PARTY'S-VOLITION.

: Eminent Domain = For the GOVERNMENT-AND-[A]GENTS(sic)-CONDUCT-A-TAKING of the PRIVATE-PROPERTY IS without the CONSENT of the OWNER-AND-without the JUST-COMPENSATION.

: False-Modifications = For the WORD of the VOID/FICTION/PERJURY IS with the WORD-QUALIFICATIONS of a FICTION.

: Ficticious/Fraudulent-Communication-Grammar for the Contract: For the [US]ING(sic)-WORDS as NON-FACTS within the SENTENCE-STRUCTURE-SYNTAX-GRAMMAR IS with the MIS-PLACING-THE-WORDS,-SUCH-AS: MODIFYING-WORDS with the ADVERBS-THERE-BY-CHANGING-WORD-[PO]SITION(sic)/with the USING-PAST-TENSE-WORDS-AS-ONE-CANNOT-PERFORM in the PAST/with the USING-FUTURE-TENSE-WORDS with the LACKING-NOW-TIME-PERFORMANCE.

: FICTION-JUDGE = For the [AS]SIGNMENT(sic) of the FICTION-VALUE.

: Four-Characteristics = For the [UN]ITY(sic) of a CHARTER-VESSEL IS with a UNITY/OWNERSHIP/TITLE/TIME with the [UN]ITY(sic) of a POSSESSION.

: Fraud = For the [IN]TENTIONAL(sic)-USE of the SPECTULATION/FICTION/MODIFICATION/MYSTIC/PHANTOM/[O]PINION(sic)/[OR]DER(sic)/[PRE]SUMPTION(sic) IS with the [AS]SUMPTION(sic)/[A]PARTHEID(sic)/[IL]LUSION(sic)/[DE]CEIT(sic)/TRICKERY of the FRAUD with the [A]GAINST(sic)-[AN]OTHER(sic)-MAN/WOMAN/[EN]TITI(sic)/PERSON.

: Human = For the BEING-MONSTERS of the LACKING-[A]BILITY(sic) IS with the CONTRACTING-AND-OWNING-LAND of the [DE]FINITION(sic) within the BLACKLAW-DICTIONARY.

: Flag = For the MATERIAL-CLOTH of the HAVING-SPECIFIC-COLORS-AND-SIZE IS with the [RE]PRESENTING(sic)-VENUE of a A-NATION-AND-IT'S-NATIVES-SOVEREIGNTY with a SET of the CONSTITUTION/TERMS/CONDITIONS with the CONTRACTING-PARTY/MEMBERS AND with the CALLING-THIS-FLAG'S-[E]TIQUET(sic).

-~For the LAW of the FLAG IS with the [RE]GULATING(sic) of the LAWS-[UN]DER(sic)-THE-CONTRACTS.

-~For the FLAG of the [AD]MIRALTI(sic)-LAW IS with the THOSE-WHO-SIGN-A-CONTRACT of the [IN]COMING(sic)-SHIP'S-CAPTAIN-AND-THEIR-LAWS-[AP]PLI(sic) with the CONTRACT-TERMS.

FOR THIS COPYRIGHT/COPYCLAIM -~1~JULY-~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

: <u>Flag-[Re]presenting(sic)-the-[U]niti(sic)-States for the America-Territories/Military/Government-[Of]fices(sic)-with the TITLE-IV-§-~1,-§-~2,-§-~3</u>: For the <u>THREE-COLORS</u>: <u>RED-WHITE-BLUE</u> of the SPECIFIC-[DI]MENSIONS(sic)-FLAG <u>ARE</u> with the SPECIFIC-WAYS of the [DIS]PLAYING(sic)/HANDLING with the CURRENT-COPYRIGHT/PATENT of the POSTMASTER-GENERAL-&-CHIEF: Russell-Jay :Gould with the SINCE-1999 AND with the [PRE]SENT(sic).

: <u>Flag/Doctrine of the Four-Cornering-As-Per-USATHEREPUBLIC.COM</u> = For the FLAG-[ES]TABLISHES(sic) of the COUNTRY <u>IS</u> with the GOVERNING-LAWS of that IT-[RE]PRESENTS(sic) with the SAMPLE of the [EM]BASSIES(sic) with the FOREIGN-COUNTRIES of the WASHINGTON-D.C. with the FOUR-CORNERS of the WALLS-OR-FENCING within the BOUNDARIES of the [EN]CLAVE(sic) within the FOREIGN-[EM]BASSY(sic)-AND-with the FLAG of that FOREIGN-COUNTRY-[ES]TABLISHES(sic) with the <u>JURISDICTION-AND-LAW</u> of that FOREIGN-COUNTRY/with the WHICH-[EN]FORCES(sic) by the LAW of the FLAG-AND-[IN]TERNATIONAL(sic)-TREATY. ~For the IF-ONE-[EN]TERS(sic) of the [EM]BASSY <u>IS</u> with that PERSON of the SUBJECT with the LAWS of that FLAG with the [EN]FORCEMENT(sic) by the MASTER/CAPTAIN of the SHIP.

: <u>Flag: U.S.-AMERICA-FLAG of the HAVING-A-YELLOW-TRIM-ON-THREE-SIDES</u> AND <u>A-SPERE-ON-TOP</u> <u>IS</u> with the <u>MARSHAL-LAW</u> –AS-PER-<u>TITLE-IV-U.S.C.-CHAPTER-~1,-§-~1,-§-~2,-§-~3/EXECUTIVE-[OR]DER(sic)-~10834-AUGUST-~21,-~1959,-~24-F.R.-~6865-with the PRESIDENT-EISENHOWER</u> of the unity-states with the [DE]VIATION(sic) of the [RE]GULAR(sic)-FLAG with the [E]XECUTIVE(sic)-[OR]DER(sic) as the COMMANDER-IN-CHIEF with a MILITARY-FLAG.
-~For this <u>YELLOW-FRINGE-FLAG-WITH-A-SPEAR-TOP</u> of the <u>COURTROOMS-[BE]HIND(sic)-A-JUDGE</u> <u>IS</u> with the <u>BEING-A-MILITARY-COURTROOM/A-COURTROOM</u> of the <u>TRYING-CASES</u> with the <u>MILITARY-LAW</u> of the <u>USING-NO-CONSITUTIONAL-LAW/NO-COMMON-LAW/NO-CIVIL-LAW</u> AND <u>NO-STATUTORY-LAW</u> as per <u>ARMY-REGULATIONS</u>: AR-~840-10/OCTOBER-~1,-~1979 with the [AL]SO(sic)-AS-PER: <u>THE-MANUAL-of-the-COURTS-MARTIAL</u>/-U.S./~1994-ED./at the ART.-~99/-c-1-b/pg.-IV-~34/PIN-~030567-0000.

: <u>G.-P.-S.</u> = For the <u>GLOBAL-POSITIONING-SYSTEM</u> of the SATELITE-BASE-NAVIGATION-SYSTEM <u>IS</u> with the [PRO]VIDING(sic) of the <u>REAL-TIME-LOCATION/SPEED/TIME-DATA</u> with the <u>[A]NI(sic)-WHERE</u> in the EARTH with the [PER]MITTING(sic) of the <u>[EX]ACT(sic)-[PO]SITION-AND-NAVIGATION</u> with the <u>VARIOUS-CONDITIONS</u>.

: <u>ITALICS-WRITING</u> = For the WRITING/IMAGES as the CONTENTS <u>IS</u> within the ITALICS-STYLE-WRITING/SCRIPT of the CONSIDER with the <u>VOID/NOT-THE-THERE/[AB]SENT(sic)</u> AND with the <u>BEING-LACK-of-the-CONSIDERATION</u> with its MEANING/VALUE by the <u>[IN]TERNATIONAL(sic)-STYLES-MANUAL</u>.

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE **IS** WITH THIS CLAIM & PERFORMANCE OF THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

: **JUDGE** = For the <u>DI-ORIGINAL-WITH-A-STRICT-[AU]THORITY(sic)</u> of a COURT-CLOSE-AREA <u>IS</u> with the <u>VENUE-LOCATION-CONTRACT</u> of the DUTY with the CREATING-CLOSURE of a <u>CONTRACT-[DIS]PUTE(sic)</u> with the USE of the CONDITION with the <u>MINDS/LAWS/FACTS</u> of the USE with the <u>C.-S.-S.-C.-P.-S.-G.-P.</u>

: <u>Land-Shark</u> = For the PERSON-WHO-CHEATS-AND/OR-ROBS of the [an]other(sic)-A-SHORE <u>IS</u> with the SAMPLES of the − [AT]TORNEYS(sic)/SHIP-MONGERS/LAND-GRABBERS.

: <u>Letter-Carrier</u> = For the CONVEYANCE of the MAIL-AND-LETTERS <u>IS</u> with a POSTAL-STAMP-AS-FEE-PAY of the BILLS with the LADINGS of the TRANSPORTING-THE-CONVEYANCE-MAIL/DOCUMENTS with the [DE]LIVERY(sic) of the POINT-A with the POINT-B.

: <u>Light</u> = For the TRUTH/HONESTY/CORRECTNESS-of the MORAL-VALUES.

: <u>Livery</u> = For the SWAP/TRADE of a COMMUNICATION.

: Lodio = For the [AU]THORITY(sic)-COMMAND-as an [AR]TICLE(sic) = AILING <u>IS</u> with the LODIO-WORDS: THE-THIS-THESE-OUR as a [PRE]FIX(sic) with our CLAIM-COMMAND-[AU]THORITY(sic) of a POSITION-LODIO-FACT/KNOWN with the NOW-TENSE of an [AU]THORIZATION(sic) by a QUANTUM-MATH-INTERFACE-COMMUNICATION.

: <u>Lodial</u>: For the a/an/the/these/this.

: <u>Lodial-Title/Deed</u> = For the PROOF/TITLE/WRITINGS of the OWNERSHIP <u>IS</u> with the LAND.

: <u>Lux-in-tenebres</u> = For the LIGHT/TRUTH of the COMING/SHINING-OUT <u>IS</u> with the OVER of the DARKNESS.

: <u>Knowledge</u> = For the <u>TRUTH/LEARNING/CLOSURE</u> AND POWER of a KNOW <u>IS</u> with the MIND of an [AU]THORIZATION(sic) with the <u>LIVE-LIFE-CLAIM</u> of a LIVING-MAN/WOMAN.

: <u>Known-Fact</u> = For the CLAIMS of a LIFE-BIRTH-VESSEL <u>IS</u> with the PLACE-LOCATION/THING-AND-CONDITION of a <u>STATE-OR-BEINGS/LIFE</u> with an [AU]THORIZATION(sic) by a <u>VESSEL-CONTRACT</u>.

: <u>Malevolent</u> = For the HAVING/WISHING of an [E]VIL(sic)-[DIS]POSITION(sic) <u>IS</u> with the [A]GAINTST(sic)-[O]THERS(sic).

: <u>Master</u> = For the [AU]THORITI(sic) of the DI-RECTIONS(sic) AND RULES <u>IS</u> with the [AU]THORIZATION(sic) by a CONTRACT.

: <u>Merchant</u> = For the VESSEL of the CONVEYANCES AND TRAFFIC <u>IS</u> with the TRADES of the GOODS/CARGO/BUY AND SELL with a <u>COMMERCIAL-LAW-AND-MERCHANT-LAW</u> of a SYSTEM AND RULES with the HARBORS/PORTS AND POSTS of an [AU]THORIZATION(sic) with a TREATI(sic).

: <u>Merchant-Flag</u> = For the U.S.C.-TITLE-~IV: §-~1,-§-~2,-§-~3-FLAG of a MERCHANT-MAN/WOMAN <u>IS</u> with a NATION/COUNTRY who has [AU]THORIZATION(sic) with the USING-SUCH-FLAG by a CONTRACT.

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE **IS** WITH THIS CLAIM & PERFORMANCE OF THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

: <u>Modification with the Fiction-Conveyances</u> = For the CLAIMS/STATEMENTS of the USE <u>ARE</u> with the [PRE]SUMPTIONS(sic)/[AS]SUMPTIONS(sic)/LIE/GUESS/[PRE]TEND(sic)/[IL]LUSION(sic)/[IM]AGINATION(sic) OR [CON]CLUSION(sic) of the PRIOR-FACT/with the ALL-SUFFIX/ALL-[PRE]FIXES of the <u>CONVEY-NO/NEGATIVE-[PER]FORMANCE(sic)</u> AND with the <u>CLAIMANT'S-KNOWLEDGE/CONDITION</u> of his/her MIND with their FICTION-[CON]VEYANCE(sic).

: <u>National</u> = For a LIVING-MAN/WOMAN of the BORN-WITHIN-THE-United-States-TERRITORIES(sic) <u>IS</u> with the VOLUNTARI(sic)-KNOWING-CITIZENSHIP of the NOT-[IM]PAIRING(sic) OR [AF]FECTING(sic)/[IM]PAIRING(sic) with the HIS/HER-RIGHTS of his/her TRIBAL-BELIEFS OR [OT]HER(sic)-[PRO]PERTIES(sic).

: <u>Naturalization</u> = For the [CON]FERRAL(sic) of the United-States-CITIZENSHIP <u>IS</u> with the AT-BIRTH OR by a VOLUNTARI(sic)-NATURALIZATION-KNOWING-[PRO]CESS(sic) with [an]i(sic) Federal/State/Local-Government within the United-States.

: <u>Nautica-Mile</u> = For the [U]NIT(sic) of the [DIS]TANCE(sic) <u>IS</u> with the [U]NIT(sic) of the LENGTH with the [U]SING(sic) of the <u>AIR/MARINE/SPACE-NAVIGATION</u> AND with the [DE]FINITION(sic) of the <u>TERRITORIAL-WATERS</u> with the MEASUREMENT of the ~1852-METERS OR ~6075-FEET with the <u>BEING-AN-[IN]TERNATIONAL(sic)-NAUTICAL-MILE</u>.

: <u>Nom-De-guerre</u> = Is with the FICTICIOUS-NAME;-A-PSEUDONYM;-with the ALL-CAPITAL-SPELLING of a NAME with the MEANING-A-DEAD-PERSON-AS-ON-A-TOMB-STONE;-A-FRENCH-WORD with the MEANING-AS-A-DEAD-[EN]TITI(sic) with the <u>[IN]ABILITY(sic)</u> of the <u>CREATING-THOUGHT.</u>

: <u>Notice</u> = Is with the [PRO]VIDING(sic)-[A]WARENESS(sic) of the [A]NOTHER(sic) with a CLAIM/MATTER of the MANNER with a WRITING of the USE with the MAIL OR A-SOURCE of the [DE]LIVERI(sic).

: <u>Now-Time-Space</u>: Is with the COMMUNICATION/CONVEYANCE with the VOIDANCE of the PAST-TIME-AND-FUTURE-TIME-WORDS within the CONTRACT-TERMS,-as the PAST-WORDS-LACK-[PER]FORMANCE(sic)-AND-FUTURE-WORDS-LACK-PRESENT-[PER]FORMANCE(sic)-AND-BOTH-CREATE-A-FICTION-TIME/PLACE with the CREATING-AN-[IL]LUSION(sic)/FICTION of a CONTRACT. -~For the <u>PAST-TIME-TENSE-AND-FUTURE-TIME-TENSE</u> of the MARKET-COURT/BANKERS <u>ARE</u> with an [AC]T(sic)-MEANING: AC=NO,-T=TRUTH,-with the BEING-A-FICTION/FRAUD with the PEOPLE.

: <u>QUOTATIONS</u> = For the WRITING/IMAGES as the CONTENTS <u>IS</u> within the QUOTATIONS of the CONSIDER with the <u>VOID/NOT-THERE/[AB]SENT(sic)</u> AND with the <u>BEING-LACK-of-the-CONSIDERATION</u> with its MEANING/VALUE by the <u>[IN]TERNATIONAL(sic)-STYLES-MANUAL</u>.

: <u>Secret-Oath-[A]mong-Judges/Attorneys</u>:  Is with the: <u>NO-LAW</u> AND <u>NO-FACTS</u> <u>ARE</u> with the <u>SHALL-BE-TRI[ED](sic)-IN-COURT</u>.

FOR THIS COPYRIGHT/COPYCLAIM —1—JULY—1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

: <u>Oath of the U.S.-Federal-Government as the Public-Servants/Vassalees</u> = Is with a <u>MANDATORI(sic)-OATH</u> with the SWEARING-[A]LEGENCE(sic) with the <u>U.S.-CONSTITUTION/CHARTER/RULES/REGULATIONS/CODES</u> of the <u>BEING-IN-WRITING</u> with the [PER]SUANT(sic) of the TITLE-~5-§3331 with the PRIOR of the GIVING-SERVICE with the PUBLIC-PEOPLE.

: <u>Opinion</u> = Is with the HAVING: O=NO,-PIN=[AT]TACH(sic),-ION=CONTRACT.

: <u>Order</u> = Is with the MEANING-NO-[IN]STRUCTIONS(sic); Is with the: OR = NO,-DER = CONTRACT; Is with the MEANING-of the FICTION/[IL]LUSION(sic) with the CONVEYANCE with the LACK of the FACTS/[EN]FORCEMENT(sic) as it CONVEYS-NO-THING.

: <u>Parse</u> = Is with the PARTS of the SPEECH/WORD AND with its MEANING.

: <u>Perjury</u> = Is with the TELLING-A-LIE of the [UN]DER(sic)-[OA]TH(sic) with the SWEARING of the CONVEYING-THE-TRUTH.

: <u>Port</u> = Is with the CLAIMS of a PLACE-AND-LOCATION with the MERCHANDIS,-CARGO,-MANIFESTS,-CHARTER-VESSELS,-AND-BILLS-of-the-LADINGS by the D.O.T.-SPECIFIC-METHODS.

: <u>Post</u> = Is with a STATION,-SUCH-AS-A-POST-[OF]FICE(sic) with its LOCATION within the NEUTRAL-TERRITORIES of the WORLD-CORPORATION-PORTS: D.O.T., with the COLLECTING-LETTERS/PACKAGES/GOODS with the POSTAGE-PAY-FEE-AND-BILLS of the LADINGS with the [PUR]POSE (sic) with the TRANSPORTING of the LOCATION-A with the LOCATION-B.

: <u>Position</u> = Is with the <u>[PRE]POSITION(sic)-[US]ING(sic)-WORDS</u>: For the,-of the,-with-the,-by-the,-through-the, in-the,-on-the, within a CORRECT-SENTENCE-STRUCTURE with the [PRE]SENTING(sic)-THE-FACTS;-:without the [PRE]POSITIONS(sic) <u>IS</u> with the LACKING-FACTS in a SENTENCE-STRUCTURE-AND-FICTICIOUS-[CON]VEYANCE(sic).

: <u>Postmaster</u> = Is with the PLACEMENT of an MASTER'S-[AU]TOGRAPH(sic) with the [O]VER(sic)-A-STAMP on a DOCUMENT AND with the LEAVING-THE-DOCUMENT with a STATION by the MASTER of the SAID-DOCUMENT.

: <u>Pronoun</u> = Is with the TERM: PRO = NO,-NO = NO,-UN = NO with the MEANING of a FRAUD/FICTION-GRAMMAR by an [AC]TOR(sic).

: <u>Racketeering</u> = Is with the THING of a VALUE with an OWNER/[PRO]PRIETER(sic) AND/OR CHARTER-VESSEL of a FINANCIAL-VALUE in a BUSINESS AND with the MEANS of a THREAT with a USE of a FICTION-COURT-[OR]DER(sic) with a payment of a FEE-DUE with a TERMINATION of a VESSEL'S-[E]QUITY(sic)/VALUE/MONEY/PROPERTY OR with the THING of a VALUE.

: <u>Rape</u> = Is with the CLAIM of the SEIZING/PLUNDER AND CARRYING-OFF with a TAKING of the FORCE with a CAUSE/CRIME of the [A]GAINST(sic) WITH AN [O]THER(sic)-MAN/WOMAN/PERSON.

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

76

: <u>Quo Warranto</u> = Is with the [U]SURF(sic)-[PO]SITION(sic) of a FORCEFUL-
USE with a <u>FORCE of a BREACH with the LAW OR LAWS</u> AND with the
WITNESSES <u>of the USE with a VERB-FICTION-[OA]TH(sic) OR COVENANTS-
[UN]DER(sic)-A-FOREIGN-FRINGE-FLAG</u> with the STOPPING of a
[PO]SITION(sic)-[AU]THORIZATION(sic)-CONTRACT.

: <u>Quantum-Math-Communication-Method</u> = Is with the {PRI]MARY(sic) in a
RANK AND FUNDAMENTAL-BASIC/KEY AND CENTRAL of the <u>CORRECT-
COMMUNICATION-GRAMMAR-AND-SENTENCE-STRUCTURE</u> with the MATHEMATICAL-
[IN]TERFACE(sic) with the <u>NOW-TIME/NUETRAL-WORDS</u> of the USE with the
<u>[PRE]POSITIONAL(sic)-PHRASES</u> of the USE with the <u>[ON]LY(sic)-ONE-VERB:</u>
<u>IS-OR-ARE</u> of the <u>ONE-WORD-ONE-MEANING</u> with the USE of the <u>MULTITUDE-
AND-MAGNITUDE</u> with the CAUSE of the VOIDANCE with the <u>FICTION/FRAUD</u> in
the CONDITION of the MINDS within the COMMUNICATIONS of the ALL-
PEOPLE/NATIONS.

: <u>Salver/Salvage-Claim</u> = Is with the SAVING of the PROPERTY with the
DANGER,-i.e. SEA/FIRE/PIRATES AND/OR [E]NEMIES(sic) AND <u>IS</u> with the
[RE]CYCLING(sic) of the MATERIAL of the
SEA/FIRE/PIRATES/[E]NEMIES(sic).

: <u>Sea</u> = Is with a VESSEL-PLANET: EARTH within a SPACE of a MILKY-WAY-
GALAXY by a CONTRACT.

: <u>Seal</u> = Is with a RATIFICATION-AND-GUARANTEE of a CLOSURE with these
CONTRACTS.

: <u>See</u> = Is with the JURISDICTION/[AP]PROVAL(sic) of the VATICAN.

: <u>Serf</u> = Is with the USING-SLAVE-FICTION-COMMUNICATIONS with the
[A]GAINST(sic)-A-MAN/WOMAN with the PURPOSE of the KEEPING-HIM/HER
within the LOW-CLASS-STATUS.

: <u>Severing</u> = Is for an [OR]IGIN(sic) of these FICTION-COMMUNICATIONS-
BEING-CUT-OFF/CORRECTNESS with the USE of the QUANTUM-GRAMMAR-
SENTENCE-STRUCTURE-AND/OR-LIVE-LIFE-CLAIMS.

: <u>Separation</u> = Is with the DIVISION of a THING/FACT AND CONTRACT.

: <u>Shipping-Merchant</u> = Is with the CONVEYANCE AND TRAFFIC of the TRADES
with the GOODS/CARGO-AND-CONTRACT-CLAIMS of a COMMERCIAL-LAW—AND-
MERCHANT-LEGAL-SYSTEM AND RULES/GUIDELINES within the HARBORS/PORTS-
AND POST by the [AU]THORIZATION(sic).

: <u>Sovereign</u> = Is with the-~14c. of a man/woman-having-great-superior-
supreme-power;-for the being-chief,-principal.-~Eptymology-
Dictionary.com: CLAIM. -~For the PER-:John :Adams in the
[DE]FENSE(sic) of the CONSTITUTIONS for the GOVERNMENT of the unity-
states of the AMERICA,-~1787-~88: For in AMERICA,-the-RIGHT-of the
SOVEREIGNTY-[RE]SIDES(sic)-[IN]DISPUTABLY(sic) in the BODY of the
PEOPLE,-AND-THEY-HAVE-THE WHOLE-PROPERTY of the LAND.-~For there ARE
NO-NOBLES-OR-PATRICIANS;-for the ALL-ARE-with the [E]QUAL(sic)-BY-LAW-
AND-BY-BIRTH.-~Eptymology-Dictionary.com.

: <u>State</u> = Is with the CONDITION of a FACT.

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF
THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF
THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND
QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-
FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

: **Stealing/Taking/Mis-[Ap]propriation(sic)/Robbing** = Is with the CRIMINAL-ACT of the CONDITION with the MIND of the TAKING/MIS-[AP]PROPRIATING(sic)-SOMETHING: MONEY/PROPERTY/[AS]SETS(sic)/NAME-without the CONSENT of the OWNER AND with the USE of the FRAUD/MIS-APPROPRIATION(sic)/LIES/FORCE/[DE]CEIT(sic)-AND-THE-LIKE.

: **Stratagem** = Is with the [AR]TIFICE(sic)/TRICK of the ACT with the OUTWITTING-AN-[E]NEMY(sic).

: **Subterfuse** = Is with the STRATAGEM of an [Or]der(sic) AND CONCEALMENT-OR-[ES]CAPE(sic).

: **Tacit** = Is with the VOID-CONTRACT of the BASE with the LACK of a **KNOWING-CONSENT**.

: **Thinking** = Is with the VERBS: IS = SINGULAR;-ARE = PLURAL within a SENTENCE-STRUCTURE; Is with the MOTION in the [CON]VEYANCE(sic).

: **Tort** =  Is with the Private/Civil-Wrong AND Damages of the CAUSE with a CONSPIRING-ACTION of these VASSALES'-BREACH of a DUTY; Is with the BASE-UPON of the PARTY/PERSON/VESSEL/CONTRACT/CONSTITUTION OR CHARTER of the WHO **ARE** with the FIDUCIARY-DUTY AND with the CAUSING-HARM/DAMAGES-[A]GAINST(sic)-CLAIMANTS.

: **TRAVEL/TRAVELER** = IS with the MEANING of the ONE-WHO-PASSES of the PLACE of the PLEASURE/[IN]STRUCTION(sic)/BUSINESS/HEALTH [BOUVIER'S-LAW-DICTIONARY-~1914-EDITION-~PAGE-~3309.

: **TRAVEL** = IS with the MEANING of the JOURNEY OR PASS-THROUGH OR OVER with the MOVING of the ONE-PLACE with the [AN]OTHER(sic) of the WHETHER by the FOOT/HORESEBACK/TRAIN/AUTOMOBILE/CARRIAGE/SHIP/AIRCRAFT. [CENTURY-DICTIONARY-~PAGE 2034].

: **Usery** = With the CONTRACT-JOINING of the Contract **IS** with the CLAIM of the **COMPLIANCE-CORPORATION-BETWEEN** with the **TWO-OR-MORE-PERSONS** of the ONE-PERSON with the TAKING-[AD]VANTAGE/[A]BUSIVE(sic)-[PRO]CESS(sic) of the [OT]HER(sic)-PERSON.

: **Universal-Postal-Union/Global-Postal-Union/Judiciary** = For the Postal-Union of the WORLD **IS** with the CENTRAL-CONTROL of the ALL-CORPORATE-STRUCTURES-[A]ROUND(sic)-THE-WORLD with the [RE]GISTRATION(sic) AND FORMAL-CONTRACTS of the LOCAL-POSTAL-UNIONS.

-~For the POSTAL-UNION-CONTROLS-THE [DE]PARTMENT(sic) of the TRANSPORTATION,-D.O.T.

-~For the D.O.T.-CONTROLS-ALL-JUDICIARY-COURTS-[A]ROUND(sic)-THE-WORLD.

-~For the ALL-COURTS-ARE-FOREIGN-VESSELS-ON-DRY-DOCK-ON-FOREIGN-LANDS with their [AD]MIRALTY(sic)-MARITIME-GOLD-FRINGE-FLAGS with the [RE]QUIRING(sic)-FOREIGN-[RE]GISTRY(sic) within the AMERICA-NATION AND of the SINCE-1999.

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

-~For the UNITED-STATES-CORPORATION-AND-UNITED-STATES of the
AMERICA'S-[DE]CLARATION(sic) with its THIRD-BANKRUPTCY-ENDING-THIS-
GOVERNMENT-STRUCTURE/CORPORATE-CHARTER with the unity-states of the
AMERICA-FLAG-BEING with the CAPTURE with the LEAVING-GOVERNMENT-A-
FICTION-AT-THE-[PRE]SENT(sic) with the PER-[RE]SEARCH(sic) with the
:David-Wynn :Miller-FORENSIC-[E]VIDENCE(sic)-MATERIALS/:Russel-Jay-
Gould,-POSTMASTER-GENERAL/CHIEF.

: <u>Vassalee</u> = Is with the <u>PUBLIC-SERVANT-[EM]PLOYEE(sic)</u> of the
<u>MANDATORY-[RE]QUIREMENT(sic)</u> with the <u>HAVING-AN-[OA]TH(sic)-of-the</u>
<u>GOVERNMENT-[OF]FICE(sic)</u> with the SERVICING/CONTRACTING of the
MAN/WOMAN/PEOPLE with HIS/HER-SERVICES.

: <u>Vassalage</u> = Is with the Service of a Vassal.

: <u>Vessel</u> = Is with the Matter in the Sea of the Space, i.e. paper,
person/thing/fact-mass.

: <u>Verbs</u> = Is with the THINKING within the SENTENCE-STRUCTURE: IS =
SINGULAR-AND-ARE = PLURAL.

: <u>Volition</u> = For the THINKING + KNOWLEDGE = WILLFUL :CLAIM with the
THINKING-KNOWLEDGE-LIFE.

: <u>Witness</u> = Is with the VIEW-AND-TREATMENT of a CLAIMANT'S-KNOWLEDGE
with the FACTS.

: VEHICLE = <u>AN-[AU]TOMOBILE(sic)</u> of the <u>HIRING</u> <u>IS</u> with a USING of the
<u>TRANSPORTING</u> with a <u>PERSON/GOODS</u> AND <u>[RE]CEIVING(sic)-COMPENSATION.</u>
[: <u>*INTERNATIONAL-MOTOR-TRANSIT-CO.-vs.-SEATTLE*</u>-~251-P.-~120].

FOR THIS COPYRIGHT/COPYCLAIM -~1-~JULY-~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF
THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF
THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND
QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-
FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.
: Page-#~_____.

~3 For the NO-PERSON/GOVERNMENT/[A]GENCI(sic)/ [EM]PLOYEES(sic)/CORPORATION of this State ARE with the [DE]PRIVING(sic) of the RIGHT of the WORSHIPPING with the [A]LMIGHTI(sic)-GOD of a MANNER-[A]GREEABLE(sic) with a MAN/WOMAN'S-OWN-[CON]SCIENCE(sic).

~4 For the [PRE]FERENCE(sic)-[ES]TABLISHMENT(sic) of the ONE-[RE]LIGION(sic)-[O]VER(sic)-[A]NOTHER(sic) ARE with the [PRO]HIBITION(sic) by this GOVERNMENT/[A]GENCI(sic)/ [EM]PLOYEES(sic)/CORPORATION/PERSON.

~5 For the DENIAL of the [EN]JOYMENT(sic)-OF-THE-CIVIL AND MILITARI(sic)-RIGHTS ARE with the [PRO]HIBITION(sic).

~a For the [DIS]CRIMINATION(sic) of the [A]GAINST(sic)-[A]NI(sic)-MAN/WOMAN IS with the [PRO]HIBITION(sic) of the BASIS with the [RE]LIGIOUS(sic)-PRINCIPLES(sic)/RACE/COLOR/[AN]CESTRI(sic) OR NATIONAL-[O]RIGIN(sic).

~b For the [DIS]CRIMINATION(sic) of the [A]GAINST(sic)-[A]NI(sic)-MAN/WOMAN IS with the [PRO]HIBITION(sic) of the FREE-[EX]ERCISE(sic) of the [A]NI(sic)-CIVIL OR MILITARI(sic)-RIGHT AND NOT-BE-SEGREGATE within the MILITIA.

~6 For the [E]VERI(sic)-PERSON of this State ARE with the SPEAKING-FREELI(sic)/WRITING-FREELI(sic) AND PUBLISHING-FREELI(sic) of the HIS/HER-SENTIMENTS with the ALL-[SUB]JECTS(sic).

~a For the PEOPLE of this State ARE with the RIGHT of the SECURING with their PERSONS/HOUSES/PAPERS AND [EF]FECTS(sic) of the [UN]REASONABLE(sic)-SEARCHES/SEIZURES with the NO-WARRANT of the WITHOUT-SUPPORTING-[OA]TH(sic)/[AF]FIRMATION(sic) with the PARTICULARS of the PLACE OR THING with the BEING-SEIZE.

~7 For the RIGHT of a TRIAL-WITH-THE-JURI(sic) IS with the MANDATORI(sic)-[IN]VIOLATE(sic) of the CIVIL-CASES with the [UN]DER(sic)-$50.00.

~a For the JURI(sic) of a TRIAL IS with the MANDATORI(sic)-RIGHT of the [DE]TERMINING(sic) of the LAW AND FACTS within a CASE.

~b For in CRIMINAL-CLAIMS of the LIBEL ARE with the [AC]QUITTAL with the [U]SE(sic)/PUBLICATION of the TRUTHFUL-[E]VIDENCE(sic) AND with the SHOWING-A-JURI(sic)-PANEL.

~8-~A For ALL-CRIMINAL-[PRO]SECUTIONS(sic) of an [AC]CUSE(sic) ARE with the:

~1 For a SPEEDI(sic)-AND-PUBLIC-TRIAL.

~2 For an [IM]PARTIAL(SIC)-TRIAL of a JURI(sic) IS with the PEIRS.

~3 For the BEING of the [IN]FORM(sic)/KNOWING IS with the NATURE AND CAUSE of the [AC]CUSATIONS(sic) with the [PRE]PARATION(sic) of a LEGAL-[DE]FENSE(sic) with the CORRECT-LAWS.

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

~4 For the DURING-[PRO]CEEDINGS(sic)/TRIAL of the [PER]MITTING(sic) IS with the [CON]FRONTING(sic) of the WITNESSES with the [A]GAINST(sic)-HIM/HER/THEM.

~5 For the PERMITTING of the PERSON/PEOPLE IS with the HAVING of the HIS/HER/THEIR-[COM]PULSORI(sic)-[PRO[CESS(sic) with the [OB]TAINING(sic)-FAVORABLE-WITNESSES.

~B For the NATURE of the [AC]CUSATION(sic) IS with the CIVIL OR CRIMINAL-LAW of the [EA]CH(sic)-HAVING with the [DIF]FERENT(sic)-[PRO]CEDURAL(sic)-RULES/[DE]FENSES(sic).

~1: NATURE=For the WHETHER of the CIVIL OR CRIMINAL-[PRO]CEEDINGS(sic).

~a For the CASES of the NAMING-A-State-AS-A-PARTI(sic) ARE with the CIVIL-IN-NATURE AND FEDERAL-COURT-JURISDICTION with the State of the BEING-A-PARTI(sic) with the [AC]TION(sic).

~b For the CASES of the NAMING-A-State-AS-A-PARTI(sic) ARE with the CRIMINAL-IN-NATURE AND State-COURT-JURIDICTION with the State of the BEING-A-PARTI(sic) with the [AC]TION(sic).

~2 For the CRIMINAL-CASES of this CONSTITUTION ARE with the GRANTING of the ONLI(sic)-TWO-TYPES within the CRIMINAL-JURISDICTIONS: COMMON-LAW OR [AD]MIRALTI(sic)-MARITIME AND NO-HYBRIDS.

~a For the COMMON-LAW of the CRIMINAL-JURISDICTION IS with the [RE]QUIREMENT(sic) of a PARTI(sic) with an [IN]JURI(sic). For the OR.

~b For the [AD]MIRALTI(sic)-MARITIME/[IN]TERNATIONAL(sic)-CONTRACT of the CONDITION IS with a KNOWING/CONSENTUAL-CONTRACT of a WRITING [un]der(sic) the [AD]MIRALTI(sic)-MARITIME of the CRIMINAL-[AS]PECT(sic) within the COLORABLE-[AD]MIRALTI(sic)-JURISDICTION of the [PUR]SUANT(sic) with the [AR]TICLE(sic)-~1: SECTION-~8.

~3 For the [AC]CUSE(sic) in a CRIMINAL-CASE IS with the [PER]MITTING(sic)-THE-PERSON/PEOPLE of the HAVING-COUNSEL-[AS]SISTANCE(sic) with the HIS/HER/THEIR-[DE]FENSE(sic).

~4 For ALL-[IN]DICTMENTS(sic) of a CRIMINAL-[OF]FENSE(sic) ARE with the MANDATORI(sic)-[RE]QUIREMENT(sic) by a GRAND-JURI(sic)-[IN]DICTMENT(sic).

~19-~a For the ALL-PERSONS/MAN/WOMAN of the PRIVATE-[EM]PLOYMENT(sic) ARE with the MANDATORI(sic)-RIGHT of the [OR]GANIZING(sic) AND BARGAINING with the COLLECTIVELI(sic).

~b For the ALL-PERSONS/MAN/WOMAN of the PUBLIC-[EM]PLOYMENT(sic) ARE with the MANDATORI(sic)-RIGHT of the [OR]GANIZING(sic) with the State's-[IN]FORM(Sic)-KNOWLEDGE of the POLITICAL-[SUB]DIVISIONS(sic) OR [A]GENCIES(sic).

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

~c For the <u>BOTH</u>: <u>PRIVATE/PUBLIC-MAN/WOMAN/PERSONS</u> of their
[OR]GANIZING(sic) AND/OR <u>COLLECTIVE-BARGAINING</u> <u>ARE</u> with the
<u>MANDATORI(sic)-RIGHT</u> of the [PRE]SENTING(sic) of his/her
<u>GRIEVANCES/[PRO]POSALS(sic)</u> with a [RE]PRESENTATIVE(sic)-OF-THEIR-
<u>CHOOSING</u>.

~20-~a For the <u>PRIVATE-[PRO]PERTI(sic)</u> of this State <u>ARE</u> with the
<u>MANDATORI(sic)</u> of the <u>NOT-TAKING</u> with the <u>PUBLIC-[U]SE(sic)</u>
without the <u>JUST-[COM]PENSATION(sic)</u>.

~b For the [IN]DIVIDUALS(sic) OR [PRI]VATE(sic)-CORPORATION of this
State <u>ARE</u> with the <u>MANDATORILI(sic)</u> of the <u>LACKING-[A]NI(sic)-</u>
[AU]THORITI(sic) with the <u>TAKING-[PRI]VATE(sic)-[PRO]PERTI(sic)</u>
of the [O]WNER(sic) with the <u>PUBLIC-[U]SE(sic)</u> AND without the
<u>JUST-COMPENSATION</u>.

: [AR]TICLE(sic)-~IV: <u>LEGISLATIVE-CONGRESS of the New-Jersey-</u>
<u>State</u>.

: SECTION-~VII.

~3 For the <u>LEGISLATIVE</u> of this State <u>IS</u> with the MANDATORI(sic) of the
<u>NOT-PASSING</u> of the [A]NI(sic)-[AT]TAINER(sic)/[EX]POST-FACTO-LAW
OR <u>LAW</u> with the [IM]PARING(sic) of the [O]BLIGATION(sic) with the
<u>CONTRACTS</u> OR with the [DE]PRIVING(sic) of a <u>PARTI(sic)</u> with the
[A]NI(sic)-[RE]MEDI(sic) of the [EN]FORCING(sic) with a <u>CONTRACT</u>.

~7 For the <u>LEGISLATIVE</u> of this <u>State</u> <u>IS</u> with the <u>LACKING-</u>
[AU]THORITI(sic) of the <u>MAKING-A-GENERAL-LAW</u> with the
[EM]BRACING(sic) of the [A]NI(sic)-[PRO]VISION(sic) with a
<u>PRIVATE/SPECIAL OR LOCAL-CHARACTER</u>.

: I <u>For the NEW-JERSEY-STATE-STATUTES.</u>
<u>For the TITLE-~41.</u>

: TITLE-~41: <u>D.-C.-C.-S.-~41:-~1-~1: [OA]THS(sic) AND [AF]FIDAVITS(sic).</u>

~1 For the [E]VERI(sic)-[PER]SON(sic) of the New-Jersey-
GOVERNMENT/[A]GENT(sic) <u>ARE</u> with the MANDATORI(sic)-LEGAL-
[RE]QUIREMENT(sic) of the GIVING-[AS]SURANCES(sic) with the
FIDELITI(sic) by the FOLLOWING-[OA]TH(sic).

For the I-<u>NAME</u>_____ of this State <u>IS</u> with the SOLEMI(sic)-
SWEARING OR [AF]FIRMING(sic) of the SUPPORTING with the
[U]niti(sic)-States-CONSTITUTION AND New-Jersey-State-CONSTITUTION
AND of the BEARING-TRUE-FAITH AND [AL]LEGIENCE(sic) with the SAME
AND GOVERNMENTS of the [U]niti(sic)-States AND within this State
of the [UN]DER(sic) with the PEOPLE'S-[AU]THORITI(sic).  ~For the
SO-HELP-ME by the GOD.

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF
THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF
THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND
QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-
FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

:D-

: TITLE-~41: <u>D.-C.-C.-S.</u>-~41:-~2A-~1: <u>JUDICIAL-[OF]FICERS(sic)</u> of the [OA]THS(sic) AND [AF]FIDAVITS(sic).

~1 For the <u>CHIEF-JUSTICE</u> AND [EA]CH(sic)-[AS]SOCIATE(sic)-JUSTICE of the <u>SUPREME-COURT</u>/EACH-JUDGE of the <u>SUPERIOR-COURT</u>/EACH-JUDGE of the <u>TAX-COURT</u> <u>ARE</u> with the BEFORE of the [EN]TERING(sic) with the DUTIES of his/her [OF]FICE(sic) with the <u>MANDATORI(sic)</u>-[RE]QUIREMENT(sic) of the TAKING AND [SUB]SCRIBING(sic) with the [OA]TH(sic) of the [AL]LEGIENCE(sic) within the SECTION-~41:-~1-~1.

~2 For the <u>JUDICIAL-[OF]FICERS(sic)</u> of the COURTS <u>ARE</u> with the SAME-[RE]QUIREMENT(sic) of the <u>TAKING</u> with the [OA]TH(sic)-OF-THE-[OF]FICE(sic).

: TITLE-~41: <u>D.-C.-C.-S.</u>-~41:-~1-~2: <u>PERSONS</u> of the [RE]QUIREMENT(sic) with the [OA]TH(sic) AND [AL]LEGENCE(sic).

~1 For the [OA]TH(sic) of the -~41:-~1-~1 <u>ARE</u> with the MANDATORI(sic)-[RE]QUIREMENT(sic) of the <u>PRIOR</u> with the <u>TAKING</u> of the [OF]FICE(sic) with the FOLLOWING-PERSONS:

~A: GOVERNOR of New-Jersey-State.

~B: [E]VERI(sic)-PERSON of the [AP]POINT(sic) OR [E]LECT(sic) with the [A]NI(sic)-[OF]FICE(sic): LEGISLATIVE/[EX]ECUTIVE(sic) OR <u>JUDICIAL</u> of the [AU]THORITI(sic) with this State OR [A]NI(sic)-[OF]FICE(sic) with the <u>MILITIA</u> AND [E]VERI(sic)-COUNSELOR/<u>SOLICITOR</u> AND [AT]TORNI(sic) of the <u>LAW</u> with the <u>PRIOR</u> of the [EN]TERING(sic) with the [EX]ECUTION(sic) of his/her TRUST/[OF]FICE(sic)/DUTI(sic) AND with the [SUB]SCRIBING(sic) of the [OA]TH(sic)/[AL]LEGIANCE(sic) with the <u>SECTION</u>-~41:-~1-~1.

: II <u>For the TITLE-~2A</u>.

: TITLE-~2A: <u>D.-C.-C.-S.</u>-~23A-~10: <u>NEW-JERSEY-TITLE</u> of the [AD]MINISTRATION(sic) with the CIVIL AND CRIMINAL-CASES.

~a For the [EA]CH(sic)-PARTI(sic) of a CASE IS with the MANDATORI(sic)-[EN]TITLEMENT(sic) of the [DIS]COVERI(sic) by the WAY:

~1 For the ORAL-[DE]POSITION(sic) of the [IN]CLUDING(sic)-VIDEO-TAPE-[DE]POSITION(sic).

~2 For the [IN]SPECTION(sic) AND <u>COPIES(sic)</u> of the ALL-[RE]LEVANT(sic)-DOCUMENTS <u>IS</u> within the CARE/CUSTODI(sic) OR CONTROL of a PARTI(sic) OR with a WITNESS.

~3 For the [IN]TERROGATORIES(sic).

~b For the <u>ALL-[DIS]COVERI(sic)</u> of a <u>CASE</u> <u>ARE</u> with the <u>COMPLETION</u> of the -~60-DAYS with the [DE]MAND(sic)-[RE]CEIPT(sic).

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

:D-

~c For the DOCUMENT-[PRO]DUCTION(sic)-QUEST at a [DE]POSITION(sic) IS
with the [PER]MISSABLE(sic) of the IN-LIEU with the SUPEONA.

: III For the TITLE-~2C.

: TITLE-~2C: D.-C.-C.-S.-~2C:-~13-~3: FALSE-[IM]PRISONMENT(sic).
For a PERSON of this ACT IS with the VIOLATIONS of the
[DIS]ORDERLI(sic)-PERSONS-[OF]FENSE(sic) with the KNOWINGLI(sic) of
the [RE]STRAINING(sic) with the [A]NOTHER(sic)-PERSON/CLAIMANT of the
[IN]TERFERING(sic) with the CLAIMANT'S-LIBERTI(sic).

: TITLE-~2C: D.-C.-C.-S.-~28:-~6: TAMPERING OR FABRICATING of the
PHYSICAL-[E]VIDENCE(sic).
~1 For a PERSON of this ACT IS with the VIOLATION of the COMMITTING
with the FOURTH-[DE]GREE(sic) of the BELIEVING with that A-
PENDING-[OF]FICIAL(sic)-[PRO]CEEDING(sic) OR [IN]VESTIGATION(sic)
of the CAUSING with the FOLLOWING:

~A For the PERSON-[AL]TERS(sic)/[DE]STROYS/[CON]CEALS(sic) OR
[RE]MOVES(sic) of the [AR]TICLE(sic)/[OB]JECT(sic)/
[RE]CORD(sic)/DOCUMENT OR [O]THER(sic) of the PHYSICAL-
[SUB]STANCE(sic) IS with the [PUR]POSE(sic) of the
[IM]PAIRING(sic)-ITS-VERITI(sic) OR [A]VAILABILITI(sic) within the
[PRO]CEEDING(sic) OR [IN]VESTIGATION.
For the OR.
~B For the PERSON-
MAKES/[DE]VISES(sic)/[PRE]PARES(sic)/[PRE]SENTS(sic)/
[OF]FERS(sic) OR [U]SES(sic) of the [A]NI(sic)-
[AR]TICLE(sic)/[OB]JECT(sic)/[RE]CORD(sic)/DOCUMENT OR
[OT]HER(sic)-THING IS with the KNOWING-THIS-PHYSICAL-
[SUB]STANCE(sic) of the BEING-FALSE AND with the [PUR]POSE(sic) of
the MIS-LEADING(sic)-A-PUBLIC-SERVANT/CLAIMANT within an
[IN]VESTIGATION(sic)/[PRO]CESS(sic).

: TITLE-~2C: D.-C.-C.-S.-~28:-~8: [IM]PERSONATING(sic) of a PUBLIC-
SERVANT OR LAW-[EN]FORCEMENT(sic)-[OF]FICER(sic).
~a For a PERSON of this ACT IS with the VIOLATION of the
COMMITTING-A-[DIS]ORDERLI(sic)-PERSONS-[OF]FENCE(sic) with the
FALSELI(sic)-[PRE]TENDING(sic) of the HOLDING-A-[PO]SITION(sic)
with the GOVERNMENT-PUBLIC-SERVICE of the [PUR]POSE(sic) with
the [IN]DUCING(sic)-[A]NOTHER(sic) of the [SUB]MITTING(sic) with
the SUCH-[PRE]TENCE(sic) of the [OF]FICIAL(sic)-[AU]THORITI(sic)
OR [O]THER-WISE(sic) with the ACT of the CAUSING-
[RE]LIANCE(sic)-ON with this [PRE]TENSE(sic).

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF
THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF
THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND
QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-
FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.



~b For a **PERSON** of this **ACT** **IS** with the **VIOLATION** of the **COMMITTING** with a **FOURTH-[DE]GREE(sic)-[OF]FENSE(sic)** of the **FALSELI(sic)-[PRE]TENDING(sic)** with the **HOLDING-A-[PO]SITION(sic) of an [OF]FICER(sic)** OR MEMBER OR **[EM]PLOYEE(sic)** OR **[A]GENT(sic)** of the **[A]NI(sic)-[OR]GANIZATION(sic)** OR **[AS]SOCIATION(sic)** with the **GOVERNMENT-LAW-[EN]FORCEMENT(sic)** of the **[PUR]POSE(sic)** with the **[IN]DUCING(sic)** of the **[A]NOTHER(sic)** with the [SUB]MITTING(sic) of the **[PRE]TENCE(sic)** with the **[OF]FICIAL(sic)-[AU]THORITI(sic)** OR **[O]THER-WISE(sic)** of the **ACT** with the **CAUSING-[RE]LIANCE(sic)-ON** of this **[PRE]TENSE(sic)**.

**: IV FOR THE NEW-JERSEY-RULES of the [E]VICTION(sic)-[PRO]CESS(sic).**
For the NEW-JERSEY-RULES of the [E]VICTION(sic)-PROCESS and with the REDEMPTION-PROCESS with the [AF]TER(sic)-SHERIFF-SALE.

**: V FOR THE WORD-TERMS/CONDITIONS.**
For the **WORD-TERMS/CONDITIONS** of the **ONE-WORD/ONE-MEANING** **ARE** with the **NOW-TIME-SPACE-CONTINUUM** AND **QUANTUM-GRAMMAR-MECHANICS-WRITING** of this **DOCUMENT-CONTRACT-VESSEL** with this CLAIM.

**~1 For the PART-I of the CONTRACT-TERMS.**
**: C.-C.** = For these CIVIL-CLAIMS.
**: C.-S.-C.-S.** = For the CONTRACT-STATES-CLAIMS-SECTION.
**: C.-S.-S.-C.-P.-S.-G.-P.** = For the CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-PARSE-SYNTAX-GRAMMAR-[PER]FORMANCE(sic).
**: POSITION-LODIO-FACT-PHRASE** = For the [PRE]POSITIONAL(sic)-PHRASE.
**: C.-S.-C.-V.** = For the CONTRACT-STATES-CORPORATION-VESSEL.
**: CITIZENS** = For the LIVING-PERSONS: MAN/WOMAN of the COLLECTION: WE-THE-PEOPLE **ARE** with the PERSONS of their DOMICILE within a STATE OR NATION.
**: D.-C.-C.** = For the **DOCUMENT-CONTRACT-CLAIM** of this VESSEL **IS** with the KNOWN as the *FEDERAL-RULES-OF-CIVIL-[PRO]CEDURE(sic).*
**: D.-C.-C.-S.** = For the **DOCUMENT-CONTRACT-CLAIM-SECTION** of this VESSEL **IS** with the KNOWN as the *U.S.C./UNITED-STATES-CODES.*
**: CLAIM** = For the MEANING of this WORD **IS** with the:
   ~1: **RIGHT of the PAYMENT** with the WHETHER OR NOT of the RIGHT with a [RE]DUCING(sic)-JUDGMENT/LIQUIDATION/NO-LIQUIDATION/FIX/CONTINGENT/MATURE/NOT-MATURE with the [DIS]PUTE(sic)/NO-[DIS]PUTE(sic)/LEGAL/[E]QUITABLE(sic)/SECURE/NOT-SECURE.
   ~2: **[RE]QUEST(sic)** OR **[DE]MAND(sic)** of a CONTRACT OR **[O]THER(sic)-WISE** with the **SEEKING-MONEY** OR **[PRO]PERTI(sic)**.

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

~3: RIGHT of an [E]QUITABLE(sic)-[RE]MEDI(sic) IS with a BREACH of the [PER]FORMANCE(sic) with a BREACH of the GIVING-RISE with the PAYMENT of the WHETHER OR NOT with the SUCH-RIGHT of an [E]QUITABLE(sic)-[RE]MEDI(sic) with the [RE]DUCING(sic)-OF-THE-JUDGMENT/FIX/CONTINGENT/MATURE/NOT-MATURE/[DIS]PUTE(sic)/NO-{DIS]PUTE(sic) OR SECURE/NOT-SECURE.

: COMMERCE = For the MEANING of the COMMERCE IS with the TRADE OR COMMERCE of the [A]MONG(sic) with the SEVERAL-STATES of the FOREIGN-NATIONS OR BETWEEN-[DIS]TRICT(sic) with the COLOMBIA OR [A]NI(sic)-TERRITORI(sic) of the [U]niti(sic)-States-of-the-America AND [A]NI(sic)-STATE/TERRITORI(sic)/FOREIGN-NATION OR BETWEEN of the [A]NI(sic)-[IN]SULAR(sic)-POSSESSIONS OR [O]THER(sic)-PLACES with the [UN]DER(sic) of the JURISDICTION with the [U]niti(sic)-States OR DISTRICT of the COLUMBIA OR [A]NI(sic)-FOREIGN-NATION.

: KNOWING/KNOWINGLI(sic)/KNOWLEDGE = For the MEANING of this WORD IS with the PERSON of the HAVING-[IN]FORMATION(sic) with the [AC]TUAL(sic)/[DE]LIBERATE(sic)-[IG]NORANCE(sic) of the TRUTH OR FALSITI(sic) with the [IN]FORMATION(sic)/ACTS of the RECKLESS-[DIS]REGARD(sic) with the TRUTH OR FALSITI(sic) of the [IN]FORMATION(sic) AND NO-[RE]QUIREMENT(sic) of the PROOF with the SPECIFIC-[IN]TENT(sic) of the [DE]FRAUD(sic).

: MATERIAL = For the MEANING of this WORD IS with the HAVING-A-NATURAL-TENDENCYI(sic) of the [IN]FLUENCE(sic) with the BEING-[IN]FLUENCING(sic) of the PAYMENT OR [RE]CEIPT(sic) with the MONEY OR [PRO]PERTI(sic).

: [O]BLIGATION(sic) = For the MEANING of this WORD IS with the DUTI(sic) of the [A]RISING(sic) with an [EX]PRESS(sic) OR [IM]PLY(sic)-CONTRACT of a BUYER-SELLER/GRANTOR-GRANTEE/LICENSOR-LICENSEE/PARTNERSHIP/SERVICING-[A]GENT(sic)-CONSUMER with a [RE]LATIONSHIP(sic).

: PARTI(sic) =
~1: For a PERSON OR GROUP-OF-THE-PERSONS of this MEANING ARE within an [OR]GANIZATION(sic)/CORPORATION/[EN]TITI(sic) of a CONTRACT/CONSTITUTION/CHARTER/CLAIM within a WRITING of their KNOWLEDGE/VOLITION AND with their [AU]TOGRAPH(sic).
~2: For a VASALEE OR [EM]PLOYEE(sic) OR [A]GENCI(sic)/[IN]DIVIDUAL(sic)/LIVING-MAN OR WOMAN IS within a CONTRACT/CLAIM.

: PERSON = For a LIVING-[IN]DIVIDUAL(sic)-MAN/WOMAN of the MEANING IS with a SOUL of the GOD'S-CREATION with the [I]MAGE(sic) of the GOD: GOD of the ABRAHAM/ISAAC/JACOB with the MAKING-US of the SOVEREIGN with the [IN]ALIENBLE(sic) AND [UN]ALIENABLE(sic)-NATURAL-RIGHTS of the HAVING-DOMINION/[AU]THORITY(sic)/[AU]TOGRAPH(sic) with this WORLD by the GOD'S-WORD/THE-BIBLE: GENESIS: 1:26.

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.



: <u>SYMBOL</u> = of the MEANING <u>IS</u> with the EQUALS OR SAME-VALUE.
: <u>SYMBOL</u> - of the MEANING <u>IS</u> with the HYPHEN of the USE with the JOINING
  of the WORDS with the <u>CREATING-COMPOUND-FACTS</u>.
: <u>SYMBOL</u> : of the MEANING <u>IS</u> with the COLON as the <u>POSITIONAL-LODIAL-
  FACT-PHRASE</u>.
: <u>SYMBOL</u> $ of the MEANING <u>IS</u> with the <u>ONE-VERTICLE-BAR</u> of the PESOS with
  the <u>MEXICO/SPAIN/[AR]GENTINA-MONEY</u>.
: <u>SYMBOL</u> $ of the MEANING <u>IS</u> with the <u>TWO-VERTICLE-BARS</u> of the <u>AMERICAN-
  DOLLAR</u> with the BACKING of the <u>[PRE]CIOUS(sic)-METALS</u> with the
  <u>GOLD/SILVER</u>.
: <u>TROY-MEASURE</u> = For the MEANING of this TERM <u>IS</u> <u>TROY-[OU]NCE(sic)-
  [U]NIT(sic)</u> with the MEASUREMENT of the WEIGHT with the
  <u>[PRE]CIOUS(sic)-ME</u>TALS: <u>GOLD/SILVER/PLATINUM</u> AND [OT]HER(sic)-
  [PRE]CIOUS(sic)-METALS.
: <u>VASSALEE</u> = For the MEANING <u>IS</u> with the <u>PUBLIC-SERVANTS</u>:
  <u>BANKERS/JUDGES/CLERKS/[OF]FICERS(sic)/[A]GENTS(sic)/
  [AC]COUNTANTS(sic)/POLITICIANS</u> AND <u>THE-LIKE</u> of the <u>HAVING-AN-
  [OA]TH(sic)</u> with the [OF]FICE(sic) of their <u>FIDUCIARY-DUTIES-BASE</u> with
  the [Un]iti(sic)-States-CONSTITUTION/CHARTER of the PERSONS/MAN/WOMAN
  within the <u>TERRITORIES-THEY-SERVE</u>.


## ~2 For the PART-II of the CONTRACT-TERMS.

:   [AR]BITRARI(sic) = For the [DE]TERMINATION(sic) of the FOLLOWING <u>ARE</u>
   with the MEANING:  BY-CHANCE/WHIM/[IM]PULSE(sic) with the LACKING-
   <u>NECESSITI(sic)/REASON/PRINCIPLE</u> OR LAW.
: <u>[A]dmiralty(sic)/Maritime-Flag</u> = For a <u>NON-[RE]GISTER(sic)/NON-
  [AP]PROVE(sic)/NON-TITLE-IV-FLAG</u> of the <u>FOUR-COLOR-FLAG-MATERIAL</u> <u>IS</u>
  with the <u>YELLOW/GOLD-FRINGES-[A]ROUND(sic)-THE-FLAG</u> of its VIOLATION
  with the <u>TITLE-~36-§-~176-G</u>: [DE]SECRATION(sic) of the FLAG with its
  MEANING/[RE]PRESENTATION(sic) <u>IS</u> with the <u>MUTILATION/CAPTURE</u> of the
  AMERICAN-FLAG with the <u>[RE]PRESENTING(sic)-NO-NATION/NO-CONSTITUTION</u>.
: <u>Adverb</u> = For a MODIFIER of a WORD <u>IS</u> with the MODIFICATION of a
  VERB/ADJECTIVE/ADVERB/NOUN with the CREATING of an [O]PINION(sic) AND
  MODIFYING-A-FACT with the <u>PLACING-AN-ADVERB-BEFORE-A-NOUN</u> of the CAUSE
  with the CHANGING-THE-NOUN of the BEING-A-VERB.
: <u>Adjective</u> = For a [DE]SCRIPTIVE(sic)-WORD of the CLAIM <u>IS</u> with the
  [AD]DING(sic) of a COLORFUL-[O]PINION(sic) with the
  FACT/[PRO]NOUN(sic).
: <u>[Au]tograph(sic)</u> = For the [AU]THENTIC(sic)-SCRIPT-OR PRINT of the
  <u>HIS/HER-NAME</u> <u>IS</u> with the BY-AN-[AU]THOR(sic) AND with the GIVING-
  [AU]THORIZATION(sic) of that SCRIPT/PRINT.

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF
THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF
THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND
QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-
FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.



:D-I-D.

: [Au]tomobile(sic) = For the MEANING of the WORD IS with the [CON]NOTING(sic) of a PLEASURE-VEHICLE with the [DE]SIGN(sic) of the TRANSPORTING with the PERSONS-ON-THE-HIGHWAYS/ROADS [: *AMERICAN-MUTUAL-LIABILITY-INS.-VS.-CHAPUT*-~60-A.2D-~118-~120/-~95-NH-~200.]

: Babble =  For the TALK/COMMUNICATION in the FORM IS with the MURMURS-AND-SOUNDS of the VOID-IN-ANY-MEANING with the NO-VALUE.

: Bank = For a JUDGEMENT-CLAIM in a CASE IS with a SEAT-AND-CLAIM-JUDGMENT of an [AU]THENTICATION(sic) AND [AU]THORIZATION(sic) with a CONTRACT.

: Banker = For a BANKER of a SWAP IS within the COMMERCE of these POST-STAMPS-VALUES with a JUDGEMENT of an [AU]THORIZATION(sic) with a CONTRACT.

: Bona-Fide-Purchaser = For the [DOC]TRINE(sic) of the BONA-FIDE-PURCHASER IS with the [AC]TING(sic) as a SHIELD with the THOSE-WHO-[AC]QUIRE(sic)-[PRO]PERTI(sic) of the FAIR-AND-HONEST-DEALINGS with the PAYING-VALUABLE-[CON]SIDERATION(sic) of the [PRO]PERTI(sic)/[AS]SET(sic).

: BOXING = For the WRITING/IMAGES as the CONTENTS IS within a BOX-SHAPE of the CONSIDER with the VOID/NOT-THERE/[AB]SENT(sic) AND with the BEING-LACK-of-the-CONSIDERATION with its MEANING/VALUE by the [IN]TERNATIONAL(sic)-STYLES-MANUAL.

-~COURTROOM-BOXING-SETUP = For the COURTROOMS of the HEARINGS ARE with the BOXING-SETUP of the JUDGE-SITTING-IN-A-BOX/COURTCLERK-SITTING-IN-A-BOX/JURY-SITTING-IN-A-BOX/WITNESSES-SITTING-IN-A-BOX/LITIGANTS-SITTING-IN-A-BOX AND PUBLIC-SITTING-IN-THEIR-BOX-SECTION with the FICTION/[PRE]TENDING(sic) of the SPEAKING/HEARING with the COMMUNICATIONS of the FACTS/LAWS within the COURTROOMS.

: BRACKETS = For the WRITING/IMAGES as the CONTENTS IS within the BRACKETS of the CONSIDER with the VOID/NOT-THERE/[AB]SENT(sic) AND with the BEING-LACK-of-the-CONSIDERATION with its MEANING/VALUE by the [IN]TERNATIONAL(sic)-STYLES-MANUAL.

: Certiorari = For the WRIT of a CASE-METHODS/STRUCTURE-PRACTICING IS with the LOWER-[AU]THORITI(sic)-FICTION-COURTS of the QUEST-OF-A-CORRECTION/VIEW with the HIGHEST-COURT.

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

:D-

69

: <u>Corporate-Charter</u> = For the [AR]TICLES(sic)-OF-THE-
[IN]CORPORATION(sic)/CERTIFICATE of the CORPORATION(sic) <u>IS</u> with the
BEING of the THE-LEGAL-DOCUMENT with the <u>[ES]TABLISHING(sic)-A-
CORPORATION-AS-A-LEGAL-[EN]TITY(sic)</u> of the [IN]CLUDING(sic):
CORPORATE-[IN]FORMATION(sic):
NAME/PURPOSE/DURATION/[RE]GISTERING(sic)-[A]GENT(sic)/BOARD of the
[DI]RECTORS(sic)/STATE-[AU]THORITY(sic) with the <u>BEING-THE-SECRETARY</u>
of the STATE of the WHO-<u>[RE]PORTS(sic)-[UN]DER(sic)</u> with the
[U]NIVERSAL(sic)-POSTAL-[U]NION(sic) of the BEING with the CENTRAL-
CONTROL of the [OR]GANIZING(sic)-AND-[PRO]VIDING(sic)-
[RE]GISTRY(sic)-NUMBERS with all CORPORATE-STRUCTURES of the
GOVERNMENT with the [DE]FINITION(sic) by the *Legal.com*.
-~For the [AR]TICLES(sic) of the CORPORATION <u>IS</u> with the
[AP]PLYING(sic)-ONLY of its CORPORATE-MEMBERS.
: <u>Chicanery</u> = For the TRICKERY OR SOPHISTRY of an [AC]TION(sic) <u>IS</u> with
the <u>MEAN-OR-[UN]FAIR(sic)-[AR]TIFACE(sic)</u> of the [IN]TENT(sic) with
the <u>[PER]PLEX(sic)-CAUSE</u> AND <u>[OB]SCURE(sic)-TRUTH</u> of the SHARP-
PRACTICE with the <u>[AR]TFUL(sic)-SUBTERFUGE-OR-SOPHISTRY</u>.
: <u>Clerk of the Di-strict-Court</u> = For the DI=[OR]IGINAL(sic)-AND-
STRICT=[AU]THORITY(sic) of a COURT-LOCATION <u>IS</u> with a CLERK'S-
KNOWLEDGE of the METHODS with a COURT-FILING-SYSTEM of an
[AU]THORIZATION(sic) with a CIVIL-SERVICE-OATH of the [OF]FICE(sic).
: <u>Claimant</u> = For a VESSEL-BODY-THINKING <u>IS</u> with a CONTRACT-CLAIM or
DAMAGE-CLAIM in a PORT-COURT.
: <u>Cloud</u> = For the [PRO]CESS(sic) of the COVER-UP.
: <u>Communication-Methods</u> = For the SENTENCE-STRUCTURES of the ONE-
THOUGHT-SENTENCE <u>IS</u> with the <u>WORD-[O]PERATIONS(sic)</u> of the <u>TERMS-AND-
[DE]FINITIONS(sic)</u> with the WORDS'-MEANINGS.
: <u>Condition of the Mind</u> = For the THINKING/THOUGHT-PROCESS of a
MAN/WOMAN/PERSON/CORPORATION/[EN]TITI(sic) <u>IS</u> with the CAUSE of the
FACTS.
: <u>Contract</u> = For the CORPORATION of the <u>TWO-OR-MORE-LIVING-
MAN/WOMAN/PERSONS/CORPORATE-[EN]TITIES(sic)/VESSELS</u> <u>ARE</u> with the
<u>JOINING/TREATY/JOINT-TENANTS/[U]niti(sic)-States</u> of the <u>GENERALLY-IN-
WRITING</u> AND with the [AU]TOGRAPHS(sic) of the <u>PARTIES/TERMS/CONDITIONS</u>
with the <u>MEETING of the MINDS/CONSIDERATION</u>.
: <u>Correct-Grammar</u> = For the USE of the <u>MATHEMATICAL-[IN]TERFACE(sic)</u> on
the <u>GRAMMAR</u> <u>IS</u> with the [A]BILITI(sic) of the READING-THE-SENTENCE-
STRUCTURE with the FRONTWARD-AND-BACKWARD as a MATHIMATICAL-
[E]QUATION(sic)-[IN]TERFACE(sic)-CERTAINTI with the SAMPLE:-~1+-~2 =-
~3/-~3-~2 =-~1/-[CON]VERSELI(sic): ONE+TOO-DOES-NOT-[E]QUAL(sic)-THREE
AND THREE-MINUS-TO-DOES-NOT-[E]QUAL(sic)-WON.

FOR THIS COPYRIGHT/COPYCLAIM -~1-~JULY-~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF
THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF
THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND
QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-
FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

70

: <u>Court-Clerk</u> = -~1 For the [AS]SISTANT(sic) in a PUBLIC-OR-PRIVATE-
   BUSINESS/[OF]FICER(sic) of a COURT/MUNICIPALITI(sic) <u>IS</u> with the DUTY
   of the KEEPING-ITS-RECORDS-AND-[PER]FORM(sic)-ITS-ROUTINE-BUSINESS.
   -~2 For a [RE]TAIL(sic)-SALESMAN/BANKER <u>IS</u> with the COLLECTING-FEES
   AND-DOCUMENTING-FILINGS.
: <u>Court-Room-~#1.</u> = For the [EN]CLOSE(sic)-[A]REA(sic) within the
   CONTENTS of the  CONSTITUTION/RULES/[RE]GULATIONS(sic) <u>IS</u> within <u>the</u>
   <u>CLAIMANT'S-FOUR-CORNER</u>-of his/her-PAPERS/FILING/VESSEL with the FEE-
   FOR-FREIGHT-STAMPS/PAID-BILLS of the LADINGS-with the CLAIMANT'S-
   [AU]TOGRAPH(sic)-AS-THE-POSTMASTER with his/her-DOCUMENT/VESSEL.
: <u>Court-House-~#2.</u> = For the FOREIGN-[EN]TITY(sic)-VESSEL of a STATION-
   ON-DRY-DOCKS <u>IS</u> with the [UN]DER(sic) DEPARTMENT of the
   TRANSPORTATION,-D.O.T.,-with the [RE]GISTER(sic) with the
   [UN]IVERSAL(sic)-POSTAL-[UN]ION(sic) of the BEING-A-CONVENIENT-PLACE
   with the PURPOSE of the HAVING-COURT-CASE-HEARINGS.
: <u>CAPRICIOUS</u> = For the ACT of the CHARACTER <u>IS</u> with the [A]RISING(sic) OR
   [SUB]JECT(sic) of the CAPRICE/[IM]PULSIVE(sic) OR [UN]PREDICTABLE with
   the WHIMSICAL OR CHANGEABLE.
: <u>Cursive-Writing/Signature</u> = For the [AR]TFUL(sic)-STYLE of the <u>WAY-A-</u>
   <u>MAN/WOMAN-SIGNS-HIS/HER-NAME</u> <u>IS</u> with the <u>CONNECTING-LETTERS</u> with the
   MEANING of the <u>CURSE/WITCHCRAFT-[OV]ER(sic)-THAT-NAME</u> AND with the
   MAND/WOMAN of the CONSIDER-AS with the LANGUAGE of the DEAD.
: <u>Damage-Claim</u> = For the TANGIBLE of the CLAIM <u>IS</u> with the
   [DI]RECT(sic)/[IN]DIRECT(sic)-HARM-[U]PON(sic)-A-PARTY of the CAUSE-
   BY-[A]NOTHER(sic)-PARTY with the MONETRARY/PHYSICAL-HARM/PROPERTY-
   LOSS-AND-THE-LIKE.
: <u>Darkness</u> = For the FRAUD of the FICTION <u>IS</u> with the VOID of the
   HONESTY.
: <u>De-Minimis</u> = For the LACKING-SIGNIFICANCE-OR-[IM]PORTANCE(sic) <u>IS</u> with
   the BEING-SO-MINOR-AS with the MERITING-DIS-REGARD(sic).
: <u>Depravation of the Mind</u> = For the MORAL-PERVERSION of the
   [IM]PAIRMENT(sic)-of-the-MIND <u>IS</u> with the <u>VIRTURE-AND-MORAL-PRINCIPLES</u>
   of the MIND.
: <u>Dis-trict</u> = For the DEMON-god of the [UN]DER(sic)-WORLD <u>IS</u> with the
   DEAD.
: <u>Document</u> = For the COURT-FILINGS of a DOCKET-NUMBER <u>IS</u> with the BEING-
   TRANSPORT within the SEA of the SPACE within the <u>COURT-HOUSE-VESSEL</u>.
: <u>Driver</u> = For the ONE of the [EM]PLOYMENT(sic) with the
   [CON]DUCTING(sic) of the COACH/CARRIAGE/WAGON OR VEHICLE. [<u>*BOUVIER'S-*</u>
   <u>*LAW-DICTIONARY*</u>-~1914-*EDITION*-~PAGE-~940].
: <u>Double-Jeopardi(sic)</u> = For the [PRO]SECUTION(sic) [a]gainst(sic) a
   <u>MAN/WOMAN</u> <u>IS</u> with the <u>SECOND-TIME</u> of the <u>SAME-[OF]FENSE(sic)</u> with the
   [PRO]HIBITION(sic) of the <u>FIFTH-[A]MENDMENT(sic)</u> with the
   <u>[Un]iti(sic)-States-CONSTITUTION</u>.

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF
THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF
THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND
QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-
FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

~For the <u>DOUBLE-JEOPARDI</u> of the [AP]PLYING(sic) <u>IS</u> with the ACT of the
<u>TRYING-A-CASE</u> with the <u>[A]GAINST(sic)-A-MAN/WOMAN</u> of the TWICE with
the <u>SAME-[OF]FENSE(sic)</u> of the [ES]PECIALLI(sic) with a FIRST-TRIAL-
[AC]QUITTAL(sic).

: <u>Drogue</u> = For the SEA-ANCHOR.

: <u>Duress</u> = For the THREAT of a PARTY <u>IS</u> with a FORCE of a COMPLIANCE with
a  THREAT of a BEATING/PHYSICAL-HARM,-VIOLENCE/PAIN OR LOSS of a
FREEDOM by a PRISON/with a FINANCIAL-HARM/with a COERCING in a TITLE-
~28-CHAPTER-~85-U.S.C.S.-~1359 with a WILL of a CHARTER-VESSELL with
these CLAIMS of an ACT-CONTRARY with a PARTY'S-VOLITION.

: <u>Eminent Domain</u> = For the GOVERNMENT-AND-[A]GENTS(sic)-CONDUCT-A-TAKING
of the PRIVATE-PROPERTY <u>IS</u> without the CONSENT of the OWNER-AND-
without the JUST-COMPENSATION.

: <u>False-Modifications</u> = For the WORD of the <u>VOID/FICTION/PERJURY</u> <u>IS</u> with
the <u>WORD-QUALIFICATIONS</u> of a FICTION.

: <u>Ficticious/Fraudulent-Communication-Grammar for the Contract</u>: For the
[US]ING(sic)-WORDS as NON-FACTS within the SENTENCE-STRUCTURE-SYNTAX-
GRAMMAR <u>IS</u> with the MIS-PLACING-THE-WORDS,-SUCH-AS: MODIFYING-WORDS
with the ADVERBS-THERE-BY-CHANGING-WORD-[PO]SITION(sic)/with the
USING-PAST-TENSE-WORDS-AS-ONE-CANNOT-PERFORM in the PAST/with the
USING-FUTURE-TENSE-WORDS with the LACKING-NOW-TIME-PERFORMANCE.

: <u>FICTION-JUDGE</u> = For the [AS]SIGNMENT(sic) of the FICTION-VALUE.

: <u>Four-Characteristics</u> = For the [UN]ITY(sic) of a CHARTER-VESSEL <u>IS</u> with
a UNITY/OWNERSHIP/TITLE/TIME with the [UN]ITY(sic) of a POSSESSION.

: <u>Fraud</u> = For the [IN]TENTIONAL(sic)-USE of the
<u>SPECTULATION/FICTION/MODIFICATION/MYSTIC/PHANTOM/[O]PINION(sic)/[OR]DE
R(sic)/[PRE]SUMPTION(sic)</u> <u>IS</u> with the
<u>[AS]SUMPTION(sic)/[A]PARTHEID(sic)/[IL]LUSION(sic)/[DE]CEIT(sic)/TRICK
ERY</u> of the FRAUD with the <u>[A]GAINST(sic)-[AN]OTHER(sic)-
MAN/WOMAN/[EN]TITI(sic)/PERSON</u>.

: <u>Human</u> = For the <u>BEING-MONSTERS</u> of the <u>LACKING-[A]BILITY(sic)</u> <u>IS</u> with
the <u>CONTRACTING-AND-OWNING-LAND</u> of the [DE]FINITION(sic) within the
<u>BLACKLAW-DICTIONARY</u>.

: <u>Flag</u> = For the <u>MATERIAL-CLOTH</u> of the <u>HAVING-SPECIFIC-COLORS-AND-SIZE</u> <u>IS</u>
with the [RE]PRESENTING(sic)-<u>VENUE</u> of a A-NATION-AND-IT'S-NATIVES-
SOVEREIGNTY with a SET of the <u>CONSTITUTION/TERMS/CONDITIONS</u> with the
<u>CONTRACTING-PARTY/MEMBERS</u> AND with the <u>CALLING-THIS-FLAG'S-
[E]TIQUET(sic).</u>
-~For the LAW of the FLAG <u>IS</u> with the [RE]GULATING(sic) of the LAWS-
[UN]DER(sic)-THE-CONTRACTS.
-~For the FLAG of the [AD]MIRALTI(sic)-LAW <u>IS</u> with the <u>THOSE-WHO-SIGN-
A-CONTRACT</u> of the <u>[IN]COMING(sic)-SHIP'S-CAPTAIN-AND-THEIR-LAWS-
[AP]PLI(sic)</u> with the <u>CONTRACT-TERMS</u>.

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF
THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF
THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND
QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-
FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.



: <u>Flag-[Re]presenting(sic)-the-[U]niti(sic)-States for the America-Territories/Military/Government-[Of]fices(sic)-with the TITLE-IV-§-~1,-§-~2,-§-~3</u>: For the <u>THREE-COLORS</u>: <u>RED-WHITE-BLUE</u> of the SPECIFIC-[DI]MENSIONS(sic)-FLAG <u>ARE</u> with the SPECIFIC-WAYS of the [DIS]PLAYING(sic)/HANDLING with the CURRENT-COPYRIGHT/PATENT of the POSTMASTER-GENERAL-&-CHIEF: Russell-Jay :Gould with the SINCE-1999 AND with the [PRE]SENT(sic).

: <u>Flag/Doctrine of the Four-Cornering-As-Per-USATHEREPUBLIC.COM</u> = For the FLAG-[ES]TABLISHES(sic) of the COUNTRY <u>IS</u> with the GOVERNING-LAWS of that IT-[RE]PRESENTS(sic) with the SAMPLE of the [EM]BASSIES(sic) with the FOREIGN-COUNTRIES of the WASHINGTON-D.C. with the FOUR-CORNERS of the WALLS-OR-FENCING within the BOUNDARIES of the [EN]CLAVE(sic) within the FOREIGN-[EM]BASSY(sic)-AND-with the FLAG of that FOREIGN-COUNTRY-[ES]TABLISHES(sic) with the <u>JURISDICTION-AND-LAW</u> of that FOREIGN-COUNTRY/with the WHICH-[EN]FORCES(sic) by the LAW of the FLAG-AND-[IN]TERNATIONAL(sic)-TREATY. ~For the IF-ONE-[EN]TERS(sic) of the [EM]BASSY <u>IS</u> with that PERSON of the SUBJECT with the LAWS of that FLAG with the [EN]FORCEMENT(sic) by the MASTER/CAPTAIN of the SHIP.

: <u>Flag: U.S.-AMERICA-FLAG of the HAVING-A-YELLOW-TRIM-ON-THREE-SIDES</u> AND <u>A-SPERE-ON-TOP</u> <u>IS</u> with the <u>MARSHAL-LAW</u> –AS–PER–<u>TITLE-IV-U.S.C.-CHAPTER-~1,-§-~1,-§-~2,-§-~3/EXECUTIVE-[OR]DER(sic)-~10834-AUGUST-~21,-~1959,-~24-F.R.-~6865-with the PRESIDENT-EISENHOWER</u> of the unity-states with the [DE]VIATION(sic) of the [RE]GULAR(sic)-FLAG with the [E]XECUTIVE(sic)-[OR]DER(sic) as the COMMANDER-IN-CHIEF with a MILITARY-FLAG.
-~For this <u>YELLOW-FRINGE-FLAG-WITH-A-SPEAR-TOP</u> of the <u>COURTROOMS-[BE]HIND(sic)-A-JUDGE</u> <u>IS</u> with the <u>BEING-A-MILITARY-COURTROOM/A-COURTROOM</u> of the <u>TRYING-CASES</u> with the <u>MILITARY-LAW</u> of the <u>USING-NO-CONSITUTIONAL-LAW/NO-COMMON-LAW/NO-CIVIL-LAW</u> AND <u>NO-STATUTORY-LAW</u> as per <u>ARMY-REGULATIONS</u>: AR-~840-10/OCTOBER-~1,-~1979 with the [AL]SO(sic)-AS-PER: <u>THE-MANUAL-of-the-COURTS-MARTIAL</u>/-U.S./~1994-ED./at the ART.-~99/-c-1-b/pg.-IV-~34/PIN-~030567-0000.

: <u>G.-P.-S.</u> = For the <u>GLOBAL-POSITIONING-SYSTEM</u> of the SATELITE-BASE-NAVIGATION-SYSTEM <u>IS</u> with the [PRO]VIDING(sic) of the <u>REAL-TIME-LOCATION/SPEED/TIME-DATA</u> with the <u>[A]NI(sic)-WHERE</u> in the EARTH with the [PER]MITTING(sic) of the <u>[EX]ACT(sic)-[PO]SITION-AND-NAVIGATION</u> with the <u>VARIOUS-CONDITIONS</u>.

: <u>ITALICS-WRITING</u> = For the WRITING/IMAGES as the CONTENTS <u>IS</u> within the ITALICS-STYLE-WRITING/SCRIPT of the CONSIDER with the <u>VOID/NOT-THE-THERE/[AB]SENT(sic)</u> AND with the <u>BEING-LACK-of-the-CONSIDERATION</u> with its MEANING/VALUE by the <u>[IN]TERNATIONAL(sic)-STYLES-MANUAL</u>.

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

: JUDGE = For the DI-ORIGINAL-WITH-A-STRICT-[AU]THORITY(sic) of a COURT-
  CLOSE-AREA IS with the VENUE-LOCATION-CONTRACT of the DUTY with the
  CREATING-CLOSURE of a CONTRACT-[DIS]PUTE(sic) with the USE of the
  CONDITION with the MINDS/LAWS/FACTS of the USE with the C.-S.-S.-C.-
  P.-S.-G.-P.
: Land-Shark = For the PERSON-WHO-CHEATS-AND/OR-ROBS of the
  [an]other(sic)-A-SHORE IS with the SAMPLES of the -
  [AT]TORNEYS(sic)/SHIP-MONGERS/LAND-GRABBERS.
: Letter-Carrier = For the CONVEYANCE of the MAIL-AND-LETTERS IS with a
  POSTAL-STAMP-AS-FEE-PAY of the BILLS with the LADINGS of the
  TRANSPORTING-THE-CONVEYANCE-MAIL/DOCUMENTS with the [DE]LIVERY(sic) of
  the POINT-A with the POINT-B.
: Light = For the TRUTH/HONESTY/CORRECTNESS-of the MORAL-VALUES.
: Livery = For the SWAP/TRADE of a COMMUNICATION.
: Lodio = For the [AU]THORITY(sic)-COMMAND-as an [AR]TICLE(sic) = AILING
  IS with the LODIO-WORDS: THE-THIS-THESE-OUR as a [PRE]FIX(sic) with
  our CLAIM-COMMAND-[AU]THORITY(sic) of a POSITION-LODIO-FACT/KNOWN with
  the NOW-TENSE of an [AU]THORIZATION(sic) by a QUANTUM-MATH-INTERFACE-
  COMMUNICATION.
: Lodial: For the a/an/the/these/this.
: Lodial-Title/Deed = For the PROOF/TITLE/WRITINGS of the OWNERSHIP IS
  with the LAND.
: Lux-in-tenebres = For the LIGHT/TRUTH of the COMING/SHINING-OUT IS with
  the OVER of the DARKNESS.
: Knowledge = For the TRUTH/LEARNING/CLOSURE AND POWER of a KNOW IS with
  the MIND of an [AU]THORIZATION(sic) with the LIVE-LIFE-CLAIM of a
  LIVING-MAN/WOMAN.
: Known-Fact = For the CLAIMS of a LIFE-BIRTH-VESSEL IS with the PLACE-
  LOCATION/THING-AND-CONDITION of a STATE-OR-BEINGS/LIFE with an
  [AU]THORIZATION(sic) by a VESSEL-CONTRACT.
: Malevolent = For the HAVING/WISHING of an [E]VIL(sic)-
  [DIS]POSITION(sic) IS with the [A]GAINTST(sic)-[O]THERS(sic).
: Master = For the [AU]THORITI(sic) of the DI-RECTIONS(sic) AND RULES IS
  with the [AU]THORIZATION(sic) by a CONTRACT.
: Merchant = For the VESSEL of the CONVEYANCES AND TRAFFIC IS with the
  TRADES of the GOODS/CARGO/BUY AND SELL with a COMMERCIAL-LAW-AND-
  MERCHANT-LAW of a SYSTEM AND RULES with the HARBORS/PORTS AND POSTS of
  an [AU]THORIZATION(sic) with a TREATI(sic).
: Merchant-Flag = For the U.S.C.-TITLE-~IV: §-~1,-§-~2,-§-~3-FLAG of a
  MERCHANT-MAN/WOMAN IS with a NATION/COUNTRY who has
  [AU]THORIZATION(sic) with the USING-SUCH-FLAG by a CONTRACT.

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF
THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF
THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND
QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-
FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

: <u>Modification with the Fiction-Conveyances</u> = For the CLAIMS/STATEMENTS of the USE <u>ARE</u> with the [PRE]SUMPTIONS(sic)/[AS]SUMPTIONS(sic)/LIE/GUESS/[PRE]TEND(sic)/[IL]LUSION(sic)/[IM]AGINATION(sic) OR [CON]CLUSION(sic) of the PRIOR-FACT/with the ALL-SUFFIX/ALL-[PRE]FIXES of the <u>CONVEY-NO/NEGATIVE-[PER]FORMANCE(sic)</u> AND with the <u>CLAIMANT'S-KNOWLEDGE/CONDITION</u> of his/her MIND with their FICTION-[CON]VEYANCE(sic).

: <u>National</u> = For a LIVING-MAN/WOMAN of the BORN-WITHIN-THE-United-States-TERRITORIES(sic) <u>IS</u> with the VOLUNTARI(sic)-KNOWING-CITIZENSHIP of the NOT-[IM]PAIRING(sic) OR [AF]FECTING(sic)/[IM]PAIRING(sic) with the HIS/HER-RIGHTS of his/her TRIBAL-BELIEFS OR [OT]HER(sic)-[PRO]PERTIES(sic).

: <u>Naturalization</u> = For the [CON]FERRAL(sic) of the United-States-CITIZENSHIP <u>IS</u> with the AT-BIRTH OR by a VOLUNTARI(sic)-NATURALIZATION-KNOWING-[PRO]CESS(sic) with [an]i(sic) Federal/State/Local-Government within the United-States.

: <u>Nautica-Mile</u> = For the [U]NIT(sic) of the [DIS]TANCE(sic) <u>IS</u> with the [U]NIT(sic) of the LENGTH with the [U]SING(sic) of the <u>AIR/MARINE/SPACE-NAVIGATION</u> AND with the [DE]FINITION(sic) of the <u>TERRITORIAL-WATERS</u> with the MEASUREMENT of the ~1852-METERS OR ~6075-FEET with the <u>BEING-AN-[IN]TERNATIONAL(sic)-NAUTICAL-MILE</u>.

: <u>Nom-De-guerre</u> = Is with the FICTICIOUS-NAME;-A-PSEUDONYM;-with the ALL-CAPITAL-SPELLING of a NAME with the MEANING-A-DEAD-PERSON-AS-ON-A-TOMB-STONE;-A-FRENCH-WORD with the MEANING-AS-A-DEAD-[EN]TITI(sic) with the <u>[IN]ABILITY(sic)</u> of the <u>CREATING-THOUGHT.</u>

: <u>Notice</u> = Is with the [PRO]VIDING(sic)-[A]WARENESS(sic) of the [A]NOTHER(sic) with a CLAIM/MATTER of the MANNER with a WRITING of the USE with the MAIL OR A-SOURCE of the [DE]LIVERI(sic).

: <u>Now-Time-Space</u>: Is with the COMMUNICATION/CONVEYANCE with the VOIDANCE of the PAST-TIME-AND-FUTURE-TIME-WORDS within the CONTRACT-TERMS,-as the PAST-WORDS-LACK-[PER]FORMANCE(sic)-AND-FUTURE-WORDS-LACK-PRESENT-[PER]FORMANCE(sic)-AND-BOTH-CREATE-A-FICTION-TIME/PLACE with the CREATING-AN-[IL]LUSION(sic)/FICTION of a CONTRACT. -~For the <u>PAST-TIME-TENSE-AND-FUTURE-TIME-TENSE</u> of the MARKET-COURT/BANKERS <u>ARE</u> with an [AC]T(sic)-MEANING: AC=NO,-T=TRUTH,-with the BEING-A-FICTION/FRAUD with the PEOPLE.

: <u>QUOTATIONS</u> = For the WRITING/IMAGES as the CONTENTS <u>IS</u> within the QUOTATIONS of the CONSIDER with the <u>VOID/NOT-THERE/[AB]SENT(sic)</u> AND with the <u>BEING-LACK-of-the-CONSIDERATION</u> with its MEANING/VALUE by the <u>[IN]TERNATIONAL(sic)-STYLES-MANUAL</u>.

: <u>Secret-Oath-[A}mong-Judges/Attorneys</u>:  Is with the: <u>NO-LAW</u> AND <u>NO-FACTS</u> <u>ARE</u> with the <u>SHALL-BE-TRI[ED](sic)-IN-COURT</u>.

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

: <u>Oath of the U.S.-Federal-Government as the Public-Servants/Vassalees</u> = Is with a <u>MANDATORI(sic)-OATH</u> with the SWEARING-[A]LEGENCE(sic) with the <u>U.S.-CONSTITUTION/CHARTER/RULES/REGULATIONS/CODES</u> of the <u>BEING-IN-WRITING</u> with the [PER]SUANT(sic) of the TITLE-~5-§3331 with the PRIOR of the GIVING-SERVICE with the PUBLIC-PEOPLE.

: <u>Opinion</u> = Is with the HAVING: O=NO,-PIN=[AT]TACH(sic),-ION=CONTRACT.

: <u>Order</u> = Is with the MEANING-NO-[IN]STRUCTIONS(sic); Is with the: OR = NO,-DER = CONTRACT; Is with the MEANING-of the FICTION/[IL]LUSION(sic) with the CONVEYANCE with the LACK of the FACTS/[EN]FORCEMENT(sic) as it CONVEYS-NO-THING.

: <u>Parse</u> = Is with the PARTS of the SPEECH/WORD AND with its MEANING.

: <u>Perjury</u> = Is with the TELLING-A-LIE of the [UN]DER(sic)-[OA]TH(sic) with the SWEARING of the CONVEYING-THE-TRUTH.

: <u>Port</u> = Is with the CLAIMS of a PLACE-AND-LOCATION with the MERCHANDIS,-CARGO,-MANIFESTS,-CHARTER-VESSELS,-AND-BILLS-of-the-LADINGS by the D.O.T.-SPECIFIC-METHODS.

: <u>Post</u> = Is with a STATION,-SUCH-AS-A-POST-[OF]FICE(sic) with its LOCATION within the NEUTRAL-TERRITORIES of the WORLD-CORPORATION-PORTS: D.O.T., with the COLLECTING-LETTERS/PACKAGES/GOODS with the POSTAGE-PAY-FEE-AND-BILLS of the LADINGS with the [PUR]POSE (sic) with the TRANSPORTING of the LOCATION-A with the LOCATION-B.

: <u>Position</u> = Is with the <u>[PRE]POSITION(sic)-[US]ING(sic)-WORDS</u>: For the,-of the,-with-the,-by-the,-through-the, in-the,-on-the, within a CORRECT-SENTENCE-STRUCTURE with the [PRE]SENTING(sic)-THE-FACTS;- :without the [PRE]POSITIONS(sic) <u>IS</u> with the LACKING-FACTS in a SENTENCE-STRUCTURE-AND-FICTICIOUS-[CON]VEYANCE(sic).

: <u>Postmaster</u> = Is with the PLACEMENT of an MASTER'S-[AU]TOGRAPH(sic) with the [O]VER(sic)-A-STAMP on a DOCUMENT AND with the LEAVING-THE-DOCUMENT with a STATION by the MASTER of the SAID-DOCUMENT.

: <u>Pronoun</u> = Is with the TERM: PRO = NO,-NO = NO,-UN = NO with the MEANING of a FRAUD/FICTION-GRAMMAR by an [AC]TOR(sic).

: <u>Racketeering</u> = Is with the THING of a VALUE with an OWNER/[PRO]PRIETER(sic) AND/OR CHARTER-VESSEL of a FINANCIAL-VALUE in a BUSINESS AND with the MEANS of a THREAT with a USE of a FICTION-COURT-[OR]DER(sic) with a payment of a FEE-DUE with a TERMINATION of a VESSEL'S-[E]QUITY(sic)/VALUE/MONEY/PROPERTY OR with the THING of a VALUE.

: <u>Rape</u> = Is with the CLAIM of the SEIZING/PLUNDER AND CARRYING-OFF with a TAKING of the FORCE with a CAUSE/CRIME of the [A]GAINST(sic) WITH AN [O]THER(sic)-MAN/WOMAN/PERSON.

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

: **Quo Warranto** = Is with the [U]SURF(sic)-[PO]SITION(sic) of a FORCEFUL-USE with a <u>FORCE of a BREACH with the LAW OR LAWS</u> AND with the WITNESSES <u>of the USE with a VERB-FICTION-[OA]TH(sic) OR COVENANTS-[UN]DER(sic)-A-FOREIGN-FRINGE-FLAG</u> with the STOPPING of a [PO]SITION(sic)-[AU]THORIZATION(sic)-CONTRACT.

: **Quantum-Math-Communication-Method** = Is with the {PRI]MARY(sic) in a RANK AND FUNDAMENTAL-BASIC/KEY AND CENTRAL of the <u>CORRECT-COMMUNICATION-GRAMMAR-AND-SENTENCE-STRUCTURE</u> with the MATHEMATICAL-[IN]TERFACE(sic) with the <u>NOW-TIME/NUETRAL-WORDS</u> of the USE with the <u>[PRE]POSITIONAL(sic)-PHRASES</u> of the USE with the <u>[ON]LY(sic)-ONE-VERB: IS-OR-ARE</u> of the <u>ONE-WORD-ONE-MEANING</u> with the USE of the <u>MULTITUDE-AND-MAGNITUDE</u> with the CAUSE of the VOIDANCE with the <u>FICTION/FRAUD</u> in the CONDITION of the MINDS within the COMMUNICATIONS of the ALL-PEOPLE/NATIONS.

: **Salver/Salvage-Claim** = Is with the SAVING of the PROPERTY with the DANGER,-i.e. SEA/FIRE/PIRATES AND/OR [E]NEMIES(sic) AND <u>IS</u> with the [RE]CYCLING(sic) of the MATERIAL of the SEA/FIRE/PIRATES/[E]NEMIES(sic).

: **Sea** = Is with a VESSEL-PLANET: EARTH within a SPACE of a MILKY-WAY-GALAXY by a CONTRACT.

: **Seal** = Is with a RATIFICATION-AND-GUARANTEE of a CLOSURE with these CONTRACTS.

: **See** = Is with the JURISDICTION/[AP]PROVAL(sic) of the VATICAN.

: **Serf** = Is with the USING-SLAVE-FICTION-COMMUNICATIONS with the [A]GAINST(sic)-A-MAN/WOMAN with the PURPOSE of the KEEPING-HIM/HER within the LOW-CLASS-STATUS.

: **Severing** = Is for an [OR]IGIN(sic) of these FICTION-COMMUNICATIONS-BEING-CUT-OFF/CORRECTNESS with the USE of the QUANTUM-GRAMMAR-SENTENCE-STRUCTURE-AND/OR-LIVE-LIFE-CLAIMS.

: **Separation** = Is with the DIVISION of a THING/FACT AND CONTRACT.

: **Shipping-Merchant** = Is with the CONVEYANCE AND TRAFFIC of the TRADES with the GOODS/CARGO-AND-CONTRACT-CLAIMS of a COMMERCIAL-LAW–AND-MERCHANT-LEGAL-SYSTEM AND RULES/GUIDELINES within the HARBORS/PORTS-AND POST by the [AU]THORIZATION(sic).

: **Sovereign** = Is with the-~14c. of a man/woman-having-great-superior-supreme-power;-for the being-chief,-principal.-~Eptymology-Dictionary.com: CLAIM. -~For the PER-:John :Adams in the [DE]FENSE(sic) of the CONSTITUTIONS for the GOVERNMENT of the unity-states of the AMERICA,-~1787-~88: For in AMERICA,-the-RIGHT-of the SOVEREIGNTY-[RE]SIDES(sic)-[IN]DISPUTABLY(sic) in the BODY of the PEOPLE,-AND-THEY-HAVE-THE WHOLE-PROPERTY of the LAND.-~For there ARE NO-NOBLES-OR-PATRICIANS;-for the ALL-ARE-with the [E]QUAL(sic)-BY-LAW-AND-BY-BIRTH.-~Eptymology-Dictionary.com.

: **State** = Is with the CONDITION of a FACT.

FOR THIS COPYRIGHT/COPYCLAIM -~1-~JULY-~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

: **Stealing/Taking/Mis-[Ap]propriation(sic)/Robbing** = Is with the CRIMINAL-ACT of the CONDITION with the MIND of the TAKING/MIS-[AP]PROPRIATING(sic)-SOMETHING: MONEY/PROPERTY/[AS]SETS(sic)/NAME-without the CONSENT of the OWNER AND with the USE of the FRAUD/MIS-APPROPRIATION(sic)/LIES/FORCE/[DE]CEIT(sic)-AND-THE-LIKE.

: **Stratagem** = Is with the [AR]TIFICE(sic)/TRICK of the ACT with the OUTWITTING-AN-[E]NEMY(sic).

: **Subterfuse** = Is with the STRATAGEM of an [Or]der(sic) AND CONCEALMENT-OR-[ES]CAPE(sic).

: **Tacit** = Is with the VOID-CONTRACT of the BASE with the LACK of a **KNOWING-CONSENT**.

: **Thinking** = Is with the VERBS: IS = SINGULAR;-ARE = PLURAL within a SENTENCE-STRUCTURE; Is with the MOTION in the [CON]VEYANCE(sic).

: **Tort** =  Is with the Private/Civil-Wrong AND Damages of the CAUSE with a CONSPIRING-ACTION of these VASSALES'-BREACH of a DUTY; Is with the BASE-UPON of the PARTY/PERSON/VESSEL/CONTRACT/CONSTITUTION OR CHARTER of the WHO <u>ARE</u> with the FIDUCIARY-DUTY AND with the CAUSING-HARM/DAMAGES-[A]GAINST(sic)-CLAIMANTS.

: **TRAVEL/TRAVELER** = IS with the MEANING of the ONE-WHO-PASSES of the PLACE of the PLEASURE/[IN]STRUCTION(sic)/BUSINESS/HEALTH [BOUVIER'S-LAW-DICTIONARY-~1914-EDITION-~PAGE-~3309.

: **TRAVEL** = IS with the MEANING of the JOURNEY OR PASS-THROUGH OR OVER with the MOVING of the ONE-PLACE with the [AN]OTHER(sic) of the WHETHER by the FOOT/HORESEBACK/TRAIN/AUTOMOBILE/CARRIAGE/SHIP/AIRCRAFT. [CENTURY-DICTIONARY-~PAGE 2034].

: **Usery** = With the CONTRACT-JOINING of the Contract <u>IS</u> with the CLAIM of the <u>COMPLIANCE-CORPORATION-BETWEEN</u> with the <u>TWO-OR-MORE-PERSONS</u> of the ONE-PERSON with the TAKING-[AD]VANTAGE/[A]BUSIVE(sic)-[PRO]CESS(sic) of the [OT]HER(sic)-PERSON.

: **Universal-Postal-Union/Global-Postal-Union/Judiciary** = For the Postal-Union of the WORLD <u>IS</u> with the CENTRAL-CONTROL of the ALL-CORPORATE-STRUCTURES-[A]ROUND(sic)-THE-WORLD with the [RE]GISTRATION(sic) AND FORMAL-CONTRACTS of the LOCAL-POSTAL-UNIONS.

-~For the POSTAL-UNION-CONTROLS-THE [DE]PARTMENT(sic) of the TRANSPORTATION,-D.O.T.

-~For the D.O.T.-CONTROLS-ALL-JUDICIARY-COURTS-[A]ROUND(sic)-THE-WORLD.

-~For the ALL-COURTS-ARE-FOREIGN-VESSELS-ON-DRY-DOCK-ON-FOREIGN-LANDS with their [AD]MIRALTY(sic)-MARITIME-GOLD-FRINGE-FLAGS with the [RE]QUIRING(sic)-FOREIGN-[RE]GISTRY(sic) within the AMERICA-NATION AND of the SINCE-1999.

FOR THIS COPYRIGHT/COPYCLAIM -~1-~JULY-~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.

-~For the UNITED-STATES-CORPORATION-AND-UNITED-STATES of the AMERICA'S-[DE]CLARATION(sic) with its THIRD-BANKRUPTCY-ENDING-THIS-GOVERNMENT-STRUCTURE/CORPORATE-CHARTER with the unity-states of the AMERICA-FLAG-BEING with the CAPTURE with the LEAVING-GOVERNMENT-A-FICTION-AT-THE-[PRE]SENT(sic) with the PER-[RE]SEARCH(sic) with the :David-Wynn :Miller-FORENSIC-[E]VIDENCE(sic)-MATERIALS/:Russel-Jay-Gould,-POSTMASTER-GENERAL/CHIEF.

: <u>Vassalee</u> = Is with the <u>PUBLIC-SERVANT-[EM]PLOYEE(sic)</u> of the <u>MANDATORY-[RE]QUIREMENT(sic)</u> with the <u>HAVING-AN-[OA]TH(sic)-of-the GOVERNMENT-[OF]FICE(sic)</u> with the SERVICING/CONTRACTING of the MAN/WOMAN/PEOPLE with HIS/HER-SERVICES.

: <u>Vassalage</u> = Is with the Service of a Vassal.

: <u>Vessel</u> = Is with the Matter in the Sea of the Space, i.e. paper, person/thing/fact-mass.

: <u>Verbs</u> = Is with the THINKING within the SENTENCE-STRUCTURE: IS = SINGULAR-AND-ARE = PLURAL.

: <u>Volition</u> = For the THINKING + KNOWLEDGE = WILLFUL :CLAIM with the THINKING-KNOWLEDGE-LIFE.

: <u>Witness</u> = Is with the VIEW-AND-TREATMENT of a CLAIMANT'S-KNOWLEDGE with the FACTS.

: VEHICLE = <u>AN-[AU]TOMOBILE(sic)</u> of the <u>HIRING</u> <u>IS</u> with a USING of the <u>TRANSPORTING</u> with a <u>PERSON/GOODS</u> AND <u>[RE]CEIVING(sic)-COMPENSATION</u>. [: <u>*INTERNATIONAL-MOTOR-TRANSIT-CO.-vs.-SEATTLE*</u>-~251-P.-~120].

FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD AND QUANTUM-GRAMMAR-COPYRIGHT-OWNERS/SOLITARY-DIRECTOR: Russell-Jay: Gould's-COPYRIGHTS WITH THE NATIVITY-FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

: Page-#~_____.



## : <u>STATEMENT of the CASE</u>.

: <u>NATURE of the [PRO]CEEDING(sic).</u>
For the NATURE of the [PRO]CEEDINGS(sic) <u>IS</u> with the MUNICIPAL-COURT-TRAFFIC-MATTERS.

: <u>JUDGE/COURT/COUNTY</u>.
For the JUDGE of the MOUNT-LAUREL-MUNICIPAL-COURT IS with the JUDGE: Cory-E: Ahart.
For this COURT of this MATTER <u>IS</u> with the BURLINGTON-COUNTY.
For the [PRO]SECUTOR(sic)-:Matthew: Weng-ESQUIRE of this COURT.

: <u>[RE]SPONDENT'S-[AC]TIONS(sic)</u>.
[DIS]REGARDING(sic)-CONSTITUTIONAL-DUE-[PRO]CESS(sic) AND [PRO]CEDURE(sic)-MATTERS of the:
~1: [ES]TABLISHING(sic)-JURISIDICTION with the FORMAL-[RE]CORD(sic) AND FORMAL-COURT-[OR]DER(sic) of the [PRE]VENTING-AN-[AP]PEAL-[PRO]CESS/
~2: [PRO]CEEDING(sic) with a TRIAL without a PLEA-ON-THE-[RE]CORD(sic)-WHILE-JUDGE-ACTS-AS-COUNSEL on the BEHALF of this PETITIONER/
~3: [PRO]CEEDING(sic) with a TRIAL without any [DIS]COVERY(sic) with the [IG]NORING(sic) of the PETITIONER'S-MOTION-FILING-[RE]QUEST(sic) AND [SUB]PEONA(sic) AND LETTERS of the [DIS]COVERY(sic) with this COURT/
~4: [PRO]CEEDING(sic) with a TRIAL with the [IN]STANCE(sic) of the NOT-[AD]DRESSING(sic) of the TITLE-IV-FLAG-[IS]SUES(sic) with a COMMAND of the [IG]NORING(sic) of the PETITIONER'S-TITLE-IV-FLAG within the COURTROOM.
~5: [RE]FUSAL(sic) with the [AD]DRESSING(sic) of the CONSTITUTIONAL-[IS]SUES AND ONLY-NJ-TITLE-39-QUESTIONS <u>ARE</u> with the PERMIT within this COURTROOM OR FACT-CONTEMPT-CHARGES.
~6  For the [PRO]SECUTOR(sic)-:Matthew: Weng-ESQUIRE of this COURT <u>IS</u> with the [IG]NORING(sic) of his LEGAL-[OB]LIGATION(sic) of the [PRO]VIDING(sic)-[DIS]COVERY(sic) with the [DE]SPITE(sic) of the ROGATORY/SPECIAL-[AP]PEARANCE(sic)-MOTION AND SUBPEONA with the BACK of the 2025.
~7 For this [PRO]SECUTOR(sic) of this CASE <u>IS</u> with the [OB]JECTING(sic) of the CONSTITUTIONAL-QUESTIONS as if THE-CONSTITUTION-LACKS-[AU]THORITY(sic).



## : STATEMENT of the JURISDICTION with this DIS-TRICT-ARTICLE-III-COURT.

### ~A: JURISDICTION/POWER of this FEDERAL-DIS-TRICT-COURT: CLAIM.

~1  For the,-IN-GENERAL,-the JUDICIAL-POWER of this United-States of the America IS with the VESTING within the SUPREME-COURT,-and-within [IN]FERIOR(sic)-COURTS-AS-CONGRESS-[OR]DAINS(sic)-AND-[ES]TABLISHES.-~For the,-BOTH,-SUPREME-COURT-AND-[IN]FERIOR(sic)-COURTS,-HOLD-THEIR-[OF]FICES(sic) with the GOOD-BEHAVIOR with this PETITION.

~2  For the JUDICIAL-POWER IS with the [EX]TENTION(sic) with the ALL-CASES,-with the LAW-AND-[E]QUITY(sic),-[A]RISING(sic)-[UN]DER(sic)-ITS-CONSTITUTION,-THE-LAWS of the United-States,-AND-TREATIES-MADE,-[UN]DER(sic)-THEIR-[AU]THORITY(sic),-with the ALL-CASES of the [AD]MIRALTY(sic)/MARITIME-JURISDICTION,-WHICH-[IN]CLUDE(sic)-CASES-BETWEEN-CITIZENS of the DIFFERENT-STATES-AND-SAME-STATES;-AND BETWEEN A STATE,-OR-CITIZEN and FOREIGN-CITIZENS-OR-SUBJECTS with this PETITION.

~3  For the CIRCUIT-COURTS AND NOW-DIS-TRICT-COURTS ARE with the POWER of the [IS]SUING(sic)-WRITS of the MANDAMUS-AND-PROHIBITION,-AND-ALL-WRITS of the NECESSARY-OR-PROPER with the COMPLETE-[E]XERCISE(sic) of their JURISDICTION with the PURSUANT of their United-States-Code with the [EX]RAORDINARY(sic)-CASES with this PETITION.

~4  For the CIRCUIT-COURTS AND NOW-DIS-TRICT-COURTS ARE with the-POWER of the DIRECT-[RE]VIEW(sic) of the [AD]MINISTRATIVE(sic)-[AC]TION(sic) with the [PRE]SCRIPION(sic) of the GENERAL-LAW with this PETITION.


### ~B For the CONSTITUTIONAL-AND-STATUTORY PROVISIONS: CLAIM.

~1. For in GENERAL: SUPREMACY-CLAUSE of the CONSTITUTION IS with the ARTICLE-VI.CLAUSE-~2.1.1.3-AS with the FOLLOWING:

-~For the CONSTITUTION,-AND-THE-LAWS of the United-States,-ARE with the SHALL-BE-MADE-PURSUANT-THEREOF;-AND,-with the ALL-TREATIES-MADE,-OR-WHICH-SHALL-BE-MADE,-with the UNDER-THE-AUTHORITY-of the United-States,-ARE with the SHALL-BE-THE-SUPREME-LAW of the LAND;-AND with the JUDGES-in the EVERY-State-ARE with the SHALL-BE-BOUND-THEREBY,-with the ANY-THING in the CONSTITUTION-OR-LAWS of any STATE of the CONTRARY-ARE with the NOTWITHSTANDING.

**~C** Art1.S1.1: OVERVIEW-OF-LEGISLATIVE-VESTING-CLAUSE: ARTICLE-1,-SECTION-1:

> ALL-LEGISLATIVE-POWERS-HEREIN-GRANTED-SHALL-BE-VESTED-IN-A-CONGRESS-OF-THE-United-States,-WHICH-SHALL-CONSIST-OF-A-SENATE-AND-HOUSE-OF-REPRESENTATIVES….SCHOLARS-CONTINUE-TO-DEBATE-WHETHER-THE-FRAMERS-OR-OTHERS-PROHIBIT-CONGRESS-FROM-EMPOWERING-THE-OTHER-BRANCHES-OF-GOVERNMENT-OR-PRIVATE-ENTITIES-TO-GOVERN-PRIVATE-CONDUCT.

**~D.** ARTICLE-VI: IN-GENERAL:

> ~For this CONSTITUTION,-AND-THE-LAWS of the United-States,-**ARE** with the WHICH-SHALL-BE-MADE-IN-PURSUANCE-THEREOF;-AND-ALL-TREATIES-MADE,-OR-WHICH-SHALL-BE-MADE,-UNDER-THE-AUTHORITY of the United-States,-**ARE** with the-SHALL-BE-THE-SUPREME-LAW of the LAND;-AND-THE-JUDGES-IN-EVERY-State-**ARE** with the SHALL-BE-BOUND-THEREBY;-ANY-THING in the CONSTITUTION-OR-LAWS of any State to the CONTRARY-**ARE** with the NOTWITHSTANDING.

> ~For the SENATORS-AND-REPRESENTATIVES-BEFORE-MENTION,-AND-THE-MEMBERS of the SEVERAL-State-LEGISLATURES,-AND-ALL-EXECUTIVE-AND-JUDICIAL-OFFICERS,-BOTH of the United-States-AND of the SEVERAL-States,-**ARE** with the SHALL-BE-BOUND-BY-OATH-OR-AFFIRMATION,-TO-SUPPORT-THIS-CONSTITUTION;-BUT-NO-RELIGIOUS-TEST-**ARE** with the-SHALL-EVER-BE-REQUIRED as a QUALIFICATION-TO-ANY-OFFICE-OR-PUBLIC-TRUST-UNDER-THE-United-States.

**~E.** -~14TH-AMENDMENT: SECTIONS-~3-&-~4 ARE,-IN-GENERAL,-with the FOLLOWING:

> ~3. For the NO-PERSON-SHALL-BE….WHO-HAVING-PREVIOUSLY-TAKEN-AN-OATH,-AS-A-MEMBER….AS-AN-EXECUTIVE-OR-JUDICIAL-OFFICER of any State,-TO-SUPPORT-THE-CONSTITUTION of the United-States,-**ARE** with the-SHALL-HAVE-ENGAGED-IN-INSURRECTION-OR-REBELLIION-AGAINST-THE-SAME,-OR-GIVEN-AID-OR-CONFORT-TO-THE-ENEMIES-THEREOF.-~BUT-CONGRESS-**IS** with the MAY-BY-VOTE of the TWO-THIRDS of each HOUSE,-REMOVE-SUCH-DISABILITY.

x

:D-I.D

~4. For the VALIDITY of the PUBLIC-DEBT of the United-States,-AUTHORIZED-BY-LAW,-INCLUDING-DEBTS-INCURRED-FOR-PAYMENT-OF-PENSIONS-AND-BOUNTIES-FOR-SERVICES-IN-SUPPORTING-INSURRECTION-OR-REBELLION,-**ARE** with the SHALL-NOT-BE-QUESTIONED.-~For the BUT-NEITHER-THE United States-NOR-ANY State-**ARE** with the SHALL-ASSUME-OR-PAY-ANY-DEBT-OR-OBLIGATION-INCURRED-IN-AID-OF-INSURRECTION-OR-REBELLION-AGAINST-THE United States,-OR-ANY-CLAIM-FOR-THE-LOSS-OR-EMANCIPATION of any SLAVE;-BUT-ALL-SUCH-DEBTS,-OBLIGATIONS-AND-CLAIMS-**ARE** with the SHALL-BE-HELD-ILLEGAL-AND-VOID.

~F.For the-~28-U.S.CODE-§-~2072: RULES-OF-PROCEDURE-AND-EVIDENCE;-POWER-TO-PRESCRIBE.-~For the IN-GENERAL:

~a.:THE-SUPREME-COURT-**ARE** with the SHALL-HAVE-THE-POWER with the PRESCRIBING-GENERAL-RULES of the PRACTICE-AND-PROCEDURE-AND-RULES of the [E]VIDENCE(sic)-FOR-THE-CASES in the UNITED-STATES-DISTRICT-COURTS with the INCLUDING-PROCEEDINGS-BEFORE-MAGISTRATE-JUDGES-THEREOF,-AND-COURTS-OF-APPEALS.

~b.:SUCH-RULES-**ARE** with the SHALL-**NOT-ABRIDGE**,-**ENLARGE-OR-MODIFY-ANY-SUBSTANTIVE-RIGH**T.-~ALL-LAWS-IN-CONFLICT with the SUCH-RULES-**ARE** with the SHALL-BE of no FURTHER-FORCE-OR-EFFECT-AFTER-SUCH-RULES-HAVE-TAKEN-EFFECT.

~c.:SUCH-RULES-MAY-DEFINE-**ARE**,-WHEN-A-RULING of a DISTRICT-COURT-IS-FINAL,-for the PURPOSES-OF-APPEAL-UNDER-SECTION-~1291 of this TITLE.

~G.CODES of the CONDUCT of the JUDGES/ATTORNEYS: CLAIM.

~With the **Code of Conduct-for-United-States-Judges** ARE with the **CANONS** with the DUTY of the MAKING-LEGAL-DECISIONS with the BASIS of the [RE]VIEWING(sic)-DOCUMENTS,-HEARING-[AR]GUMENTS(sic),-WEIGHING-THE-FACTS-AND-[IS]SUES(sic) with an [IM]PARTIAL(sic)-RULING,-while the [AS]SURING(sic)-ALL-PARTIES-[IN]VOLVE(sic) of the BEING-with the TREATMENT of the FAIRNESS,-AND-with the MAINTAING-PUBLIC-TRUST within the JUSTICE-SYSTEM.-~For the JUDGE'S-DUTY **IS** with the BEING-[IN]DEPENDENT(sic),-JUST,-AND-FAIR.-~For the JUDGE'S-DUTY **IS** with the DECIDING-EACH-CASE on its OWN-MERITS with the USING-ONLY-LEGAL-[AU]THORITY(sic) of the STATUTES/CODES with that ARE with the PASSING-BY-the-CONGRESS-AND-CONSTITUTIONAL-PROVISIONS.-~For the JUDGE'S-DUTY **IS** with the PROHIBITION of the RULING on the BASIS of the WHAT-THEY-BELIEVE **IS** with the

xi

MAKING-THE-LAW-BETTER-OR-HOW-IT-[AF]FECTS(sic)-HIM/HER-
PERSONALLY-OR-POLITICALLY.

~H:With the **MODEL**-AND-**STATE-RULES of the PROFESSIONAL-CONDUCT** ARE
with the [AT]TORNEYS(sic):

-[AT]TORNEYS(sic) **ARE** with the DUTY of the CANDOR,-AND-

-[AT]TORNEYS(sic) **ARE** with the DUTY of the NOT-[AC]TINGS(sic)-
AS A-CLIENT'S-WITNESS of the FACTS.

-[AT]TORNEYS(sic) **ARE** with the DUTY of the NOT-AILING/AIDING-
AND-[A]BETTING-CLIENTS-with the COMMISSION of a CRIME.

~I.For in GENERAL: FEDERAL-RULES of the APPELLATE-PROCEDURE:
RULE-~21: WRITS of the MANDAMUS-AND-PROHIBITION,-AND-OTHER-
EXTRAORDINARY-WRTIS.

~a. :MANDAMUS-OR-PROHIBITION-TO-A-COURT: Petition,-Filing,-
Service,-and-Docketing.

~1.:A-PARTY-PETITIONING-FOR-A-WRIT-OF-MANDAMUS-OR-PROHIBITION-
DIRECTED-TO-A-COURT-**IS** with the MUST-FILE-A-PETITION with the
CIRCUIT-CLERK-AND-SERVE-IT-ON-ALL-PARTIES-TO-THE-PROCEEDING
in the TRIAL-COURT.-~:THE-PARTY-MUST-ALSO-PROVIDE-A-COPY-TO-
THE-TRIAL-COURT-JUDGE.-~ALL-PARTIES-TO-**THE-PROCEEDING in the
TRIAL-COURT,-OTHER-THAN-THE-PETITIONER,-ARE**-as the
RESPONDENTS-FOR-ALL-PURPOSES…..

~c.:OTHER-EXTRAORDINARY-WRITS **ARE** with the: AN-APPLICATION for
an EXTRAORDINARY-WRIT-OTHER-THAN-PROVIDED-FOR-IN-RULE-~21a-
MUST-BE-MADE-BY-FILING-A-PETITION-with the CIRCUIT-CLERK-AND-
SERVING-IT-ON-THE-RESPONDENTS.

~For the,-IN-SUMMARY,-WITHIN-THIS-PETITIONER'S-FACTS-AND-FORENSIC-
[E]VIDENCES(sic)-**ARE** with the [DE]MONSTRATING(sic) of the BLATENT-
LACK of the GOOD-BEHAVIOR of the LOWER-COURT,-LACK of the
PERFORMING-THEIR-DUTIES within the PRESCRIPTION of the CODES with
the POINT of the CONSTITUTIONAL-VIOLATIONS, PARTICULARLY with the
BASIC-DUE-PROCESS of the PLEADING/ASKING-WHAT-LAW AND FLAG with the
BEING-IN-USE of the [PRE]PARING(sic)-A-[DE]FENSE(sic) with the
COURT'S-PURPOSE of the [OP]ERATING(sic) with the
[IN]TIMIDATION(sic)-[A]GAINST(sic)-LITIGANTS.



: [IS]SUE(sic) of the [PRE]SENT(sic).

For the WHETHER-THE-LOWER-COURT-JUDGE/[PRO]SECUTOR(sic)-ON-BEHALF-of-the-MOUNT-LAUREL-MUNICIPAL-COURT-CORP. <u>ARE</u> with the LEGAL-[AU]THORITI(sic)-PURSUANT of the <u>[OR]GANIC(sic)-CONSTITUTIONS of the Unity-States for the America AND New-Jersey-state</u>/<u>BILLS of the RIGHTS</u>/FEDERAL AND State-LAWS/STATUTES/CODES/RULES of the [E]VIDENCE(sic)/[E]THICS(sic) with the [DIS]REGARDING(sic)-CONSTITUTIONAL-DUE-[PRO]CESS(sic) AND [PRO]CEDURE(sic)-MATTERS of the:

~1: [ES]TABLISHING(sic)-JURISIDICTION with the FORMAL-[RE]CORD(sic) AND FORMAL-COURT-[OR]DER(sic) of the [PRE]VENTING-AN-[AP]PEAL-[PRO]CESS/

~2: [PRO]CEEDING(sic) with a TRIAL without a PLEA-ON-THE-[RE]CORD(sic)-WHILE-JUDGE-ACTS-AS-COUNSEL on the BEHALF of this PETITIONER/

~3: [PRO]CEEDING(sic) with a TRIAL without any [DIS]COVERY(sic) with the [IG]NORING(sic) of the PETITIONER'S-MOTION-FILING-[RE]QUEST(sic) AND [SUB]PEONA(sic) AND LETTERS of the [DIS]COVERY(sic) with this COURT/

~4: [PRO]CEEDING(sic) with a TRIAL with the [IN]STANCE(sic) of the NOT-[AD]DRESSING(sic) of the TITLE-IV-FLAG-[IS]SUES(sic) with a COMMAND of the [IG]NORING(sic) of the PEITIIONER'S-TITLE-IV-FLAG within the COURTROOM/

~5: [RE]FUSAL(sic) with the [AD]DRESSING(sic) of the CONSTITUTIONAL-[IS]SUES AND ONLY-<u>NJ-TITLE-39-TRAFFIC-VIOLATION</u>-QUESTIONS <u>ARE</u> with the PERMIT within this COURTROOM OR BE-SANCTION of the CONTEMPT with the COURT.



## : <u>STATEMENT of the FACTS</u>.

~1 For this CLAIMANT/PETITIONER of this MATTER <u>IS</u> with the KNOWLEDGE AND CONDITION of the MIND with the FACTS.

~2 For this CLAIMANT/PETITIONER of this MUNICIPAL-COURT-MATTER <u>IS</u> with the BEING-A-NON-CITIZEN of the <u>Uniti-States-of-this-AMERICA</u> with the BASE-UPON-MY-RELIGIOUS-BELIEFS/NATIONAL-[O]RIGIN(sic)/RACE of the PARTICULARLY with the [A]PPARENT(sic)-[E]ROSION(sic) of the [O]RGANIC(sic)-CONSTITUTION AND LAWS with the <u>NON-TITLE-IV-FOUR-COLOR-FLAG</u> with the EITHER-A-SPEAR [MEANING-MARSHAL-LAW] OR VATICAN/POSTAL [MEANING-BANKING]-TOP of the [DIS]PLAYING(sic) within the MANY-GOVERNMENT-NOW-CORPORATIONS-[EN]TITIES.

~3 For this CLAIMANT/PETITIONER of this MATTER <u>IS</u> with the THREE-OLDER-BROTHERS of the SERVING-THE-MILITARY AND WE-BELIEVE with the GOD-FAMILY-COUNTRY.

~4 For this CLAIMANT/PETITIONER of this MATTER <u>IS</u> with the UNDER-THE-TITLE-IV-§~1/§~2/§~3-AMERICAN-FLAG with the [O]RGANTIC-CONSTITUTION AND BILL of the RIGHTS.

~5 For this CLAIMANT/PETITIONER of this MATTER <u>IS</u> with the KNOWLEDGE AND PEACE-AND-NEUTRALITY of the <u>NOW-TIME-JURISDICTION</u> with the USE of the <u>ONE-WORD-ONE-MEANING</u> with the USE of the <u>CORRECT-SENTENSE-STRUCTURE-COMMUNICATION-PARSE-SYNTAX-GRAMMAR-PERFORMANCE</u> with the USE of the <u>QUANTUM-GRAMMAR-MATHEMATICAL-[IN]TERFACE(sic)</u>.

~5 For the LACK of this QUANTUM-GRAMMAR-[IN]TERFACE(sic) <u>IS</u> with the COMMUNICATING-FALSE AND FRAUDULENT-COMMUNICATION with the MIS-LEADING of the MEN/WOMEN within the <u>WE-OF-THE-PEOPLE-COMMUNITY</u>.

~6 For this CLAIMANT/PETITIONER of this MATTER <u>IS</u> with the [RE]CEIVING(sic)-ON/BY-~10/~28/~2024-TWO-[DIS]PUTABLE(sic)-WRITINGS within the BOXES with the NUMBERS-~007787 AND ~007789 of the MOUNT-LAUREL-MUNICIPAL-COURT-CORPORATION by their [EM]PLOYEE(sic).

~7 For this CLAIMANT/PETITIONER of this MATTER <u>IS</u> with the LACK of the KNOWLEDGE of this WRITING with the NUMBER-~007788.

~8 For this <u>CLAIMANT/PETITIONER</u> of this MATTER <u>IS</u> with the ON/BY-NOVEMBER-~2024 of the FILING-A-SPECIAL-[AP]PEARANCE(sic)/ROGATORY-MOTION with the [OB]JECTION(sic) of the PERSONAL-JURISDICTION AND [RE]QUEST(sic) of the [DIS]COVERY(sic)-[IN]CLUDING(sic)-COPIES with the OATHS of their [AU]THORITIES.

~9 For a HEARING of CLAIMANT'S/PETITION'S-MOTION <u>IS</u> with the HAD SOMETIME with the FEBRUARY-2025 AND JUST-THE-JURISDICTION-MATTER of this HEARING.

:D∴S

~10 For this JUDGE-Cory of his DECISION IS with the COURT-HAVING-PERSONAL AND SUBJECT-MATTER-JURISDICTION with a FAILURE of the [EX]PLAINING(sic) with the NATURE-AND-CAUSE of the COURT'S-CLAIMS with the PURSUANT of the CONSTITUTION AND with his CLAIM of the MATTER-BEING-A-QUASI/HYBRID of the CIVIL/CRIMINAL AND HIS-[AD]MIRALTY(sic)-MARITIME-LAW-FLAG-HAS-NOTHING with the HAVING-NO-[IM]PORTANCE(sic).

~11 For this CLAIMANT/PETITIONER at the HEARING-CONCLUSION IS with the ASKING of a COPY with the STATUTE-THE-JUDGE-CITES AND HE-[RE]FUSES(sic).

~12 For this CLAIMANT/PETITIONER seeks a STAY-PENDING-PENDETE-LITE-[AP]PEAL(sic) IS with the CONCLUSION of this HEARING.

~13 For this CLAIMANT/PETITIONER of this HEARING IS with the [OR]DERING(sic)-A-CD-[RE]CORDING(sic) of this HEARING AND THE-CD-PROVES-[IN]AUDIBLE(sic) with the TRANSCRIBER.

~14 For this CLAIMANT/PETITIONER of this [IN]AUDIBLE(sic)-CD IS with the [PRE]PARING(sic) AND FILING-A-PENDENTE-LITE-[AP]PEAL(sic) with the SUPERIOR-COURT of the BURLINGTON-COUNTY with a COPY of the [AP]PEAL(sic)-ON-CONSTITUTIONAL-GROUNDS with their ATTORNEY-GENERAL.

~15 For the SUPERIOR-COURT on the [AP]PEAL(sic) IS with the SEEKING-A-COPY of the MUNICIPAL-COURT-[DE]CISION(sic)-ORDER AND THE-COURT'S-COMPUTER-ADMINISTRATION-SHOWS-A-LACK of such A-DECISION.

~16 For the CLAIMANT/PETITION'S-[AP]PEAL(sic) IS with the [RE]TURN(sic) with the [UN]TIL(sic)-THE-JUDGE-WRITES-THE-ORDER.

~17 For the CLAIMANT/PETITIONER of this [AP]PEAL(sic)-FILING IS with the SENDING THE COURT-JUDGE-A-LETTER-[RE]QUEST(sic) of this ORDER with the NO-[A]VAIL(sic) of this CURRENT-DATE.

~18 For the ON/BY-SEPTEMBER-~2025 of this MATTER IS with the COURT-HEARING AND AN-AMBUSH-TRIAL without A-PLEA on the RECORD/without this ORDER AND without the [DIS]COVERY(sic).

~19 For the ON/BY-SEPTEMBER-~2025 of this MATTER IS with the JUDGE-[PRE]SUMING(sic)-A-PLEA on the BEHALF of this CLAIMANT/PETITIONER as an [AT]TORNEY/COUNSEL.

~20 For the ON/BY-SEPTEMBER-~2025 of this HEARING IS with the COURT-JUDGE-THREATENTING of the COMTEMPT with the COURT of the MENTION-about the ORDER AND CONSTITUTION AND ONLI-TITLE-39-CAN-BE-MENTION.

~21 For the ON/BY-SEPTEMBER-~2025 of this HEARING IS with this COURT-JUDGE-STATING:  IF-THIS-PETITIONER-WRITES-A-SIMPLE-LETTER-WITHOUT-THE-FLAG-AND-STAMPS-HE-MAY-CONSIDER-PROVIDING-AN-ORDER with the [RE]LEASE(sic) of the [DIS]COVERY(sic) AND A CONTINUANCE.

~22 For the ON/BY-SEPTEMBER-~15,~2025 of this LETTER IS with this CLAIMANT-WRITING-AND-SENDING-A-LETTER with the DENYING-PUTTING-DOWN-HER-FLAG/STAMPS AND QUANTUM-GRAMMER.

xv



~23 For this CLAIMANT/PETITIONER of this MATTER <u>IS</u> with the LACK of the DISCOVERY/A-PLEA-ON-THE-RECORD AND COURT-TRIAL-DATE of the MARCH-~11,~2026 with the VIOLATIONS of her CONSTITUTIONAL-DUE-PROCESS-RIGHTS with the CAUSING-IRREPARABLE-HARM/DAMAGES.



## : For the ARGUMENT.

I  **THE-USE-OF-THE-QUANTUM-GRAMMAR-VOIDS-ALL-WRITING-COMMUNICATIONS of the MOUNT-LAUREL-MUNICIPAL-COURTS with the VIOLATION of the USING-FICTICIOUS-FRAUDULENT-GRAMMAR with the [IN]TENTION(sic) of the DECEPTION.**

~1 For this COURT-JUDGE'S-NERVOUS-ACTS of this CASE **IS** with the [EX]PLANATION of the COURT'S-KNOWLEDGE with the USE of the FICTICIOUS-FRAUDUMENT-GRAMMAR with their [IN]TENTIONS of the [DE]CEIVING(sic) of the ANY-MAN/WOMAN with the COMING-IN-A-COURTROOM.

~2 For the TITLE -~18:-~1001 AND -~1002 ARE with the READING:
:TITLE-~18: **D.-C.-C.-S.**-~1001: **FRAUD-AND-FALSE-STATEMENTS**.
  ~1 For the WHOEVER of the **UNITED-STATES/[AG]ENCI(sic) IS** with the KNOWINGLI(sic) AND WILLFULLI(sic) of the FALSIFYING/CONCEALING/COVERS-UP with the MATERIAL-FACT OR MAKES-[A]NI(sic)-FALSE-FICTICIOUS OR FRAUDULENT-STATEMENTS OR [RE]PRESENTATIONS(sic) OR [US]ES(sic)-FALSE-WRITING OR DOCUMENT of the KNOWING with the FALSE/FICTITIOUS/FRAUDULENT-STATEMENTS.
  ~2 For the PENALTI of this ACT **IS** with the FINE: $ ~10,000.00-GOLD-STANDARD.

   : TITLE-~18: **D.-C.-C.-S.**-~1002: **[POS]ESSION(sic) of the FALSE-DOCUMENTS.**
  ~1 For the **WHOEVER** of the **[U]NITED(sic)-STATES/[A]GENCY(sic) IS** with the **[POS]SESSION(sic)/[US]ES(sic)** of the **FALSE-DOCUMENTS** with the **FALSE-FICTICIOUS** OR **FRAUDULENT-STATEMENTS** OR **[RE]PRESENTATIONS(sic)**.
  ~2 For the **PENALTI** of this **ACT IS** with the FINE: $ ~10,000.00-GOLD-STANDARD.

~3 For the COURT'S-TICKETS with the TEXT-IN-A-BOX **ARE** with the VIOD as per the STYLES-MANUAL AND FALSE-DOCUMENTS.

~4 For the MOUNT-LAUREL-COURT of this MATTER IS with the LEGAL-[RE]QUIREMENT(sic) of the STOPPING-AND-CORRECTING.

~5 For the LAW-READS:
~For the TITLE-~42: **D.-C.-C.-S.**-~1986: **STOPPING & CORRECTING** of a **WRONG IS** with the KNOWLEDGE/RECKLESS/NEGLECT.



~For the [E]VERI(sic)-PERSON-KNOWINGLI(sic)/RECKLESSLI(sic)/ NEGLIGENTLI(sic)-FAILING of the STOPPING/CORRECTING-A-WRONG ARE with the LIABLE of the CLAIMANT'S-[IN]JURI(sic) with the $ 5,000.00-GOLD-STANDARD-DAMAGES.

~6 For the MOUNT-LAUREL-MUNICIPAL-COURT-CASE IS with the VACATE of the JUST with this CRIMINAL-ISSUE-ALONE.

II. For the FLAG-ISSUES with the VIOLATION-CONSTITUTIONAL-RIGHTS.
~7 For the [DIS]PLAY(sic) of the [AD]MIRALTI-MERITIME-LAW-FLAGS-WITH- THE-VATICAN/POSTAL OR SPEAR-TOPPING ARE with the [DE]MONSTRATION(sic) of the MOUNT-LAUREL-MUNICIPAL-COURT- ACTING/PERFORMING-OUTSIDE of the CONSTITUTION/LAWS/COURT-RULES with the [A]GAINST(sic)-THIS-NON-CITIZEN/NON-MEMBER of this COURT'S- FOREIGN-CHARTER.

~8 For this CONTRACT-VESSEL of this CASE IS with the [RE]-WRITE of the CONSTITUTION/BILL of the RIGHTS/TITLES/CODES/RULES with the QUANTUM- GRAMMAR with the [EN]SURING(sic) of the ONE-WORD-ONE-MEANING—FACTS AND NOT-FICTION/SUBJECTIVE-BABBLE within this PETITION.

~9 For the TITLE-~IV-FLAG of this DOCUMENT/FILING IS with the SUPERIOR of the MUNICIPAL-COURT'S-NON-TITLE-IV-FLAG.
For the TITLE-~4: D.-C.-C.-S.-~1/-~2/-~3-LAW of this FLAG: CLAIMING-FLAG-JURISDICTION/NOW-TIME-VENUE with the PATENT/COPY- RIGHT.
~1 For the JURISDICTION of the FLAG: TITLE~4: D.-C.-C.-S.-~1/-~2/-~3 IS with the CLAIM of the BOARD-MEMBERS with this [U]niti(sic)- States-CORPORATION-VESSEL of the [A]CRONYM(sic) with the U.-S.- C.-V. of this CONSTITUTION-RULES/LAWS/CODES with the CORRECT- SENTENCE-STRUCTURES of the QUANTUM-COMMUNICATION-FACTS with the NOW-TIME-JURISDICTION by the CLAIM of the LIFE- CERTIFICATE/CLAIMANTS'-KNOWLEDGE.
~2 For this TITLE-~4-FLAG on this U.-S.-C.-V. IS with this COPYRIGHT-CLAIM.
~3 For the [AU]THORITI(sic) of this U.-S.-C.-V. ARE with the CLAIM of the SEA-TREATIES/SEA-PASS/DIALOGUE-TREATI(sic)/HEAR- TREATI(sic)-DROGUE-LAW-TREATI(sic)/TRUSTS/POSTAL-TREATI(sic) by this CLAIMANT.
~4 For this CONTRACT/CONSTITUTION/TREATI(sic)/TRUST/ BRIEFS/[OA]THS(sic)/DOCUMENTS of the CLAIMANT'S-KNOWLEDGE ARE with the [O]PEN(sic)-MARKET-CLAIMS of the CLOSURE/[DIS]COVERI(sic)/ [DE]LIVERI(sic) with the QUANTUM-COMMUNICATION-METHODS by the VESSEL'S-PEOPLE/PAPERS/CONTRACTS/CORPORATIONS/ TREATIES/PLEADINGS/BRIEFS.

xviii

III For the MUNICIPAL-COURT of this MATTER IS with the LACKING-JURISDICTION AND MUST-BE with the [DIS]MISS(sic).

~10 For the LAW-READS:

~I For this LACK-OF-THE-SUBJECT-MATTER-JURISDICTION of this [IS]SUE(sic) IS with the [PER]MISSABLE(sic) of the RAISING-AT-[AN]I(sic)-POINT with the LITIGATION-[PRO]CESS(sic) of the [E]VEN(sic) with the PARTIES-[PRE]VIOUSLI(sic)-[AR]GUE(sic) of the [EX]ISTING(sic)-SUBJECT-MATTER-JURISDICTION with the [EX]ISTING(sic) by the LII-WEX-LAW.COM.

~J For the COURT of a LEGAL-CASE IS with the [AU]THORITI(sic) of the [DIS]MISSING(sic) with the CASE of the SUA-SPONTE-ON-IT'S-OWN with the LACK-OF-THE-SUBJECT-MATTER-JURISDICTION of the [RE]FERANCE(sic) with the FEDERAL-RULE-of-the-CIVIL-[PRO]CEDURES(sic)-~12-~b-~1 by the LII-WEX-LAW.COM.

~K For the FEDERAL-COURTS of a LEGAL-CASE ARE with the [PRE]SENCE(sic) OR [AB]SENCE(sic) of the CONSTITUTIONAL-STANDING with the BEING-A-[RE]QUIREMENT(sic) by the LII-WEX-LAW.COM.

~L For the STANDING-DOCTRINE of the CONSTITUTION ARE with the [AR]TICLE(sic)-III-COURTS-[RE]QUIREMENT(sic) of the FEDERAL-COURTS with the [AD]JUDICATING(sic) of the [ON]LI(sic) with the CASES OR CONTROVERSIES of the COMPRISING with an [AC]TUAL(sic)-[IN]JURI(sic)-OF-THE-[RE]DRESS(sic) by the LII-WEX-LAW.COM.

~11 For the SIXTH-AMENDMENT of the BILL of the RIGHTS IS with the [EN]SURING(sic) the NATURE AND CAUSE AND WHETHER-COMMON-LAW OR ADMIRALTY of the CRIMINAL-CASES with the [RE]VEAL of the PERMITTING-[PRE]PARATION(sic) of a LEGAL-DEFENCE.

For the LAW-READS:
: [A]MENDMENT(sic)-~VI of the RIGHTS ARE with the [AC]CUSE(sic)-PERSONS/PEOPLE of the CRIMINAL-CASES with the HAVING-[PRO]TECTIONS(sic)-[A]GAINST(sic)-THE-GOVERNMENT.

~1 For the ALL-CRIMINAL-[PRO]SECUTIONS(sic) of the PERSON/PEOPLE ARE with the [EN]JOYMENT(sic) of the FOLLOWING-RIGHTS:

~1 : SPEEDY AND PUBLIC-TRIAL.

~2 : [IM]PARTIAL(sic)-JURI(sic) of the STATE-AND-DISTRICT ARE with the PLACE of the CRIMINAL-ACT where the DISTRICT-[AS]CERTAINS(sic)-THE-LAWS.

~3 : [IN]FORMS(sic)-THE-PERSON/PEOPLE of the NATURE-AND-CAUSE ARE with the [AC]CUSATION(sic) of the [PUR]POSE(sic) with the

CORRECT-[PRE]PARATION(sic) of the CORRECT-LEGAL-[DE]FENSES(sic) with [a]ni(sic) CRIMINAL-CASE-AT-HAND.

~a: <u>NATURE</u>=For the WHETHER of the <u>CIVIL</u> OR <u>CRIMINAL</u>.

~1 For the <u>CASES</u> of the <u>NAMING-A-State-AS-A-PARTI(sic)</u> <u>ARE</u> with the <u>CIVIL-IN-NATURE</u> AND <u>FEDERAL-COURT-JURISDICTION</u> with the State of the BEING-A-PARTI(sic) with the [AC]TION(sic).

~2 For the <u>CASES</u> of the <u>NAMING-A-State-AS-A-PARTI(sic)</u> <u>ARE</u> with the <u>CRIMINAL-IN-NATURE</u> AND <u>State-COURT-JURIDICTION</u> with the State of the BEING-A-PARTI(sic) with the [AC]TION(sic).

~b. For the <u>CRIMINAL-CASES</u> of this <u>CONSTITUTION</u> <u>ARE</u> with the <u>GRANTING</u> of the <u>ONLI(sic)-TWO-TYPES</u> within the <u>CRIMINAL-JURISDICTIONS</u>: <u>COMMON-LAW</u> OR <u>[AD]MIRALTI(sic)-MARITIME</u> AND <u>NO-HYBRIDS</u>.

~1 For the <u>COMMON-LAW</u> of the <u>CRIMINAL-JURISDICTION</u> <u>IS</u> with the <u>[RE]QUIREMENT(sic)</u> of a <u>PARTI(sic)</u> with an <u>[IN]JURI(sic)</u>.

~a For a <u>CRIME</u> with the <u>[EX]ISTING(sic)</u> <u>IS</u> with the <u>MANDATORI(sic)-[RE]QUIREMENT(sic)</u> of a <u>PARTI(sic)</u> with an <u>[IN]JURI(sic)</u> of the [U]SING(sic) with the TERM: <u>CORPUS-[DE]LICTI(sic)</u>. ~For the <u>CITING</u>: *<u>SHERER-V-CULLEN</u>*-[~481-F-~945.]

~b For the <u>[E]VERI(sic)-TRIAL</u> of a <u>[PRO]SECUTION(sic)</u> <u>IS</u> with the <u>[PRO]SECUTOR(sic)</u> of the <u>PROVING</u> with the <u>A-CORPUS-[DE]LECTI(sic)</u> OR <u>BODI(sic)</u> of a CRIME: <u>THE-FACT</u> of an <u>[IN]JURI(sic)/LOSS</u> OR <u>HARM</u> AND <u>[EX]ISTANCE(sic) of a CRIMINAL-ACT</u> with the <u>CAUSE</u>. ~For the <u>CITING</u>: *<u>PEOPLE-V-SAPP</u>*-[~73-P-~3d-~433-at-~467-(Cal.-~2003).]

~12 For the MUNICIPLE-COURT-JUDGE of this MATTER <u>IS</u> with the NOT-WANTING of the [RE]VEALING(sic)-USING-[AD]MIRALTI-LAW which the [RE]QUIRES-A-CONTRACT with a WRITING-WHICH-FAILS of the [EX]ISTING(sic).

~13 For the MOUNT-LAUREL-CASE in this MATTER <u>IS</u> with the MUST BE of the VOID/VACATE.

**IV  <u>For the FAILURE of the PROVIDING-DISCOVERY/COURT-ORDER ARE with the SIGNIFICANT-DUE-PROCESS-ISSUES.</u>**

~14 For this BAD-ACT of the COURT-JUDGE AND [PRO]SECUTOR ARE with the VIOLATING-DUE-PROCESS as per VI-AMENDMENT-ABOVE-BUT-ALSO of the CRIMINAL-ACTS.

~15 For the LAW-READS:
: TITLE-~18: <u>D.-C.-C.-S.</u>-~241: <u>CRIMINAL-CONSPIRACI(sic)-[A]GAINST(sic)-RIGHTS</u>=TORT.

xx



~1 For the <u>TWO OR MORE-PERSONS</u> of the <u>CONSPIRING</u> <u>ARE</u> with the [IN]<u>JURING(sic)</u>/[OP]<u>PRESSING(sic)</u>/<u>THREATENING</u> OR [IN]<u>TIMIDATING(sic)</u> of the [A]<u>NI(sic)-PERSON</u> within the State/Territori(sic)/POSSESSION OR [DIS]TRICT(sic) of the <u>FREE-</u>[E]<u>XERCISE(sic)</u> OR [EN]<u>JOYMENT(sic)</u> of the [A]<u>NI(sic)-RIGHT</u> OR [PRI]<u>VILEGE(sic)</u> of the <u>SECURE</u> with the [U]<u>niti(sic)-States-CONSTITUTION</u> OR <u>LAWS</u> OR [EX]ERCISES(sic) with the SAME.

For the OR:

~2 For the <u>TWO OR MORE-PERSONS</u> of the [DIS]<u>GUISING(sic)-ON-THE-HIGHWAY OR ON-THE-</u>[PRE]<u>MISES(sic)</u> of the [AN]<u>OTHER(sic)</u> <u>ARE</u> with <u>VICTIM'S-FREE-</u>[EX]<u>ERCISE(sic)</u> OR [EN]<u>JOYMENT(sic)</u> with the [A]<u>NI(sic)-RIGHT</u> OR [PRI]<u>VILEGE(sic)</u> with the <u>SECURE</u> of the [U]<u>niti(sic)-States-CONSTITUTION</u> OR <u>LAWS</u> OR [EX]ERCISES(sic) with the SAME.

: <u>PENALTI(sic)/DAMAGES</u>:

~1 For the [OF]<u>FENDERS(sic)</u> of these ACTS <u>ARE</u> with the PAYING-A-FINE OR [IM]PRISON(sic) of the NOT-MORE with the TENS-YEARS OR BOTH.

~2 For the <u>PENALTI(sic)/FINES</u> of the [IN]CREASES(sic) <u>ARE</u> with the CAUSING-DEATH/KIDNAPPING/SEXUAL-[A]BUSE(sic) OR [AT]TEMPTS(sic) of the KILLING with the ACTS.

: AND:

: TITLE-~18: <u>D.-C.-C.-S.</u>-~242: [DE]<u>PRAVATION(sic)</u> of the <u>RIGHTS</u> with the [UN]<u>DER(sic)</u> of the <u>COLOR</u> with the <u>LAW</u>.

~1 For the <u>WHOEVER</u> of the [UN]<u>DER(sic)-</u>[A]<u>NI(sic)-COLOR-OF-THE-LAW/STATUTE/</u>[OR]<u>DINANCE(sic)/</u>[RE]<u>GULATION(sic)</u> OR <u>CUSTOM</u> <u>ARE</u> with the <u>WILLFULI(sic)-SUBJECTING</u> of the [A]<u>NI(sic)-PERSON</u> within the State/Territori(sic)/POSSESSION OR [DIS]TRICT(sic) of the [DE]PRIVATION(sic) with the [A]<u>NI(sic)-RIGHT/</u>[PRI]<u>VILEGE(sic)/</u>[IM]<u>MUNITIES(sic)</u> of the <u>SECURITI(sic)</u> OR [PRO]TECTION(sic) with the [U]<u>niti(sic)-States-CONSTITUTION</u> OR <u>LAWS</u>  OR with the <u>SUBJECT-</u>[A]<u>NI(sic)-PERSON</u> of the [DIF]FERENT(sic)-<u>PUNISHMENTS/PAINS</u> OR <u>PENALTIES</u> with the BASIS of the PERSON-BEING-AN-[A]LIEN(sic)/NATIONAL-[OR]IGIN(sic) OR REASON of his/her COLOR OR RACE with the COMPARABLE-CITIZENS.

: <u>PENALTI(sic)/DAMAGES</u>:

~1 For the [OF]<u>FENDER(sic)</u> of this STATUTE <u>IS</u> with the <u>FINE.</u> [IM]<u>PRISONMENT(sic)</u> of the NOT-MORE with the <u>ONE-YEAR</u> OR <u>BOTH</u>.

~2 For the [OF]<u>FENDER(sic)</u> of this STATUTE <u>IS</u> with the <u>CAUSING</u> <u>BODILI(sic)-</u>[IN]<u>JURI(sic)</u> OR with the [OF]<u>FENDER(sic)-</u>[U]<u>SES(sic)</u> OR [AT]<u>TEMPTS(sic)</u> of the [U]<u>SING(sic)-THREATS</u> with a <u>DANGEROUS-WEAPON/</u>[EX]<u>PLOSIVES(sic)/FIRE</u> of the



[RE]CEIVES(sic)-[IM]PRISONMENT(sic) with the NOT-MORE-THAN-TEN-YEARS OR A FINE OR BOTH.

~3 For the **PENALTI(sic)/FINES** of the **[IN]CREASES(sic)** **ARE** with the **CAUSING**-DEATH/KIDNAPPING/SEXUAL-[A]BUSE(sic) OR [AT]TEMPTS(sic) of the KILLING with the ACTS.

## CONCLUSION

For the QUANTUM-GRAMMAR/CONSTITUTIONAL-RIGHTS-VIOLATIONS/BAD AND CRIMINAL-ACTS by these VASSALLEE ARE with the MERIT of the [DIS]MISSING(sic)-THEIR-CASE.

**For the COMMAN/[RE]LIEF-SOUGHT**:

~1 For at the MINIMUM of this CASE **IS** with the BEING of the DISMISS with the [EN]TIRETY{sic}.

~2 For the MONETARY-DAMAGES.

~For this CLAIMANT/PETITIONER of this MATTER **IS** with the CLAIM of the FACTS with the TRUE of the BEST with this CLAIMANT'S-KNOWLEDGE.

-~For the [RE]SPECTFULLY(sic).

: BY: _Dorkas-Iris: Delgado-Shafer_.

: AUTOGRAPH/AGENT.

: ALL-RIGHTS ARE with the [RE]SERVE(sic) without the PREJUDICE.

xxii

: D - I . D .

## :CERTIFICATION of the SERVICE of the PROCESS.

For this CLAIMANT/PETITIONER of this MATTER IS with the CERTIFYING of the PROVIDING-SERVICE of the PROCESS with the FOLLOWING-PERSONS of the HAND-DELIVERY-ON/BY ~3/11/26:

   : COURT-CLERK/JUDGE-AHART AND : [PRO]SECUTOR(sic):
MATTHEW-WENG,-ESQ.
:MOUNT-LAUREL-MUNICIPAL-COURT,-CORP.
~750: CENTERTON-ROAD.
:MOUNT-LAUREL, [NEW-JERSEY].
                [~08054].

: AND:

   : COURT-CLERK/[AS]SIGN-JUDGE
   : ARTICLE-III-COURT.
   : FEDERAL-DIS-TRICT-COURT of the CAMDEN-COUNTY.
   : MITCHELL-H.-COHEN-BUILDING & U.S.-COURT-HOUSE.
~4TH & COOPER-STREETS-ROOM-~1050.
CAMDEN,-[NEW-JERSEY] [~08101].

   : BY: _Dorkas-Iris: Delgado Shafer._
   : AUTOGRAPH/AGENT.
   : ALL-RIGHTS ARE with the
[RE]SERVE(sic) without the PREJUDICE.

xxiii





: Title-~4: D.-C.-C.-S.:-§~1/§~2/§~3. : U.S.-PEACE-FLAG. : FOUR-CORNER-RULE/RULE~ONE-RULE-EQUAL.
:C.-S.-S.-C.-P.-S.-G.-P./FLAG of this          : FEE of the FREIGHT/POSTAGE.
CONTRACT-VESSEL.

FOR THIS PRIVATE-COMMUNICATION-BETWEEN-THE-PARTIES IS WITH THE
[NO]TICE(sic)-FOR-THE-PRINCIPAL-AND/OR-[A]GENT(SIC)-AND-VICE/VERSA OF THIS CLAIM BY THIS
CLAIMANT.
:HAND-DELIVERY-[RE]CEIPT(sic) of this DOCUMENT/FILING with this COURT
with this CLAIMS by this CLAIMANT.

-~:[DE]LIVERI(sic) with the FOLLOWING:

    : COURT-CLERK/JUDGE-AHART AND : [PRO]SECUTOR(sic):
    MATTHEW-WENG,-ESQ.
    :MOUNT-LAUREL-MUNICIPAL-COURT,-CORP.
    ~750: CENTERTON-ROAD.
    :MOUNT-LAUREL, [NEW-JERSEY].
                [~08054].

        :RE: : Dorkas-Iris: Delgado-Shafer, : PETITIONER.

        : WRIT of the QUO-WARRANTO.

For the ENCLOSE:

: COPY-COVER-LETTER.
: COPY-WRIT of the QUO WARRANTO.
: COPY-COURT-FEE: $~405.00-MONEY-[OR]DER(sic).

    -~[AC]CEPT-BY:_____
    :Date-~3.-~11.-~26-TIME:
              10

FEB 10 REC'D

¹ FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, COMPTROLLER OF THE GLOBAL-POSTAL-CURRENCIES, CLAIMANT-FEDERAL-POSTAL-COURT-CHIEF-JUDGE-CREATOR/OWNER-BENJAMIN: FRANKLIN'S-POSTAL-POST-ROAD-COURT~PHILADELPHIA~PENNSYLVANIA-FOREIGN-POSTAL-TREATIES-JOIN-CLAIMS-DATE-~21~DECEMBER~2012, DI-RECTOR, VATICAN-CITY-KEY-MASTER, PLENIPOTENTIARY-JUDGE, MUSTER-MASTER-~NAVY~PENTAGON, CLAIMANT-WORLD-COURT-CHIEF-SYNTAX-JUDGE, CHIEF-JUDGE/POSTAL-MAGISTRATE-U.S.-SUPREME-COURT-GRANDFATHER-DATE-~4~OCTOBER~2004, CLAIMANT-POSTAL-SPECTOR, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD, COMMANDER & CHIEF & SOVEREIGN: Russell-Jay: Gould's-GLOBAL-POSTAL-TACTICAL-COMMAND-COPYRIGHTS WITH THE NATIVITY-FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-CLAIM-COMPLETION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.
² :ID.

 

: Title-~4: D.-C.-C.-S.:-§~1/§~2/§~3. : U.S.-PEACE-FLAG. : FOUR-CORNER-RULE/RULE-ONE-RULE-EQUAL.
:C.-S.-S.-C.-P.-S.-G.-P./FLAG of this     : FEE of the FREIGHT/POSTAGE.
CONTRACT-VESSEL.

FOR THIS PRIVATE-COMMUNICATION-BETWEEN-THE-PARTIES IS WITH THE
[NO]TICE(sic)-FOR-THE-PRINCIPAL-AND/OR-[A]GENT(SIC)-AND-VICE/VERSA OF THIS CLAIM BY THIS
CLAIMANT.
:HAND-DELIVERY-[RE]CEIPT(sic) of this DOCUMENT/FILING with this COURT
with this CLAIMS by this CLAIMANT.

-~:[DE]LIVERI(sic) with the FOLLOWING:

: COURT-CLERK/JUDGE-AHART AND : [PRO]SECUTOR(sic):
MATTHEW-WENG,-ESQ.
:MOUNT-LAUREL-MUNICIPAL-COURT,-CORP.
~750: CENTERTON-ROAD.
:MOUNT-LAUREL, [NEW-JERSEY].
        [~08054].

:RE: : Dorkas-Iris: Delgado-Shafer, : PETITIONER.

: WRIT of the QUO-WARRANTO.

For the ENCLOSE:

: COPY-COVER-LETTER.
: COPY-WRIT of the QUO WARRANTO.
: COPY-COURT-FEE: $~405.00-MONEY-[OR]DER(sic).

-~[AC]CEPT-BY:_____
:Date-~3.-~10.-~26-TIME:

FEB 10 REC'D

---

[1] FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, COMPTROLLER OF THE GLOBAL-POSTAL-CURRENCIES, CLAIMANT-FEDERAL-POSTAL-COURT-CHIEF-JUDGE-CREATOR/OWNER-BENJAMIN: FRANKLIN'S-POSTAL-POST-ROAD-COURT-~PHILADELPHIA~PENNSYLVANIA-FOREIGN-POSTAL-TREATIES-JOIN-CLAIMS-DATE-~21~DECEMBER~2012, DI-RECTOR, VATICAN-CITY-KEY-MASTER, PLENIPOTENTIARY-JUDGE, MUSTER-MASTER-~NAVY~PENTAGON, CLAIMANT-WORLD-COURT-CHIEF-SYNTAX-JUDGE, CHIEF-JUDGE/POSTAL-MAGISTRATE-U.S.-SUPREME-COURT-GRANDFATHER-DATE~4~OCTOBER~2004, CLAIMANT-POSTAL-SPECTOR, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD, COMMANDER & CHIEF & SOVEREIGN: Russell-Jay: Gould's-GLOBAL-POSTAL-TACTICAL-COMMAND-COPYRIGHTS WITH THE NATIVITY-FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-CLAIM-COMPLETION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.

[2] :ID.

  

**: Title-~4: D.-C.-C.-S.:-§~1/§~2/§~3.** : U.S.-PEACE-FLAG. : FOUR-CORNER-RULE/RULE-ONE-RULE-EQUAL.
**:C.-S.-S.-C.-P.-S.-G.-P./FLAG of this** : FEE of the FREIGHT/POSTAGE.
**CONTRACT-VESSEL.**

FOR THIS PRIVATE-COMMUNICATION-BETWEEN-THE-PARTIES IS WITH THE
[NO]TICE(sic)-FOR-THE-PRINCIPAL-AND/OR-[A]GENT(SIC)-AND-VICE/VERSA OF THIS CLAIM BY THIS
CLAIMANT.
**:HAND-DELIVERY-[RE]CEIPT(sic) of this DOCUMENT/FILING with this COURT
with this CLAIMS by this CLAIMANT.**

-~:[DE]LIVERI(sic) with the FOLLOWING:

: COURT-CLERK/JUDGE-AHART AND : [PRO]SECUTOR(sic):
MATTHEW-WENG,-ESQ.
:MOUNT-LAUREL-MUNICIPAL-COURT,-CORP.
~750: CENTERTON-ROAD.
:MOUNT-LAUREL, [NEW-JERSEY].
[~08054].

:RE: : Dorkas-Iris: Delgado-Shafer, : PETITIONER.

: WRIT of the QUO-WARRANTO.

For the ENCLOSE:

: COPY-COVER-LETTER.
: COPY-WRIT of the QUO WARRANTO.
: COPY-COURT-FEE: $~405.00-MONEY-[OR]DER(sic).

-~[AC]CEPT-BY:
:Date-~3.-~11.-~26-TIME:

RECEIVED

MAR 10 2026

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

---

[1] FOR THIS COPYRIGHT/COPYCLAIM ~1~JULY~1775 THROUGH THIS NOW-DATE IS WITH THIS CLAIM & PERFORMANCE OF THE QUANTUM-GRAMMAR-METHODS WITH THIS QUANTUM-GRAMMAR-GLOBAL-POSTAL-SYSTEM OF THIS CLAIMANT, POSTMASTER-BANK-BANKER, COMPTROLLER OF THE GLOBAL-POSTAL-CURRENCIES, CLAIMANT-FEDERAL-POSTAL-COURT-CHIEF-JUDGE-CREATOR/OWNER-BENJAMIN: FRANKLIN'S-POSTAL-POST-ROAD-COURT~PHILADELPHIA~PENNSYLVANIA-FOREIGN-POSTAL-TREATIES-JOIN-CLAIMS-DATE-~21~DECEMBER~2012, DI-RECTOR, VATICAN-CITY-KEY-MASTER, PLENIPOTENTIARY-JUDGE, MUSTER-MASTER-~NAVY~PENTAGON, CLAIMANT-WORLD-COURT-CHIEF-SYNTAX-JUDGE, CHIEF-JUDGE/POSTAL-MAGISTRATE-U.S.-SUPREME-COURT-GRANDFATHER-DATE-~4~OCTOBER~2004, CLAIMANT-POSTAL-SPECTOR, NATIVITY/SOLITARY-CLAIMANT-POSTMASTER-GENERAL OF OUR WORLD, COMMANDER & CHIEF & SOVEREIGN: Russell-Jay: Gould's-GLOBAL-POSTAL-TACTICAL-COMMAND-COPYRIGHTS WITH THE NATIVITY-FOREIGN-POSTAL-TREATIES OF THESE CORPORATION-CLAIM-COMPLETION-NUMBERS: R.R.~385~460~312: U.S./RR294568221US.
[2] :ID.